# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-263-888**

Effective Date of Registration:
September 06, 2016

## Title

    **Title of Work:** Gloria

## Completion/Publication

    **Year of Completion:** 2007

## Author

-     **Author:** Jim Hayden
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Citizen of:** United States
    **Year Born:** 1975

## Copyright Claimant

    **Copyright Claimant:** Jim Hayden
    12745, Cleveland Heights, OH, 44118, United States

## Rights and Permissions

    **Organization Name:** Focused Tattoos
    **Email:** jimmyhayden@aol.com
    **Telephone:** (216)344-9001

## Certification

    **Name:** Kimberly Textoris
    **Date:** September 06, 2016
    **Applicant's Tracking Number:** 37492