# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-271-044**

Effective Date of Registration:
September 06, 2016

## Title

    Title of Work:    Lion

## Completion/Publication

    Year of Completion:    2008

## Author

-     Author:    Jim Hayden
    Author Created:    2-D artwork
    Citizen of:    United States
    Year Born:    1975

## Copyright Claimant

    Copyright Claimant:    Jim Hayden
    12745 Cedar Road, Cleveland Heights, OH, United States

## Rights and Permissions

    Organization Name:    Focused Tattoos
    Telephone:    (216)938-6074
    Address:    1799 Coventry Road
    Cleveland Heights, OH 44106 United States

## Certification

    Name:    Kimberly Textoris
    Date:    September 06, 2016
    Applicant's Tracking Number:    37492