# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-270-802**

Effective Date of Registration:
September 06, 2016

## Title

| | |
|---|---|
| Title of Work: | Shoulder Stars |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2008 |

## Author

| | |
|---|---|
| Author: | Jim Hayden |
| Author Created: | 2-D artwork |
| Citizen of: | United States |
| Year Born: | 1975 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Jim Hayden<br>12745 Cedar Road, Cleveland Heights, OH, 44118, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Focused Tattoos |
| Email: | jimmyhayden@aol.com |
| Telephone: | (216)344-9001 |

## Certification

| | |
|---|---|
| Name: | Kimberly Textoris |
| Date: | September 06, 2016 |
| Applicant's Tracking Number: | 37492 |