# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-287-552

**Effective Date of Registration:**
August 11, 2017

---

## Title

**Title of Work:** Fire D.G.

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** Jim Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1975

## Copyright Claimant

**Copyright Claimant:** Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Limitation of copyright claim

**Material excluded from this claim:** photograph

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Name:** Jim Hayden
**Email:** jimmyhayden23@aol.com

## Certification

**Name:** Kimberly A. Textoris
**Date:** August 11, 2017
**Applicant's Tracking Number:** 37492/04000