# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-263-888**

Effective Date of Registration:
September 06, 2016

## Title

      **Title of Work:** Gloria

## Completion/Publication

      **Year of Completion:** 2007

## Author

-       **Author:** Jim Hayden
        **Author Created:** 2-D artwork
        **Work made for hire:** No
        **Citizen of:** United States
        **Year Born:** 1975

## Copyright Claimant

      **Copyright Claimant:** Jim Hayden
      12745, Cleveland Heights, OH, 44118, United States

## Rights and Permissions

      **Organization Name:** Focused Tattoos
      **Email:** jimmyhayden@aol.com
      **Telephone:** (216)344-9001

## Certification

      **Name:** Kimberly Textoris
      **Date:** September 06, 2016
      **Applicant's Tracking Number:** 37492