# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-271-044**

**Effective Date of Registration:**
September 06, 2016

## Title

|   |   |
|---|---|
| Title of Work: | Lion |

## Completion/Publication

|   |   |
|---|---|
| Year of Completion: | 2008 |

## Author

|   |   |
|---|---|
| Author: | Jim Hayden |
| Author Created: | 2-D artwork |
| Citizen of: | United States |
| Year Born: | 1975 |

## Copyright Claimant

|   |   |
|---|---|
| Copyright Claimant: | Jim Hayden |
|   | 12745 Cedar Road, Cleveland Heights, OH, United States |

## Rights and Permissions

|   |   |
|---|---|
| Organization Name: | Focused Tattoos |
| Telephone: | (216)938-6074 |
| Address: | 1799 Coventry Road |
|   | Cleveland Heights, OH 44106 United States |

## Certification

|   |   |
|---|---|
| Name: | Kimberly Textoris |
| Date: | September 06, 2016 |
| Applicant's Tracking Number: | 37492 |