# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-270-802**

Effective Date of Registration:
September 06, 2016

## Title

        Title of Work:   Shoulder Stars

## Completion/Publication

    Year of Completion:   2008

## Author

-            Author:   Jim Hayden
      Author Created:   2-D artwork
          Citizen of:   United States
          Year Born:   1975

## Copyright Claimant

    Copyright Claimant:   Jim Hayden
                                 12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Rights and Permissions

    Organization Name:   Focused Tattoos
                 Email:   jimmyhayden@aol.com
          Telephone:   (216)344-9001

## Certification

                 Name:   Kimberly Textoris
                  Date:   September 06, 2016
Applicant's Tracking Number:   37492