# EXHIBIT J

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0002037186 / 2016-12-08

Application Title: NBA2K17 for PS3.

Title:                 NBA2K17 for PS3.

Description:           Blu-ray disc.

Notes:                 Videogame.

Copyright Claimant:
                       Take-Two Interactive Software, Inc.

Date of Creation:      2016

Date of Publication:
                       2016-09-20

Nation of First Publication:
                       United States

Authorship on Application:
                       Take-Two Interactive Software, Inc., employer for hire;
                            Domicile: United States. Authorship: audiovisual
                            material.

Rights and Permissions:
                       Take-Two Interactive Software, Inc., 622 Broadway, New
                            York, NY, 10012, United States

Copyright Note:        C.O. correspondence.

Names:                 Take-Two Interactive Software, Inc.
================================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      PA0002037189 / 2016-12-08

Application Title: NBA2K17 for XBOX ONE.

Title:                NBA2K17 for XBOX ONE.

Description:          Videodisc (DVD)

Notes:                Videogame.

Copyright Claimant:
                      Take-Two Interactive Software, Inc.

Date of Creation: 2016

Date of Publication:
                      2016-09-20

Nation of First Publication:
                      United States

Authorship on Application:
                      Take-Two Interactive Software, Inc., employer for hire;
                          Domicile: United States. Authorship: audiovisual
                          material.

Rights and Permissions:
                      Take-Two Interactive Software, Inc., 622 Broadway, New
                          York, NY, 10012, United States

Copyright Note:       C.O. correspondence.

Names:                Take-Two Interactive Software, Inc.
===========================================================================
```

```
Type of Work:           Computer File

Registration Number / Date:
                        PA0002036167 / 2016-12-14

Application Title: NBA2K17 Mobile for Google.

Title:                  NBA2K17 Mobile for Google.

Description:            Electronic file (eService)

Notes:                  Videogame.
                        Collection of screenshots and computer printout (20 p.)
                            deposited.

Copyright Claimant:
                        Take-Two Interactive Software, Inc.

Date of Creation: 2016

Date of Publication:
                        2016-09-20

Nation of First Publication:
                        United States

Authorship on Application:
                        Take-Two Interactive Software, Inc., employer for hire;
                            Domicile: United States. Authorship: computer program
                            and audiovisual material.

Rights and Permissions:
                        Take-Two Interactive Software, Inc., 622 Broadway, New
                            York, NY, 10012, United States

Copyright Note:         C.O. correspondence.

Names:                  Take-Two Interactive Software, Inc.
================================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      PA0002036171 / 2016-12-14

Application Title: NBA2K17 Mobile for iOS.

Title:                NBA2K17 Mobile for iOS.

Description:          Electronic file (eService)

Notes:                Videogame.
                      Collection of screenshots and computer printout (20 p.)
                         deposited.

Copyright Claimant:
                      Take-Two Interactive Software, Inc.

Date of Creation: 2016

Date of Publication:
                      2016-09-20

Nation of First Publication:
                      United States

Authorship on Application:
                      Take-Two Interactive Software, Inc., employer for hire;
                         Domicile: United States. Authorship: computer program
                         and audiovisual material.

Rights and Permissions:
                      Take-Two Interactive Software, Inc., 622 Broadway, New
                         York, NY, 10012, United States

Copyright Note:       C.O. correspondence.

Names:                Take-Two Interactive Software, Inc.
==============================================================================
```