AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| James Hayden | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-02635-CAB |
| 2K Games, Inc. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

2K Games, Inc. and Take-Two Interactive Software, Inc.

Date: 05/10/2018

s/ Matthew J. Cavanagh
*Attorney's signature*

Matthew J. Cavanagh (OH 0079522)
*Printed name and bar number*

McDonald Hopkins LLC
600 Superior Ave., East, Suite 2100
Cleveland, Ohio 44114
*Address*

mcavanagh@mcdonaldhopkins.com
*E-mail address*

(216) 348-5730
*Telephone number*

(216) 348-5474
*FAX number*