UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. ,<br><br>　　　　Defendants. | CASE NO. 1:17-cv-02635-CAB |

**MOTION FOR *PRO HAC VICE* ADMISSION
TO PRACTICE FOR DALE M. CENDALI**

　　Pursuant to Local Rule 83.5(h), and the attached Affidavit, Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") respectfully move for the *pro hac vice* admission of Dale M. Cendali.  In support of this motion, the following is submitted:

　　1.　　The undersigned, Matthew J. Cavanagh, has entered his appearance as counsel of record for Take-Two.

　　2.　　Take-Two has also retained Dale M. Cendali to represent its interest in the above-captioned proceeding.  The contact information for Ms. Cendali is as follows:

>　Kirkland & Ellis LLP
>　601 Lexington Avenue
>　44th Floor
>　New York, NY 10022
>　Tel: (212) 446-4800
>　Fax: (212) 446-4900
>　dale.cendali@kirkland.com

{7395185: }

3. As set forth in the Affidavit of Ms. Cendali, which is attached as Exhibit A, Ms. Cendali is admitted in, and is in good standing to practice in: the New York bar; the bars of the United States District Court for the Northern District of New York, Southern District of New York, Eastern District of New York, Western District of New York, Northern District of California, and Eastern District of Michigan; before the United States Supreme Court; and before the United States Court of Appeals for the Federal Circuit, Second Circuit, Third Circuit, Sixth Circuit, Ninth Circuit and Eleventh Circuit.  Ms. Cendali was admitted to practice in the State of New York in 1985.

4. I provided a copy of the Local Rules of this Court to Ms. Cendali, and she agrees to abide by them and to submit to the jurisdiction of this Court for purposes of any disciplinary action that might arise out of his representation of Take-Two in this case.

WHEREFORE, Take-Two respectfully requests an Order authorizing the *pro hac vice* admission of Ms. Cendali.

Respectfully submitted,

Dated: May 10, 2018

  s/ Matthew J. Cavanagh
David T. Movius (OH 0070132)
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474
dmovius@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

*Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 10, 2018, I electronically filed the foregoing paper with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record, all of whom are registered ECF participants.

                                                *s/ Matthew J. Cavanagh*

                                                Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.

{7395185: }