# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. ,<br><br>　　　　Defendants. | CASE NO. 1:17-cv-02635-CAB |

## MOTION FOR *PRO HAC VICE* ADMISSION TO PRACTICE FOR JOSHUA L. SIMMONS

Pursuant to Local Rule 83.5(h), and the attached Affidavit, Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") respectfully move for the *pro hac vice* admission of Joshua L. Simmons. In support of this motion, the following is submitted:

1.　The undersigned, Matthew J. Cavanagh, has entered his appearance as counsel of record for Take-Two.

2.　Take-Two has also retained Joshua L. Simmons to represent its interest in the above-captioned proceeding. The contact information for Mr. Simmons is as follows:

　　Kirkland & Ellis LLP
　　601 Lexington Avenue
　　44th Floor
　　New York, NY 10022
　　Tel: (212) 446-4800
　　Fax: (212) 446-4900
　　joshua.simmons@kirkland.com

{7395189: }

3. As set forth in the Affidavit of Mr. Simmons, which is attached as Exhibit A, Mr. Simmons is admitted in, and is in good standing to practice in: the New York bar; the bars of the United States District Court for the Northern District of New York, and Southern District of New York; before the United States Supreme Court; and before the United States Court of Appeals for the Federal Circuit, Second Circuit, and Ninth Circuit.  Mr. Simmons was admitted to practice in the State of New York in 2011.

4. I provided a copy of the Local Rules of this Court to Mr. Simmons, and he agrees to abide by them and to submit to the jurisdiction of this Court for purposes of any disciplinary action that might arise out of his representation of Take-Two in this case.

WHEREFORE, Take-Two respectfully requests an Order authorizing the *pro hac vice* admission of Mr. Simmons.

Respectfully submitted,

Dated: May 10, 2018

  s/ Matthew J. Cavanagh  
David T. Movius (OH 0070132)  
Matthew J. Cavanagh (OH 0079522)  
MCDONALD HOPKINS LLC  
600 Superior Avenue, East, Ste. 2100  
Cleveland, Ohio 44114  
Telephone: 216.348.5400  
Fax: 216.348.5474  
dmovius@mcdonaldhopkins.com  
mcavanagh@mcdonaldhopkins.com  

*Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2018, I electronically filed the foregoing paper with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record, all of whom are registered ECF participants.

                                                s/ Matthew J. Cavanagh

                                                Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.