# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VAu 1-271-044**
Effective Date of Registration:
September 06, 2016

## Title

    Title of Work: Lion

## Completion/Publication

    Year of Completion: 2008

## Author

-     Author: Jim Hayden
  Author Created: 2-D artwork
  Citizen of: United States
  Year Born: 1975

## Copyright Claimant

    Copyright Claimant: Jim Hayden
    12745 Cedar Road, Cleveland Heights, OH, United States

## Rights and Permissions

    Organization Name: Focused Tattoos
    Telephone: (216)938-6074
    Address: 1799 Coventry Road
    Cleveland Heights, OH 44106 United States

## Certification

    Name: Kimberly Textoris
    Date: September 06, 2016
    Applicant's Tracking Number: 37492