# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-292-453**

**Effective Date of Registration:**
August 11, 2017

## Title

       **Title of Work:** Brother's Keeper T.T.

## Completion/Publication

       **Year of Completion:** 2012

## Author

-        **Author:** Jim Hayden
         **Author Created:** 2-D artwork
         **Citizen of:** United States
         **Year Born:** 1975

## Copyright Claimant

       **Copyright Claimant:** Jim Hayden
       12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Rights and Permissions

       **Name:** Jim Hayden
       **Email:** jimmyhayden23@aol.com

## Certification

       **Name:** Kimberly A. Textoris
       **Date:** August 11, 2017
       **Applicant's Tracking Number:** 37492/04000