# EXHIBIT J



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001985053
Search Results: Displaying 1 of 1 entries



### *NBA2k16 (for pc)*

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0001985053 / 2015-12-15 |
| **Application Title:** | NBA2k16 (for pc) |
| **Title:** | NBA2k16 (for pc) |
| **Description:** | Electronic file (eService) + Computer code (50 p.) also deposited. |
| **Copyright Claimant:** | Take-Two Interactive Software, Inc. Address: 622 Broadway, New York, NY, 10012, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-09-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Take-Two Interactive Software, Inc., employer for hire; Domicile: United States. Authorship: Audio-visual elements, artwork, literary text, computer code. |
| **Previous Registration:** | 2014, PA0001950396. |
| **Pre-existing Material:** | licensed material; previously published material; previously registered material. |
| **Basis of Claim:** | new and additional audio-visual elements, artwork, literary text, additional and revised computer code. |
| **Rights and Permissions:** | Take-Two Interactive Software, Inc., 622 Broadway, New York, NY, 10012, United States |
| **Names:** | Take-Two Interactive Software, Inc. |





| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001985058
Search Results: Displaying 1 of 1 entries



*NBA2k16 (for ps3)*

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0001985058 / 2015-12-15 |
| **Application Title:** | NBA2k16 (for ps3) |
| **Title:** | NBA2k16 (for ps3) |
| **Description:** | Electronic file (eService) + Computer code also deposited. |
| **Copyright Claimant:** | Take-Two Interactive Software, Inc. Address: 622 Broadway, New York, NY, 10012, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-09-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Take-Two Interactive Software, Inc., employer for hire; Domicile: United States. Authorship: Audio-visual elements, artwork, literary text, computer code. |
| **Previous Registration:** | 2014, PA0001950396. |
| **Pre-existing Material:** | licensed material; previously published material; previously registered material. |
| **Basis of Claim:** | new and additional audio-visual elements, artwork, literary text, additional and revised computer code. |
| **Rights and Permissions:** | Take-Two Interactive Software, Inc., 622 Broadway, New York, NY, 10012, United States |
| **Names:** | Take-Two Interactive Software, Inc. |



| Save, Print and Email (**Help Page**) |
|:---:|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |

| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001985054
Search Results: Displaying 1 of 1 entries



*NBA2k16 (for ps4)*

|  |  |
|---:|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0001985054 / 2015-12-15 |
| **Application Title:** | NBA2k16 (for ps4) |
| **Title:** | NBA2k16 (for ps4) |
| **Description:** | Electronic file (eService) + Computer code also deposited. |
| **Copyright Claimant:** | Take-Two Interactive Software, Inc. Address: 622 Broadway, New York, NY, 10012, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-09-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Take-Two Interactive Software, Inc., employer for hire; Domicile: United States. Authorship: Audio-visual elements, artwork, literary text, computer code. |
| **Previous Registration:** | 2014, PA0001950396. |
| **Pre-existing Material:** | licensed material; previously published material; previously registered material. |
| **Basis of Claim:** | new and additional audio-visual elements, artwork, literary text, additional and revised computer code. |
| **Rights and Permissions:** | Take-Two Interactive Software, Inc., 622 Broadway, New York, NY, 10012, United States |
| **Names:** | Take-Two Interactive Software, Inc. |





| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001985057
Search Results: Displaying 1 of 1 entries



### *NBA2k16 (for Xbox 360)*

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0001985057 / 2015-12-15 |
| **Application Title:** | NBA2k16 (for Xbox 360) |
| **Title:** | NBA2k16 (for Xbox 360) |
| **Description:** | Electronic file (eService) + Computer code also deposited. |
| **Copyright Claimant:** | Take-Two Interactive Software, Inc. Address: 622 Broadway, New York, NY, 10012, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-09-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Take-Two Interactive Software, Inc., employer for hire; Domicile: United States. Authorship: Audio-visual elements, artwork, literary text, computer code. |
| **Previous Registration:** | 2014, PA0001950396. |
| **Pre-existing Material:** | licensed material; previously published material; previously registered material. |
| **Basis of Claim:** | new and additional audio-visual elements, artwork, literary text, additional and revised computer code. |
| **Rights and Permissions:** | Take-Two Interactive Software, Inc., 622 Broadway, New York, NY, 10012, United States |
| **Names:** | Take-Two Interactive Software, Inc. |



| Save, Print and Email (**Help Page**) |
|:---:|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |

| Enter your email address: | | Email |

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001985052
Search Results: Displaying 1 of 1 entries



### *NBA2k16 (for Xbox one)*

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0001985052 / 2015-12-15 |
| **Application Title:** | NBA2k16 (for Xbox one) |
| **Title:** | NBA2k16 (for Xbox one) |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Take-Two Interactive Software, Inc. Address: 622 Broadway, New York, NY, 10012, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-09-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Take-Two Interactive Software, Inc., employer for hire; Domicile: United States. Authorship: Audio-visual elements, artwork, literary text, computer code. |
| **Previous Registration:** | 2014, PA0001950396. |
| **Pre-existing Material:** | licensed material; previously published material; previously registered material. |
| **Basis of Claim:** | new and additional audio-visual elements, artwork, literary text, additional and revised computer code. |
| **Rights and Permissions:** | Take-Two Interactive Software, Inc., 622 Broadway, New York, NY, 10012, United States |
| **Names:** | Take-Two Interactive Software, Inc. |



| Save, Print and Email (**Help Page**) |
|:---:|
| Select Download Format [Full Record ▾] [Format for Print/Save] |

| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001982540
Search Results: Displaying 1 of 1 entries



### *NBA2k16 Mobile (for Google)*

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0001982540 / 2015-12-02 |
| **Application Title:** | NBA2k16 Mobile (for Google) |
| **Title:** | NBA2k16 Mobile (for Google) |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Take-Two Interactive Software, Inc. Address: 622 Broadway, New York, NY, 10012, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-10-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Take-Two Interactive Software, Inc., employer for hire; Domicile: United States. Authorship: Audio-visual elements, artwork, literary text, computer code. |
| **Previous Registration:** | 2014, PA0001950396. |
| **Pre-existing Material:** | licensed material; previously published material; previously registered material. |
| **Basis of Claim:** | new and additional audio-visual elements, artwork, literary text, additional and revised computer code. |
| **Rights and Permissions:** | Take-Two Interactive Software, Inc., 622 Broadway, New York, NY, 10012, United States |
| **Names:** | Take-Two Interactive Software, Inc. |





| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001982539
Search Results: Displaying 1 of 1 entries



*NBA2k16 Mobile (for iOS)*

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0001982539 / 2015-12-02 |
| **Application Title:** | NBA2k16 Mobile (for iOS) |
| **Title:** | NBA2k16 Mobile (for iOS) |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Take-Two Interactive Software, Inc. Address: 622 Broadway, New York, NY, 10012, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-10-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Take-Two Interactive Software, Inc., employer for hire; Domicile: United States. Authorship: Audio-visual elements, artwork, literary text, computer code. |
| **Previous Registration:** | 2014, PA0001950396. |
| **Pre-existing Material:** | licensed material; previously published material; previously registered material. |
| **Basis of Claim:** | new and additional audio-visual elements, artwork, literary text, additional and revised computer code. |
| **Rights and Permissions:** | Take-Two Interactive Software, Inc., 622 Broadway, New York, NY, 10012, United States |
| **Names:** | Take-Two Interactive Software, Inc. |





| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page