# EXHIBIT K

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0002037186 / 2016-12-08

Application Title: NBA2K17 for PS3.

Title:                 NBA2K17 for PS3.

Description:           Blu-ray disc.

Notes:                 Videogame.

Copyright Claimant:
                       Take-Two Interactive Software, Inc.

Date of Creation:      2016

Date of Publication:
                       2016-09-20

Nation of First Publication:
                       United States

Authorship on Application:
                       Take-Two Interactive Software, Inc., employer for hire;
                          Domicile: United States. Authorship: audiovisual
                          material.

Rights and Permissions:
                       Take-Two Interactive Software, Inc., 622 Broadway, New
                          York, NY, 10012, United States

Copyright Note:        C.O. correspondence.

Names:                 Take-Two Interactive Software, Inc.
================================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0002037189 / 2016-12-08

Application Title: NBA2K17 for XBOX ONE.

Title:                 NBA2K17 for XBOX ONE.

Description:           Videodisc (DVD)

Notes:                 Videogame.

Copyright Claimant:
                       Take-Two Interactive Software, Inc.

Date of Creation:  2016

Date of Publication:
                       2016-09-20

Nation of First Publication:
                       United States

Authorship on Application:
                       Take-Two Interactive Software, Inc., employer for hire;
                           Domicile: United States. Authorship: audiovisual
                           material.

Rights and Permissions:
                       Take-Two Interactive Software, Inc., 622 Broadway, New
                           York, NY, 10012, United States

Copyright Note:        C.O. correspondence.

Names:                 Take-Two Interactive Software, Inc.
```
================================================================================

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0002036167 / 2016-12-14

Application Title: NBA2K17 Mobile for Google.

Title:                 NBA2K17 Mobile for Google.

Description:           Electronic file (eService)

Notes:                 Videogame.
                       Collection of screenshots and computer printout (20 p.)
                          deposited.

Copyright Claimant:
                       Take-Two Interactive Software, Inc.

Date of Creation:  2016

Date of Publication:
                       2016-09-20

Nation of First Publication:
                       United States

Authorship on Application:
                       Take-Two Interactive Software, Inc., employer for hire;
                          Domicile: United States. Authorship: computer program
                          and audiovisual material.

Rights and Permissions:
                       Take-Two Interactive Software, Inc., 622 Broadway, New
                          York, NY, 10012, United States

Copyright Note:    C.O. correspondence.

Names:                 Take-Two Interactive Software, Inc.
```
===========================================================================

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0002036171 / 2016-12-14

Application Title: NBA2K17 Mobile for iOS.

Title:                 NBA2K17 Mobile for iOS.

Description:           Electronic file (eService)

Notes:                 Videogame.
                       Collection of screenshots and computer printout (20 p.)
                           deposited.

Copyright Claimant:
                       Take-Two Interactive Software, Inc.

Date of Creation:  2016

Date of Publication:
                       2016-09-20

Nation of First Publication:
                       United States

Authorship on Application:
                       Take-Two Interactive Software, Inc., employer for hire;
                           Domicile: United States. Authorship: computer program
                           and audiovisual material.

Rights and Permissions:
                       Take-Two Interactive Software, Inc., 622 Broadway, New
                           York, NY, 10012, United States

Copyright Note:        C.O. correspondence.

Names:                 Take-Two Interactive Software, Inc.
===========================================================================
```