# EXHIBIT L



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = nba 2k18
Search Results: Displaying 1 of 3 entries



*NBA 2K18 (Mobile)*

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0002093435 / 2017-11-09 |
| **Application Title:** | NBA 2K18 (Mobile) |
| **Title:** | NBA 2K18 (Mobile) |
| **Description:** | Electronic file (eService) |
| **Notes:** | Videogame. |
| | Computer printout (50p.) also deposited. |
| **Copyright Claimant:** | Take-Two Interactive Software, Inc. Address: 622 Broadway, New York, NY, 10012, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-09-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Take-Two Interactive Software, Inc., employer for hire; Domicile: United States. Authorship: audiovisual material, computer program. |
| **Pre-existing Material:** | prior versions of computer program and audiovisual material . |
| **Basis of Claim:** | revised computer program, new audiovisual material . |
| **Rights and Permissions:** | Take-Two Interactive Software, Inc., 622 Broadway, New York, NY, 10012, United States |
| **Copyright Note:** | C.O. correspondence. |

**Names:** Take-Two Interactive Software, Inc.

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

**Help**   **Search**   **History**   **Titles**   **Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = nba 2k18
Search Results: Displaying 3 of 3 entries



### NBA 2K18 (Physical Game)

        **Type of Work:** Computer File
**Registration Number / Date:** PA0002064680 / 2017-11-22
        **Application Title:** NBA 2K18 (Physical Game)
        **Title:** NBA 2K18 (Physical Game)
        **Description:** Other (computer cartridge)
        **Notes:** Videogame.
        **Copyright Claimant:** Take-Two Interactive Software, Inc. Address: 622 Broadway, New York, NY, 10012, United States.
        **Date of Creation:** 2017
        **Date of Publication:** 2017-09-15
**Nation of First Publication:** United States
**Authorship on Application:** Take-Two Interactive Software, Inc., employer for hire; Domicile: United States. Authorship: audiovisual material.
        **Pre-existing Material:** Demo version of game.
        **Basis of Claim:** all new audiovisual material.
        **Rights and Permissions:** Take-Two Interactive Software, Inc., 622 Broadway, New York, NY, 10012, United States
        **Copyright Note:** C.O. correspondence.
        **Names:** Take-Two Interactive Software, Inc.



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address: _____  Email |

**Help**   **Search**   **History**   **Titles**   **Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page