UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>   Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>   Defendants. | CASE NO. 1:17-cv-02635-CAB |

**DEFENDANTS 2K GAMES, INC. AND TAKE-TWO INTERACTIVE SOFTWARE, INC.'S MOTION TO DISMISS IN PART PLAINTIFF'S SECOND AMENDED COMPLAINT**

  In accordance with Federal Rules of Civil Procedure 12(b)(1) and (6), Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") move to dismiss Plaintiff James Hayden's ("Plaintiff") unjust enrichment (Count III) and declaratory judgment (Count IV) claims in his Second Amended Complaint with prejudice, as well as dismiss Plaintiff's request for statutory damages or attorney's fees on his copyright claims.

  The reasons for granting this motion are more fully explained in the attached memorandum in support, which is incorporated here by reference.

Dated: New York, New York
      June 18, 2018

/s/Dale M. Cendali
Dale M. Cendali (admitted *pro hac vice)*
Joshua L. Simmons (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com

David T. Movius (OH 0070132)
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474
dmovius@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

*Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

*/s/ Dale M. Cendali*
*Attorney for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*