# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>      Plaintiff,<br><br>      v.<br><br>2K GAMES, INC. et al.,<br><br>      Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>**DEFENDANTS TAKE-TWO INTERACTIVE SOFTWARE, INC. AND 2K GAMES, INC.'S MOTION FOR LEAVE TO FILE A CORRECTED ANSWER** |

In accordance with Federal Rule of Civil Procedure 15, Defendants Take-Two Interactive Software, Inc. and 2K Games, Inc. move for leave to correct their answer to Plaintiff James Hayden's Second Amended Complaint. A copy of the proposed corrected answer is attached as **Exhibit 1**. The reasons for granting this motion are more fully explained in the attached memorandum of law in support, which is incorporated here by reference.

Dated: June 10, 2019

                          */s/ Dale M. Cendali*
                          Dale M. Cendali
                          Joshua L. Simmons
                          KIRKLAND & ELLIS LLP
                          601 Lexington Avenue
                          New York, New York 10022
                          Telephone: (212) 446-4800
                          dale.cendali@kirkland.com
                          joshua.simmons@kirkland.com

                          David T. Movius (OH 0070132)
                          Matthew J. Cavanagh (OH 0079522)
                          MCDONALD HOPKINS LLC
                          600 Superior Avenue, East, Ste. 2100
                          Cleveland, Ohio 44114
                          Telephone: 216.348.5400

        Fax: 216.348.5474
        dmovius@mcdonaldhopkins.com
        mcavanagh@mcdonaldhopkins.com

        *Attorneys for Defendants 2K Games, Inc. and*
        *Take-Two Interactive Software, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 10, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

Dated: June 10, 2019

*/s/ Dale M. Cendali*
*Attorney for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*