# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>     Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>     Defendants. | CASE NO. 1:17-cv-02635-CAB |

## MOTION FOR *PRO HAC VICE* ADMISSION TO PRACTICE FOR CHRISSY MILANESE

Pursuant to Local Rule 83.5(h), and the attached Affidavit, Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") respectfully move for the *pro hac vice* admission of Chrissy Milanese.  In support of this motion, the following is submitted:

1. The undersigned, Matthew J. Cavanagh, has entered his appearance as counsel of record for Take-Two.

2. Take-Two has also retained Chrissy Milanese to represent its interest in the above-captioned proceeding.  The contact information for Ms. Milanese is as follows:

> Kirkland & Ellis LLP
> 601 Lexington Avenue
> 44th Floor
> New York, NY 10022
> Tel: (212) 446-4800
> Fax: (212) 446-4900
> chrissy.milanese@kirkland.com

{8150337: }

3. As set forth in the Affidavit of Ms. Milanese, which is attached as Exhibit A, Ms. Milanese is admitted in, and is in good standing to practice in: the New York bar.  Ms. Milanese was admitted to practice in the State of New York in 2018.

4. I provided a copy of the Local Rules of this Court to Ms. Milanese, and she agrees to abide by them and to submit to the jurisdiction of this Court for purposes of any disciplinary action that might arise out of his representation of Take-Two in this case.

WHEREFORE, Take-Two respectfully requests an Order authorizing the *pro hac vice* admission of Ms. Milanese.

Dated:  June 17, 2019

s/ Matthew J. Cavanagh
David T. Movius (OH 0070132)
 *dmovius@mcdonaldhopkins.com*
Matthew J. Cavanagh (OH 0079522)
 *mcavanagh@mcdonaldhopkins.com*
McDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474

*Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*