# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, | CASE NO. 1:17-cv-02635-CAB |
| Plaintiff, | |
| v. | |
| 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. , | |
| Defendants. | |

## AFFIDAVIT OF CHRISSY MILANESE IN SUPPORT OF *PRO HAC VICE* ADMISSION

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss. |
| COUNTY OF NEW YORK | ) |

I, Chrissy Milanese, being first duly sworn according to law herein, depose and state as follows:

1.  I submit this Affidavit in support of the motion of Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") for my *pro hac vice* admission to appear and participate fully as an attorney of record in all proceedings and other aspects of this action.

2.  I was admitted to the bar of the State of New York in 2018, and am a member in good standing of such.

3.  Pursuant to Local Rule 83.5(h), my required contact information and bar registration numbers are as follows:

Chrissy Milanese
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
chrissy.milanese@kirkland.com
New York Bar Registration No. 5639778

4.     I have never been disbarred or suspended from practice before any court,

department, bureau or commission of any state or the United States.

5.     I have never received any reprimand from any court, department, bureau or

commission of any state or the United States pertaining to conduct or fitness as a member of the

bar.

FURTHER, AFFIANT SAYETH NOT.

Chrissy Milanese

SWORN TO before me and subscribed
in my presence, this 13th day of May, 2018.

Notary Public

My commission expires:  6/26/2021

ERIKA DILLON
Notary Public, State of New York
No. 01DI6360673
Qualified in Queens County
Commission Expires 06/26/2021