# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>   Plaintiff,<br><br> v.<br><br>2K GAMES, INC. et al.,<br><br>   Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>JUDGE CHRISTOPHER A. BOYKO |

## NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE A CORRECTED ANSWER

On June 10, 2019, Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. ("Defendants") requested that this Court grant Defendants leave to file a corrected answer in order to rectify a typographical error. Since that motion was filed, the parties have reached an agreement that obviates the need for court-ordered relief. Accordingly, Defendants hereby withdraw their motion for leave to file a corrected answer.

Dated: June 24, 2019

          *s/ Dale M. Cendali*
          Dale M. Cendali
          Joshua L. Simmons
          Miranda D. Means
          Chrissy L. Milanese
          KIRKLAND & ELLIS LLP
          601 Lexington Avenue
          New York, New York 10022
          Telephone: (212) 446-4800
          dale.cendali@kirkland.com
          joshua.simmons@kirkland.com

          David T. Movius (OH 0070132)
          Matthew J. Cavanagh (OH 0079522)
          MCDONALD HOPKINS LLC
          600 Superior Avenue, East, Ste. 2100
          Cleveland, Ohio 44114

                                                                  Telephone: 216.348.5400
                                                                  Fax: 216.348.5474
                                                                  dmovius@mcdonaldhopkins.com
                                                                  mcavanagh@mcdonaldhopkins.com

                                                                *Attorneys for Defendants 2K Games, Inc. and*
                                                                *Take-Two Interactive Software, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.


Dated:  June 24, 2019                                *s/ Dale M. Cendali*
                                                                        *Attorney for Defendants 2K Games, Inc. and*
                                                                        *Take-Two Interactive Software, Inc.*