# **EXHIBIT C**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-263-888**

Effective Date of Registration:
September 06, 2016

## Title
  Title of Work:   Gloria

## Completion/Publication
  Year of Completion:   2007

## Author
-   Author:   Jim Hayden
  Author Created:   2-D artwork
  Work made for hire:   No
  Citizen of:   United States
  Year Born:   1975

## Copyright Claimant
  Copyright Claimant:   Jim Hayden
  12745, Cleveland Heights, OH, 44118, United States

## Rights and Permissions
  Organization Name:   Focused Tattoos
  Email:   jimmyhayden@aol.com
  Telephone:   (216)344-9001

## Certification
  Name:   Kimberly Textoris
  Date:   September 06, 2016
  Applicant's Tracking Number:   37492