# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-287-545**

**Effective Date of Registration:**
August 11, 2017

## Title

    **Title of Work:** Scroll D.G.

## Completion/Publication

    **Year of Completion:** 2012

## Author

    • **Author:** Jim Hayden
    **Author Created:** 2-D artwork
    **Citizen of:** United States
    **Year Born:** 1975

## Copyright Claimant

    **Copyright Claimant:** Jim Hayden
    12745 Cedar Road, Cleveland Heights, OH, 44118

## Limitation of copyright claim

    **Material excluded from this claim:** photograph
    **New material included in claim:** 2-D artwork

## Rights and Permissions

    **Name:** Jim Hayden
    **Email:** jimmyhayden23@aol.com

## Certification

    **Name:** Kimberly A. Textoris
    **Date:** August 11, 2017
    **Applicant's Tracking Number:** 37492/04000