# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VAu 1-292-453**
Effective Date of Registration:
August 11, 2017

## Title

        Title of Work: Brother's Keeper T.T.

## Completion/Publication

        Year of Completion: 2012

## Author

-         Author: Jim Hayden
        Author Created: 2-D artwork
        Citizen of: United States
        Year Born: 1975

## Copyright Claimant

        Copyright Claimant: Jim Hayden
        12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Rights and Permissions

        Name: Jim Hayden
        Email: jimmyhayden23@aol.com

## Certification

        Name: Kimberly A. Textoris
        Date: August 11, 2017
Applicant's Tracking Number: 37492/04000