# EXHIBIT I



**BUYNBA2KMT** - Best Place to Buy Cheap PS4 & XB1 & PC NBA 2K17 MT Coins Online.

SIGN IN

SIGN UP

| HOME welcome | NBA LIVE MOBILE buy nba live mobile coins | NBA 2K17 MT buy nba 2k17 mt | NBA 2K17 VC buy nba 2k17 vc | NEWS lastest news | F A Q customer ask | ORDER SEARCH order search | LIVE CHAT online 7/24 |

Like 162  G+  Follow  69     

USD ▼

Home  >>  News  >> Nba 2K17 Guide How To Equip Accessories And Customize Tattoos

## NEWS

### NBA 2K17 Guide: How to Equip Accessories and Customize Tattoos?

2016/10/6 0:00:22

Reddit  +  Google +  +

Some players in NBA has beautiful tattoos. It can be equip and customize in NBA 2K as well. NBA 2K17 will have over 3000 customizable tattoos design for the first time in franchise. This tattoos can be move, scale, rotate and place anywhere you want on your created MyPlayer players. Here **BUYNBA2KMT.COM** will show you how to equip and customize tattoos.

It's simple for you to equip your player' tattoos. **MyCareer mode/OPTIONS – MyPlayer APPEARANCE – TATTOOS**. You can choose all kind of tattoos as you like.

### BUY NBA 2K17 MT

 BUY PS4 MT  BUY NOW

BUY XB1 MT  BUY NOW

 BUY PC MT  BUY NOW

### BUY NBA 2K16 MT

 BUY PS4 MT  BUY NOW

BUY XB1 MT  BUY NOW

BUY PC MT  BUY NOW

### BUY NBA LIVE MOBILE COINS

 NBA LIVE MOBILE  BUY NOW

### NBA 2K16 VIDEO

 

Where To Buy Rocket ...  Buy & Sell Rocket Lea...



VITALS
HEAD PRESETS
SCAN YOUR FACE
STRAIGHT-ON SCULPTING
PROFILE SCULPTING
FEATURES
HAIR
FACIAL HAIR
TATTOOS



NBA Live Mobile Reall...



NBA 2K17 VR Lands ...

### CONTACT US

TEL (USA) :
+1-315-889-1198
TEL (UK) :
+44-020-32905838
MSN:
Support@Dpsvip.com
QQ:
1498133786

### FACE BOOK

Buynba2kmt
462 likes



**How to get tattoos**

The only way to get tattoos is by buying them from the in-game store with Virtual Currency. You can get VC by playing the game (you're awarded a certain amount after each game), or by spending real money. When you've got some to spare, go to the 2K Store(**Store/Upgrades - Everything Else**) from the main menu, jump to the Everything Else category and pick your favorite. You can choose between the following Tattoos – NBA, Black & Gray, Letters and Color.



Like Page　　Shop Now

Be the first of your friends to like this

**Buynba2kmt**
about a year ago



### TWITTER





Tweets by @Buynba2kmtcom

buynba2kmt
@Buynba2kmtcom

NBA LIVE Mobile Trade Deadline Program Special Event shar.es/1UmuCj

Feb 28, 2017

buynba2kmt
@Buynba2kmtcom

NBA Live Mobile Legends: Glen Rice and Arvydas

Embed                                    View on Twitter

2K17 has made a big improvement of 2K's previous tattoos. You have so many choices in the tattoos shop.

"Be the canvas in 'NBA 2K17' with your tattoos. 'NBA 2K17' is Introducing over 3000 designs that you can move, scale, rotate and even layer onto your MyPLAYER. Complete customization at your fingertips." Well, some buynba2kmt fans think that Rando worth much more than that price. And you can have much **NBA 2K17 VC** if you go to www.buynba2kmt.com. Use coupon "**2K17**" can enjoy a 5% discount.

NBA 2K17 Trophy List And Guide To Accomplish

NBA 2K17 MyCareer mode Guide: Nike, Jordan, Adidas, and Under Armor neakers sponsorship VC amount

## RELEATED NEWS


NBA 2K17 MyTeam Guide: How to Quickly Get NBA 2K17 MT


NBA 2K17 Guide:How to best dribble moves in nba 2k17


NBA 2K17 Guide: Mycareer/Myteam/Mygm and Mylegend New Features


NBA 2K17 Guide: How to Throw Alley-Oops

## HOT NEWS



Where To Buy Rocket League Impact
Crates & All New Items For PS4, Xbox
One, PC, Switch Fast and Safely?

---

NBA 2K17 MT      |      NBA LIVE MOBILE coinS      |      NBA 2K17 VC      |

AFFILIATE        Contact Us      |      About Us      |      Privacy      |      Cancellations      |      Conditions      |      Site Map

          

* tips: Using illegal leveling and gold service might terminate the account !
Copyright © 2015-2016 BUYNBA2KMT,All Right Reserved.

