UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HAYDEN,** | ) | **CASE NO. 1:17CV2635** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | <u>**ORDER**</u> |
| | ) | |
| **2K GAMES, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

<u>**CHRISTOPHER A. BOYKO, J.**</u>:

Upon review of the docket, the Court notes that Plaintiff's Third Amended Complaint was filed on June 27, 2019 and Defendants' Answer was filed on July 11, 2019. Also, the parties have proposed a case management schedule. (ECF DKT #19). At this juncture, the Court enters the following :

1. The case is designated for the Standard Track.

2. The parties do not consent to jurisdiction of the United States Magistrate Judge.

3. The deadline for amending pleadings and/or adding parties is August 19, 2019.

4. The non-expert discovery cut-off is October 31, 2019.

5. A Settlement Conference is set for November 7, 2019 at 2:00 p.m. Lead counsel

and all parties with full authority shall attend and comply with the Court's Standing Settlement Conference Order.

**IT IS SO ORDERED.**

                                    **s/ Christopher A. Boyko**
                                    **CHRISTOPHER A. BOYKO**
                                    **United States District Judge**

**Dated:  July 19, 2019**