UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>        Plaintiff,<br><br>v.<br><br>2K GAMES, INC. et al.,<br><br>        Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>JUDGE CHRISTOPHER A. BOYKO |

## NOTICE OF WITHDRAWAL OF COUNSEL

Chrissy Milanese, of Kirkland & Ellis LLP, hereby withdraws as attorney of record in this case for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. ("Defendants"). Defendants will continue to be represented by Dale Cendali, Joshua L. Simmons and Miranda Means of Kirkland & Ellis LLP and by David T. Movius and Matthew J. Cavanagh of McDonald Hopkins, LLC. Because attorneys from the same Kirkland & Ellis law firm will continue to represent Defendants, Ms. Milanese's withdrawal is by notice under Local Rule 83.9.

Dated: July 30, 2018

*/s/ Joshua L. Simmons*
Dale M. Cendali (admitted *pro hac vice*)
Joshua L. Simmons (admitted *pro hac vice*)
Miranda Means (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
miranda.means@kirkland.com

        David T. Movius (OH 0070132)
        Matthew J. Cavanagh (OH 0079522)
        McDonald Hopkins LLC
        600 Superior Avenue, East, Ste. 2100
        Cleveland, Ohio 44114
        Telephone: 216.348.5400
        Fax: 216.348.5474
        dmovius@mcdonaldhopkins.com
        mcavanagh@mcdonaldhopkins.com

*Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2019, I electronically filed the foregoing Notice of Withdrawal with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record, all of whom are registered ECF participants.

*/s/ Joshua L. Simmons*
Joshua L. Simmons (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
joshua.simmons@kirkland.com

*Attorney for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*