# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>      Plaintiff,<br><br>v.<br><br>2K GAMES, INC. et al.,<br><br>      Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>JUDGE CHRISTOPHER A. BOYKO |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

In accordance with Federal Rule of Civil Procedure 26(c), Plaintiff James Hayden and Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. jointly move the Court to enter the attached Stipulated Protective Order. The parties anticipate that discovery in this case will require the production of documents, things, and testimony that may contain confidential, competitively-sensitive, or proprietary information. In the interest of expediting discovery, protecting confidentiality interests, and limiting disputes regarding access to such information, the parties have conferred and have agreed to the terms of the attached Stipulated Protective Order. In accordance with this Court's Standing Order governing Stipulated Protective Orders, the parties have done their best to track the Court's standard protective order, while giving due consideration to the specific interests and issues presented by this case. The parties have negotiated and agreed that the Stipulated Protective Order needs additional confidentiality levels and other administrative changes from the Appendix L to the Local Rules. A redline demonstrating the changes sought by the proposed order is attached. Therefore, the parties respectfully request that the Court grant this motion and enter the attached order.

DATED: August 6, 2019

| | |
|---|---|
| */s/ Joshua L. Simmons* | */s/ Andrew Alexander* |
| Dale M. Cendali (admitted *pro hac vice*) | Daniel McMullen (Ohio Bar No. 0034380) |
| Joshua L. Simmons (admitted *pro hac vice*) | Georgia E. Yanchar (Ohio Bar No. 0071458) |
| Miranda Means (admitted *pro hac vice*) | Andrew Alexander (Ohio Bar No. 0091167) |
| Kirkland & Ellis LLP | CALFEE, HALTER & GRISWOLD LLP |
| 601 Lexington Avenue | The Calfee Building |
| New York, New York 10022 | 1405 East Sixth Street |
| Telephone: (212) 446-4800 | Cleveland, Ohio 44114-1607 |
| dale.cendali@kirkland.com | Telephone: (216) 622-8200 |
| joshua.simmons@kirkland.com | Facsimile: (216) 241-0816 |
| miranda.means@kirkland.com | dmcmullen@calfee.com |
| | gyanchar@calfee.com |
| | aalexander@calfee.com |
| David T. Movius (OH 0070132) | *Of Counsel* |
| Matthew J. Cavanagh (OH 0079522) | |
| McDonald Hopkins LLC | Kimberly A. Pinter (Ohio Bar No. 0084277) |
| 600 Superior Avenue, East, Ste. 2100 | CALFEE, HALTER & GRISWOLD LLP |
| Cleveland, Ohio 44114 | The Calfee Building |
| Telephone: 216.348.5400 | 1405 East Sixth Street |
| Fax: 216.348.5474 | Cleveland, Ohio 44114-1607 |
| dmovius@mcdonaldhopkins.com | Telephone: (216) 622-8200 |
| mcavanagh@mcdonaldhopkins.com | Facsimile: (216) 241-0816 |
| | E-mail: kpinter@calfee.com |
| *Attorneys for Defendants 2K Games, Inc.* | |
| *and Take-Two Interactive Software, Inc.* | *Attorneys for Plaintiff James Hayden* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 6, 2019, I electronically filed the foregoing Joint Motion for Entry of Protective Order with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record, all of whom are registered ECF participants.

          */s/ Joshua L. Simmons*
Joshua L. Simmons (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
joshua.simmons@kirkland.com

*Attorney for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*