# EXHIBIT A

This site uses cookies. By using this site, you agree to our: Cookie Policy, Privacy Policy and Terms of Service. OK



Fuse TV     Music     Style     Pop Culture     Sports     Life     Sneakers     Shows

# 50 Tattoo Artists You Need to Know TRENDING

 **BY COMPLEX**

Adult Film Actress Yurizan Beltran
Has Died at 31                    JAN 05, 2015

SHARE     TWEET

Kyrie Irving Says Goodbye to the
Kyrie 3, Introduces the Kyrie 4
Sole Collector

More Details Emerge in 6ix9ine
Child Se...



*Image via Life and Times*                                                   CLOSE

This site uses cookies. By using this site, you agree to our: Cookie Policy, Privacy Policy and Terms of Service.     OK

you had unlimited funds, time, and travel budget, who would be the artist to put a permanent stamp on your skin? Hopefully it won't be Miley Cyrus...

Make sure to do some research before getting inked permanently, by checking out different types of lettering and the artists who are on the come up. If you want to get a new tattoo, put some money away to make sure it's done right, and consider one of these **50 Tattoo Artists You Need to Know** before you go in.

# Doug Hardy

**Location:** San Francisco

Son of legend Don Ed Hardy, Doug runs San Francisco's well-known shop Tattoo City. With his dope artistry, Doug does a fine job of upholding the family legacy.

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.　OK

FOLLOW COMPLEX STYLE

Fuse TV　　Music　　Style　　Pop Culture　　Sports　　Life　　Sneakers　　Shows



**Location:** Hong Kong

Rodeo Rob hits a nice mix of East and West in his Hong Kong shop. From koi to roses, Rob has it covered. His art is a mix of new-school color and traditional line value.

## RELATED

The Complex Guide To Tattoo Lettering

10 Tattoo Artists to Follow on Instagram

# Angelique Houtkamp

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

☰    Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows



**Location:** Amsterdam

After starting her career relatively late in life (at 30), Angelique developed a traditional style with a feminine touch that works just as well on skin as it does on canvas.

# Annette LaRue

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

≡    Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows



**Location:** Various

When we asked about her style, Annette said, "I love traditional tattoos and paying customers!" She's old-school, and as the proprietor of New Orleans' Electric Lady Land, she brings over 20 years of experience to the table.

# Keith Underwood

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

≡     Fuse TV     Music     Style     Pop Culture     Sports     Life     Sneakers     Shows

**Location:** Austin, Texas

A pupil of the late, great Mike Malone (who in turn was a pupil of the great Sailor Jerry), Keith Underwood has been tattooing for over a decade. During that time, he has mastered and refined his own take on classic American street-shop styles. Keith is a link to the golden era of American tattooing, so if that's what you're looking for, head to Austin.

# Lana Wingo

**Location:** Chicago

Ms. Wingo has a lovely style. Her work is bold and bright and has all the right detail. Her flowers are superb, and you can't go wrong if you go to her for a traditional

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

**Location:** Santa Fe, N.M.

Boasting over 13 years of work in the industry, Pitt's dope designs helped to bring his and Charlie Foos' Baltimore-based tattoo parlor Read Street to the attention of many. He is currently working with Dawn Purrell as an in-studio artist.

# Valerie Vargas

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

≡          Fuse TV       Music      Style     Pop Culture      Sports      Life      Sneakers       Shows

**Location:** London

Former Frith Street Resident, Valerie Vargas opened her own tattoo parlor in London in
2014. Known for her dynamic visual style and feminine illustrations, her women and
flower tattoos are as perfect as they come. So if you are in London and dying to get
inked, check out **Modern Classic Tattoo.**

# Bert Krak

**Location:** Brooklyn

Bert Krak holds down Brooklyn's Smith Street, and he pushes classic New York tattooing
forward. His work features strong lines and bold colors, all with distinct quirks. Go to
him for new-school takes on the old.

