# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-263-888**

Effective Date of Registration:
September 06, 2016

## Title

Title of Work: Gloria

## Completion/Publication

Year of Completion: 2007

## Author

- Author: Jim Hayden
  Author Created: 2-D artwork
  Work made for hire: No
  Citizen of: United States
  Year Born: 1975

## Copyright Claimant

Copyright Claimant: Jim Hayden
12745, Cleveland Heights, OH, 44118, United States

## Rights and Permissions

Organization Name: Focused Tattoos
Email: jimmyhayden@aol.com
Telephone: (216)344-9001

## Certification

Name: Kimberly Textoris
Date: September 06, 2016
Applicant's Tracking Number: 37492