# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-270-802**

**Effective Date of Registration:**
September 06, 2016

## Title

        **Title of Work:** Shoulder Stars

## Completion/Publication

    **Year of Completion:** 2008

## Author

-         **Author:** Jim Hayden
    **Author Created:** 2-D artwork
       **Citizen of:** United States
        **Year Born:** 1975

## Copyright Claimant

    **Copyright Claimant:** Jim Hayden
    12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Rights and Permissions

    **Organization Name:** Focused Tattoos
              **Email:** jimmyhayden@aol.com
        **Telephone:** (216)344-9001

## Certification

               **Name:** Kimberly Textoris
               **Date:** September 06, 2016
  **Applicant's Tracking Number:** 37492