# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-287-552**

**Effective Date of Registration:**
August 11, 2017

## Title

Title of Work: Fire D.G.

## Completion/Publication

Year of Completion: 2012

## Author

- Author: Jim Hayden
  Author Created: 2-D artwork
  Citizen of: United States
  Year Born: 1975

## Copyright Claimant

Copyright Claimant: Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Limitation of copyright claim

Material excluded from this claim: photograph

New material included in claim: 2-D artwork

## Rights and Permissions

Name: Jim Hayden
Email: jimmyhayden23@aol.com

## Certification

Name: Kimberly A. Textoris
Date: August 11, 2017
Applicant's Tracking Number: 37492/04000