# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>   Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. ,<br><br>   Defendants. | CASE NO. 1:17-cv-02635-CAB |

## MOTION FOR *PRO HAC VICE* ADMISSION TO PRACTICE FOR CHRISTOPHER T. ILARDI

Pursuant to Local Rule 83.5(h), and the attached Affidavit, Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") respectfully move for the *pro hac vice* admission of Christopher T. Ilardi.  In support of this motion, the following is submitted:

1. The undersigned, Matthew J. Cavanagh, has entered his appearance as counsel of record for Take-Two.

2. Take-Two has also retained Christopher T. Ilardi to represent its interest in the above-captioned proceeding.  The contact information for Mr. Ilardi is as follows:

 Kirkland & Ellis LLP
 601 Lexington Avenue
 39th Floor
 New York, NY 10022
 Tel: (212) 446-4800
 Fax: (212) 446-4900
 chris.ilardi@kirkland.com

{8401225: }

3. As set forth in the Affidavit of Mr. Ilardi, which is attached as Exhibit A, Mr. Ilardi is admitted in, and is in good standing to practice in: the New York bar and the bar of the United States District Court for the Southern District of New York. Mr. Ilardi was admitted to practice in the State of New York in 2016.

4. I provided a copy of the Local Rules of this Court to Mr. Ilardi, and he agrees to abide by them and to submit to the jurisdiction of this Court for purposes of any disciplinary action that might arise out of his representation of Take-Two in this case.

WHEREFORE, Take-Two respectfully requests an Order authorizing the *pro hac vice* admission of Mr. Ilardi.

Dated: October 14, 2019

s/ Matthew J. Cavanagh
David T. Movius (OH 0070132)
  dmovius@mcdonaldhopkins.com
Matthew J. Cavanagh (OH 0079522)
  mcavanagh@mcdonaldhopkins.com
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474

*Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*