UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>    Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>    Defendants. | CASE NO. 1:17-cv-02635-CAB |

### AFFIDAVIT OF CHRISTOPHER T. ILARDI IN SUPPORT OF *PRO HAC VICE* ADMISSION

STATE OF NEW YORK      )
                                   ) ss.
COUNTY OF NEW YORK    )

      I, Christopher T. Ilardi, being first duly sworn according to law herein, depose and state as follows:

      1.      I submit this Affidavit in support of the motion of Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") for my *pro hac vice* admission to appear and participate fully as an attorney of record in all proceedings and other aspects of this action.

      2.      I was admitted to the bar of the State of New York in 2016, and am a member in good standing of such. I am also admitted in, and am in good standing to practice before: the New York bar; and the bar of the United States District Court for the Southern District of New York.

3. Pursuant to Local Rule 83.5(h), my required contact information and bar registration numbers are as follows:

> Christopher T. Ilardi
> Kirkland & Ellis LLP
> 601 Lexington Avenue
> New York, NY 10022
> Tel: (212) 446-4800
> Fax: (212) 446-4900
> chris.ilardi@kirkland.com
> New York Bar Registration No. 5403811

4. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States.

5. I have never received any reprimand from any court, department, bureau or commission of any state or the United States pertaining to conduct or fitness as a member of the bar.

FURTHER, AFFIANT SAYETH NOT.

_____
Christopher T. Ilardi

SWORN TO before me and subscribed in my presence, this 4th day of October, 2019.

_____
Notary Public

My commission expires: 6/26/2021

ERIKA DILLON
Notary Public, State of New York
No. 01DI6360673
Qualified in Queens County
Commission Expires 06/26/2021

2