# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>    Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>    Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>**MOTION TO MOVE THE**<br>**SETTLEMENT CONFERENCE DATE** |

Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") request that this Court enter an order adjourning the settlement conference date from its current date, November 7, 2019, to such time after the winter holidays as is convenient for the Court. This motion is not made for the purposes of delay. Take-Two requires additional time to complete fact depositions, and both Take-Two and James Hayden ("Plaintiff") each have requested that the deadline for fact depositions be extended to December 20, 2019. Those requests were referred to Magistrate Judge Jonathan Greenberg, along with the parties' discovery disputes. Dkt. No. 38. With additional time, Take-Two anticipates taking the depositions of two important fact witnesses, one of whom was purportedly present at the time the works at issue were created, and thus, Take-Two will not have all the facts it needs to engage in a meaningful settlement discussion by the time of the settlement conference. On October 23, 2019, Take-Two reached out to Plaintiff for Plaintiff's consent to file this Motion and on October 25, 2019, Plaintiff refused to consent.

As the Court's July 19, 2019 Scheduling Order (Dkt. No. 27) contemplated that fact discovery would be concluded prior to the settlement conference and the completion of fact

depositions will better enable the parties to discuss facts and issues pertinent to this litigation at the settlement conference, Take-Two requests that the settlement conference be adjourned to the Court's next available date after January 6, 2019 and moves that the Court enter the accompanying proposed order.

                                        Respectfully submitted,

Dated: October 28, 2019

                          */s/ Dale M. Cendali*
                          Dale M. Cendali (*pro hac vice*)
                          Joshua L. Simmons (*pro hac vice*)
                          Chris Ilardi (*pro hac vice* pending)
                          Miranda D. Means (*pro hac vice*)
                          KIRKLAND & ELLIS LLP
                          601 Lexington Avenue
                          New York, New York 10022
                          Telephone: (212) 446-4800
                          dale.cendali@kirkland.com
                          joshua.simmons@kirkland.com
                          chris.ilardi@kirkland.com
                          miranda.means@kirkland.com

                          David T. Movius (0070132)
                          Matthew J. Cavanagh (0079522)
                          MCDONALD HOPKINS LLC
                          600 Superior Avenue, East, Ste. 2100
                          Cleveland, OH 44114
                          Telephone: 216.348.5400
                          Fax: 216.348.5474
                          dmovius@mcdonaldhopkins.com
                          mcavanagh@mcdonaldhopkins.com

                          *Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2019, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

*/s/ Dale M. Cendali*
Dale M. Cendali
