# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>      Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>      Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>**MOTION TO ADJOURN DISCOVERY MEET AND CONFER AND CONFERENCE** |

Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") respectfully request that this Court enter an Order adjourning the in person meet and confer and discovery conference from its current date, November 7, 2019 at 8:30 a.m. (*see* Dkt. No. 40), to November 12, 2019. If it is convenient for the Court, Defendants request that the meet and confer and subsequent discovery conference take place in the morning. This motion is not made for the purposes of delay. As discussed during the October 28, 2019, telephonic hearing in this matter, Take-Two's lead counsel is arguing a motion to dismiss in California on November 6, 2019, and has subsequently learned that there is no flight from California to Ohio that would arrive in time for the hearing on November 7th. Thus, Take-Two respectfully requests that the meet and confer and the discovery conference be adjourned to November 12, 2019, a date that is convenient for all parties, and moves that the Court enter the accompanying proposed order. Plaintiff does not oppose Take-Two's motion.

|  | Respectfully submitted, |
|---|---|
| Dated October 30, 2019 | |
| | */s/ Dale M. Cendali* |
| | Dale M. Cendali (*pro hac vice*) |
| | Joshua L. Simmons (*pro hac vice*) |
| | Chris Ilardi (*pro hac vice*) |
| | Miranda D. Means (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | dale.cendali@kirkland.com |
| | joshua.simmons@kirkland.com |
| | chris.ilardi@kirkland.com |
| | miranda.means@kirkland.com |
| | |
| | David T. Movius (0070132) |
| | Matthew J. Cavanagh (0079522) |
| | MCDONALD HOPKINS LLC |
| | 600 Superior Avenue, East, Ste. 2100 |
| | Cleveland, OH 44114 |
| | Telephone: 216.348.5400 |
| | Fax: 216.348.5474 |
| | dmovius@mcdonaldhopkins.com |
| | mcavanagh@mcdonaldhopkins.com |
| | |
| | *Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

Dated: October 30, 2019  /s/ Dale M. Cendali
                         Dale M. Cendali