IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CASE NO. 1:17-cv-02635-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **ORDER ADJOURNING** |
| 2K GAMES, INC., et al., | ) | **DISCOVERY MEET AND CONFER** |
| | ) | **AND CONFERENCE** |
| Defendants. | ) | |
| | ) | |

Before the Court is the Take-Two Interactive Software, Inc. and 2K Games, Inc.'s Motion to Move the Discovery Meet and Confer and Conference.  After careful consideration, the Court concludes that the Motion should be, and hereby is **GRANTED**.

It is therefore ORDERED that the discovery meet and confer and conference shall be adjourned from its current date, November 7, 2019, to November 12, 2019 at __:___.


Dated: 

                                                                               JONATHAN D. GREENBERG
                                                                              United States Magistrate Judge