UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

## MINUTES OF PROCEEDINGS-CIVIL

| | |
|---|---|
| JAMES HAYDEN, | Date: November 12, 2019 |
| Plaintiff, | Case No: 1:17-cv-2635 |
| | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| 2K GAMES, INC., *et al.*, | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendants. | Court Reporter: N/A |

Attorneys for Plaintiff: Daniel McMullen, Andrew Alexander

Attorneys for Defendants: Dale Cendali, David Movius, Christopher Ilardi

PROCEEDINGS: The above participants appeared for a joint meet and confer and discovery conference regarding pending discovery disputes. The parties resolved their pending discovery disputes during the conference. Fact discovery is extended to January 31, 2020. The referral to the undersigned for discovery-related issues (Doc. No. 38) remains open through the end of discovery.

s/ Jonathan D. Greenberg
United States Magistrate Judge

Time: 5 hours 10 min.