## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HAYDEN,** | ) | **CASE NO. 1:17CV2635** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **ORDER OF REFERRAL** |
| | ) | |
| **2K GAMES, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CHRISTOPHER A. BOYKO, J.**:

The above-captioned matter is referred to the Honorable Jonathan D. Greenberg, United States Magistrate Judge, pursuant to Title 28 of the United States Code, Section 636 and Local Rule 72.1, to resolve a pending discovery dispute (faxes dated 2/10/20 & 2/18/20) and related discovery issues. The Court reserves the right in its discretion to rule directly on any matter filed in the within case.

**IT IS SO ORDERED.**

**DATE:** 2/20/20

**CHRISTOPHER A. BOYKO**
**United States District Judge**