UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

## MINUTES OF PROCEEDINGS-CIVIL

JAMES HAYDEN,

    Plaintiff,

  v.

2K GAMES, INC., *et al.*,

    Defendants.

Date: February 25, 2020

Case No: 1:17-cv-2635

JUDGE CHRISTOPHER A. BOYKO

MAGISTRATE JUDGE JONATHAN D. GREENBERG

Court Reporter: N/A

Attorneys for Plaintiff: Daniel McMullen, Andrew Alexander

Attorneys for Defendants: Dale Cendali, David Movius, Joshua Simmons

PROCEEDINGS: A telephonic status conference was conducted with the above participants regarding the pending discovery disputes. (*See* Doc. No. 44.) The parties will appear by telephone on **March 6, 2020 at 2:00 p.m.** to discuss any remaining discovery issues. The parties shall use the dial-in information previously provided.

                                                        s/ Jonathan D. Greenberg
                                                     United States Magistrate Judge

Time: 24 min