UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

## MINUTES OF PROCEEDINGS-CIVIL

JAMES HAYDEN,

    Plaintiff,

    v.

2K GAMES, INC., *et al.*,

    Defendants.

Date: March 6, 2020

Case No: 1:17-cv-2635

JUDGE CHRISTOPHER A. BOYKO

MAGISTRATE JUDGE JONATHAN D. GREENBERG

Court Reporter: N/A

Attorneys for Plaintiff: Daniel McMullen, Andrew Alexander

Attorneys for Defendants: Dale Cendali, Matthew Cavanagh, Joshua Simmons

PROCEEDINGS:  A telephonic status conference was conducted with the above participants regarding the pending discovery disputes.  (*See* Doc. No. 44.)  This case is set for an in-person conference on **March 16, 2020, at 9:00 a.m., in Chambers 10B**.  Should counsel fail to reach on agreement on the pending discovery disputes during the conference, the Court will hear oral argument on counsels' positions.

                                                    s/ Jonathan D. Greenberg
                                                    United States Magistrate Judge

Time: 5 min