IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | |
| | ) | CASE NO. 1:17-cv-02635-CAB |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| | ) | |
| 2K GAMES, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Notice is hereby provided that Georgia E. Yanchar is withdrawing as counsel for Plaintiff James Hayden. As of March 12, 2020, Ms. Yanchar will no longer be associated with Calfee, Halter & Griswold, LLP. Mr. Hayden will continue to be represented by Daniel McMullen, Andrew Alexander, Jennifer Wick, and Kimberly Pinter of Calfee, Halter & Griswold, LLP. The Court and all parties are requested to amend their files and certificate of service lists to omit Georgia E. Yanchar only.

Dated: March 10, 2020

Respectfully submitted,

By: /s/ *Georgia E. Yanchar*
Daniel McMullen (Ohio Bar No. 0034380)
Jennifer Wick (Ohio Bar No. 0074340)
Andrew Alexander (Ohio Bar No. 0091167)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
E-mail: dmcmullen@calfee.com
jwick@calfee.com
aalexander@calfee.com

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
E-mail:kpinter@calfee.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2020, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.


Dated: March 10, 2020                               /s/ *Georgia E. Yanchar*
                                                                 One of the attorneys for Plaintiff