UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

## MINUTES OF PROCEEDINGS-CIVIL

| | |
|---|---|
| | Date: March 13, 2020 |
| JAMES HAYDEN, | |
| Plaintiff, | Case No: 1:17-cv-2635 |
| | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| 2K GAMES, INC., *et al.*, | |
| Defendants. | Court Reporter: N/A |

Attorneys for Plaintiff: Daniel McMullen, Andrew Alexander

Attorneys for Defendants: Dale Cendali, David Movius, Joshua Simmons

PROCEEDINGS: A telephonic status conference was conducted with the above participants regarding the pending discovery disputes. (*See* Doc. No. 44.) The Court converts the in-person conference on **March 16, 2020** to a telephonic conference. Counsel shall meet and confer by telephone at **10:00 a.m.** Should counsel fail to reach on agreement on the pending discovery disputes during the conference, the Court will hear oral argument on counsels' positions at **11:00 a.m.** Counsel shall use the dial-in information previously provided for the hearing.

s/ Jonathan D. Greenberg
United States Magistrate Judge

Time: 5 min