# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISON

## MINUTES OF PROCEEDINGS-CIVIL

| | |
|---|---|
| JAMES HAYDEN, | Date: March 16, 2020 |
| Plaintiff, | Case No: 1:17-cv-2635 |
| | JUDGE CHRISTOPHER A. BOYKO |
| v. | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| 2K GAMES, INC., *et al.*, | |
| Defendants. | Court Reporter: Sarah Nageotte |

Attorneys for Plaintiff:  Daniel McMullen, Andrew Alexander

Attorneys for Defendants: Dale Cendali, David Movius, Joshua Simmons

PROCEEDINGS:  A telephonic oral argument on the parties' remaining discovery disputes was conducted with the above participants.  (*See* Doc. No. 44.)  Written order to follow.

s/ Jonathan D. Greenberg
United States Magistrate Judge

Time: 30 min