UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>　　　　Defendants. | CASE NO. 1:17-cv-02635-CAB |

## Motion to Withdraw Appearance by David T. Movius

Pursuant to Local Rule 83.9, David T. Movius respectfully moves the Court to withdraw as counsel of record for defendants 2k Games, Inc. and Take-Two Interactive Software, Inc. After today, the undersigned will no longer be associated with McDonald Hopkins, LLC and will no longer represent either defendant. Defendants will continue to be represented by Matthew Cavanagh of McDonald Hopkins and Dale Cendali, Joshua Simmons, Chris Ilardi and Miranda Means of Kirkland & Ellis LLP.

Dated: April 13, 2021

　　　　　　　　　　　　　　　　　　/s/ David T. Movius
　　　　　　　　　　　　　　　　　　David T. Movius (0070132)
　　　　　　　　　　　　　　　　　　 dmovius@mcdonaldhopkins.com
　　　　　　　　　　　　　　　　　　Matthew J. Cavanagh (0079522)
　　　　　　　　　　　　　　　　　　 mcavanagh@mcdonaldhopkins.com
　　　　　　　　　　　　　　　　　　MCDONALD HOPKINS LLC
　　　　　　　　　　　　　　　　　　600 Superior Avenue, East, Ste. 2100
　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114
　　　　　　　　　　　　　　　　　　t 216.348.5400 │ f 216.348.5474

　　　　　　　　　　　　　　　　　　Dale M. Cendali (*pro hac vice*)
　　　　　　　　　　　　　　　　　　 dale.cendali@kirkland.com
　　　　　　　　　　　　　　　　　　Joshua L. Simmons (*pro hac vice*)

{9535686: }

      *joshua.simmons@kirkland.com*
     Chris Ilardi (*pro hac vice*)
      *chris.ilardi@kirkland.com*
     Miranda D. Means (*pro hac vice*)
      *miranda.means@kirkland.com*
     KIRKLAND & ELLIS LLP
     601 Lexington Avenue
     New York, New York 10022
     Telephone: (212) 446-4800

     *Counsel for Defendants*
     *2K Games, Inc. and Take-*
     *Two Interactive Software, Inc.*