IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | |
| | ) | CASE NO. 1:17-cv-02635-CAB |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| | ) | |
| 2K GAMES, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Notice is hereby provided that Sarah L. Boone (formerly Grosswiller) is withdrawing as counsel for Plaintiff James Hayden. Ms. Boone is no longer associated with Calfee, Halter & Griswold, LLP. Mr. Hayden will continue to be represented by Daniel McMullen, Andrew Alexander, and Kimberly Pinter of Calfee, Halter & Griswold, LLP. The Court and all parties are requested to amend their files and certificate of service lists to omit Sarah L. Boone.

Dated: April 19, 2021                   Respectfully submitted,

                                        By:    /s/ *Sarah L. Boone*
                                               Sarah L. Boone (0098880)
                                               Renner Otto
                                               1621 Euclid Ave., 19th Floor
                                               Cleveland, OH 44115
                                               Phone: (216) 621-1113
                                               Fax: (216) 621-6165
                                               sboone@rennerotto.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 19, 2021, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.


Dated: April 19, 2021                                /s/ *Sarah L. Boone*
                                                                               Sarah L. Boone