**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN, | CASE NO. 1:17-cv-02635-CAB |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| 2K GAMES, INC. et al., | |
| Defendants. | |

## STIPULATED MOTION TO EXTEND EXPERT DISCOVERY DEADLINE

Plaintiff James Hayden ("Hayden") and Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") have agreed and stipulated to extend the expert discovery deadline from its current date, August 26, 2021, to August 30, 2021, and thus jointly ask the Court to modify the deadline set forth in its April 29, 2021 Order accordingly. The good cause for this short extension request is that, due to scheduling issues, the parties were unable to schedule all of the expert depositions by the current deadline. This motion is not made for the purpose of delay but to allow four additional days for the parties to complete expert depositions and will have no other effect on the case schedule.

Respectfully submitted,

DATED: August 5, 2021

| */s/ Miranda Means* | */s/ Andrew Alexander* |
|---|---|
| Dale M. Cendali (admitted *pro hac vice*) | Daniel McMullen (Ohio Bar No. 0034380) |
| Joshua L. Simmons (admitted *pro hac vice*) | Andrew Alexander (Ohio Bar No. 0091167) |
| Miranda Means (admitted *pro hac vice*) | CALFEE, HALTER & GRISWOLD LLP |
| Kirkland & Ellis LLP | The Calfee Building |
| 601 Lexington Avenue | 1405 East Sixth Street |
| New York, New York 10022 | Cleveland, Ohio 44114-1607 |
| Telephone: (212) 446-4800 | Telephone: (216) 622-8200 |
| dale.cendali@kirkland.com | Facsimile: (216) 241-0816 |
| joshua.simmons@kirkland.com | dmcmullen@calfee.com |
| miranda.means@kirkland.com | aalexander@calfee.com |
| | |
| Matthew J. Cavanagh (OH 0079522) | *Of Counsel* |
| McDonald Hopkins LLC | |
| 600 Superior Avenue, East, Ste. 2100 | Kimberly A. Pinter (Ohio Bar No. 0084277) |
| Cleveland, Ohio 44114 | CALFEE, HALTER & GRISWOLD LLP |
| Telephone: 216.348.5400 | The Calfee Building |
| Fax: 216.348.5474 | 1405 East Sixth Street |
| mcavanagh@mcdonaldhopkins.com | Cleveland, Ohio 44114-1607 |
| | Telephone: (216) 622-8200 |
| *Attorneys for Defendants 2K Games, Inc.* | Facsimile: (216) 241-0816 |
| *and Take-Two Interactive Software, Inc.* | E-mail: kpinter@calfee.com |
| | |
| | *Attorneys for Plaintiff James Hayden* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record, all of whom are registered ECF participants.

                                                */s/ Andrew Alexander*
                                                Andrew Alexander

                                                *Attorney for Plaintiff*