UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HAYDEN,** | ) | CASE NO. 1:17CV2635 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | <u>ORDER</u> |
| **2K GAMES, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

<u>**CHRISTOPHER A. BOYKO, SR. J**</u>.:

This matter comes before the Court upon the Unopposed Motion (ECF DKT #63) of Defendants for Leave to Participate in the September 9, 2021 Settlement Conference Remotely.

Upon consideration of Defendants' concerns about travel during the surge in the COVID-19 pandemic, the Court GRANTS their Motion and will conduct the Settlement Conference remotely with **all** parties and counsel appearing by Zoom. The Courtroom Deputy will send out instructions in advance and will coordinate the conference.

**PLEASE NOTE**: The Court orders the parties to confer and exchange settlement papers this week, rather than as provided in the Court's Standing Settlement Conference

Order. On or before Friday, September 3, 2021 at 12:00 Noon ET, the parties shall email their position statements as attachments to the Court's law clerk, Patricia Rogo (Patricia_Rogo@ohnd.uscourts.gov). Based upon those submissions, the Court will decide whether or not it would be productive to go forward with the Zoom Settlement Conference.

**IT IS SO ORDERED.**

**DATE: August 31, 2021**

    **s/Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**