**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>　　　　Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>**MOTION TO SEAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE OR STRIKE DEFENDANTS' SUPPLEMENTAL EXPERT REPORTS AND <u>EXHIBITS THERETO</u>** |

　　　　In accordance with Local Rule 5.2 and the Court's Protective Order (Dkt. 32), Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") hereby move for leave to file under seal an unredacted version of their opposition to Plaintiff James Hayden's Motion to Exclude or Strike Defendants' Supplemental Expert Reports ("Opposition") and the exhibits thereto.  Take-Two has redacted from its Opposition information that was marked confidential by the parties, pursuant to the Protective Order entered in this case.  Dkt. 32.  Additionally, Take-Two has redacted deposition testimony that has not yet reached the deadline for designation under the Protective Order.  To maintain the confidentiality of that information, therefore, Take-Two filed a public version of the Opposition that has the designated-as-confidential information redacted and seeks leave by this motion to file the unredacted version under seal.

　　　　Take-Two has served Plaintiff with the unredacted version of the Opposition and will file under seal the unredacted version when the Court grants this motion or as otherwise directed by the Court.

Take-Two explained the basis for this motion to Plaintiff, and he does not oppose it.

Dated: September 13, 2021

/s/ *Dale M. Cendali*

Dale M. Cendali (*pro hac vice*)
Joshua L. Simmons (*pro hac vice*)
Chris Ilardi (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
chris.ilardi@kirkland.com

Miranda D. Means (*pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 385-7500
miranda.means@kirkland.com

Matthew J. Cavanagh (0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474
mcavanagh@mcdonaldhopkins.com

*Attorneys for Take-Two 2K Games, Inc. and Take-Two Interactive Software, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

Dated: September 13, 2021

                                                */s/Dale M. Cendali*
                                                Dale M. Cendali (*pro hac vice*)

                                                *Attorney for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*