**So Ordered.**

*s/ Christopher A. Boyko*
Senior United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>    Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>    Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>**MOTION TO SEAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE OR STRIKE DEFENDANTS' SUPPLEMENTAL EXPERT REPORTS AND EXHIBITS THERETO** |

In accordance with Local Rule 5.2 and the Court's Protective Order (Dkt. 32), Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") hereby move for leave to file under seal an unredacted version of their opposition to Plaintiff James Hayden's Motion to Exclude or Strike Defendants' Supplemental Expert Reports ("Opposition") and the exhibits thereto. Take-Two has redacted from its Opposition information that was marked confidential by the parties, pursuant to the Protective Order entered in this case. Dkt. 32. Additionally, Take-Two has redacted deposition testimony that has not yet reached the deadline for designation under the Protective Order. To maintain the confidentiality of that information, therefore, Take-Two filed a public version of the Opposition that has the designated-as-confidential information redacted and seeks leave by this motion to file the unredacted version under seal.

Take-Two has served Plaintiff with the unredacted version of the Opposition and will file under seal the unredacted version when the Court grants this motion or as otherwise directed by the Court.