**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN, | CASE NO. 1:17-cv-02635-CAB |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| 2K GAMES, INC. et al., | |
| Defendants. | |

## JOINT PROPOSED SCHEDULE

The Parties (Plaintiff James Hayden and Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.) together submit this Joint Proposed Schedule pursuant to the Court's September 7, 2021 Order:

| | |
|---|---|
| Summary Judgment Opening Briefs and Opening Daubert Briefs | October 22, 2021 |
| Summary Judgment Opposition Briefs and Opposition Daubert Briefs | November 22, 2021 |
| Summary Judgment Reply Briefs and Reply Daubert Briefs | December 17, 2021 |
| Motions in Limine, trial briefs, and deposition designations | April 26, 2022 |
| Oppositions to motions in limine and counter-designations | May 19, 2022 |
| Pre-trial conference | May 26, 2022 |
| Trial | June 20, 2022 |

DATED: September 15, 2021

| | |
|---|---|
| */s/ Joshua L. Simmons* | */s/ Andrew Alexander* |
| Dale M. Cendali (admitted *pro hac vice*) | Daniel McMullen (Ohio Bar No. 0034380) |
| Joshua L. Simmons (admitted *pro hac vice*) | Andrew Alexander (Ohio Bar No. 0091167) |
| Miranda D. Means (admitted *pro hac vice*) | CALFEE, HALTER & GRISWOLD LLP |
| Chris T. Ilardi (admitted *pro hac vice*) | The Calfee Building |
| Kirkland & Ellis LLP | 1405 East Sixth Street |
| 601 Lexington Avenue | Cleveland, Ohio 44114-1607 |
| New York, New York 10022 | Telephone: (216) 622-8200 |
| Telephone: (212) 446-4800 | Facsimile: (216) 241-0816 |
| dale.cendali@kirkland.com | dmcmullen@calfee.com |
| joshua.simmons@kirkland.com | aalexander@calfee.com |
| miranda.means@kirkland.com | |
| chris.ilardi@kirkland.com | |

Matthew J. Cavanagh (OH 0079522)  
McDonald Hopkins LLC  
600 Superior Avenue, East, Ste. 2100  
Cleveland, Ohio 44114  
Telephone: 216.348.5400  
Fax: 216.348.5474  
mcavanagh@mcdonaldhopkins.com

*Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)  
CALFEE, HALTER & GRISWOLD LLP  
The Calfee Building  
1405 East Sixth Street  
Cleveland, Ohio 44114-1607  
Telephone: (216) 622-8200  
Facsimile: (216) 241-0816  
E-mail: kpinter@calfee.com

*Attorneys for Plaintiff James Hayden*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2021, I electronically filed the foregoing Joint Status Report with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record, all of whom are registered ECF participants.

                                        */s/ Andrew Alexander*
                                        Andrew Alexander

                                        *Attorney for Plaintiff*