# EXHIBIT D

# NBA 2K
# Video Game Survey

## Report of E. Deborah Jay, Ph.D.
## May 2021

*(Hayden v. 2K Games, Inc. and Take-Two Interactive Software)*



# Table of Contents

I.     Introduction and Summary

II.    Credentials

III.   Findings

IV.    Conclusions

Appendix A –   Deposition and Trial Testimony During the Past Four Years

Appendix B –   Resume and Publications and Presentations Since 2010

Appendix C –   Materials Considered

Appendix D –   Questionnaire (Sample Web Screenshots)

Appendix E –   NBA 2K Survey Methods

Appendix F –   Background Information on the YouGov Online Panel

Appendix G –   Main Reasons and Other Reasons Survey Respondents Gave for Buying an NBA 2K Video Game

Appendix H –   Which NBA Players' Depiction Was a Reason for Buying an NBA 2K Video Game and What Features or Aspects of Their Appearance Were Important to Depict

Appendix I –   2018 NBA 2K Video Game Survey Report

# Report of E. Deborah Jay, Ph.D.

## I. Introduction and Summary

I am a principal and founder of Jay Survey Strategics LLC, a California research firm specializing in marketing and public opinion surveys. Jay Survey Strategics was retained on behalf of 2K Games, Inc. and Take-Two Interactive Software, Inc. to conduct a survey with a nationwide representative sample of individuals who had bought a relevant NBA 2K video game (2K16, 2K17, 2K18, 2K19, 2K20 or 2K Mobile).[1] The purpose of the NBA 2K Survey was to determine the reasons for buying an NBA 2K video game and whether the tattoos on LeBron James, Danny Green, or Tristan Thompson were a reason why consumers bought an NBA 2K video game.

The NBA 2K Survey was performed according to accepted survey standards and in conformity with the guidelines discussed in the *Federal Manual for Complex Litigation*, 4th Ed. §11.493 (2004) and the *Reference Guide on Survey Research*, *Federal Reference Manual on Scientific Evidence*, 3rd Ed. (2011). As described in more detail in this report, none of the 520 individuals interviewed for the NBA 2K Survey said the tattoos on LeBron James, Danny Green, or Tristan Thompson were one of the reasons why they bought an NBA 2K video game.

The findings from the NBA 2K Survey are consistent with the findings from a survey that I conducted in 2018 that asked the same questions and was conducted with a nationwide representative sample of 507 individuals who had bought one or more NBA 2K video games

---

[1] Jay Survey Strategics is performing this study on a time and materials basis. Because work in connection with this project is ongoing, I do not yet know the total project costs. The hourly rate that Jay Survey Strategics is charging for my time on this project in 2021 is $650. Jay Survey Strategics' compensation is not dependent on the outcome of any dispute. Appendix A includes a list of cases in which I have testified in deposition and/or at trial during the past four years, and Appendix B includes my resume and a list of publications and presentations I have authored (or coauthored) during the past 10 years. The materials I considered in forming my opinions are described in Appendix C.

between 2013 and 2018 (that is, a 2K14, 2K15, 2K16, 2K17, or 2K18 video game).[2] None of the 1,027 individuals interviewed for the 2018 survey or NBA 2K survey said the tattoos on LeBron James, Danny Green, or Tristan Thompson were one of the reasons why they bought an NBA 2K video game.[3]

### A. Summary of Methodology

The NBA 2K Survey was conducted between October 8 and October 29, 2019. Jay Survey Strategics developed a questionnaire for the survey to be completed online by a nationwide representative sample of individuals age 16 to 55. Under my design, direction and supervision, YouGov, a full-service marketing research firm, selected the sample and collected the data for the NBA 2K Survey using its online panel which consists of approximately two million individuals who are representative of all persons age 16 and older in the United States.[4] Each person who was randomly selected from the YouGov panel and invited to participate in the NBA 2K Survey was provided with a unique link to the survey, so that no person could participate in the survey more than once.

#### Eligibility Criteria

To be eligible for the NBA 2K Survey, individuals age 16 to 55 had to have bought one of the following NBA 2K video games in the past 5 years: 2K16, 2K17, 2K18, 2K19, 2K20 or 2K

---

[2] The survey that I conducted in 2018 was in connection with a different matter. A report summarizing the methods and findings of the 2018 survey is in Appendix I.

