# EXHIBIT I

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC, | ) ) ) | CASE NO. 1:07-cv-00238-CAB |
| Plaintiffs, | ) ) | Judge Christopher A. Boyko |
| v. | ) ) ) | **REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND L.R. 16.3(b)** |
| BALDWIN FILTERS, INC. and CLARCOR INC., | ) ) ) | |
| Defendants. | ) | |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on <u>May 18, 2007</u>, and was attended by:

    a. Francis DiGiovanni, Curt Lambert, Harry Cornett, and Benjamin Sassé, counsel for Plaintiffs Parker-Hannifin Corporation and Parker Intangibles LLC ("Parker") and

    b. John Kozak, Caryn Borg-Breen, and Tracey Turnbull, counsel for Defendants Baldwin Filters, Inc. and Clarcor Inc. ("Baldwin").

2. The parties will exchange pre-discovery disclosures required by Rule 26(a)(1) and the Court's prior order by **June 1, 2007**.

3. The parties recommend a <u>standard</u> track.

4. This case <u>is</u> suitable for Electronic Case Filing ("ECF").

5. This case is suitable for <u>mediation</u>. It is Defendants' position, however, that mediation should be deferred until after the parties have completed their initial round of documentary discovery.

6. The parties <u>do not</u> consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. Recommended Discovery Plan:

   a. Parker will conduct discovery regarding Baldwin's alleged infringement, including research, design, development, manufacturing, use, offer for sale, and sale of its filters designated as PF7789, PF7889, PF7890, and PF7235. Parker will also conduct discovery regarding damages and willfulness of the alleged infringement, and on defendants' defenses. Baldwin will conduct discovery regarding the design and development of the patented inventions, the applicability of the patents-in-suit to the Plaintiffs' products, the scope and content of the prior art, and the validity of the patents in suit. Baldwin will also conduct discovery relating to claim construction, the prosecution of the patents-in-suit, Plaintiffs' assertions of infringement of the patents in suit, and Plaintiffs' allegations of damages.

   b. Non-Expert discovery cutoff date:

      i. Plaintiffs propose a date of: **December 12, 2007**

      ii. Defendants propose a date of: **July 31, 2008**

      iii. The parties agree that fact discovery on issues that were not apparent during the fact discovery period may be taken during the expert discovery period.

   c. Expert report due date on issues for which the party has the burden of proof:

      i. Plaintiffs propose a date of: **January 17, 2008**

      ii. Defendants propose a date of: **April 18, 2008**

2

    d.  Rebuttal expert report due date:

        i.  Plaintiffs propose a date of:      **February 13, 2008**

        ii.  Defendants propose a date of:      **May 28, 2008**

    e.  Reply to rebuttal expert report due date: Plaintiffs do not anticipate a need for reply reports to rebuttal expert reports, and propose that such reports be permitted by leave of the Court, agreement among the parties, or as allowable pursuant to the Fed. R. Civ. P. Defendants seek the allowance of reply to expert rebuttal reports, and propose a date of **June 27, 2008.**

    f.  Expert discovery cut-off date:

        i.  Plaintiffs propose a date of:      **March 13, 2008**

        ii.  Defendants propose a date of:      **July 31, 2008**

8.  Recommended cut-off date for amending the pleadings and/or adding additional parties (without requiring a motion for leave): **August 31, 2007.**

9.  Recommended dispositive motion date:

        i.  Plaintiffs propose a date of:      **April 17, 2008**

        ii.  Defendants propose a date of:      **August 29, 2008**

10.  Recommended date for a Status Hearing / Settlement Conference: **November 16, 2007.**

11.  Other matters for the attention of the Court:

    a.  <u>Patent Claim Construction:</u> The parties request that a claim construction hearing be scheduled. Prior to the claim construction hearing, the following exchanges, submissions, or filings shall occur:

3

i. <u>Identification of Claim Terms to be Construed:</u>  Plaintiffs and Defendants shall simultaneously exchange in writing a list of the terms of the asserted patent claims to be construed.  The asserted claims shall be those claims from the patents-in-suit that Plaintiffs previously have identified during the discovery process as being infringed by Defendants' products and/or activities.

   Plaintiffs propose a date of:     **October 4, 2007**

   Defendants propose a date of:     **November 20, 2007**

ii. <u>Parties' Claims Charts:</u>  Plaintiffs and Defendants shall simultaneously exchange in writing respective claim construction charts (1) setting forth what the party contends is the proper construction of each of the terms of the asserted claims identified in Paragraph (i) above and (2) identifying the intrinsic and extrinsic evidence upon which the party intends to rely for its proposed construction.

   Plaintiffs propose a date of:     **November 2, 2007**

   Defendants propose a date of:     **November 30, 2007**

iii. <u>Joint Claims Chart:</u>  The Parties shall submit a joint claim construction chart to the Court, identifying areas of agreement and areas of dispute on or before.

