# EXHIBIT J

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BALDWIN FILTERS, INC. and CLARCOR INC., <br><br> Defendants. | CASE NO. 1:07cv00238 <br><br> JUDGE CHRISTOPHER A. BOYKO <br><br> **PROPOSED STIPULATED SCHEDULING ORDER** |

**PROPOSED STIPULATED SCHEDULING ORDER**

WHEREAS, on May 21, 2007, the parties filed a Report of Parties' Planning Meeting on May 21, 2007, which is incorporated by reference herein, setting forth each party's proposed schedule; and

WHEREAS, on October 19, 2007, the Honorable Judge William H. Baughman, Jr., presided over a confidential mediation; and

WHEREAS, the parties agreed at the close of mediation that an early Markman hearing would benefit settlement negotiations; and

WHEREAS, on October 22, 2007, the Honorable Judge William H. Baughman, Jr., ordered the parties to file a joint motion by December 1, 2007 for the setting of an early Markman hearing; and

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their counsel, subject to approval by the Court, that this Stipulated Scheduling Order shall govern the schedule for the remaining discovery and proceedings in the above action.

| Item | Date |
|---|---|
| Identification of claim terms to be construed | Dec. 14, 2007 |
| Exchange of claims charts citing all intrinsic and extrinsic evidence: | Jan. 11, 2008 |
| Filing of joint claim construction chart with the Court: | Jan. 25, 2008 |
| Filing of claim construction briefs: | Feb. 8, 2008 |
| Filing of responsive claim construction briefs: | Feb. 27, 2008 |
| ~~Claim construction hearing (*):~~ | ~~Mar. 14, 2008~~ |
| Expert report due date on issues for which the party has the burden of proof: | May 16, 2008 |
| Rebuttal expert report due date: | Jun. 20, 2008 |
| Reply expert report due date: | (**) |
| Non-Expert discovery cutoff date (***): | Aug. 29, 2008 |
| Expert discovery cut-off date: | Aug. 29, 2008 |
| Recommended dispositive motion date: | Sep. 30, 2008 |

(*)   or as set by the Court.

(**)  Plaintiffs do not anticipate a need for reply reports to rebuttal expert reports, and propose that such reports be permitted by leave of the Court, agreement among the parties, or as allowable pursuant to the Fed. R. Civ. P. Defendants seek the allowance of reply to expert rebuttal reports, and propose a date of July 25, 2008.

(***) Defendants shall notify Plaintiffs __90__ days prior to the close of non-expert discovery (Plaintiffs propose 120 days and Defendants propose 60 days) whether they will assert an advice-of-counsel defense to allegations of willful infringement. Discovery

as to and advice-of-counsel defense to allegations of willful infringement will be stayed until that date.

Dated: __12/18__, 2007

_Christopher A. Boyko_
The Honorable Christopher A. Boyko
United States District Judge

The parties, through counsel, stipulate to the entry of the foregoing Stipulated Scheduling Order.

Attorneys for Plaintiffs
PARKER-HANNIFIN CORPORATION
and PARKER INTANGIBLES LLC

By: s/*Harry D. Cornett, Jr.*
   Harry D. Cornett, Jr. (0013179)
   Benjamin C. Sassé (0072856)
   TUCKER, ELLIS & WEST LLP
   1150 Huntington Bldg.
   925 Euclid Avenue
   Cleveland, OH 44115-1414
   Tel:   (216) 696-5000
   Fax:   (216) 592-5009
   E-mail: hcornett@tuckerellis.com
           bsasse@tuckerellis.com

   Francis DiGiovanni (*Pro Hac Vice*)
   M. Curt Lambert (*Pro Hac Vice*)
   CONNOLLY BOVE LODGE & HUTZ LLP
   1007 N. Orange Street, P.O. Box 2207
   Wilmington, DE 19899
   Tel:   (302) 658-9141
   Fax:   (302) 658-5614
   E-mail: fdigiovanni@cblh.com
           mlambert@cblh.com

Attorneys for Defendants
BALDWIN FILTERS, INC.
and CLARCOR INC.

By: s/ *Caryn C. Borg-Breen*   (per consent)
   Hugh E. McKay (0023017)
   Tracey L. Turnbull (0066958)
   PORTER WRIGHT MORRIS & ARTHUR LLP
   925 Euclid Avenue, Suite 1700
   Cleveland, Ohio 44115-1483
   Tel:   (216) 443-9000
   Fax:   (216) 443-9011
   E-mail: hmckay@porterwright.com
           tturnbull@porterwright.com

   John W. Kozak (*Pro Hac Vice*)
   Caryn C. Borg-Breen (*Pro Hac Vice*)
   LEYDIG, VOIT & MAYER, LTD.
   Two Prudential Plaza, Suite 4900
   Chicago, IL 60601
   Tel:   (312) 616-5600
   Fax:   (312) 616-5700
   E-mail: jkozak@leydig.com
           cborg-breen@leydig.com

10933.00004.971007.1