# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **ORDER GRANTING PLAINTIFF'S** |
| 2K GAMES, INC. and TAKE-TWO | ) | **MOTION TO SEAL** |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is Plaintiff James Hayden's Motion to Seal. After careful consideration, the Court concludes that the Motion should be, and hereby is **GRANTED**.

It is therefore ORDERED that Plaintiff's Reply Brief in Support of Plaintiff's Motion to Exclude or Strike Defendants' Untimely and Improper Reply Expert Reports and exhibits thereto shall be filed under seal.

Dated: 10/1/2021

_____
HON. CHRISTOPHER A. BOYKO
United States District Court Judge