UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HAYDEN,** | ) | CASE NO. 1:17CV2635 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | **ORDER** |
| **2K GAMES, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.**:

    This matter comes before the Court upon the parties' Joint Proposed Schedule. (ECF DKT #70). The Court adopts the schedule in part as follows:

---

October 22, 2021 - Summary Judgment Opening Briefs and Opening *Daubert* Briefs

November 22, 2021 - Summary Judgment Opposition Briefs and Opposition *Daubert* Briefs

December 17, 2021 - Summary Judgment Reply Briefs and Reply *Daubert* Briefs

---

A **Settlement Conference** is set for **April 4, 2022 at 2:00 p.m.** Lead counsel and parties with full settlement authority shall attend and comply with the Court's Standing Settlement

Conference Order. (See, ECF DKT #28). If the matter does not resolve, the case will proceed with the remainder of the parties' proposed dates.

---

April 26, 2022 - Motions in Limine, trial briefs and deposition designations

May 19, 2022 - Oppositions to Motions in Limine and counter-designations

May 26, 2022 at 2:00 p.m. - Final Pre-Trial Conference

June 20, 2022 at 9:00 a.m. - Jury Trial

---

The Court further **ORDERS** the parties to file a joint statement by **October 8, 2021**, providing an estimated length for the trial of this matter.

**IT IS SO ORDERED.**

**DATE: October 1, 2021**

 s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**