# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, | CASE NO. 1:17-cv-02635-CAB |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| 2K GAMES, INC. et al., | |
| Defendants. | |

## JOINT STATEMENT REGARDING TRIAL LENGTH

The Parties, Plaintiff James Hayden ("Hayden") and Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively "Take-Two"), together submit this Joint Statement Regarding Trial Length pursuant to the Court's October 1, 2021 Order. Hayden believes trial can be completed in 5 days (presuming trial days run a full day, or approximately 7 hours). Take-Two believes trial can be completed in 5 to 7 days, depending on the length of trial days that Your Honor prefers.

4824-0304-8190, v.3

DATED: October 8, 2021

| | |
|---|---|
| */s/ Miranda Means* | */s/ Dustin Likens* |
| Dale M. Cendali (admitted *pro hac vice*) | John S. Cipolla (Ohio Bar No. 0043614) |
| Joshua L. Simmons (admitted *pro hac vice*) | Daniel McMullen (Ohio Bar No. 0034380) |
| Miranda Means (admitted *pro hac vice*) | Andrew Alexander (Ohio Bar No. 0091167) |
| Kirkland & Ellis LLP | Dustin Likens (Ohio Bar No. 0097891) |
| 601 Lexington Avenue | CALFEE, HALTER & GRISWOLD LLP |
| New York, New York 10022 | The Calfee Building |
| Telephone: (212) 446-4800 | 1405 East Sixth Street |
| dale.cendali@kirkland.com | Cleveland, Ohio 44114-1607 |
| joshua.simmons@kirkland.com | Telephone: (216) 622-8200 |
| miranda.means@kirkland.com | Facsimile: (216) 241-0816 |
| | jcipolla@calfee.com |
| | dmcmullen@calfee.com |
| | aalexander@calfee.com |
| | dlikens@calfee.com |
| Matthew J. Cavanagh (OH 0079522) | *Of Counsel* |
| McDonald Hopkins LLC | |
| 600 Superior Avenue, East, Ste. 2100 | Kimberly A. Pinter (Ohio Bar No. 0084277) |
| Cleveland, Ohio 44114 | CALFEE, HALTER & GRISWOLD LLP |
| Telephone: 216.348.5400 | The Calfee Building |
| Fax: 216.348.5474 | 1405 East Sixth Street |
| mcavanagh@mcdonaldhopkins.com | Cleveland, Ohio 44114-1607 |
| | Telephone: (216) 622-8200 |
| *Attorneys for Defendants 2K Games, Inc.* | Facsimile: (216) 241-0816 |
| *and Take-Two Interactive Software, Inc.* | E-mail: kpinter@calfee.com |
| | |
| | *Attorneys for Plaintiff James Hayden* |

4824-0304-8190, v.3

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2021, I electronically filed the foregoing Joint Status Report with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record, all of whom are registered ECF participants.

                                           */s/ Dustin Likens*
                                           Dustin Likens

                                           *Attorney for Plaintiff*