IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CASE NO. 1:17-cv-02635-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| 2K GAMES, INC., et al., | ) | **SEAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the Take-Two Interactive Software, Inc. and 2K Games, Inc.'s Motion to Seal. After careful consideration, the Court concludes that the Motion should be, and hereby is **GRANTED**.

It is therefore ORDERED that Defendants' Memoranda of Law in Support of Their Motion for Summary Judgment and Motions to Exclude Certain of Plaintiff's Experts' Testimony, Argument, or Evidence, and exhibits thereto shall be filed under seal.

Dated: _____

HON. CHRISTOPHER A. BOYKO
United States District Court Judge