**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO SEAL PLAINTIFF'S BRIEFS IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**

In accordance with Local Rule 5.2 and the Court's Protective Order (Doc. No. 32), Plaintiff James Hayden hereby moves for leave to file under seal unredacted versions of his forthcoming (1) brief in support of his Motion for Partial Summary Judgment, (2) briefs in support of his *Daubert* motions seeking to exclude certain opinions expressed by Defendants' experts, and (3) the supporting exhibits thereto, which are due October 22, 2021. These briefs and exhibits contain information that has been designated as confidential under the Protective Order issued in this case (Doc. No. 32). Mr. Hayden will file public versions of these briefs that redact such confidential information and will subsequently file sealed versions with leave of Court. The Parties have conferred and Take-Two does not oppose this Motion.

2

Dated: October 21, 2021                           Respectfully submitted,

By: */s/ Andrew Alexander*
John S. Cipolla (Ohio Bar No. 0043614)
Daniel J. McMullen (Ohio Bar No. 0034380)
Andrew W. Alexander (Ohio Bar No. 0091167)
Dustin D. Likens (Ohio Bar No. 0097891)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio  44114-1607
Telephone:  (216) 622-8200
Facsimile:  (216) 241-0816
jcipolla@calfee.com
dmcmullen@calfee.com
aalexander@calfee.com
dlikens@calfee.com

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio  44114-1607
Telephone:  (216) 622-8200
Facsimile:  (216) 241-0816
kpinter@calfee.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

*/s/ Andrew W. Alexander*
One of the attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **ORDER GRANTING PLAINTIFF'S** |
| 2K GAMES, INC. and TAKE-TWO | ) | **MOTION TO SEAL** |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is Plaintiff James Hayden's Motion to Seal. After careful consideration, the Court concludes that the Motion should be, and hereby is **GRANTED**.

It is therefore ORDERED that Plaintiff's Briefs in Support of Motion for Summary Judgment, *Daubert* Motions and supporting exhibits shall be filed under seal.

Dated: _____

HON. CHRISTOPHER A. BOYKO
United States District Court Judge

4