**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO SEAL PLAINTIFF'S BRIEFS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**

In accordance with Local Rule 5.2 and the Court's Protective Order (Doc. No. 32), Plaintiff James Hayden hereby moves for leave to file under seal unredacted versions of his forthcoming (1) brief in support of his Motion for Partial Summary Judgment, (2) briefs in support of his *Daubert* motions seeking to exclude certain opinions expressed by Defendants' experts, and (3) the supporting exhibits thereto, which are due October 22, 2021. These briefs and exhibits contain information that has been designated as confidential under the Protective Order issued in this case (Doc. No. 32). Mr. Hayden will file public versions of these briefs that redact such confidential information and will subsequently file sealed versions with leave of Court. The Parties have conferred and Take-Two does not oppose this Motion.