**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN,<br><br>Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Defendants. | CASE NO. 1:17-cv-02635-CAB |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE SUMMARY JUDGMENT AND *DAUBERT* OPENING BRIEFS BY ONE BUSINESS DAY**

Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") hereby move unopposed for a one-business day extension of all parties' deadlines to file summary judgment and *Daubert* opening briefs from Friday, October 22, 2021 to Monday, October 25, 2021. Due to an unforeseen logistical issue, Take-Two has been unable to obtain the signature of one of its declarants in support of its summary judgment motion. Take-Two conferred with Plaintiff and his counsel indicated that he does not oppose Take-Two's request to move the deadline for all parties, and requested that the deadline for filing *Daubert* motions also be moved for all parties, to which Take-Two agreed.

Dated: October 22, 2021

/s/ *Dale M. Cendali*
Dale M. Cendali (*pro hac vice*)
Joshua L. Simmons (*pro hac vice*)
Chris Ilardi (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
chris.ilardi@kirkland.com

Miranda D. Means (*pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 385-7500
miranda.means@kirkland.com

Matthew J. Cavanagh (0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474
mcavanagh@mcdonaldhopkins.com

*Attorneys for Take-Two 2K Games, Inc. and Take-Two Interactive Software, Inc.*