IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CASE NO. 1:17-cv-02635-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING UNOPPOSED** |
| 2K GAMES, INC., et al., | ) | **MOTION TO EXTEND THE DEADLINE** |
| | ) | **TO FILE SUMMARY JUDGMENT AND** |
| Defendants. | ) | ***DAUBERT* OPENING BRIEFS BY ONE** |
| | ) | **BUSINESS DAY** |

Before the Court is Take-Two Interactive Software, Inc. and 2K Games, Inc.'s Unopposed Motion for a One-Business Day Extension of All Parties' Deadlines to File Summary Judgment and *Daubert* Opening Briefs from Friday, October 22, 2021 to Monday, October 25, 2021. After careful consideration, the Court concludes that the Motion should be, and hereby is **GRANTED**.

It is therefore ORDERED that the deadline to submit summary judgment and *Daubert* opening briefs is moved from October 22, 2021 to Monday, October 25, 2021.


Dated: _____

HON. CHRISTOPHER A. BOYKO
United States District Court Judge