# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, ) | Case No. 1:17-cv-02635 |
| Plaintiff, ) | Judge Christopher A. Boyko |
| vs. ) | |
| 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., ) | |
| Defendants. ) | |

## DECLARATION OF ANDREW ALEXANDER

1. I, Andrew Alexander, submit this Declaration on behalf of James Hayden ("Mr. Hayden" or "Plaintiff") in support of Plaintiff's Motion and Brief in Support to Exclude the Expert Testimony of Dr. Nina Jablonski.

2. I am an Attorney at the law firm Calfee, Halter & Griswold LLP.

3. Attached as **Ex. A** to this Declaration is a true and correct copy of Defendants' Expert Report and Declaration of Nina Jablonski, PH.D., served on May 27, 2021.

4. Attached as **Ex. B** to this Declaration is a true and correct copy of excerpts from the transcript of the deposition of Dr. Nina Jablonski that occurred on August 18, 2021.

5. Attached as **Ex. C** to this Declaration is a true and correct copy of Defendants' Second Amended Response to Mr. Hayden's Interrogatory No. 13.

I, Andrew Alexander, declare under penalty of perjury that the foregoing Declaration is true and correct.

Dated: October 25, 2021            /s/ *Andrew Alexander*
                                    Andrew Alexander