# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>        Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>        Defendants. | CASE NO. 1:17-cv-02635-CAB |

## NOTICE OF MANUAL FILING

Please take notice that Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. has manually filed the below materials:

    Means Summary Judgment Ex. 1 - NBA 2K16 Clip
    Means Summary Judgment Ex. 2 - NBA 2K17 Clip
    Means Summary Judgment Ex. 3 - NBA 2K18 Clip
    Means Summary Judgment Ex. 4 - NBA 2K19 Clip
    Means Summary Judgment Ex. 5 - NBA 2K20 Clip
    Means Summary Judgment Ex. 6 - NBA 2K16 Game
    Means Summary Judgment Ex. 7 - NBA 2K17 Game
    Means Summary Judgment Ex. 8 - NBA 2K18 Game
    Means Summary Judgment Ex. 9 - NBA 2K19 Game
    Means Summary Judgment Ex. 10 - NBA 2K20 Game
    Brody Ex. A - NBA 2K16 Gameplay
    Brody Ex. B - NBA 2K17 Gameplay
    Brody Ex. C - NBA 2K18 Gameplay
    Brody Ex. D - NBA 2K19 Gameplay
    Brody Ex. E - NBA 2K20 Gameplay
    Brody Ex. F - NBA 2K Mobile Gameplay, Danny Green
    Brody Ex. G - NBA 2K Mobile Gameplay, LeBron James
    Brody Ex. H - NBA 2K Mobile Gameplay, Tristan Thompson

These materials have not been filed electronically because they are not items that can be converted to a PDF for electronic filing. Copies of these materials are being hand delivered to chambers and opposing counsel.

Dated: October 25, 2021

/s/ *Dale M. Cendali*
Dale M. Cendali (*pro hac vice*)
Joshua L. Simmons (*pro hac vice*)
Chris Ilardi (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
chris.ilardi@kirkland.com

Miranda D. Means (*pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 385-7500
miranda.means@kirkland.com

Matthew J. Cavanagh (0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474
mcavanagh@mcdonaldhopkins.com

*Attorneys for Take-Two 2K Games, Inc. and Take-Two Interactive Software, Inc.*