# **EXHIBIT G**

# Software Survey Report

## October 2010

# FIELD
# RESEARCH
# CORPORATION

# Table of Contents

**Volume 1**

I. Introduction and Summary

II. Credentials

III. Prior Testimony

IV. Publications

V. Expert Compensation

VI. Materials Provided

VII. Survey Design and Methods

VIII. Findings

IX. Conclusions

Endnotes

Appendix A – Publicly Released Technical Reports, Conference Papers/Presentations, and Publications Since 2000 (Author or Co-Author)

Appendix B – Contents of Diskette and Zip File Provided by Counsel for Lucent

Appendix C – Survey Materials

Appendix D – Background Information on Knowledge Network's Online Panel

Appendix E – Underlying Data Tables

# Report of E. Deborah Jay, Ph.D.

## I. Introduction and Summary

I am President and Chief Executive Officer of Field Research Corporation ("Field Research"), a San Francisco-based research firm specializing in marketing and public opinion surveys. Field Research was retained by counsel for Lucent in this action to conduct a survey with a nationwide representative sample of adults age 25 and older who have used one or more of the following types of software: Microsoft Outlook, Microsoft Money, and/or Microsoft Windows Mobile/Pocket PC.

The primary purposes of the survey conducted by Field Research (the "Field Survey") were to collect reliable information about the following: (i) whether the calendar feature in Microsoft Outlook is used and, if so, whether the drop-down calendar is used to enter the *date* of an appointment and whether the drop-down list is used to enter the *time* of an appointment; (ii) whether the account register in Microsoft Money is used and, if so, whether the drop-down calendar is used to enter the *date* of a transaction and whether the drop-down list is used to enter the *category* of a transaction; and (iii) whether the calendar feature and/or the task feature in Microsoft Windows Mobile/Pocket PC are used.

The survey also collected information on other topics. For example, persons who were involved in the decision to purchase Microsoft Outlook and who used the drop-down calendar to enter the date of an appointment were asked whether they would (or would not) have purchased Microsoft Outlook if it had <u>not</u> included this capability and whether they would (or would not) have been willing to pay something extra for Microsoft Outlook to include this capability. Persons who were involved in the decision to purchase Microsoft Money and who used the drop-down calendar to

enter the date of a withdrawal or deposit were asked whether they would (or would not) have purchased Microsoft Money if it had <u>not</u> included this capability and whether they would (or would not) have been willing to pay something extra for Microsoft Money to include this capability.

Under the direction and supervision of Field Research, Knowledge Networks conducted the data collection for the Field Survey using its online panel, which consists of approximately 50,000 randomly recruited adults in the United States. Unlike most other online panels, Knowledge Networks' online panel does <u>not</u> consist of volunteers. Instead, members of the panel are recruited using a statistically valid sampling method with a published sample frame of residential addresses that cover approximately 98% of U.S. households, including persons living in cell phone only households. When recruited, sampled non-Internet households are provided with a laptop computer and free Internet service so they may also participate as online panel members.

The Field Survey was administered between July 21, 2010 and August 19, 2010. To qualify for the survey, adults age 25 and older had to have used Microsoft Outlook, Microsoft Money or Microsoft Windows Mobile/Pocket PC. In all, 8,498 randomly selected adults age 25 and older were screened for eligibility. Of these, 4,661 (55%) said they had used Microsoft Outlook (4,431 adults), Microsoft Money (902 adults) and/or Microsoft Windows Mobile/Pocket PC (421 adults).

The Field Survey was double blind (*i.e.,* neither Knowledge Networks nor the survey respondents were told the name of the client or the litigation purpose of the survey). Based on the overall design and execution of the Field Survey, it provides representative and reliable information concerning users of Microsoft Outlook, Microsoft Money, and Microsoft Windows Mobile/Pocket PC.

As described in detail in this report, the Field Survey found the following with respect to <u>Microsoft Outlook</u>:

- *First Use of Microsoft Outlook:* Of those survey respondents who used Microsoft Outlook, most (77%) said they had first done this before 2007.

98% of U.S. households, including persons living in cell phone only households. When recruited, sampled non-Internet households are provided with a laptop computer and free Internet service so they also may participate as online panel members.

Background information on Knowledge Networks' panel, including a description of the methodology used to develop the panel ("KnowledgePanel Design Summary"), and a demographic profile of panel members are included in Appendix D.

