**McDonald Hopkins**
A business advisory and advocacy law firm®

Direct Dial: 216.348.5730
E-mail: mcavanagh@mcdonaldhopkins.com

FILED
OCT 25 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

P 1.216.348.5400
F 1.216.348.5474

October 22, 2021

Clerk of Court
Carl B. Stokes U.S. Court House
801 West Superior Ave.
Cleveland, Ohio 44113

Re: *James Hayden v. 2K Games, Inc. et al.*
United States District Court, N.D. Ohio, Case 1:17-cv-02635-CAB

Dear Clerk of Courts:

On behalf of defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two"), enclosed are the following items that are being manually filed in the above-captioned case.

**Computer Files on Thumb Drive:**

| | |
|---|---|
| Take-Two's Motion for Summary Judgment, Ex. 1 | NBA 2K16 Clip |
| Take-Two's Motion for Summary Judgment, Ex. 2 | NBA 2K17 Clip |
| Take-Two's Motion for Summary Judgment, Ex. 3 | NBA 2K18 Clip |
| Take-Two's Motion for Summary Judgment, Ex. 4 | NBA 2K19 Clip |
| Take-Two's Motion for Summary Judgment, Ex. 5 | NBA 2K20 Clip |
| Ex. A to Brody Declaration (in support of MSJ) | NBA 2K16 Gameplay |
| Ex. B to Brody Declaration (in support of MSJ) | NBA 2K17 Gameplay |
| Ex. C to Brody Declaration (in support of MSJ) | NBA 2K18 Gameplay |
| Ex. D to Brody Declaration (in support of MSJ) | NBA 2K19 Gameplay |
| Ex. E to Brody Declaration (in support of MSJ) | NBA 2K20 Gameplay |
| Ex. F to Brody Declaration (in support of MSJ) | NBA 2K Mobile Gameplay, Danny Green |
| Ex. G to Brody Declaration (in support of MSJ) | NBA 2K Mobile Gameplay, LeBron James |
| Ex. H to Brody Declaration (in support of MSJ) | NBA 2K Mobile Gameplay, Tristan Thompson |

**Tangible Copies of PlayStation 4 Videogames:**

| | |
|---|---|
| Take-Two's Motion for Summary Judgment, Ex. 6 | NBA 2K16 Game |
| Take-Two's Motion for Summary Judgment, Ex. 7 | NBA 2K17 Game |
| Take-Two's Motion for Summary Judgment, Ex. 8 | NBA 2K18 Game |
| Take-Two's Motion for Summary Judgment, Ex. 9 | NBA 2K19 Game |
| Take-Two's Motion for Summary Judgment, Ex. 10 | NBA 2K20 Game |

Clerk of Courts
October 22, 2021
Page 2

Sincerely,

Matthew J. Cavanagh

Enclosures

cc: Chambers of the Honorable Christopher A. Boyko, Courtroom 9A
Andrew W. Alexander, Esq. (counsel for plaintiff James Hayden)

{9920225: }

McDonald Hopkins
A business advisory and advocacy law firm®