The hard drive enclosed, bearing Exhibits 1 through 10 to the Means Declaration in Support of Summary Judgment and Exhibits A through H to the Brody Declaration in Support of Summary Judgment, is password encrypted. To access the files, please use the below password:

TakeTwo-Hayden2635

