# EXHIBIT C

**Additional Certificate**
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
## VAu 1-270-802
**Effective Date of Registration:**
September 06, 2016

---

## Title
- **Title of Work:** Shoulder Stars

## Completion/Publication
- **Year of Completion:** 2008

## Author
- **Author:** Jim Hayden
- **Author Created:** 2-D artwork
- **Citizen of:** United States
- **Year Born:** 1975

## Copyright Claimant
- **Copyright Claimant:** Jim Hayden
  12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Rights and Permissions
- **Organization Name:** Focused Tattoos
- **Email:** jimmyhayden@aol.com
- **Telephone:** (216)344-9001

## Certification
- **Name:** Kimberly Textoris
- **Date:** September 06, 2016
- **Applicant's Tracking Number:** 37492

Page 1 of 1

Registration #: VAu001270802
Service Request #: 1-3525020071

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
2119 W 7TH ST
CLEVELAND, OH 44113 United States

TAKE-TWO_00000156