# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-263-888

Effective Date of Registration:
September 06, 2016

## Title
                                                                 
**Title of Work:** Gloria

## Completion/Publication
**Year of Completion:** 2007

## Author
- **Author:** Jim Hayden
- **Author Created:** 2-D artwork
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1975

## Copyright Claimant
**Copyright Claimant:** Jim Hayden
12745, Cleveland Heights, OH, 44118, United States

## Rights and Permissions
**Organization Name:** Focused Tattoos
**Email:** jimmyhayden@aol.com
**Telephone:** (216)344-9001

## Certification
**Name:** Kimberly Textoris
**Date:** September 06, 2016
**Applicant's Tracking Number:** 37492

Page 1 of 1