# EXHIBIT E

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VAu 1-271-044**
Effective Date of Registration:
September 06, 2016

### Title

**Title of Work:** Lion

### Completion/Publication

**Year of Completion:** 2008

### Author

- **Author:** Jim Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1975

### Copyright Claimant

**Copyright Claimant:** Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, United States

### Rights and Permissions

**Organization Name:** Focused Tattoos
**Telephone:** (216)938-6074
**Address:** 1799 Coventry Road
Cleveland Heights, OH 44106 United States

### Certification

**Name:** Kimberly Textoris
**Date:** September 06, 2016
**Applicant's Tracking Number:** 37492

Page 1 of 1

**Registration #:** VAu001271044
**Service Request #:** 1-3960098771

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44113 United States

TAKE-TWO_00000165