# EXHIBIT F

**Additional Certificate (17 U.S.C. 706)**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-287-552**

**Effective Date of Registration:**
August 11, 2017

---

## Title
    **Title of Work:** Fire D.G.

## Completion/Publication
    **Year of Completion:** 2012

## Author
- **Author:** Jim Hayden
- **Author Created:** 2-D artwork
- **Citizen of:** United States
- **Year Born:** 1975

## Copyright Claimant
    **Copyright Claimant:** Jim Hayden
    12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Limitation of copyright claim
    **Material excluded from this claim:** photograph
    **New material included in claim:** 2-D artwork

## Rights and Permissions
    **Name:** Jim Hayden
    **Email:** jimmyhayden23@aol.com

## Certification
    **Name:** Kimberly A. Textoris
    **Date:** August 11, 2017
    **Applicant's Tracking Number:** 37492/04000

Page 1 of 1

**Registration #:** VAu001287552
**Service Request #:** 1-5713490401

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44114

**Registration #:** VAu001365279
**Service Request #:** 1-7914650195



Calfee Halter and Griswold LLP
Kimberly Pinter
1405 East 6th Street
Cleveland, OH 44114 United States

37492.04013

**DOCKETED**
AUG 28 2019
JRP IP Dept.

**RECEIVED**
AUG 2 2019
MFP IP DEPT

KAP·DJM·CC

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-365-279

**Effective Date of Registration:**
July 30, 2019
**Registration Decision Date:**
August 22, 2019

## Supplementary Registration

**Supplement To:** VAu001287552, 2017

## Title

**Title of Work:** Fire D.G.

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** Jim Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1975

## Copyright Claimant

**Copyright Claimant:** Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Limitation of copyright claim

**Material excluded from this claim:** photograph, 2-D artwork
**New material included in claim:** 2-D artwork

## Rights and Permissions

**Name:** Jim Hayden
**Email:** jimmyhayden23@aol.com

## Certification

Page 1 of 2

**Name:** Kimberly Pinter, Authorized agent of Calfee Halter and Griswold LLP
**Date:** July 30, 2019

---

**Explanation of Amplifications:** Limitation of Claim: Material Excluded from the Claim: 2-D artwork, Outline of character, outline of additional shapes, and text. New Material Included in the Claim: 2-D artwork: Design, creation, and placement of flames surrounding and accenting character image and text; addition of shading, accenting, and design aesthetics to flames and character image.