# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Leigh Clappett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-287-545

**Effective Date of Registration:**
August 11, 2017

---

## Title

**Title of Work:** Scroll D.G.

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** Jim Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1975

## Copyright Claimant

**Copyright Claimant:** Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, 44118

## Limitation of copyright claim

**Material excluded from this claim:** photograph

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Name:** Jim Hayden
**Email:** jimmyhayden23@aol.com

## Certification

**Name:** Kimberly A. Textoris
**Date:** August 11, 2017
**Applicant's Tracking Number:** 37492/04000

Page 1 of 1

TAKE-TWO_00000173

**Registration #:**   VAu001287545
**Service Request #:**   1-5713491189

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44114

TAKE-TWO_00000174

**Registration #:**  VAu001365277
**Service Request #:**  1-7875270741



37492/0401 1

Calfee Halter and Griswold LLP
Kimberly Pinter
1405 East 6th Street
Cleveland, OH 44114 United States

DOCKETED
AUG 28 2019
DAH-IP DCKT DEPT

KAP    DJJ  cc

RECEIVED
AUG 27 2019
MFP IP DEPT

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Turle*

United States Register of Copyrights and Director



**Registration Number**

# VAu 1-365-277

**Effective Date of Registration:**
July 30, 2019
**Registration Decision Date:**
August 22, 2019

---

## Supplementary Registration

Supplement To:  VAu001287545, 2017

---

## Title

Title of Work:  Scroll D.G.

## Completion/Publication

Year of Completion:  2012

## Author

- **Author:**  Jim Hayden
  **Author Created:**  2-D artwork
  **Citizen of:**  United States
  **Year Born:**  1975

## Copyright Claimant

Copyright Claimant:  Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Limitation of  copyright claim

Material excluded from this claim:  photograph, 2-D artwork

New material included in claim:  2-D artwork

## Rights and Permissions

Name:  Jim Hayden
Email:  jimmyhayden23@aol.com

## Certification

**Name:**  Kimberly Pinter, Authorized agent of Jim Hayden
**Date:**  July 30, 2019

**Explanation of Amplifications:**  Limitation of Claim: Material Excluded from the Claim: 2-D artwork, Outline of scroll and text within the scroll. New Material Included in the Claim: Design elements around the scroll, including cloud-like designs, decorative spear head, and character image around the edge of the scroll; shading in and around all elements, including the scroll.