# EXHIBIT J

S&P Global
Market Intelligence

# Take-Two Interactive Software, Inc. NasdaqGS:TTWO

# Company Conference Presentation

**Wednesday, December 03, 2014 5:30 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | |
|---|---:|
| Call Participants | 3 |
| Presentation | 4 |
| Question and Answer | 5 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Strauss H. Zelnick**
*Executive Chairman & CEO*

**ANALYSTS**

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Presentation

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

All right. Are we good? All right. So good morning, everybody. I'm Stephen Ju from the Crédit Suisse Internet Equity Research Team with -- joined on the stage by Mr. Strauss Zelnick, CEO of Take-Two Interactive. So without further ado, Strauss, take it away.

**Strauss H. Zelnick**
*Executive Chairman & CEO*

So we're going to -- first of all, thank you for coming this morning, and I came in late last night so I just got a glimpse of how pretty it is here this morning. It's much nicer than it is in New York right now, so I'm happy to be here. And before we get started, we're just going to run a short video, which shows you some products that will be for sure the most entertaining part of the next half-hour.
[Presentation]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

All right. Well, thanks for joining us. So I think during the series of meetings at E3, I think I heard Karl say that he knows what the product pipeline is going to be for the next 7 years, right? And balance that versus what we on the outside looking in can comfortably guess on what might be coming over the next 12 months. That's a huge delta between what we know and what you know. So additionally, on top of this, you're just starting to highlight the greater incidence of recurrent revenue, I think on the last conference call. So looking out 7 years from now, what do you think your revenue mix will look like between recurrent revenue and sort of new franchise revenue?

**Strauss H. Zelnick**
*Executive Chairman & CEO*

Well, first of all, let me define because it's our term with the current consumer spending, which is basically all digitally delivered revenue that isn't the full game download. So the -- on online play, in game purchases, virtual currency, expansion packs and the like that's delivered digitally, and that's been an enormous growing line item. I think the question that can be posed, first of all before I get to what you asked, is why break that out? And the answer is because just the short time ago, our business and the industry's business really was a big, chunky tent-pole release and maybe some expansion packs. In our case, we were the leader -- the innovator in downloadable content, and then you wait for the next release. And obviously, if you go back far enough in our history, it look very chunky because it was really Grand Theft Auto and then not a lot of other good news. What recurrent consumer spending reflects is the ongoing engagement of consumers with our brands and our properties for a really long period of time, and while it's certainly, related to that big, chunky tent-pole release, it also can stand alone. So for example, Grand Theft Auto Online is an enormous contributor to our recurrent consumer spending. In fact, the biggest contributor, and that, that title was initially released a year ago for what is now prior-gen and just recently released for next-gen. So that's ongoing economic engagement and probably more important than -- although it's tempting to focus only on economic engagement, more importantly, it's consumer engagement, so it changes in the nature of the enterprise. Now to answer your question, 7 years from now, I don't think I could predict how much it will be a big, chunky tent-pole release and how much will be revenue-related to that release, in-between releases, and then how much will be unrelated to big, chunky releases whether it's catalog or standalone properties that aren't big, chunky releases because we do those too, although it's a small part of our business now. And the answer is we're work-in-progress. We're -- as you can see, it becomes obvious we're growing rapidly, and I think our answer is -- our goal is that -- for it to be all of the above, but what I found is you can't organize in the entertainment business around I want X percent from here or Y percent from here. I want to be this size or that market share. You can organize around let's hire the best talent in the business. Let's offer the best products in the business and the diverse array of them. Let's market them better than anyone else. Let's have a worldwide distribution footprint. Let's hope to do all of that more efficiently than everyone else, and let's wake up again tomorrow and do it over and over and over again, and over time, that builds an enterprise, and that's why our organic growth has been astonishing. In 2007, our revenue, apples-to-apples, was $700 million. That was without a new release of Grand Theft Auto. This year, we're guiding to $1.4 billion to $1.5 billion, again, without a new release of Grand Theft Auto, just to make sure it's apples-to-apples. And I think that organic growth story is second to none in the entertainment business, nevermind the interactive entertainment business.

