## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>        Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. ,<br><br>        Defendants. | CASE NO. 1:17-cv-02635-CAB |

**DEFENDANTS 2K GAMES, INC. AND TAKE-TWO INTERACTIVE SOFTWARE, INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendants Take-Two Interactive Software, Inc. and 2K Games, Inc. (collectively, "Take-Two") respectfully move this Court for an order pursuant to Federal Rule of Civil Procedure 56 granting Take-Two summary judgment on Plaintiff James Hayden's ("Plaintiff") claim of direct and indirect copyright infringement (Count I and Count II) because (1) Take-Two's use of the tattoos at issue is a fair use, (2) Take-Two was authorized to use the tattoos, (3) Take-Two's use of the tattoos is *de minimis*, and (4) Take-Two's video game is not substantially similar to two of the tattoos that are covered in the game. In addition, Take-Two moves for summary judgment that Plaintiff is not entitled to statutory damages or attorney's fees pursuant to 17 U.S.C. § 412.

The Court should grant summary judgment on each of those grounds because there is no genuine issue of material fact on those issues, and Take-Two is entitled to judgment as a matter of law.

Dated:  October 25, 2021

/s/ Dale M. Cendali
Dale M. Cendali (admitted *pro hac vice)*
Joshua L. Simmons (admitted *pro hac vice*)
Chris Ilardi  (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
chris.ilardi@kirkland.com

Miranda D. Means (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 385-7500
miranda.means@kirkland.com

Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474
mcavanagh@mcdonaldhopkins.com

*Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*