# EXPERT REPORT & DECLARATION OF IAN BOGOST, PH.D.

# FILED UNDER SEAL