# EXPERT REPORT & DECLARATION OF NINA JABLONSKI, PH.D.

**FILED UNDER SEAL**