# EXHIBIT 1

## PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK

## NBA 2K16 Clip