# EXHIBIT 3

## PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK

## NBA 2K18 Clip