# EXHIBIT 4

## PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK

## NBA 2K19 Clip