# EXHIBIT 5

## PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK

## NBA 2K20 Clip