# EXHIBIT 7

## PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK

## NBA 2K17 Game