# EXHIBIT 10

## PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK

## NBA 2K20 Game