# **EXHIBIT 33**





Case: 1:17-cv-02635-CAB  Doc #: 101-43 Filed: 10/25/21 3 of 7. PageID #: 9695

  NBA 75   Games   Schedule   News   Watch   Stats   Standings   Teams   Players   Fantasy   Sign In

| Player News | See All |
| --- | --- |

**Awards and Honors**

**10/20/2021, 11:02 AM**
**LeBron James: Scores game-high 34 points**
James mustered 34 points (13-23 FG, 5-11 3Pt, 3-6 FT), 11 rebounds, five assists, a steal and a block across 37 minutes in Tuesday's 121-114 loss to the Warriors.

**10/18/2021, 5:40 PM**
**LeBron James: Set for usual workload**
Coach Frank Vogel said Monday that he envisions James playing "34 to 36 minutes per game" this season, Jovan Buha of The Athletic reports.

**10/15/2021, 12:48 PM**
**LeBron James: Goes for 30-6-6 in 29 minutes**
James finished Thursday's preseason game against the Kings with 30 points (12-20 FG, 2-5 3Pt, 4-5 FT), six rebounds, six assists and two blocks.

**10/10/2021, 9:27 PM**
**LeBron James: Out Sunday**
James (rest) is inactive for Sunday's contest against the Suns, Dave McMenamin of ESPN.com reports.

**10/08/2021, 8:31 PM**
**LeBron James: Will make preseason debut**
James (rest) will make his preseason debut Friday versus the Warriors, Dave McMenamin of ESPN.com reports.

6 All-Defensive Team
17 All-NBA
1 All-Rookie Team
3 NBA All-Star Most Valuable Player
4 NBA Finals Most Valuable Player
4 NBA Most Valuable Player
39 NBA Player of the Month
63 NBA Player of the Week
6 NBA Rookie of the Month
1 NBA Rookie of the Year
1 NBA Sporting News Most Valuable Player of the Year
1 NBA Sporting News Rookie of the Year
1 Olympic Bronze Medal
2 Olympic Gold Medal

**Explore More Players on the Lakers**

   #0 | G  **Russell Westbrook**

   #1 | F  **Trevor Ariza**

  #2 | G  ...



NBA ORGANIZATION
NBA INITIATIVES
ACROSS THE LEAGUE
SHOP
SUBSCRIPTIONS

© 2021 NBA Media Ventures, LLC. All rights reserved.

Privacy Policy  |  Terms of Use  |  Accessibility and Closed Captions  |  Do Not Sell My Personal Information  |  Customer Support  |  Manage Cookies  |  Ad Choices

If you are having difficulty accessing any content on this website, please visit our Accessibility page.
NBA.com is part of Warner Media, LLC's Turner Sports & Entertainment Digital Network

WarnerMedia

Case: 1:17-cv-02635-CAB Doc #: 101-43 Filed: 10/25/21 4 of 7. PageID #: 9696












☰   NBA 75   Games   Schedule   News   Watch   Stats   Standings   Teams   Players   Fantasy   🔍   Sign In

| Player News | See All |
| --- | --- |

**Awards and Honors**

1 All-Defensive Team

**10/14/2021, 6:55 PM**
**Danny Green: Out for finale**
Green will not play in Friday's preseason finale against the Pistons.

**08/05/2021, 9:48 AM**
**Danny Green: Back in Philly on two-year pact**
Green agreed Wednesday with the 76ers on a two-year, $20 million contract, Adrian Wojnarowski of ESPN reports.

**06/12/2021, 4:37 PM**
**Danny Green: Out 2-to-3 weeks**
Green (calf) is expected to be sidelined 2-3 weeks, Shams Charania of The Athletic reports.

**06/12/2021, 2:13 PM**
**Danny Green: Doubtful for Game 4**
Green (calf) is unlikely to play in Monday's Game 4 against the Hawks, Jalyn Smoot of Philly Sports Network reports.

**06/11/2021, 9:30 PM**
**Danny Green: Will not return Friday**
Green will not return to Friday's matchup with the Hawks due to a righ calf strain, Malika Andrews of ESPN.com reports.

**Explore More Players on the Sixers**



| F
Aaron Henry

| C-F
Charles Bassey

| G
... Springer



NBA ORGANIZATION ⌄

NBA INITIATIVES ⌄

ACROSS THE LEAGUE ⌄

SHOP ⌄

SUBSCRIPTIONS ⌄



© 2021 NBA Media Ventures, LLC. All rights reserved.

Privacy Policy   |   Terms of Use   |   Accessibility and Closed Captions   |   Do Not Sell My Personal Information   |   Customer Support   |   Manage Cookies   |   Ad Choices

If you are having difficulty accessing any content on this website, please visit our Accessibility page.

