# EXHIBIT 38

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 3,429,884

## United States Patent and Trademark Office

Registered May 20, 2008

## TRADEMARK
### PRINCIPAL REGISTER



LAS VEGAS SANDS CORP. (NEVADA COR-
PORATION)
3355 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NV 89109

FOR: PLUSH TOYS; PLUSH TOY ANIMALS;
STUFFED TOY DOLLS AND ANIMALS; STUFFED
TOY ANIMALS; PLAYING CARDS, IN CLASS 28
(U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-29-2007; IN COMMERCE 3-29-2007.

OWNER OF U.S. REG. NOS. 2,427,620, 2,542,999
AND OTHERS.

THE MARK CONSISTS OF WINGED LION WITH
A CREST CONTAINING THE LETTER "V," ACCOM-
PANIED BY THE TERM "THE VENETIAN".

SER. NO. 77-221,154, FILED 7-3-2007.

PAUL E. FAHRENKOPF, EXAMINING ATTORNEY

DEFENDANTS'
EXHIBIT

7