Case: 1:17-cv-02635-CAB Doc #: 25-9 Filed: 06/27/19 6 of 36 PageID #: 838

# My TEAM Dev Blog 2K17 With Associate Producer Peter Cornforth

2K Staff     09/13/2016



| Share | 61 |     Tweet

## BIG SHOES TO FILL

Last December, I took over as the producer for MyTEAM, joining a relatively small team of incredibly dedicated developers.  On my first day and throughout my orientation when people found out who I was and what I was going to be doing for the MyTEAM group, they seemed to all say the same thing to me:  "You've got big shoes to fill." I started hearing it so much that it became a mantra for me, something that I would internalize, think about as I walked from my car to the hangar each morning and as I lay quietly trying to sleep at night.

We began the process of designing what would be NBA 2K17 MyTEAM by dissecting each area of the mode. We took a look at every

2K.COM                                                                                          LOGIN

 BLOG

and you're pretty close to what I'm talking about. Looking at what we had mapped out, I began to seriously question just what I had gotten myself into.  Big shoes to fill indeed.

# IN THE MOMENT

This year we knew that we wanted the game to be totally keyed into what was going to happen in next year's NBA season. Last year, when Steph won MVP for a second time, when Kobe put up 60 in his final game, when LeBron and Kyrie dropped 40 each in the finals 2K16 MyTEAM had a moment's card out within the next few days.  It was a cool feature and something that the community went nuts over but as I was quickly learning Visual Concepts is not the type of company to leave well enough alone.  We knew we could do even better.

One of the first things I was asked to do was to oversee the project to completely overhaul our backend system and processes for releasing new card content. In addition we built new systems that allow us to release new "Moments" challenges as things were happening around the NBA. This year when "it" happens you will not only be able to pull the card out of packs immediately, you'll be able to jump into MyTEAM and live the moment for yourself.

Spectacular moments aren't anything new though. As long as there has been basketball there have been buzzer beaters, amazing shots, and spectacular plays. We wanted to reach back through history and feel that connection between current players and the NBA legends whose shoes they are trying to fill themselves. With that in mind, we made the decision to move away from specific years in our historic players' careers and focus instead on Moments.  Some Moments might be as brief as a single game, while others may reflect several years or even an era in the player's career.

Building a team from current and historic players is totally unique to MyTEAM. It's such a cool experience to build a team where Ben

 BLOG

process and to help us find a sweet spot that makes the whole mode feel connected to moments of the past while being totally dialed into the upcoming NBA season.  And, if the next season is anything like last year's record-shattering year, we're going to be in for a wild ride.

Here's a quick bullet point list of the new features this year. I get into some more detail down below.

## WHAT'S NEW IN MYTEAM THIS YEAR?

- New Player Overalls and Gem Levels
- Dynamic Duos
- Free Agent trial cards
- Quick Challenges
- Collection completion rewards
- MyTEAM Blacktop
- MyTEAM Online
- Smarter Matchmaking
- Stat Tracking
- The Diamond Board
- Defensive MT bonuses
- New Lineup management screen
- Hall of Fame badges

## NEW PLAYER OVERALLS AND GEM LEVELS

Let's start with the cards this year. The first thing we did was squash the stats for every player in the current NBA collection. Wait, hold on, and before you flip over a table because last year's MVP is rated at an 85 OVR, let me explain why this is actually awesome.

2K.COM                                                                                          LOGIN

 BLOG

This year we took the concepts of Moments cards and Dynamic Ratings cards and merged them into one. We will be adding new Moments cards more frequently as well as expanding the definition of what constitutes a moment. It could be a player hitting a career high, a rookie having a breakout performance, or a rare occurrences where a player does something unbelievable. As the season progresses, upgraded Moments versions of players will start to appear in our packs.  That means that any current player's ratings can grow throughout the season based on their performance next year, so the sky is the limit and no more negative ratings updates on players. This also allows us to not hit a "ceiling" early when it comes to certain players, with steady progression throughout the year.

Historic NBA player's ratings are now based on Moments in their career. Sometimes these will be a specific season, but they can reflect an entire era or a specific game.  This means that we can pick and choose better versions of historic players.  We've eliminated all Silver and Bronze level historic players, so every historic player is Gold or above.

This year, card levels will range from Bronze level rookies and bench players trying to break out to Pink Diamond performances engraved in NBA history. In all, we have 9 levels of cards--Bronze, Silver, Gold, Emerald, Sapphire, Ruby, Amethyst, Diamond, and Pink Diamond. Tier colors are directly tied to player OVR ratings.

# DYNAMIC DUOS

The Holy Grail around here has been to try to find a way to reflect the magic that some players had when playing together.  Those of us old enough can remember Stockton and Malone destroying defenses with their pick and roll game. Both players were great in their own right, but were amazing when they shared the court.  Some of you young guns might think of Klay and Steph or KD and Westbrook.

2K.COM                                                                                                                                    LOGIN

 BLOG

high school, and much more.  There are even a few Duos based on theoretical matchups, because of play styles, or personality. You can have 2 Pairs of Duos active at the same time if all 4 players are on the court then both Duos Bonuses are in effect.

# FREE AGENT TRIAL CARDS

One of the big pieces of feedback we got from the community last year was that many of the best cards in the game were too hard to get your hands on.  This year we wanted to create a trial card for users to test out cards they're interested in and give everyone a chance to play with some of the best in the league.  Free Agent cards are limited use trial cards that give you a chance to try out some of the top players before you get lucky enough to pull them out of packs.