# Bailey Hunter Robinson

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

**Location:** Brooklyn

Bailey's love of American folk art comes through in his tattooing. Whether in black and gray or in color, his interpretation of classic Americana is always remarkable.

# Louis Molloy

CLOSE

50 Tattoo Artists You Need to Know | Complex

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

# Freddy Corbin

**Location:** Oakland

Corbin is another tattoo legend. He was schooled by Don Ed Hardy and worked with guys like Bill Salmon to perfect his craft. Freddy Corbin's execution of religious iconography is top-notch and awe-inspiring.

# Woon Kim

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

**Location:** Schwenningen, Germany

Woon Kim brings together a host of international styles, mixes them up, and makes them his own. Musicians are a favorite subject, and he does great portrait tattoos. If you're looking to put a lady on your body, female figures by Woon Kim are well-conceived.

# Kat Von D

**Location:** West Hollywood, Calif.

Kat Von D—who hasn't heard of this gal? Regardless of her celebrity, she can hang with and do portraits alongside the best of them.

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.   OK

FOLLOW COMPLEX STYLE

Fuse TV     Music     Style     Pop Culture     Sports     Life     Sneakers     Shows

**Location:** Santa Ana, Calif.

Placaso comes from the SoCal black-and-gray tradition; his work is similar to Mr. Cartoon and Boog. He can do all the Chicano lowrider stuff, the lettering, and the clowns, but his portraits are what set him apart.

# Shane O'Neill

CLOSE

Case: 1:17-cv-02635-CAB  Doc #: 33-1  Filed: 08/19/19  14 of 41.  PageID #: 1001

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

Point blank—Shane O'Neill is a god in the world of photorealistic portrait tattoos.

# JK5

**Location:** Brooklyn

RISD graduate Joseph Ari Aloi is known for a whole host of graphic-design ventures. Tattooing is where he remains most deep-rooted, though. JK5 opened his first custom shop in 1997, and superb composition has made him a household name in the tattoo community. His collaboration series with clothing brand Mishka helped introduce him to the Hypebeast set.

# Grime

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.　OK

FOLLOW COMPLEX STYLE

**Location:** San Francisco

Grime is your favorite tattooist's favorite tattooist. His work has been compiled in a book, *Iron Will*, which is currently sold out, but if you hit him up maybe you'll get lucky for the holidays.

# Scott Campbell

Location: New York

CLOSE

50 Tattoo Artists You Need to Know | Complex

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.   OK

FOLLOW COMPLEX STYLE

characters.

# Nao Takamura

**Location:** Fukuoka, Japan

Tattooing out of his apartment, Nao Takamura offers tradition with a contemporary twist. His tattoos are one part Japan, one part SoCal.

# Steve Moore

CLOSE

This site uses cookies. By using this site, you agree to our: Cookie Policy, Privacy Policy and Terms of Service.　OK

**Location:** Vancouver, Canada

Steve Moore is one of Vancouver's finest. The former skater has been tattooing since 1993, and since then he's developed a penchant for big, colorful sleeves.

# Julian Garner

**Location:** Ottawa, Canada

A former pro skater, Julian Garner now holds down Ottawa's Five Cents. His best work emphasizes shading with ultra-delicate line work that allows the colors to take center stage.

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service. OK

FOLLOW COMPLEX STYLE

Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

**Location:** Toronto

David Glantz began in his hometown of Ottawa before moving to Toronto and becoming the city's favorite ink-slinger. His influences come from comics, graffiti, and a bit of Art Nouveau.

# Regino Gonzales

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

**Location:** New York

Regino Gonzales offers a new-school take on a number of traditional styles. He can hit a full-color bird just as neatly as a black-and-gray ship, and if you want a full, darkly themed body suit, he can kill it for you.

# BJ Betts

**Location:** Wilmington, Del.

Typography titan BJ Betts excels at lettering—in fact, he literally wrote the tattooist's guide (four volumes worth). Aside from killer stomach-rockers, Mr. Betts produces gorgeous flowers and fantastic koi fish.