[3] In other words, there was no link between the sales of the following eight NBA 2K video games (purchased between 2013 and 2019) and the tattoos on LeBron James, Danny Green, or Tristan Thompson: 2K14, 2K15, 2K16, 2K17, 2K18, 2K19, 2K20, and 2K Mobile. I understand that the tattoos on LeBron James, Danny Green, and Tristan Thompson are not more prominent in the NBA 2K21 video game than in the earlier NBA 2K video games. In my opinion, the surveys I conducted also support the conclusion that there is no link between the sales of the NBA 2K21 video game and the tattoos on LeBron James, Danny Green, or Tristan Thompson.

[4] Screenshots showing how the questionnaire appeared on the computer are in Appendix D, and a detailed description of the methods used to conduct the NBA 2K Survey is in Appendix E. Background information on YouGov's online panel is in Appendix F.

Mobile.[5] Qualifying survey respondents had to agree to answer all survey questions on their own, without asking anybody else for help or referring to reference materials or the Internet.[6] They also could not live in a household in which someone worked for a video game company or store, or for an advertising agency or marketing research firm. This is because these survey respondents might have special knowledge about the subject of the survey – namely, reasons for buying NBA 2K video games. In all, 8,523 randomly-selected individuals age 16 to 55 were screened for eligibility and, of these, 520 (6%) qualified for the NBA 2K Survey.[7]

### Questions for Qualified Survey Respondents

The 520 survey respondents who qualified for the NBA 2K Survey were asked up to four sets of questions, which included open-ended questions (questions that required survey respondents to answer in their own words) and closed-ended questions (questions that required survey respondents to select from a set of response categories).[8] The first set of questions asked survey respondents to describe in their own words the main reasons why they bought an NBA 2K video game, and their other reasons, if any, for buying an NBA 2K video game.

The second set of questions asked survey respondents about 20 possible reasons for buying an NBA 2K video game: a) I or a family member likes basketball, b) the ease of playing the game,

---

5   Individuals age 16 to 55 were surveyed because I understand that most of the relevant NBA 2K video games were bought by persons in this age group.
6   At the beginning of the survey, respondents were asked a CAPTCHA question (survey respondents had to correctly identify the order of four colors in an array). This ensured that the survey respondent was a human (and not a machine) and was paying attention.
7   According to the *Reference Guide on Survey Research*, *Federal Reference Manual on Scientific Evidence*, 3rd Ed. (2011), probability sample confidence intervals provide a rough indicator of the value of estimates based on Internet surveys, such as this one. The maximum sampling error for analyses based on a probability sample of 520 survey respondents is +/- 4 percentage points at the 95% confidence level. Note, the maximum sampling error is based on percentages in the middle of the sampling distribution (percentages around 50%). Percentages at either end of the sampling distribution (for example, percentages less than 10% or greater than 90%) will have a smaller margin of error.
8   Before these questions were asked, the survey informed respondents that we were only interested in their opinions and beliefs and instructed survey respondents to indicate whether they did not know the answer to a question or have an opinion or belief.

c) the speed of gameplay, d) the overall quality of the graphics, e) the soundtrack, f) the camera angles during gameplay, g) the number of options, h) the inclusion of current NBA teams, i) the inclusion of other teams besides current NBA teams (such as the classic, historic or national teams), j) the crowd animations, k) the pre-game, half-time, and/or post-game shows, l) the different arenas, m) the ability to build your own team or create an expansion team, n) the ability to customize a player's game style, tendencies or attributes, o) the ability to maintain a trading card collection, p) the ability to play tournament-style competitions against other players, q) the ability to collect or purchase cards that unlock players and other items, r) the depiction of the NBA players' movements, s) the depiction of the NBA players' face, body or other aspects of their appearance, and t) the price/value of the game.[9] Survey respondents were asked to indicate which of these items, if any, were a reason why they bought an NBA 2K video game. Survey respondents also were asked to indicate which item in the list was their most important reason and which item was their next most important reason for buying an NBA 2K video game.[10]

      Survey respondents who said the depiction of the NBA players' face, body or other aspects of their appearance was a reason for buying an NBA 2K video game were asked a third set of questions. These survey respondents were asked whether the depiction of the appearance of particular NBA players was a reason for buying an NBA 2K video game, and, if so, which NBA players' depiction was a reason for buying an NBA 2K video game. The purpose of the third set of questions was to determine whether the depiction of the appearance of LeBron James, Danny Green, or Tristan Thompson was a reason for buying an NBA 2K video game.