   Plaintiffs propose a date of:     **November 15, 2007**

   Defendants propose a date of:     **December 20, 2007**

4

iv. <u>Claim Construction Briefs:</u>  The Parties shall submit simultaneous memoranda regarding any disputed claim construction issues.  The Parties will inform the Court in conjunction with these filings whether they believe expert testimony will be necessary at the claims construction stage.

    Plaintiffs propose a date of:     **December 5, 2007**

    Defendants propose a date of:     **December 20, 2007**

v. <u>Responsive Claim Construction Briefs:</u>  The Parties shall submit simultaneous responsive memoranda regarding any disputed claim construction issues.

    Plaintiffs propose a date of:     **January 8, 2008**

    Defendants propose a date of:     **January 20, 2008**

vi. <u>Claim Construction Hearing:</u>  The Court will conduct a claim construction hearing at the Court's convenience.

    Plaintiffs propose a date of:     **January 8, 2008**

    Defendants propose a date of:     **January 30, 2008**

vii. <u>Advice of Counsel:</u>  (Plaintiffs propose 120 days and Defendants propose 60 days) before the close of non-expert fact discovery, Defendants shall notify Plaintiffs whether they will assert an advice-of-counsel defense to allegations of willful infringement.  Discovery as to and advice-of-counsel defense to allegations of willful infringement will be stayed until that date.

5

b. <u>Electronic Discovery</u>: The parties have begun to discuss searching and document production regarding electronically stored information ("ESI") from reasonably accessible sources. The parties have also begun to discuss the format of ESI document production.

c. <u>Stipulated Protective Order</u>: The Parties have discussed and expect agree to enter into a Stipulated Protective Order to protect and maintain the confidentiality of various items of information that may be sought and may be tendered during discovery. The parties have agreed that the Stipulated Protective Order shall include a "snap back" provision covering inadvertently produced privileged documents whereby the receiving party will immediately return such documents to the producing party upon reasonable notice that such documents were inadvertently produced, without prejudice to the right of the receiving party to subsequently move the Court for an Order compelling production of the material. The parties agree to file their proposal for a Protective Order by **June 21, 2007**.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/Harry D. Cornett, Jr. | s/Tracey L. Trunbull *(per phone consent)* |
| Harry D. Cornett, Jr. (0013179) | Hugh E. McKay (0023017) |
| Benjamin C. Sassé (0072856) | Tracey L. Turnbull (0066958) |
| TUCKER, ELLIS & WEST LLP | John A. Mugnano (0073927) |
| 1150 Huntington Bldg. | PORTER WRIGHT MORRIS & ARTHUR LLP |
| 925 Euclid Avenue | 925 Euclid Avenue, Suite 1700 |
| Cleveland, OH 44115-1414 | Cleveland, Ohio 44115-1483 |
| Tel: (216) 696-5000 | Tel: (216) 443-9000 |
| Fax: (216) 592-5009 | Fax: (216) 443-9011 |
| E-mail: hcornett@tuckerellis.com | E-mail: hmckay@porterwright.com |
| bsasse@tuckerellis.com | tturnbull@porterwright.com |
| | jmugnano@porterwright.com |

6

| | |
|---|---|
| Francis DiGiovanni (*Pro Hac Vice*) | John W. Kozak (*Pro Hac Vice*) |
| M. Curt Lambert (*Pro Hac Vice*) | Caryn C. Borg-Breen (*Pro Hac Vice*) |
| CONNOLLY BOVE LODGE & HUTZ LLP | LEYDIG, VOIT & MAYER, LTD. |
| 1007 N. Orange Street, P.O. Box 2207 | Two Prudential Plaza, Suite 4900 |
| Wilmington, DE 19899 | Chicago, IL 60601 |
| Tel: (302) 658-9141 | Tel: (312) 616-5600 |
| Fax: (302) 658-5614 | Fax: (312) 616-5700 |
| E-mail: fdigiovanni@cblh.com | E-mail: jkozak@leydig.com |
| mlambert@cblh.com | cborg-breen@leydig.com |

*Attorneys for Plaintiffs Parker-Hannifin Corporation and Parker Intangibles LLC*

*Attorneys for Defendants Baldwin Filters, Inc. and Clarcor Inc.*

7

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2007, a copy of the foregoing **Report of Parties' Planning Meeting Under Fed. R. Civ. P. 26(f) and L.R. 16.3(b)** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    s/ Harry D. Cornett, Jr.
Harry D. Cornett, Jr. (0013179)
Benjamin C. Sassé (0072856)
TUCKER ELLIS & WEST LLP
1100 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115-1414
Tel:   (216) 592-5000
Fax:   (216) 592-5009
E-mail:  hcornett@tuckerellis.com
         bsasse@tuckerellis.com

*Attorneys for Plaintiffs Parker-Hannifin Corporation and Parker Intangibles, LLC*

10933.00004.942417.1      8