**B.    Survey Questionnaire**

The Field Survey was introduced in the following manner:

> "Welcome. We are conducting a short opinion survey for Field Research, an independent research firm, headquartered in San Francisco, California."

Survey respondents were then told that to participate in the survey they had to answer the questions by themselves (without asking anybody else in their household for help) and they were not to refer to reference materials or to access the Internet for information while they completed the survey. Survey respondents who agreed to these terms were given the following instruction:

> "Before starting this survey, we would like to assure you that there are no right or wrong answers. You may click on the 'Don't know/No Opinion' response provided for a question if you do not know the answer to a question or do not have an opinion."

Survey respondents then were asked a series of questions about their use of computer software. Following is a description of the topics covered in the Field Survey, along with the questions pertaining to each topic. A plus sign [+] next to a question indicates that the order in which the response categories were listed for that question was randomized or rotated across survey respondents.[1] The order in which certain items/screenshots were shown to respondents also was randomized across survey respondents.[2]

### Types of Computer Software Has Used

- (A1.) "Which of the following types of computer software, if any, have you, personally, used either now or in the past?"[+]
  - Microsoft Excel
  - Microsoft Money
  - Microsoft Outlook
  - Microsoft Word
  - None of the above
  - Don't know/No opinion

### Microsoft Outlook

*(IF HAS USED MICROSOFT OUTLOOK)*

- (B1.) "This series of questions is about Microsoft Outlook. When did you first use Microsoft Outlook?"
  - Before 2007
  - In 2007 or later
  - Don't know/No opinion

- (B2.) "In which of the following ways, if any, have you used Microsoft Outlook?"[+]
  - To compose, send, or receive electronic mail using the "email" feature
  - To make to-do lists using the "task" feature
  - To enter addresses using the "contacts" feature
  - To enter appointments using the "calendar" feature
  - To play music using the "music player" feature
  - None of the above
  - Don't know/No opinion

  *(IF HAS NOT USED THE CALENDAR FEATURE)*
  - (B3.) "Have any of the versions of Microsoft Outlook that you have used included a calendar feature?"

  *(IF HAS USED THE CALENDAR FEATURE)*
  - (C1a.) "Next, we would like to know how you have entered the date of an appointment when using the calendar feature in Microsoft Outlook. Before we ask these questions, we would like you to view some screenshots from Microsoft Outlook that illustrate different ways to enter the date of an appointment using the calendar feature."

    *(THE ORDER OF C1b AND C1c WAS RANDOMIZED ACROSS SURVEY RESPONDENTS)*
    - (C1b.) "When using the calendar feature in Microsoft Outlook…It is possible to enter the date of an appointment by typing the date in the date box (as shown in the screenshot below)."

11

- (C1c.) "When using the calendar feature in Microsoft Outlook…It is possible to enter the date of an appointment by using the drop-down calendar to point and click on the date (as shown in the screenshot below)."

- (C1d.) "When using the calendar feature in Microsoft Outlook…It is also possible to enter the date of an appointment by using other methods, such as by locating the day, selecting a time, and typing (as shown in the screenshot below)."

- (C2a.) "When you have entered the date of an appointment using the calendar feature in Microsoft Outlook, how have you done this? Have you entered the date of an appointment by..."[+]

    - Typing the date in the date box
    - Using the drop-down calendar to point and click on the date
    - Using another method
    - Don't know/No opinion

    *(IF HAS USED THE DROP-DOWN CALENDAR AND SOMETHING ELSE)*

- (C2b) "When you have entered the date of an appointment using the calendar feature in Microsoft Outlook have you used one method most often to do this?"[+]

    I have…
    - Typed the date in the date box *most often*
    - Used the drop-down calendar to point and click on the date *most often*
    - Used another method *most often*
    - Not used one method *most often*
    - Don't know/No opinion

    *(IF HAS USED THE DROP-DOWN CALENDAR)*

- (D1a) "Were you involved in the decision to purchase Microsoft Outlook?"[+]

    - Yes, I was involved in this decision
    - No, I was not involved in this decision
    - Don't know/No opinion

    *(IF USED THE DROP-DOWN CALENDAR AND WAS INVOLVED IN THE PURCHASE DECISION)*
    ➢ (D1b) Now, assume Microsoft Outlook did not have the capability of entering the date of an appointment by using the drop-down calendar. If Microsoft Outlook did not have this capability, do you think…"[+]

        - You would have bought Microsoft Outlook
        - You would not have bought Microsoft Outlook
        - Don't know/No opinion

12