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

It's fair enough. And as you've developed games for the next 7 years for the 7 year pipeline, you are undoubtedly also thinking about where your audience is going to be at that time. And given the progress smartphones have made since launch, probably it would be -- not be unrealistic to think that the specs for what you're going to be holding in your hand, 5, 7 years from now, will probably be more powerful if not

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

more powerful than new consoles, desktop, laptop that you're working with right now. So good content that you guys do have. Some of the best content in the industry. I mean it should be able to travel well no matter what the device. But are you taking steps internally with your development studios to make sure that your game is which maybe you're playing well on the controller right now should also be playable on glass 7 years from now?

**Strauss H. Zelnick**
*Executive Chairman & CEO*

Just to quickly answer the last question, I actually don't think all of our games transfer well to touchscreen. And in fact, what you'll find and -- put smartphones aside because I completely agree in processing power, if you believe in Moore's law, and so far, Moore's law has turned out to hold true. A lot of people thought Moore's law was an 18-month thing. Other people think it's like 200-year thing. All I can tell you is since Gordon Moore came up with it, it's been more or less true, and it doesn't showing signs of slowing down. So I agree that in 5 years, probably the processing power of a very small device will probably be as great as a console today, but you're still limited by a screen size, and I don't think people are going to want to consume our content or big, chunky console delivered content now on very small screens anymore than -- I mean, how many of you regularly watch movies on very small devices? You can, but we probably choose not to unless you're really in a particular -- like you're trying to finish something you couldn't finish on a bigger device. On the other hand, you do watch movies on tablets, and I think you'd love to play interactive entertainment on tablets. They're just not powerful enough yet, but they will be. Our point is that wherever the consumer is, we want to be. And by the way, if I'm wrong and they want to play our games on small screens, terrific. We'll be there as well. But I have to believe there'll probably be an outboard Bluetooth type controller with all these devices. I don't think we're going to convert all of our games to touch. On the other hand, again, if that's what the consumer demands, sure, we'll do it, and we've done it for tablet already. It just means it won't be the same experience.

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

Yes. Is the release of the game console in China a big deal for you? It seems like the consumer, they have already kind of chosen another means?

**Strauss H. Zelnick**
*Executive Chairman & CEO*

Well it's too early to say, of course, because there's no content out, it's just very early days. Look it's a massive market, right, and that's highly compelling. The last area of really tight regulation in China is content. It's media and content, and it remains to be seen whether our games can be distributed in China. It remains to be seen what business model will be allowed. What kind of partners we need and want to have. And at the end of the day, we need to convince ourselves there's an economic opportunity, and then we're also -- we need to be mindful of piracy concerns, so it's a huge market. I don't think you want to count on that transforming our or our competitors business anytime soon, but it's certainly an opportunity for the industry.

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

Understood. I think at this point, we will open it up to the floor for questions if any. And while we wait, I will go ahead and lob in the next one. So the GTA V was probably an extraordinary example, but how much do you think -- how much longer do you think you want to support the previous generation of hardware? Is it just an easy matter this time around, just down port the game that you might have developed for the current gen and the last gen?

**Strauss H. Zelnick**
*Executive Chairman & CEO*

No, you can't really down port easily. We do simultaneous development when we put out on multiple SKUs, but it's no more difficult to do it than it was in the last generation. We supported PS2 for a very long

time as long as there was a market. So I think the answer is as long as there's a market opportunity that makes economic sense, we'll continue to support prior gen. And my guess is that it will be for sometime to come, but we're not making any titles specifically for prior gen now.

**Unknown Analyst**

Yes, a more medium-term question. I'm just wondering as we, consumers, migrate from large screens to small, in your view for interactive entertainment, does it change the nature of content creation on your part? Meaning, if you're on a small screen, let's say for a shorter period of time than you ordinarily would be on a larger screen, smaller interval, that is. Does it change the nature of the tent-pole franchise development? Do games become more quickly played, releases more incremental, et cetera? Just curious on your thoughts there.