NBA.com is part of Warner Media, LLC's Turner Sports & Entertainment Digital Network

WarnerMedia



| HEIGHT | WEIGHT | COUNTRY | LAST ATTENDED |
|---|---|---|---|
| 6'9" (2.06m) | 254lb (115kg) | Canada | Texas-Austin |

| AGE | BIRTHDATE | DRAFT | EXPERIENCE |
|---|---|---|---|
| 30 years | March 13, 1991 | 2011 R1 Pick 4 | 10 Years |

**Profile**  Stats  Team Bio  Videos  Rotowire       Roster ↗  kings.com ↗  Store ↗  Tickets ↗

### Latest Videos

 02:59 — 5/13 TD Bank Film Study: Tristan Thompson

 01:54 — 5/12 Putnam Postgame Report: 'Take Ownership'

 02:49 — 4/11 Putnam Pregame Interview: 'Full Team Effort'

 02:01 — Road Trip Recap Presented By Audi: BKN and HOU

### Last 5 Games

| GAME DATE | MATCHUP | W/L | MIN | PTS | FGM | FGA | FG% | 3PM | 3PA | 3P% | FTM | FTA | FT% | OREB | DREB | REB | AST | STL | BLK | TOV | PF | +/- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT 20, 2021 | SAC @ POR | W | 19 | 6 | 3 | 5 | 60.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 4 | 5 | 0 | 0 | 0 | 1 | 3 | -17 |
| OCT 14, 2021 | SAC vs. LAL | W | 19 | 9 | 3 | 10 | 30.0 | 0 | 0 | 0.0 | 3 | 5 | 60.0 | 2 | 5 | 7 | 1 | 2 | 1 | 0 | 1 | 19 |
| OCT 06, 2021 | SAC @ LAC | W | 18 | 6 | 3 | 9 | 33.3 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 3 | 8 | 11 | 0 | 1 | 1 | 0 | 2 | 9 |
| OCT 04, 2021 | SAC vs. PHX | W | 11 | 5 | 2 | 2 | 100 | 0 | 0 | 0.0 | 1 | 2 | 50.0 | 3 | 1 | 4 | 0 | 0 | 0 | 1 | 0 | 11 |
| JUN 01, 2021 | BOS @ BKN | L | 30 | 9 | 1 | 4 | 25.0 | 0 | 0 | 0.0 | 7 | 8 | 87.5 | 4 | 5 | 9 | 1 | 0 | 4 | 0 | 3 | -17 |

 

| Menu | NBA | NBA 75 | Games | Schedule | News | Watch | Stats | Standings | Teams | Players | Fantasy | Search | Sign In |

## Player News — See All

**10/11/2021, 7:02 PM**
**Tristan Thompson: Won't play Monday**
Thompson (rest) won't play in Monday's preseason contest against the Blazers, Jason Anderson of The Sacramento Bee reports.

**10/06/2021, 10:33 PM**
**Tristan Thompson: Joins starting five**
Thompson will start Wednesday's preseason game against the Clippers, Jason Anderson of The Sacramento Bee reports.

**07/30/2021, 7:47 PM**
**Tristan Thompson: Moved again, lands in Sacramento**
Thompson was traded from the Hawks to the Kings in an expanded three-team trade that also sent Delon Wright to the Hawks, Adrian Wojnarowski of ESPN reports.

**07/30/2021, 6:47 PM**
**Tristan Thompson: Dealt to Atlanta**
Thompson was traded from the Celtics to the Hawks on Friday for Kris Dunn, Bruno Fernando and a 2023 second-round pick, Adrian Wojnarowski of ESPN reports.

**05/29/2021, 12:54 AM**
**Tristan Thompson: Posts another double-double**
Thompson recorded 19 points (8-13 FG, 3-4 FT), 13 rebounds and an assist across 30 minutes in Friday's win over the Nets.

### Awards and Honors
1 All-Rookie Team

## Explore More Players on the Kings



| G — Davion Mitchell | C — Neemias Queta | #0 | G — Tyrese Haliburton



NBA ORGANIZATION
NBA INITIATIVES
ACROSS THE LEAGUE
SHOP
SUBSCRIPTIONS

© 2021 NBA Media Ventures, LLC. All rights reserved.

Privacy Policy | Terms of Use | Accessibility and Closed Captions | Do Not Sell My Personal Information | Customer Support | Manage Cookies | Ad Choices

If you are having difficulty accessing any content on this website, please use our Accessibility page.

NBA.com is part of Warner Media, LLC's Turner Sports & Entertainment Digital Network

WarnerMedia