Paul George Free Agent Card in NBA 2K17

Every MyTEAM user will get to choose from 1 of 5 90 OVR rated Free Agent cards to start out in the mode Russell Westbrook, Kristaps Porzingis, Steph Curry, Kawhi Leonard, and Lebron James. Each of the superstar players will come with 4 other starters that complement their play style included in the starter pack. As a bonus for finishing your first MyTEAM challenge, you will get another special FA card. Stay tuned to our social media because we will be giving out new Free Agent trial cards throughout the year.

# QUICK CHALLENGES

Challenges got a complete overhaul this year. You can now jump into a quick challenge offline if you don't want to commit to a full length game.  Challenges will range from quick scenarios to player-specific challenges and offer varying MTP awards. Sometimes you may not have time to play a full game, and having different lengths of Challenges means you can still get a game and some quick MT, even in limited play time.

2K.COM                                                                                                    LOGIN

 BLOG

At launch, we will have two groups of challenges available.  Each time you complete a group of challenges, you will earn a Challenge Token. Earn enough Challenge Tokens, and you will earn a prize.  New groups of challenges will be released every week, and prizes will improve as you earn more tokens. Plus we will be dropping Moments Challenges throughout the season that will give you the chance to recreate the best moments from the '17 NBA season.

## COLLECTION COMPLETION REWARDS

No more Team Balls as collection complete rewards!  We definitely heard loud and clear that you wanted player rewards back for completing collections, so we have obliged. This year when you complete a Current team collection, you can lock them in and be rewarded a Sapphire player card from that team's Historic franchise. When you complete the Historic franchise, you will get a guaranteed Diamond player.

## MYTEAM BLACKTOP

Our 3v3 Gauntlet mode from last year has been reborn as MyTEAM Blacktop, with some major upgrades.  You still get to build a 3v3 streetball squad using one player from your collection plus two more loaner players added randomly.  We have an all new outdoor nighttime court with crowd.

2K.COM                                                                                                    LOGIN

 BLOG

Case: 1:17-cv-02635-CAB Doc #: 35-9 Filed: 06/27/19 12 of 36. PageID #: 844

Next, we totally redid the pick boards. We added 10 levels of pick boards and a cool new mechanic for advancing up levels. Here's a breakdown of how it works:

You will have a pick board and a deck of player cards for each of the 10 levels. One player card from your deck is drawn at random and shuffled into the pick board. Selecting the player from the board will "Win" the board causing it to be reset and a new card from your deck will be added. Other cards on the pick board will include coaches, team gear, and consumables just like last year, but we've added new game cards to the mix as well.

- Point cards sink shots. Sink enough shots and you will unlock the next level board.
- Add a Player card shuffles a second player card into your existing pick board.
- Reset Lineup unlocks your 10 player lineup and lets you reuse locked players.
- Technical foul cards will reset your progress on the board.

Don't worry, because once you hit the 10th level of the board, it resets each time, meaning you'll never run out of games to play. You can see the gem levels of what cards are in your player deck in the bottom corner, and you'll get a sneak preview each time the deck is reshuffled.

# MYTEAM ONLINE

This year, Road to the Playoffs has been renamed MyTEAM Online. Seeds have been replaced by 9 online leagues with designated gem



5/31/2018                    2K Blog - My Team Dev Blog 2K17 with Associate Producer Peter Cornforth

This year, your record will matter as well.  Each league has 3 levels of prizing based on your record.  You will have the choice each time you win enough games to rank up to collect your prizes, or try the league again for a better record and better prizes. Each game matters this year!

We're also introducing 3 levels of prestige. Once you complete the Pink Diamond League, you can choose to start all over again from the Bronze League for all new prizes and an upgraded gem crest icon to show off your elite status.

We have also upgraded our matchmaking system for much smarter matchmaking that uses factors like skill level and team OVR to make sure every game gets you a competitive match.  This allowed us to completely remove lineup restrictions so you can use your best players right from the get go.

## STAT TRACKING

Another new feature that we are really excited about is stat tracking.  You can now check out your stats with every player you've played with in a MyTEAM game.  Stats are recorded onto each player card and update as you play, allowing you to check out how well you're shooting from the outside with Kobe or in the lane with Lebron. Stats will persist on a card until you decide to sell or auction it.

## THE DIAMOND BOARD

We've also replaced the set player awards for completing MyTEAM Online and Historic Domination with a new feature called The Diamond Board.  This year you will get to pick from 6 diamond level players when reaching the top level in each mode.  We even have an Amethyst Board when you complete regular Domination with your pick of 1 of 6 Amethyst-level players.



# DEFENSIVE MT BONUSES

In the past most of our in-game MyTEAM point bonuses were based on offensive plays. This year we wanted to give a boost for tenacious D.  We've introduced a bunch of new defensive bonuses for things like Good Shot Defense, Smart Double Teams, and Multiple Defensive Stops. This year you will have more ways than ever to earn in-game MTP bonuses. Lock up on defense and you'll find yourself reaching your goals!

# NEW LINEUP MANAGEMENT SCREEN

Another huge undertaking this year was to totally redesign our Edit Lineup menu.  You can now see your entire team including bench players all on one screen.  You will have access to all of your edit player tools to add badges, shoes, contracts, and manage your starting five easier than ever before.