# Jimmy Hayden

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

**Location:** Cleveland

Hayden, the owner of Focused Tattoo, has adorned two of the Cleveland area's finest exports: LeBron James and rapper Stalley.

# Maxime Buchi

**Location:** Brooklyn

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.　　OK

FOLLOW COMPLEX STYLE

≡　　Fuse TV　　Music　　Style　　Pop Culture　　Sports　　Life　　Sneakers　　Shows

titled Sang Bleu.

# Norm

**Location:** Los Angeles

Norm rose to fame as part of the AWR/MSK graffiti crews. He later shifted to gallery
work, and then to the body. Norm slings ink from his Will Rise Studio on Fairfax in L.A.
and offers sound lettering and a tight California style.

# Julie Becker

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

**Location:** Los Angeles

Julie is a terrific tattoo artist. Her psychedelic mix of florals and symbolism makes her work stand out. Unfortunately, she is currently taking a small break from tattooing to focus on fine arts.

# Horishow

**Location:** Fukuoka, Japan

If you want a tattoo of traditional Japanese subject matter with bold color, head to Fukuoka and seek out Horishow. He is the man.

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service. OK

FOLLOW COMPLEX STYLE

Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

**Location:** Miami Beach, Fla.

Fans of tattoo reality-TV know Chris Garver as the guy from *Miami Ink* that did Lloyd Banks' "Rotten Apple" back piece. Garver has a capacity for different tattoo styles, but his best work draws from traditional Japanese work.

# Chris O'Donnell

CLOSE

50 Tattoo Artists You Need to Know | Complex

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

**Location:** New York

Once tattooing alongside Scott Campbell at Saved, O'Donnell specializes in Japanese-style tattoos. He has since moved to Kings Avenue Tattoo. He does it all: super dragons, scrolls, skulls, geisha girls, koi, etc.

# Chris Trevino

**Location:** Austin, Texas

Also known as Horimana, the Austin-based Chris Trevino has been tattooing for 20 years. His take on traditional Japanese ink has resulted in some major body suits, and his work exhibits a perfect balance between black-and-gray and color. A lot of Horimana's work has found its way onto merchandise. It can all be seen in his 2011 book, *Gods and Warriors, Horimana: The Art of Chris Trevino.*

Erin Chance

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.     OK

**Location:** Richmond, Va.

Ms. Chance does awesome ladies and cats in top hats. She excels in figurative tattooing.

# Joe Capobianco

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service. OK

FOLLOW COMPLEX STYLE

# Bugs

**Location:** Los Angeles

Need to settle an argument about tattooing as art? Show a few pictures of Bugs' work to your mother. The Parisian-born, L.A.-based artist creates tattoos with painterly strokes and an abstract/cubist style.

# Nick Baxter

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.     OK

FOLLOW COMPLEX STYLE

**Location:** Various

Nick Baxter is able to execute perfect depictions of classic chairs; the Eames lounge is just the tip of a remarkable iceberg. Baxter also excels at large-scale color tattoos. Outstanding—always.

# Dave Fox

**Location:** Various

Dave Fox's tattoos burst with color. His elongated figures are distinct and have a charm to them. He is currently on the road.

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service. OK

FOLLOW COMPLEX STYLE

Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

**Location:** Austin, Texas

Thomas Hooper is bringing a new twist to tribal. Leo Zulueta brought it to the mainstream, then it got lost in the muck, and now guys like Hooper, Xed, and DiMattia are bringing it back. Hooper is doing it by hooking up traditional subjects with tribal geometry.

# Daniel DiMattia

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

**Location:** Liege, Belgium

DiMattia is another master of blackwork, but don't go confusing it with your older cousin's "tribal" piece from 1996—this guy is legit. DiMattia's minute detail and penchant for geometric patterns result in astounding tattoos.