---

9    The list also included a fictitious feature, the "XTJ feature," which was created by randomly generating three letters. Survey respondents were asked whether they bought an NBA 2K video game because of the XTJ feature (even though NBA 2K video games do not have this feature). The purpose of the fictitious feature was to measure the amount of guessing or "noise" in the NBA 2K Survey. A question about a fictitious feature or "control question" is an accepted method for measuring the amount of guessing or "noise" in a survey.

10   The order in which the items were listed, including the fictitious feature, was randomized across survey respondents. The randomization of the order of the items minimized the potential for the order of the items to influence the survey responses (known as "order effects" or "order bias").

Survey respondents who did not say "Don't know" when asked which NBA players' depiction was a reason why they bought an NBA 2K video game, were asked a fourth set of questions. These survey respondents were asked whether there were particular features or aspects of the appearance of the NBA players they identified that were important to depict, and, if so, what features or aspects of these NBA players' appearance were important to depict. The purpose of the fourth set of questions was to determine whether the tattoos on LeBron James, Danny Green, or Tristan Thompson were a reason why survey respondents bought an NBA 2K video game.

The NBA 2K Survey was double-blind; neither the persons administering the survey nor the survey respondents were told: a) the names of the sponsors of the survey, b) that the survey was intended to determine the reasons for buying an NBA 2K video game and whether the tattoos on LeBron James, Danny Green, or Tristan Thompson were a reason for buying an NBA 2K video game, or c) that the survey was being conducted in connection with litigation. The NBA 2K Survey was performed according to accepted survey standards and in conformity with the guidelines discussed in the *Federal Manual for Complex Litigation*, 4th Ed. §11.493 (2004) and the *Reference Guide on Survey Research*, *Federal Reference Manual on Scientific Evidence*, 3rd Ed. (2011).[11]

### B.   Summary of Findings and Conclusions

As described in more detail in the discussion that follows, the NBA 2K Survey found:

### B1.   Reasons for Buying an NBA 2K Video Game (Unaided Recall)

1. When asked to describe in their own words their main reasons and their other reasons for buying an NBA 2K video game, survey respondents were most apt to volunteer that they bought an NBA 2K video game for the following reasons: they or a family member likes basketball, sports and/or sports video games (32%), the

---

11  The survey population was properly defined as individuals age 16 to 55 who had bought an NBA 2K16, 2K17, 2K18, 2K19, 2K20 or 2K Mobile video game in the past 5 years, and the sample selected was representative of that population. The questions asked in the NBA 2K Survey were clear and not leading. The data gathered for the NBA 2K Survey were accurately reported, and the data were analyzed in accordance with accepted statistical principles. The NBA 2K Survey was conducted, under my direction, by survey research professionals following proper survey procedures, and the entire process was conducted so as to ensure objectivity.

      game is fun, entertaining or they like the gameplay (31%), or they bought it for a family member, as a gift, or to play with a family member (20%).

2. When asked to describe their main reasons and their other reasons for buying an NBA 2K video game, none of the survey respondents even mentioned LeBron James, Danny Green, Tristan Thompson, or tattoos.

### B2.  Reasons for Buying an NBA 2K Video Game (Aided Recall)

3. When given a list of possible reasons for buying an NBA 2K video game, most (82%) of the survey respondents selected more than one reason. The average number of reasons that survey respondents selected was 6 and the median was 4.

4. In response to the closed-ended questions, survey respondents were most apt to indicate that they bought an NBA 2K video game because of the following reasons: they or a family member likes basketball (54%), the overall quality of the graphics (39%), and the inclusion of current NBA teams (37%).

5. Approximately 27% of the survey respondents indicated that the depiction of the NBA players' face, body or other aspects of their appearance was a reason for buying an NBA 2K video game. Yet, none of these survey respondents said the depiction of the NBA players' appearance was the only reason why they bought an NBA 2K video game or that it was important to depict the tattoos on LeBron James, Danny Green, or Tristan Thompson.[12]

### B3.  Most Important Reason (Aided Recall)

6. When given a list of reasons to choose from, the largest percentage of survey respondents (32%) indicated that their most important reason for buying an NBA 2K video game was that they or a family member likes basketball.