**Strauss H. Zelnick**
*Executive Chairman & CEO*

I don't think you're going to see the consumption of really robust entertainment transition to very small screens even though the processing power will allow that to happen because it is not a great medium for that. I do think it'll transition for many people to medium-size screens, very light tablets, and I'm carrying around a tablet now. Probably half the people here are carrying around some electronic devices bigger than the small device. And that's great for big, robust content, but it doesn't require us to change the business model -- doesn't encourage, I shouldn't say require, encourage us to change either the business model or the type of content that is. What we haven't done much of so far is make a different kind of title for a smartphone like in Angry Birds, right? But in fairness, Rovio hasn't done very well at making anything apart from Angry Birds, and that's been instructive. We look at some of the -- and one would expect to be the best in the business, and their hit ratio is roughly 1%. Our hit ratio on our core business is more like 80%, and the hit ratio in the entertainment business is highly correlated, obviously, with risks and reward and return on invested capital. So I don't see us transitioning to try to create this bold content for small, low-powerful devices like smartphones. We did try some of that and, we didn't have a lot of success, frankly. Where we've had a great deal of success is in companion apps and companion games on small devices whether that's NBA or that's WWE. SuperCard, for example, have more than 3 million downloads. We had a great deal of success there. So I think the answer is we think tablets will be a great medium for our AAA games, and we don't really see the model changing, and we don't really see small screens being a great distribution mechanism. But again, the good news is we're not real-based and -- rule-based, and if I'm wrong about that, that's great. We can immediately adjust our strategy and do that. We have to be where the consumer is.

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

And Strauss, but you do have a humongous library of legacy content that you're using for prior consoles.

**Strauss H. Zelnick**
*Executive Chairman & CEO*

Right. Which, by definition, that content is less robust because it's technically less rich, and so the stuff that we put out for tablets so far has been older titles not because we're preserving our new titles. We'd happily put it out on tablet, but so far, tablets can't accommodate, for example, GTA V.

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

Right. That being said, I mean, there's a huge library of content which you could theoretically think about releasing on to the smaller screen.

**Strauss H. Zelnick**
*Executive Chairman & CEO*

Absolutely.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

Yes, so what has your experience been in that regard because there is a lot -- large library again?

**Strauss H. Zelnick**
*Executive Chairman & CEO*

We've done with whatever can be done, and I don't think we've had any circumstance where we took something and ported it to a smaller screen where it wasn't a profitable endeavor.

**Unknown Analyst**

And just a quick follow-up, how attractive or not do you view the more casual gaming demo versus your core hard-core gamer legacy?

**Strauss H. Zelnick**
*Executive Chairman & CEO*

Well, I mean casual gaming, it can mean different experience to different people. But I assume what you mean is largely free-to-play, and the problem with free-to-play model is 95% to 97% of the people who engage with your content don't pay for it. 3% to 5% do, so on a good day 10%. 100% of people engaged with our content pay us something. It's such a very different business model, and you have to be respectful of that model, and that means you can't spend as much on production. You can't spend as much on marketing. And one of the reasons that free-to-play companies like Zynga did so well for a period of time is because they had 0 acquisition costs because they could use Facebook as a free acquisition platform. Now that Facebook changed that, and Zynga changed. The other thing that's problematic with free-to-play games is in many instances, although not all, they're vastly less engaging. And if you look at the history of the entertainment business across all media, the only entertainment companies that really succeed over a long period of time are those that surprise and delight consumers with incredibly high-quality content. And most free-to-play games aren't really high-quality content at the end of the day, and -- in certain of the competitors in that space have stated strategies of not making high-quality content. I've never seen an entertainment company ever, ever, ever succeed that didn't have a stated strategy of making high-quality content. Not everyone can actually achieve it, but you need to at least try. So I think the model is very different. The consumer is different. The demographic is different. There's definitely a there, there. It is not our field of great expertise. Again, try them on that smartphones just don't have a lot of processing power. But to Stephen's point, if that changes, and the processing power of a smartphone looks like a console and people want to play robust, high-quality interactive entertainment on a smartphone, we can be -- can and should be there.

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

I think I answer -- asked this question in the last earning conference call, but I don't know...

**Strauss H. Zelnick**
*Executive Chairman & CEO*

So let's see if I can give you the same answer.

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

Well, maybe if I ask it in a different way.