# HALL OF FAME BADGES

This year some players will have Hall of Fame badges assigned to them.  These badges come assigned to players right out of the pack, and bestow bonuses above even the highest-level upgraded badges. Other badges will still have Bronze, Silver, and Gold level upgradability, but if you want a Hall of Fame badge, you'll need to track down those rare and unique players that play above the bar.

# THE AMBER TINT OF NOSTALGIA

Looking back on this mountain of new features I am amazed by what we were able to accomplish.  What seemed like a tangled spaghetti-



BLOG

wait for people to finally get their hands on NBA 2K17 MyTEAM. I hope that those of you out in our community know how much we listen to and appreciate your feedback.  Thanks for keeping us on our toes.

Log in to Comment

## 2K LINKS

GAMES

ABOUT

JOBS

STORE

## HELP

SUPPORT

MY2K

## CONNECT

FORUMS

  

2K.COM                                                                                          LOGIN

 BLOG

My Team Dev Blog 2K17 with Associate Producer Peter Cornforth

All rights reserved.

PRIVACY POLICY   TERMS OF SERVICE

Case: 1:17-cv-02635-CAB  Doc #: 25-9  Filed: 06/27/19  17 of 36.  PageID #: 849

 BLOG

# MyLEAGUE-MyGM Features Developer Diary

2K Staff     09/09/2016



Share 52        Tweet

**Innovation.  Authenticity.  Engagement.**

These are the three tenets that the franchise team has been working under for the last couple of years, and it has produced some truly unique content.  We have another feature set this year that will both challenge the norm and continue to drive this portion of the sports gaming industry.

The people I am fortunate enough to work with on the MyGM/MyLEAGUE team are of a different ilk.  Intense…is the word I would use to describe them.  To Dave Z, Tim, Brad, Barry, Leftos, Yu, and Kefei, I salute you.  For everyone else out there, let's go learn what these fine folks have created for you this year!

I'm going to write this blog a little differently than I have in the past.  We covered a lot of ground this year.  I want to make sure you can understand the breadth of our scope this year, so I am going to write this in more of a list format so you can quickly consume what we have been up to.  Without much further ado…

# LEAGUE EXPANSION (BLOG)

 BLOG

Having nearly finished the game now, and reflecting on that blog, I am beyond confident that you will all love what we have done here.

# MYLEAGUE ONLINE

MyLEAGUE Online has seen a lot of improvements in NBA 2K17. Last year, its first year, was all about delivering a rock solid mode that provided an exciting experience for you and your friends. Personally, I think we hit that mark, and even exceeded it. This year is all about taking the foundation we built in 2K16 and adding to it. The vision for this year was to add future years to MLO and make it a continuous franchise experience. I want to inject new draft classes. To see the young kids grow into superstars. And to see the superstars decline and eventually retire. All of this, I wanted to do in a new and exciting way. One that will keep you all on your toes.

MyLEAGUE Online does not revolve around money and contracts. That is something we have limited to our offline experience. Instead, we are adding a fantasy element (of sorts) to the mode this year. That core fantasy element revolves around the concept of 'Keepers'. Every player in the league has a number of 'keeper years' attached to him. At the end of every season, the GM of each team is able to keep a set number of players on their roster (this number is totally customizable by the Admin), so long as the players in question have at least 1 keeper year left. Players who no longer have any keeper years left simply become a free agent.

The offseason is a fun and integral part of our new experience. Players now age in MyLEAGUE Online. This means you have player progression, as well as player regression. The draft is the centerpiece of the offseason experience. Prefacing the draft is the draft lottery where all of the teams that don't make the playoffs get a chance for that coveted #1 pick (this works as you know it). The draft itself is where things get REALLY interesting. The player pool for the draft is a combination of the incoming rookie class coupled with all of the available free agents (e.g. players who weren't protected and/or have expired keeper years). This essentially means that with every pick in the draft, you are going to need to decide if you want to try and draft the next big star OR spend your draft picks on developed players. If you are at the top of the draft, you may get lucky and land a marquee player like a Paul George or John Wall. That will come at the expense of drafting and developing a young rookie, though. I'll be the first to admit, this is a unique way to do an offseason. It's a way though, that has provided the development team here with some really, really compelling drafts and leagues that

 BLOG

As this is a MyLEAGUE experience, complete customization is the paradigm we are sticking to.  New support includes:

- Admins can schedule and update the offseason draft time to one that works best for his/her league.
- Admins can import custom Draft Classes directly into MLO this year.  In fact, the draft classes can be imported right up to the start of the draft.  Additionally, we now allow for the editing or prospects after the class has been imported.  If your league members want changes to the incoming class, you have the tools to make the changes.
- As league members can play games in any order, the concept of 'time' is loosely based in this experience.  To combat this, we have now given Admins the ability to generate new Power Rankings, Big Boards, and Mock Drafts whenever they deem fit for their leagues.
- Admins can customize the number of Keepers teams are allowed to hold onto after each season, all the way from 0 players up to 15.  The default value is 5 players, which we have found keeps things interesting going from year-to-year.
- We understand that drafting a rookie entails waiting around for the player to blossom.  The last thing you want to do is invest time waiting for him to blossom, only to have him walk when his keeper years expire once he reaches his potential.  As such, we have added an Admin option that allows you to add additional Keeper Years to drafted rookies.  This encourages you to draft them, as you will have additional years to see them develop and take advantage of their newfound skills before they enter free agency.
- Admins will now have access to the Edit Player feature of an already running MyLEAGUE Online.
- Injuries have been added to MLO for 2K17.  Injury duration is defined as number of games.  For those who prefer their players to all be healthy, there is an admin option to turn injuries off.
- Admins have been given the ability to manually unretired players that have decided to call it quits.
- Admins will have the ability to re-run the Draft Lottery in the event that the guy no one likes wins it (I kid, but the ability is there!).  Additionally, Admins will also have the ability to manually set the draft order for the offseason draft should your league come up with a custom way to order the draft.   These two options right here, I think these really show how serious we are about letting you build your league the EXACT way you want it.  Customization, all day!