# Xed Ledhead

**Location:** London

Ledhead is London's blackwork legend. His tattoos are delicate, intricate works, and feature his trademark pointillist style.

# Tuki Carter

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service. OK

**Location:** Atlanta

Alongside his partner Miya Bailey, Tuki Carter has built Atlanta's City of Ink into one of the premier tattoo shops in the country. Carter is a pioneer, his work is terrific, and his client list is a testament to his stellar reputation. Rappers Rick Ross, Young Jeezy, and Wiz Kalifa have all gotten work from Carter. However, Carter works less as a tattoo artist now and is pursing a music career.

# Goethe

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service. OK

FOLLOW COMPLEX STYLE

style is closely connected to Southern California black-and-gray techniques, but his subject is markedly different. His understanding of Aztec and Mayan iconography allows him to corner a unique niche in the marketplace.

# Eric Eaton

**Location:** Philadelphia

Whether it's owls, portraits, or skulls—or anything else for that matter—Eaton tackles his subjects with an eye for extreme detail. His work is known for its strong sense of composition, and his tattoos never cease to impress the ladies.

# James Acrow

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.　OK
FOLLOW COMPLEX STYLE

**Location:** Vancouver, Canada

Remember the awesome graphics from Battle Axe Records releases? Those were all James Acrow. His tattoos share the same punch, and he also does amazing birds.

# Bang Bang

**Location:** New York

Bang Bang is one of New York's young, rising tattoo stars, and Rihanna is a big fan. He's CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

≡    Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

**Location:** Various

Big Boog Star is a street tattoo legend and one of a handful of major hip-hop tattooists. Boog is internationally known for lettering, and he also crushes traditional Chicano subject matter.

# Jun Cha

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.　OK

FOLLOW COMPLEX STYLE

≡　　Fuse TV　　Music　　Style　　Pop Culture　　Sports　　Life　　Sneakers　　Shows

Location: Los Angeles

A young gun with a class pedigree, Jun Cha apprenticed under Baby Ray, Chuey
Quintanar, and Jose Lopez. He also learned a little from Cartoon. Jun Cha only graduated
from art school a few years ago, but the dual lessons of the classroom and the tattoo
shop show. Cha is steeped in history, and he favors historical subject matter. He excels
at creating mythological figures.

# Mister Cartoon

Location: Los Angeles

Soul Assassin Mr. Cartoon went from designing the Cypress Hill logo to becoming hip-
hop's favorite tattoo artist. Get a tattoo from Cartoon and not only will you own a fine
example of L.A. lowrider ink, but you'll also join Dr. Dre, Eminem, 50 Cent, and pretty
much every Hollywood actor and model in the annals of tattoo history.

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.        OK

FOLLOW COMPLEX STYLE

☰        Fuse TV      Music      Style      Pop Culture      Sports      Life      Sneakers      Shows

**Location:** New York

Paul Booth is a legend. Dark themes are his specialty, and his style has influenced a host of East Coast artists working in black-and-gray. Salute to the top dog on our list!

# WATCH NOW

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

≡    Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows



**Tags:** Lists, Tattoos, Tattoo Artists

 LIKE      FOLLOW      STREAM

HIDE COMMENTS   ✕

---

# CONVERSATION (16)

Sort by Best                                    Log In

     Add a comment...

     **Susie Simonton**
     Where is thea duskin she's amazing
     Reply · Share ·

     **Jeff Rōninstone**                                CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

Fuse TV   Music   Style   Pop Culture   Sports   Life   Sneakers   Shows

Reply · Share ·

**Rolando Rodriguez841**

Corey Devine not being on this list is a tragedy.

Reply · Share ·

**Lucie Martin**

I need a portrait tattoo artists around Conroe Texas. Any ideas??