7. Only 2% of the survey respondents indicated that their most important reason for buying an NBA 2K video game was the depiction of the NBA players' face, body, or other aspects of their appearance, and none of these survey respondents said it was important to depict the tattoos on LeBron James, Danny Green, or Tristan Thompson.

---

[12] When given a list, 9% of the survey respondents indicated that the fictitious XTJ feature was a reason for buying an NBA 2K video game. This means that approximately 9% of the survey respondents were guessing when they indicated an item was a reason for buying an NBA 2K video game. To eliminate guessing, the percentage who selected each item should be reduced by 9 percentage points. In other words, 18% of the survey respondents (27% minus 9%) said the depiction of the NBA players' face, body or other aspects of their appearance was a reason for buying an NBA 2K video game after accounting for guessing and other sources of "noise."

### B4. Top Two Reasons for Buying an NBA 2K Video Game (Aided Recall)

8. In response to the closed-ended questions, survey respondents also were most likely to indicate that their fondness for basketball was one of their top two reasons for buying an NBA 2K video game. Approximately 39% of the survey respondents said their most important reason or their next most important reason for buying an NBA 2K video game was that they or a family member likes basketball.

9. Only 7% of the survey respondents said their most important reason or their next most important reason for buying an NBA 2K video game was the depiction of the NBA players' face, body, or other aspects of their appearance, and none of these survey respondents said it was important to depict the tattoos on LeBron James, Danny Green, or Tristan Thompson.[13]

### B5. Whether the Depiction of the Appearance of Particular NBA Players Was a Reason for Buying an NBA 2K Video Game

10. 18% of the survey respondents said the depiction of the appearance of particular NBA players was one of the reasons why they bought an NBA 2K video game.

11. A negligible percentage (5%) of the survey respondents said the depiction of LeBron James' appearance was one of the reasons why they bought an NBA 2K video game, and none of these survey respondents said it was important to depict the tattoos on LeBron James.

12. None of the survey respondents said the depiction of the appearance of either Danny Green or Tristan Thompson was one of the reasons why they bought an NBA 2K video game.

### B6. Whether It Was Important to Depict Particular Features or Aspects of Certain NBA Players' Appearance

13. Only 7% of the survey respondents said it was important to depict particular features or aspects of certain NBA players' appearance.

---

13  Only 1% of the survey respondents indicated that the fictitious XTJ feature was one of their top two reasons for buying an NBA 2K video game. This means that a negligible number of survey respondents guessed when asked for their most important reason and their next most important reason for buying an NBA 2K video game.

14. Only one person (less than 1% of all survey respondents) said it was important to depict the tattoos on the NBA players, and this person did not even mention LeBron James, Danny Green, or Tristan Thompson.[14]

15. None of the survey respondents said it was important to depict the tattoos on LeBron James, Danny Green, or Tristan Thompson.

Based on the overall design and execution of the NBA 2K Survey, it provides representative and reliable information regarding individuals age 16 to 55 who bought a relevant NBA 2K video game. None of the 520 individuals interviewed for the NBA 2K Survey said the tattoos on LeBron James, Danny Green, or Tristan Thompson were one of the reasons why they bought an NBA 2K video game. In my opinion, the NBA 2K Survey strongly supports the conclusions that a) consumers bought the relevant NBA 2K video games for numerous reasons, principally that they like basketball, b) no consumers bought the relevant NBA 2K video games for the tattoos on LeBron James, Danny Green, or Tristan Thompson, let alone the tattoos at issue in this case, and c) there is no link between the sales of the NBA 2K video games and their depiction of the tattoos on LeBron James, Danny Green, or Tristan Thompson.

The findings from the NBA 2K Survey are consistent with the findings from a survey that I conducted in 2018 that asked the same questions and was conducted with a nationwide representative sample of 507 individuals who had bought one or more NBA 2K video games between 2013 and 2018 (that is, a 2K14, 2K15, 2K16, 2K17, or 2K18 video game). None of the 1,027 individuals interviewed for the 2018 survey or NBA 2K Survey said the tattoos on LeBron James, Danny Green, or Tristan Thompson were one of the reasons why they bought an NBA 2K video game.

---

14 When asked to describe his main reasons and his other reasons for buying an NBA 2K video game at the beginning of the survey, this survey respondent did not mention tattoos (or even the depiction of the appearance of any of the players); he only mentioned tattoos at the end of the survey when prompted to identify what features or aspects of the appearance of particular NBA players were important to depict.