**Strauss H. Zelnick**
*Executive Chairman & CEO*

Exactly. You will be the first person to try that.

**Stephen D. Ju**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

*Crédit Suisse AG, Research Division*

So with regards to digital downloads and the percentage of the overall mix, so will you, at least, confirm that the trend or the vector that you're seeing on a year-over-year basis across your franchise is inevitably up and to right in terms of the percentage coming from digital?

**Strauss H. Zelnick**
*Executive Chairman & CEO*

Yes, absolutely, because the percentage of our revenue that came from digital distribution 7 years ago was 0. So it's now depending on the quarter, 15% to 30%. Sometimes, it's much more, like in the last quarter for catalog-driven or recurrent-consumer-spending driven. But what I've really said in the calls is we're indifferent because we can't choose. We can't decide how a consumer wants to consume. We need to be everywhere. We need to be flexible, meaning, to make our products available. And the deal that we have to distribute physically isn't really a whole lot different from the deals we have to distribute digitally, and it's pretty much the same. The margins are a bit higher with digital distribution. And under GAAP accounting, because of the way you account for digital distribution, it looks higher. But the margin dollars are a bit higher but not so high -- so much higher that I can, in good conscience, say to you, "Here's the Holy Grail of our business in addition to all the great stuff: new generation, wind at our back, high quality; vastly, more rapidly growing area of entertainment consumption and anything else growing at a 9% CAGR over the past 4 or 5 years, I believe. All of that, good news. We have even better news, which is our entire model switched from one to another. It has higher margin." That's what people want me to say. It just doesn't have the benefit of being true. It is almost certainly true that you -- people will consume more and more digitally as they do, for example, with music. But right now, physical distribution is still 70%, 80% of our business. And physical distribution partners are our primary distribution partners, and happily so.

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

Yes, noted. But as you look over sort of the medium to longer term, do you think there's a structural ceiling to where that percentage could go on the consumers? Okay.

**Strauss H. Zelnick**
*Executive Chairman & CEO*

No, no structural ceiling whatsoever, anymore than there is with music.

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

Understood. And how long do you think it will be, whether it's the case for Take-Two or basically the industry, before you reach 50% for the majority?

**Strauss H. Zelnick**
*Executive Chairman & CEO*

Hard to know. I mean, I would -- it's hard to believe we won't head in to the 50% land relatively soon. But again, I'm happy to predict things that matter. But predicting things that don't matter, I have to do that at home. I don't really like to do it at the office.

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

Yes, understood. All right. So we're starting to run out of time here, but when you come back and talk to us again next year and to this audience, what do you think you would be telling the audience that you have accomplished over the last sort of trailing 12 months?

**Strauss H. Zelnick**
*Executive Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I hope I'll be able to say I didn't take a red eye here, which I can not say right now. Well, I hope that we will have been able to launch Evolve into a massive hit. I'm not here to promise that we will. Although, it sure looks very promising, but I hope that we can. I hope that GTA V continues to perform extraordinarily well, and that GTA V Online continues to perform extraordinarily well. I'd like to see more growth coming out of China with NBA 2K Online but we have 20 million registered users and were contributing to revenues and profits. I'd love, too, recurrent consumer spending grow. We're launching Battleborn, which we've announced, next fiscal year. It would be awesome if that were a great hit. So I've got a very long list for Santa Claus. But what I find is that the harder we work, the luckier we get. We take nothing for granted. We focus tightly on quality, efficiency and innovation. I'm fond of stating arrogance is the enemy of continued success. We don't take any of our success for granted. The minute we turn our attention away from doing the highest quality, interactive entertainment in the business, we begin to fail, and we're immensely grateful for the progress we've made and for how our company is doing. We really do believe it's just the beginning. I hope to have a really great story to tell when I'm back next year, and I appreciate the early invitation. But it requires us to deliver and execute, and that's what we're focused on everyday, and I don't take it for granted nor should you.

**Stephen D. Ju**
*Crédit Suisse AG, Research Division*

Understood. And with that, we are out of time. Thanks very much, Strauss.

**Strauss H. Zelnick**
*Executive Chairman & CEO*
Thank you very much. I appreciate it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.