Even with all of the above being added to the mode, maintaining complete reliability with an "it just works" experience was still our #1 goal for this year.  Beyond that, I genuinely think you are going to love what we have done to the mode this year.  I can't wait to hear your feedback once you actually have the controller in your hands.

# NEW MODE - PLAYOFFS

 BLOG

of the Playoffs is now at your fingertips.

NBA 2K17 features two new game modes under the MyGM/MyLEAGUE experience this year: Start Today and Playoffs.

# NEW MODE - MYLEAGUE START TODAY

Once the NBA season starts, a new mode will open up in NBA 2K17.  Start Today is a season/franchise mode that takes all of the stats/standings/injuries/etc. from the REAL NBA and applies them right into your game.  For example, if you start a new Start Today experience on Christmas day, the standings and all player statistics will match exactly what they are in real life.  Your job from that point will be to finish out the season and guide your team to victory (you can keep on playing for a total of 80 years!).  No matter what day (in real life) you begin your Start Today experience, we will have it up-to-date to that very moment in the NBA season.  This is a feature we attempted a number of years back (to moderate success) that kind of fell by the wayside as we transitioned to the next gen consoles.  This year, we went full bore with the feature, and I'm extremely proud to say that the experience is more feature rich than we ever expected it could be.

# START IN OFFSEASON

Starting a new franchise mode has been the same, more or less, in every game, since the beginning of time.  In NBA 2K17, when you start a new MyGM/MyLEAGUE, you now have the choice of starting at the beginning of the regular season (as it has always been) OR by starting at the beginning of the previous offseason.  Did your team miss out on Ben Simmons?  Maybe you didn't like who your team took with their first round pick.  Maybe you feel like the free agency period was a missed opportunity for your team.  This year, we are giving

Case: 1:17-cv-02635-CAB   Doc #: 25-9   Filed: 06/27/19   21 of 36.   PageID #: 853

 BLOG

New to NBA 2K17 is the ability to start your MyGM/MyLEAGUE at the beginning of the 2016 offseason, thus allowing you to re-write history by drafting different players and signing different free agents. Ben Simmons and Brandon Ingram can be yours…

# BEAUTIFUL NEW SETUP FLOW

With features like League Expansion and Start in Offseason going in to the MyGM/MyLEAGUE modes in NBA 2K17, it became clear that we needed to create a new, elegant way for you to create your new league.  This year, we will walk you through each feature step-by-step in order to ensure that you get the exact league setup that you want.

# DYNAMIC UNIFORM UPDATES

All NBA season long, the team here at Visual Concepts is constantly pumping out new content to keep us up-to-date with the real NBA. This might be new/updated court floors, new/updated uniforms, arenas, and more.  If you ever wanted to take advantage of the newly released uniforms (for example, the All-Star uniforms for the current season), you would have to do a complete restart of your MyGM/MyLEAGUE.  No one wants to do that!  In NBA 2K17, we have written a new backend that seamlessly integrates new uniform releases right into your existing save files.  You don't have to do a thing, they will just be there waiting for you to enjoy!

# DYNAMIC RULE CHANGES

As time passes, the NBA changes.  We've seen many rules that have changed the way the game is played, including shot clock changes, the addition of the 3-point shot, defensive 3-in-the-key, the hand-check, and so, so much more.  NBA 2K17 introduces the concept of

6/1/2018   MyLEAGUE - MyGM Features Developer Diary

 BLOG

modifications to the trade rules, the salary cap, team relocation fee changes (MyGM), trading deadline changes, and more.  And for the purists out there, worry not.  You can disable rule changes in future years if it's not your cup of tea.  Total customization is the name of the game here at 2K.  Play the game how you like.

As time passes in your MyGM/MyLEAGUE, the Competition Committee will propose new rule changes that can have either small or sweeping changes to the league.

# TEAM REBRANDING SHARING

This is a feature I mentioned in the League Expansion blog, but I want to include here in case you missed it…because I like it that much.  Last year, we introduced the concept of rebranding your team by creating a new team logo, uniforms, court floor, stadium, etc.  It was a lot of work for you, but with our robust tools, it was worth the effort.  In NBA 2K17, you now have the ability to share your creations with the world.  This means, you can simply browse complete team packages built by other users and download them right into your save files with a single button press.  Don't worry about trying to make the perfect Seattle Supersonics rebrand; it's likely someone has already done the work.  Search for 'Sonics', find the one you want, and add them to your league.  Simple as that!