Reply · Share ·

> **Sean Buckley610**  Lucie Martin
>
> Denton, Texas  Rember Orellana.  Look him up.  This list is shit!
>
> Reply · Share ·

**Smith Leo**

i ned job i maket tattoos end mashen

Reply · Share ·

**КириллЗасыпкин**

Just leave it here: https://goo.gl/2BHrW0

Reply · Share ·

**Anthony D' Agnillo**

dasleitbild.com

Reply · Share ·

**Casey Jones518**

Wow, it was really interesting seeing what these various artists are capable of!  Some of those portrait tattoos are incredible.  I need to find a tattoo artist in my area that can do work like these people.
http://www.tattoostudiosfortwayne.com

CLOSE

50 Tattoo Artists You Need to Know | Complex

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.   OK

FOLLOW COMPLEX STYLE

☰    Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

**Sean Buckley610** → George Drone

They got a few right but this is a shitty list!

Reply · Share · 👍 👎

SHOW MORE COMMENTS...

Terms · Privacy        ◯ Add Spot.IM to your site ·

---

# POPULAR IN THE COMMUNITY

< ▢

Sponsored

George Clooney Gave His 14 Closes...

Google Reveals Top-Searched...

Drake Is S His Shot V

**OrangeLobster**
49s

**GreenScooter**
56m

**Purp**
1h

or its a perfect way to make some money...

STAR VS GOT IN IM DEADDDD

I think he s for it.

# FROM THE WEB

Sponsored Links

Oslo Wall, Mounted Led Fireplace With Color, Changing Flame Effect

$308.77 - houzz.com

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.   OK

FOLLOW COMPLEX STYLE

≡    Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

Shop Fishing Gear, Clothing & More!
$89 - orvis.com

Arizona Delling Womens Riding Boots
$24.99 - jcpenney.com

Sole Society Melbourne Patchwork Otk Boot - Mushroom-7.5
$74.98 - solesociety.com

by Taboola

## LATEST STORIES

STYLE
## Best Collaborations of 2017

By Steve Dool                                    ⊙ 24 minutes ago

STYLE
## This Billionaire Boys Club Capsule Celebrates N*E*R*D's New Album

By Mike DeStefano                                ⊙ 18 hours ago

STYLE
## Gucci and Dapper Dan Announce First Wave of Their Unlikely Collaboration

CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service.    OK

FOLLOW COMPLEX STYLE

Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

Faded Release Spring/Summer 2018 Lookbook

By Christopher Turner                                    ⊙ 22 hours ago

MUSIC
2 Chainz Is The Definition of Maintaining

STYLE
The Best Sunglasses Available Now

By Complex                                              ⊙ Dec 14, 2017

STYLE  •  COMPLEX UK
Suicoke and Palm Angels Release Their Highly
Anticipated Shoe Collaboration

By Sam Cole                                             ⊙ Dec 14, 2017

STYLE
The Best Style Releases to Know About: 424 on Fairfax,
Doublet, and More

By Mike DeStefano                                       ⊙ Dec 12, 2017

STYLE                                                   CLOSE

This site uses cookies. By using this site, you agree to our Cookie Policy, Privacy Policy and Terms of Service. OK

FOLLOW COMPLEX STYLE



Fuse TV    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

STYLE • COMPLEX UK

# Ahead of 'The Last Jedi' Release, Nixon and Star Wars Launch Their Latest Collection

By Sam Cole                                                          ⊙ Dec 11, 2017

MORE STORIES

| MUSIC | STYLE | CONTACT US | TERMS OF USE |
|---|---|---|---|
| POP CULTURE | SPORTS | CAREERS | PRIVACY POLICY |
| SNEAKERS | LIFE | ADVERTISE | SITE MAP |
| | | FEEDS | PERSONALIZE |
| | | APPS | |



COMPLEX participates in various affiliate marketing programs, which means COMPLEX gets paid commissions on purchases made through our links to retailer sites. Our editorial content is not influenced by any commissions we receive.

© 2017 Complex Media, Inc. All Rights Reserved.

CLOSE