# DRAFT PICK PROTECTIONS

For the first time, you can now place Protections on draft picks that you trade away.  Want to add a safeguard to your team in case things go wrong?  Put a Top 5/Top 10/Lottery protection on the pick.  Of course, the CPU will use this to their advantage as well.  If they are a rebuilding team who is trying to get their fans to "trust the process", they will likely insist on protections for any picks they trade in the upcoming years.  This adds a new layer of authenticity to the trading game, one that you will no doubt enjoy.

 BLOG

Protections not enough for you?  Try adding a Pick Swap to the trade.  For the first time, you can now offer pick swaps as part of any trade offer you make.  A team with Pick Swap Rights has the opportunity to choose between their own draft pick or the pick of the team they are trading with (once the lottery order is finalized).  Think of it as insurance where you get the better of the two picks.  Note that CPU teams will be cautious to add this to any trade if their team's pick has a chance to go lotto.  You really need to make it worth their while!

# ADVANCED ROTATIONS

For those of you who really want to take charge of your on-court units, we are introducing a new feature called Advanced Rotations that allows you to control exactly who is on the court for each minute of the game.  Devise gameplans that detail exactly how long you want your starting five on the floor to start the game, when the second unit should come in, and what position each player plays as different units sub in and out over the course of the game.  The sheer amount of control you now have here is unparalleled in sports gaming.

> With the Advanced Rotations menu, users will have complete control over who is on the court (and who is on the court with them!) right down to the minute. In this case, I'm running with the starters for the entirety of the 4th quarter.

# JERSEY RETIREMENTS

Teams will now retire jersey numbers of players (post-retirement) who were instrumental in their success over a period of many seasons.  The logic is actually pretty sophisticated for this.  If LeBron ends up on a team, plays one great season, then moves on, it is highly unlikely (read: not going to happen) that team will retire his jersey once he calls it a career.  His contributions simply weren't meaningful enough…big picture.  Sounds simple, but I'm a big stats guy, and this provides a warming sense of history to your league.

 BLOG

Offseason trades are now allowed at any point during the offseason (following the Draft Lottery).  In previous games, we had limitations on when trades could be made in the offseason.  In order to not make this exploitable during a period such as Free Agency, we now enforce the rule that prohibits trading newly signed players for a period of three months or December 15th (whichever is later).

## OFFSEASON TRADE LOGIC IMPROVEMENTS

Supporting offseason trading was much more complex than just adding the option during Free Agency, for example.  We wrote new offseason trade logic that takes into consideration the players on a team's roster, who the team wants/expects to get in the draft (and what positional need that fills), the team's current Bird Rights free agents and how likely the team is to re-sign them (e.g. the cpu now has the ability to look at a trade offer in the offseason with the thought of, "I don't like your offer of Kyrie Irving, as I have CP3 (even though he is not on my roster RIGHT NOW) who we fully expect to re-sign in free agency thanks to the extra max year we can offer over other teams.").  Additionally, we also spent a lot of time re-writing our trade logic for Draft Day trades.  In hindsight, it felt a little loose, often resulting in unbalanced offers.  Those should be a thing of the past in NBA 2K17.

## EASIER ROSTER EDITING

Roster editors are going to love this one.  In both MyLEAGUE as well as the Roster Creator, you can now toggle an edit mode that allows you to edit all player ratings directly from the team roster pages.  No more highlighting a guy, selecting Edit Player, waiting for it to load, making the changes, backing out, and repeating with the next player.  It is an infinitely faster experience now.

## EASIER MYLEAGUE TEAM SWAPPING

 BLOG

# NEW MYLEAGUE TEAM CONTROL OPTIONS

In MyLEAGUE, teams can now be toggled as User Controlled/CPU Controlled even after the mode has started.  For example, if you start a mode with the both the Lakers and Clippers as user-controlled teams and later decide you only want to play as the Lakers, you now have the option to set the Clippers back to cpu-controlled.

# TEAM RIVALS

We have a new Team Rivals feature in the game this year that does a really great job of selling the drama of playing a game against a rival.  When playing in such a game, the atmosphere will look and feel different compared to a game against a non-rival.  As it should! You want to FEEL the energy when Cleveland comes to the Oracle.  Driving this system is an all-new backend that is constantly changing the rival score between teams.  For example, if you are playing a game with playoff implications that results in a lot of physical play (technicals), you can expect such a game to ratchet up the temperature with respect to the rival score.  In total, there are over 20 factors that we are constantly looking at, constantly evaluating, to determine the appropriate rival level one team should have with another.

The new Team Rivals feature allows you to build and grow new rivalries based on the actions that take place within your league. Rival games feature a ramped-up and more intense atmosphere, to help portray the significance of the game.

 BLOG

records, and single game playoff records.  As you play through your league, you will see players rise through the ranks.  It's pretty cool to see how this looks after simulating 50 seasons.  At the Team level, we now track the 5 all-time leaders across 10 different stats, for every team.  I'm a bit of a stats junkie, so this is pure stat candy for me.  I hope it will be for your as well!

# DRAFT CLASS IMPROVEMENTS

Draft Classes can now be imported and edited at ANY point (read: editing can happen AFTER importing while the season is ongoing).  Additionally, Draft Classes created in-mode can be saved to their own files as well.

# NEW AUTOMATED SCOUTING LOGIC

Your scouts are now much, much smarter when you enable automated prospect scouting.  They will look at your assortment of picks and scout players appropriate for your expected draft position.  They are also significantly better at sticking to your guidelines for searches (e.g. when searching for 'Best Available', 'Sleepers', etc.).

# IMPROVED TRADE RUMORS

Trade Rumor posts in Social Media have been greatly improved, and are much more in line with actual talks that teams are having behind the scenes.  But, can you believe everything you read?

 BLOG

This CBA rule allocates the minimum amount of money that a team must pay a player based on his years of service in the league. The interesting part is, regardless of the amount that the team is required to pay for the player (based on his years of service), the actual cap hit for this player will likely be significantly less. As an example, Chris Andersen signed with the Cavaliers on a 1 year minimum this offseason. Based on his years of service, this means the Cavs will pay him $1,551,659. The actual amount that counts against the cap is $980,431. One bonus to this change is that it will be easier to sign aging veterans who may think they are worth a little more than the absolute league minimum. All in the name of authenticity!

## 'DERRICK ROSE RULE' ADDED

We've added the "5th Year 30% Max Criteria" contract signing rule (you will know this as the 'Derrick Rose Rule'), which allows a player finishing his rookie contract to make 30 percent of a team's salary cap when he meets the appropriate criteria.

## PROPER RE-TRADING RULE ADDED

Added support for the rule that does not allow recently traded players to be re-dealt in a package (by a team over the cap) with other players (via aggregation of salary) for a period of 60 days. The team is still free to trade the player immediately, either by himself or without aggregating his salary with other salaries. In short, another step toward full sim, baby.

## TRADE APPROVAL RULE ADDED

Added support for the rule that requires player trade approval for a player playing under a one-year contract who will have Bird rights at the end of the season. The player will only waive this provision if the destination team is a better fit for him and his career. So make it

 BLOG

# STAFF EDITING IN THE ROSTER CREATOR

Staff editing is now available outside of MyGM/MyLEAGUE in the Roster Creator.  This allows for shared rosters to now include edited/custom staff as part of the roster itself.

# HOT ZONE CUSTOMIZATION

Hot Zones are now customizable when editing players.  Edit any player in the league to your specification, or more likely, take total control when creating/using a custom created draft class.

NBA 2K17's new League Expansion feature allows you to create your league in a number of ways. One such way is the 'Custom League' option which allows for a combination of Expansion Teams, Classic Teams, Euroleague Teams, and more.

# TEAM STANDINGS LOGIC UPDATED

Team Standings calculation code has been redone and now reflects all of the NBA's latest rules and tiebreakers, including multi-team ties.

# STATISTICAL MINIMUMS UPDATED

 BLOG

# NEW LEAGUE LEADER/PLAYER STAT FILTERING

League Leader Stats and Player Stats can now be filtered by Current Season, Home Games, Away Games, Wins, Losses, As a Starter, and Off The Bench.  Seeing the various splits is really interesting and gives new insight into players and how they play.

# NEW TEAM STAT FILTERING

Team Stats can now be filtered by Current Season, Last 5 Games, and Last 30 Days.  As the makeup of a given team changes over the course of a season via trades and injuries, these new toggles are great at giving you the most up-to-date information about your team or your next opponent.

# NEW PLAYOFF STATS FILTERING

During the Playoffs, Playoff Stats can be broken down by 1st Round games, Conference Semifinals, Conference Finals, NBA Finals, and Entire Playoffs.  I've found this tool to be useful when game planning for a team in the playoffs.  It's interesting to review the matchups series-by-series and hunt for the weaknesses.

# IMPROVED ALTERNATE UNIFORM SELECTION

 BLOG

# 'DEAD MONEY' SUPPORT ADDED

- We now track 'dead money' (this article might help to explain it for you: **http://bleacherreport.com/articles/2591387-counting-the-nbas-dead-money**) in the game, meaning teams in our game are on-the-hook for their pre-existing real world player waives and buyouts. Sim baby, all the way!  These numbers can be viewed for each team on the Player Contracts menu.

# SALARY CAP PROJECTIONS

Salary cap projections (for all teams) are now shown for all upcoming years in the Player Contracts screen.  This should help you with your forward-looking team building.

# OFFSEASON INJURIES

Injuries have been added to the Summer League period of the offseason.  While very rare, injuries that carry over into the regular season can now occur.

# PLAYER SORTING IMPROVEMENTS

Sorting by position or age now sorts by overall as well, so you can easily check your team's depth chart or find the best 21 year-old free agent.  My sincerest apologies for not putting this in the game about 10 years ago.  You will love it, as simple as it is.

 **BLOG**

And there you have it.  Innovation.  Authenticity.  Engagement.

Here at Visual Concepts, we believe strongly in the franchise experience.  Some of our truest and most hardcore fans live exclusively in these modes, and it's important to me that you feel we respect your purchase (because we do!).  So many games in sports simply ignore their franchise mode, or they will often give you the one pity feature each year to show a heartbeat.  I don't understand that.  At all.  Each year I try and find a feature that pushes the envelope, something that no other game has tried or gotten right yet.  The franchise genre has grown a lot in the last ten years, and it still has a lot of room for growth in my opinion.  You better believe this team will be right there, continuing to push that envelope year after year after year.

Until next time folks.  Enjoy your time with NBA 2K17!

Erick Boenisch

aka SimBaller

<span style="color:red">Log in to Comment</span>

 BLOG

GAMES

ABOUT

JOBS

STORE

## HELP

SUPPORT

MY2K

## CONNECT

FORUMS

   

Copyright ©2015 Take-Two Interactive Software, Inc
Trademarks belong to their respective owners.
All rights reserved.

PRIVACY POLICY    TERMS OF SERVICE

Case: 1:17-cv-02635-CAB   Doc #: 29-9 Filed: 06/27/19  33 of 36.  PageID #: 865

 BLOG

# NBA 2K17: MyGM / MyLEAGUE - League Expansion

2K Staff      07/20/2016



Share 2        Tweet

Hello everyone! For those of you that don't know me already, my name is Erick Boenisch, Senior Producer on NBA 2K17. Many of you may know me by my online handle, SimBaller. I'd like to be the first person to welcome you to NBA 2K17! The team here at Visual Concepts has been working relentlessly on this year's game, and I'm extremely proud to show you one of the new features that we know you will all really enjoy.

NBA 2K17 features a simplified menu system that is both beautiful and streamlined. All of the modes within MyGM / MyLEAGUE feature an elegant setup flow that will guide you through the creation of your completely customized league, step-by-step.

For anyone who has read my blogs in the past, you know that I am serious about MyGM and MyLEAGUE. I'm blessed to work with a core group of people who share the exact same level of passion. We've done a LOT of work to these modes this year, and one feature I can't stop talking about is...League Expansion. This is entirely new to NBA 2K17, and is the feature I want to tell you about today.

League Expansion is, as it sounds, a way to grow your league beyond the 30-team NBA. When creating a new MyGM or MyLEAGUE, you have a few options on how you can handle the setup of your new league: - Start with the current 30-team NBA, as it is structured now. - Start a league with Expansion where you can instantly expand the league from 30 up to 36 teams (all with designs of your choosing). - Or, you can start with a completely customized league (that can still include up to 36 teams) that may include realigned divisions, Expansion Teams, Classic teams, Edited/Rebranded NBA teams, Euroleague teams, and more.

 BLOG

Every possible configuration you could want is now at your fingertips. And I have more features to make the expansion process even easier for you. If creating all of the art assets for the team logo, arena, and uniforms is more than you can handle, I have two alternatives for you. First, we have 10 pre-built fictional franchises (complete with full audio and commentary support) built right in to the game. Pick your favorite one and off you go. Alternatively, you can now download complete team designs from the community in NBA 2K17. For example, if you know that you want your expansion team to be a Seattle Supersonics franchise, you can search through community uploaded team designs and instantly download one right into your new MyGM/MyLEAGUE. It couldn't be simpler.

For my franchise heads out there, you already know that a proper league expansion is more than just new logo/uniform/stadium art. The entire experience surrounding the game has to support it. We've covered every detail required for a proper league expansion, including player protections, expansion drafts, and much, much more. A considerable amount of time was spent this year building an NBA schedule creation tool that dynamically generates balanced schedules with respect to your 31/32/33/34/35/36 team leagues. We then created dynamic menus for every menu in the game including the Draft Lottery and the Draft, with respect to how many teams are in the league. For example, when you have a 32-team league, that means you now have 16 teams in the lottery (up from the current 14), and all the mathematical odds of getting the #1 pick that go along with that new Draft Lottery format need to be updated. Simply put, we left no stone unturned, and we did it all for your enjoyment. Immerse yourselves.

For Expansion Teams, you can choose to: 1) Design your own team logo, uniform, and arena from scratch, 2) You can populate your league with a selection of fictional expansion teams we have built from the ground-up (complete with full audio and commentary support), or 3) You can browse Team Designs that other community members have uploaded. With only the press of a button, these Team Designs can easily be downloaded an inserted directly into your league.

League Expansion isn't just a feature you can use when setting up your league. You can dynamically expand your league in the offseason, even after the mode has already started! Additionally, the league will approve expansion franchises dynamically on its own as you get further into your franchise. When that happens, you'll need to make tough decisions about which of your players you want to protect, and which will need to be exposed for the impending Expansion Draft. It won't happen very often, but when it does, it will shake up your league, without a doubt! For the MyLEAGUE users out there, you will have the ability to contract previously expanded expansion teams, should you choose to do so.

MyGM/MyLEAGUE has seen a LOT of great additions this year; I'll get into the rest of those details a little closer to launch. We're always looking for ways to innovate in the franchise space, and following on the heels of Team Relocation in NBA 2K16, League Expansion feels

Case: 1:17-cv-02635-CAB  Doc #: 25-9 Filed: 06/27/19  35 of 36.  PageID #: 867

 BLOG

Erick Boenisch aka SimBaller

Log in to Comment

## 2K LINKS

GAMES
ABOUT
JOBS
STORE

## HELP

SUPPORT
MY2K

 BLOG

Copyright ©2015 Take-Two Interactive Software, Inc
Trademarks belong to their respective owners.
All rights reserved.

PRIVACY POLICY    TERMS OF SERVICE