# EXHIBIT 39



COPY OF E-FILE
APPLICATION

NOTE: The attached Application Report is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as GLORIA service number SR 1-3528975562. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.

DEFENDANTS'
EXHIBIT

12

**1**

Registration Number

# *-APPLICATION-*

## Title

| | |
|---|---|
| Title of Work: | Gloria |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2007 |

## Author

| | |
|---|---|
| • Author: | Jim Hayden |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1975 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Jim Hayden |
| | 12745, Cleveland Heights, OH, 44118, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Focused Tattoos |
| Email: | jimmyhayden@aol.com |
| Telephone: | (216)344-9001 |

## Certification

| | |
|---|---|
| Name: | Kimberly Textoris |
| Date: | September 06, 2016 |
| Applicant's Tracking Number: | 37492 |

Page 1 of 1

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-3528975562

## Mail Certificate

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44114 United States

**Priority:** Routine          **Application Date:** September 06, 2016

## Correspondent

**Organization Name:** Calfee Halter and Griswold, LLP
**Name:** Kimberly Textoris
**Email:** ktextoris@calfee.com
**Telephone:** (216)622-8341
**Address:** 1405 East 6th Street
CLEVELAND, OH 44114 United States

3

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

**\* Designates Required Fields**

## 1 WORK BEING REGISTERED

**1a.** * Type of work being registered (*Fill in one only*)

☐ Literary work   ☐ Performing arts work
☐ Visual arts work   ☐ Motion picture/audiovisual work
☐ Sound recording   ☐ Single serial issue

**1b.** * Title of this work (*one title per space*)

**1c.** For a serial issue:  Volume ___  Number ___  Issue ___  ISSN ___

Frequency of publication: ___  Other ___

**1d.** Previous or alternative title

**1e.** * Year of completion

**Publication** (*If this work has not been published, skip to section 2*)

**1f.** Date of publication ___ (*mm/dd/yyyy*)  **1g.** ISBN

**1h.** Nation of publication  ☐ United States  ☐ Other  Other ___

**1i.** Published as a contribution in a larger work entitled

**1j.** If line 1i above names a serial issue  Volume ___  Number ___  Issue ___  On pages ___

**1k.** If work was preregistered  Number PRE- ___

## 2 AUTHOR INFORMATION

**2a.** Personal name  **\* complete either 2a or 2b**

First Name ___  Middle ___  Last ___

**2b.** Organization name

**2c.** Doing business as

**2d.** Year of birth ___  **2e.** Year of death ___

**2f.** *  ☐ Citizenship  ☐ United States  ☐ Other  Other ___
        ☐ Domicile  ☐ United States  ☐ Other  Other ___

**2g.** Author's contribution:  ☐ Made for hire  ☐ Anonymous
        ☐ Pseudonymous  (Pseudonym is: ___ )

**2h.** * **This author created** *Fill in only the authorship that applies to this author*)
Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

| | | | |
|---|---|---|---|
| Editing/Editor | Music | Text of Liner Notes | Map and/or Technical Drawing |
| Entire Motion Picture | Lyrics | Text | Musical Arrangement |
| Direction/Director | Performance | 2-D Artwork | Translation |
| Production/Producer | Production | Photograph(s) | Compilation |
| Script/Screenplay | Remix | Sculpture/3-D Artwork | Computer Program |
| Cinematography/Cinematographer | Photograph(s) | Jewelry Design | Other |
| Sound Recording | Artwork | Architectural Work | |
| | Compilation | | |

Other: ___

1

4

# 3 COPYRIGHT CLAIMANT INFORMATION

**Claimant** • *complete either 3a or 3b* - If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a. Personal name**    First Name         Middle         Last

**3b.** Organization name

**3c.** Doing business as

**3d.** Street address *

Street address (line 2)

City *                     State                ZIP / Postal code          Country

Email                                Phone number
                                                           (*Add "+" and country code for foreign numbers*)

**3 e.** If claimant is **not** an author, copyright ownership acquired by: ☐ Written agreement ☐ Will or inheritance ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM          Skip section 4 if this work is all new.

**4a.** Material excluded from this claim (*Material previously registered, previously published, or not owned by this claimant*) Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

| | | | |
|---|---|---|---|
| • Script/Screenplay | • Performance | • Sculpture/3D Artwork | • Translation |
| • Preexisting music | • Music | • Map and/or technical drawing | • Compilation |
| • Preexisting footage | • Lyrics | • Musical arrangement | • Other |
| • Preexisting photograph(s) | • Text | • Artwork | |
| • Sound recording | • 2D Artwork | • Computer program | |
| • Production | • Jewelry design | • Editing | |

**4b.** Previous registration(s)    Number              Year

**4c.** New material included in this claim (*The work contains new, additional, or revised material*) Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

| | | | |
|---|---|---|---|
| • Editing | • All other cinematographic material | • 2D Artwork | • Artwork |
| • New narration | • Sound recording | • Photograph(s) | • Translation |
| • Additional new footage | • Production | • Jewelry design | • Compilation |
| • Revisions/additions to script | • Performance | • Architectural work | • Computer program |
| • Production as a motion picture | • Music | • Sculpture/3D Artwork | • Other |
| | • Lyrics | • Map and/or technical drawing | |
| | • Text | • Musical arrangement | |

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

First Name                      Middle              Last

Name of organization

Street address

2

**5**

Street address (line 2)

City                    State                    ZIP / Postal code              Country

Email                                    Phone number
                                                                    (Add "+" and country code for foreign numbers)

# 6 CORRESPONDENCE CONTACT

First name *                    Middle                    Last *

Name of organization

Street address *

Street address (line 2)

City *                    State                    ZIP / Postal code              Country

Email *                                    Daytime phone number
                                                                    (Add "+" and country code for foreign numbers)

* Complete either 7a, 7b, or both

# 7 MAIL CERTIFICATE TO:

7a. First Name                    Middle                    Last

7b. Name of organization

7c. Street address *

Street address (line 2)

City *                    State                    ZIP / Postal code              Country

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

**8a.** Signature

**8b.** Printed  name                                    **8c.** Date signed

**8d.** Deposit account number          Account holder

3

# 9  Note to Copyright Office (Optional):

# 10  Special Handling (Optional)

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.
**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling Reason(s) (At least one must be selected)**

Pending or prospective ☐
Customs matters ☐
Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐
I certify that I am the author, copyright claimant of exclusive rights, or the authorized ☐
agent of the author, copyright claimant of exclusive rights of this work.

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.

4

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Perley Clayatt*

Acting United States Register of Copyrights and Director

**Registration Number**
**VAu 1-263-888**
**Effective Date of Registration:**
September 06, 2016

---

## Title
_____

Title of Work:  Gloria

## Completion/Publication
_____

Year of Completion:  2007

## Author
_____

- **Author:**  Jim Hayden
  **Author Created:**  2-D artwork
  **Work made for hire:**  No
  **Citizen of:**  United States
  **Year Born:**  1975

## Copyright Claimant
_____

Copyright Claimant:  Jim Hayden
12745, Cleveland Heights, OH, 44118, United States

## Rights and Permissions
_____

Organization Name:  Focused Tattoos
Email:  jimmyhayden@aol.com
Telephone:  (216)344-9001

## Certification
_____

Name:  Kimberly Textoris
Date:  September 06, 2016
Applicant's Tracking Number:  37492

Page 1 of 1

**Registration #:**  VAu001263888
**Service Request #:**  1-3528975562

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44114 United States



# COPY OF DEPOSIT

## VAu 1-263-888

## (SR 1-3528975562)

NOTE: Deposits submitted electronically bear no identifying marks

NOTE ALSO: The attached color photocopy is the best possible electrostatic positive print available.

TAKE-TWO_00000193



TAKE-TWO_00000194



# COPY OF CORRESPONDENCE

VAu 1-263-888

SR 1-3528975562

TAKE-TWO_00000195

## Correspondence Activities Report

**SR** 1-3528975562
**Activity Type:** Email - Outbound
**Created on:** 09/06/2016 11:43:29
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Gloria were received by the U.S.Copyright Office on 9/6/2016.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-3528975562 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-3528975562. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

TAKE-TWO_00000196

**Activity Type:** Email - Outbound
**Created on:** 09/06/2016 11:54:07
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office
(ECO) System.

The following files were successfully uploaded for service request 1-3528975562

File Name :gloria.pdf
File Size :9417558 KB
Date/Time :9/6/2016 11:49:09 AM

[THREAD ID: 1-1TP3H1H]

United States Copyright Office

**14**

# Gloria

VAu001263888

**Owner:** Jim Hayden, 1975- . Address: 12745, Cleveland Heights, OH, 44118, United States.

**Application Title:** Gloria.

**Application Author:** Jim Hayden, 1975- ; Citizenship: United States. Authorship: 2-D artwork.

**Author:** Hayden, Jim, 1975- author claimant

**Class:** Visual Arts

**Retrieval Code:** S Art work

**Status:** Registered

**Registration Number:** VAu001263888

**Registration Date:** September 06, 2016

**Created:** 2007

**Registration Deposit:** Electronic file (eService)

**Notes:** Note: Focused Tattoos, (216) 344-9001, jimmyhayden@aol.com
**Miscellaneous:** DATE OF CREATION: Single date created: 2007

U.S. Copyright - Monograph

---

End of Document

TAKE-TWO_00000198



## COPY OF E-FILE
## APPLICATION

NOTE: The attached Application Report is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as LION service number SR 1-3960098771. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.



DEFENDANTS'
EXHIBIT

13

TAKE-TWO_00000157

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Lion

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Jim Hayden
**Author Created:** 2-D artwork
**Citizen of:** United States
**Year Born:** 1975

## Copyright Claimant

**Copyright Claimant:** Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, United States

## Rights and Permissions

**Organization Name:** Focused Tattoos
**Telephone:** (216)938-6074
**Address:** 1799 Coventry Road
Cleveland Heights, OH 44106 United States

## Certification

**Name:** Kimberly Textoris
**Date:** September 06, 2016
**Applicant's Tracking Number:** 37492

Page 1 of 1

TAKE-TWO_00000158

Registration #:   *-APPLICATION-*
Service Request #:   1-3960098771

## Mail Certificate

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44113 United States

Priority:   Routine          Application Date:   September 06, 2016

## Correspondent

Organization Name:   Calfee Halter and Griswold, LLP
Name:   Kimberly Textoris
Email:   ktextoris@calfee.com
Address:   1405 East 6th Street
CLEVELAND, OH 44114 United States

TAKE-TWO_00000159

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

**\* Designates Required Fields**

## 1 WORK BEING REGISTERED

**1a. \* Type of work being registered** (*Fill in one only*)

☐ Literary work    ☐ Performing arts work
☐ Visual arts work    ☐ Motion picture/audiovisual work
☐ Sound recording    ☐ Single serial issue

**1b. \* Title of this work** (*one title per space*)

**1c.** For a serial issue:  Volume ____  Number ____  Issue ____  ISSN ____

Frequency of publication: ____  Other ____

**1d.** Previous or alternative title

**1e. \*** Year of completion

**Publication** (*If this work has not been published, skip to section 2*)

**1f.** Date of publication ____ (mm/dd/yyyy)  **1g.** ISBN ____

**1h.** Nation of publication  ☐ United States  ☐ Other  Other ____

**1i.** Published as a contribution in a larger work entitled

**1j.** If line 1i above names a serial issue  Volume ____  Number ____  Issue ____  On pages ____

**1k.** If work was preregistered  Number PRE- ____

## 2 AUTHOR INFORMATION

**2a.** Personal name  **\* complete either 2a or 2b**
First Name ____  Middle ____  Last ____

**2b.** Organization name ____

**2c.** Doing business as ____

**2d.** Year of birth ____  **2e.** Year of death ____

**2f. \***  ☐ Citizenship  ☐ United States  ☐ Other  Other ____
    ☐ Domicile  ☐ United States  ☐ Other  Other ____

**2g.** Author's contribution:  ☐ Made for hire  ☐ Anonymous
    ☐ Pseudonymous  (Pseudonym is: ____ )

**2h. \* This author created** *Fill in only the authorship that applies to this author*
Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

| | | | |
|---|---|---|---|
| · Editing/Editor | · Music | · Text of Liner Notes | · Map and/or Technical Drawing |
| · Entire Motion Picture | · Lyrics | · Text | |
| · Direction/Director | · Performance | · 2-D Artwork | · Musical Arrangement |
| · Production/Producer | · Production | · Photograph(s) | · Translation |
| · Script/Screenplay | · Remix | · Sculpture/3-D Artwork | · Compilation |
| · Cinematography/Cinematographer | · Photograph(s) | · Jewelry Design | · Computer Program |
| · Sound Recording | · Artwork | · Architectural Work | · Other |
| | · Compilation | | |

Other: ____

1

TAKE-TWO_00000160

# 3 COPYRIGHT CLAIMANT INFORMATION

**Claimant** • *complete either 3a or 3b -* If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a.** Personal name    First Name        Middle        Last

**3b.** Organization name

**3c.** Doing business as

**3d.** Street address *

Street address (line 2)

City *      State      ZIP / Postal code      Country

Email      Phone number      (Add "+" and country code for foreign numbers)

**3e.** If claimant is not an author, copyright ownership acquired by: ☐ Written agreement ☐ Will or inheritance ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM      Skip section 4 if this work is all new.

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production

- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design

- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing

- Translation
- Compilation
- Other

**4b.** Previous registration(s)    Number _____ Year ☐☐☐☐

**4c.** New material included in this claim *(The work contains new, additional, or revised material)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture

- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text

- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement

- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

First Name      Middle      Last

Name of organization

Street address

2

TAKE-TWO_00000161

Street address (line 2)

City

State

ZIP / Postal code

Country

Email

Phone number

*(Add "+" and country code for foreign numbers)*

# 6 CORRESPONDENCE CONTACT

First name *

Middle

Last *

Name of organization

Street address *

Street address (line 2)

City *

State

ZIP / Postal code

Country

Email *

Daytime phone number

*(Add "+" and country code for foreign numbers)*

**\* Complete either 7a, 7b, or both**

# 7 MAIL CERTIFICATE TO:

7a. First Name

Middle

Last

7b. Name of organization

7c. Street address *

Street address (line 2)

City *

State

ZIP / Postal code

Country

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

**8a.** Signature

**8b.** Printed name

**8c.** Date signed

**8d.** Deposit account number

Account holder

3

TAKE-TWO_00000162

# 9   Note to Copyright Office (Optional):

# 10   Special Handling (Optional)

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.

**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling Reason(s) (At least one must be selected)**

Pending or prospective ☐

Customs matters ☐

Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐

I certify that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work. ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.

4

TAKE-TWO_00000163

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
## VAu 1-271-044
**Effective Date of Registration:**
September 06, 2016

---

### Title

**Title of Work:** Lion

### Completion/Publication

**Year of Completion:** 2008

### Author

- **Author:** Jim Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1975

### Copyright Claimant

**Copyright Claimant:** Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, United States

### Rights and Permissions

**Organization Name:** Focused Tattoos
**Telephone:** (216)938-6074
**Address:** 1799 Coventry Road
Cleveland Heights, OH 44106 United States

### Certification

**Name:** Kimberly Textoris
**Date:** September 06, 2016
**Applicant's Tracking Number:** 37492

Page 1 of 1

TAKE-TWO_00000164

**Registration #:**   VAu001271044
**Service Request #:**   1-3960098771

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44113 United States

24

TAKE-TWO_00000165



# COPY OF DEPOSIT

## VAu 1-271-044

## (SR 1-3960098771)

NOTE: Deposits submitted electronically bear no identifying marks

NOTE ALSO: The attached color photocopy is the best possible electrostatic positive print available.

TAKE-TWO_00000205



TAKE-TWO_00000206



# COPY OF CORRESPONDENCE

VAu 1-271-044

SR 1-3960098771

TAKE-TWO_00000207

## Correspondence Activities Report

**SR** 1-3960098771
**Activity Type:** Email - Outbound
**Created on:** 09/06/2016 11:43:29
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Lion were received by the U.S.Copyright Office on 9/6/2016.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-3960098771 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-3960098771. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

TAKE-TWO_00000208

**Activity Type:** Email - Outbound
**Created on:** 09/06/2016 11:54:11
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-3960098771

File Name :lion.pdf
File Size :9478005 KB
Date/Time :9/6/2016 11:50:36 AM

[THREAD ID: 1-1TP3H7Z]

United States Copyright Office

TAKE-TWO_00000209

# Lion

VAu001271044

**Owner:** Jim Hayden, 1975- . Address: 12745 Cedar Road, Cleveland Heights, OH, United States.

**Application Title:** Lion.

**Application Author:** Jim Hayden, 1975- ; Citizenship: United States. Authorship: 2-D artwork.

**Author:** Hayden, Jim, 1975- author claimant

**Class:** Visual Arts

**Retrieval Code:** S Art work

**Status:** Registered

**Registration Number:** VAu001271044

**Registration Date:** September 06, 2016

**Created:** 2008

**Registration Deposit:** Electronic file (eService)

**Notes:** Note: Focused Tattoos, 1799 Coventry Road, Cleveland Heights, OH, 44106, United States, (216) 938-6074

**Miscellaneous:** DATE OF CREATION: Single date created: 2008

U.S. Copyright - Monograph

---

End of Document



**COPY OF E-FILE**
**APPLICATION**

NOTE: The attached Application Report is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as SHOULDER STARS service number SR 1-3525020071. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.



DEFENDANTS'
EXHIBIT

14

TAKE-TWO_00000148

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Shoulder Stars

## Completion/Publication

**Year of Completion:** 2008

## Author

- **Author:** Jim Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1975

## Copyright Claimant

**Copyright Claimant:** Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Rights and Permissions

**Organization Name:** Focused Tattoos
**Email:** jimmyhayden@aol.com
**Telephone:** (216)344-9001

## Certification

**Name:** Kimberly Textoris
**Date:** September 06, 2016
**Applicant's Tracking Number:** 37492

Page 1 of 1

TAKE-TWO_00000149

Registration #:  *-APPLICATION-*
Service Request #:  1-3525020071

## Mail Certificate

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
2119 W 7TH ST
CLEVELAND, OH 44113 United States

Priority:  Routine          Application Date:  September 06, 2016

## Correspondent

Organization Name:  Calfee Halter and Griswold, LLP
Name:  Kimberly Textoris
Email:  ktextoris@calfee.com
Telephone:  (216)622-8341
Address:  1405 East 6th Street
CLEVELAND, OH 44114 United States

33

TAKE-TWO_00000150

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

\* Designates Required Fields

## 1 WORK BEING REGISTERED

1a. \* Type of work being registered (*Fill in one only*)

☐ Literary work   ☐ Performing arts work
☐ Visual arts work   ☐ Motion picture/audiovisual work
☐ Sound recording   ☐ Single serial issue

1b. \* Title of this work (*one title per space*)

1c. For a serial issue: Volume ___ Number ___ Issue ___ ISSN ___

Frequency of publication: ___ Other ___

1d. Previous or alternative title

1e. \* Year of completion

Publication *(If this work has not been published, skip to section 2)*

1f. Date of publication ___ (mm/dd/yyyy)   1g. ISBN ___

1h. Nation of publication ☐ United States   ☐ Other   Other ___

1i. Published as a contribution in a larger work entitled

1j. If line 1i above names a serial issue   Volume ___ Number ___ Issue ___ On pages ___

1k. If work was preregistered   Number PRE-

## 2 AUTHOR INFORMATION

2a. Personal name   \* *complete either 2a or 2b*

First Name ___ Middle ___ Last ___

2b. Organization name

2c. Doing business as

2d. Year of birth ___   2e. Year of death ___

2f. \* ☐ Citizenship   ☐ United States   ☐ Other   Other ___
      ☐ Domicile   ☐ United States   ☐ Other   Other ___

2g. Author's contribution: ☐ Made for hire   ☐ Anonymous
      ☐ Pseudonymous   (Pseudonym is: ___ )

2h. \* **This author created** *Fill in only the authorship that applies to this author*)

Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

| | | | |
|---|---|---|---|
| Editing/Editor | Music | Text of Liner Notes | Map and/or Technical Drawing |
| Entire Motion Picture | Lyrics | Text | Musical Arrangement |
| Direction/Director | Performance | 2-D Artwork | Translation |
| Production/Producer | Production | Photograph(s) | Compilation |
| Script/Screenplay | Remix | Sculpture/3-D Artwork | Computer Program |
| Cinematography/Cinematographer | Photograph(s) | Jewelry Design | Other |
| Sound Recording | Artwork | Architectural Work | |
| | Compilation | | |

Other:

1

TAKE-TWO_00000151

# 3 COPYRIGHT CLAIMANT INFORMATION

**Claimant** *• complete either 3a or 3b -* If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a.** Personal name     First Name     Middle     Last

**3b.** Organization name

**3c.** Doing business as

**3d.** Street address *

Street address (line 2)

City *     State     ZIP / Postal code     Country

Email     Phone number     (Add "+" and country code for foreign numbers)

**3e.** If claimant is **not** an author, copyright ownership acquired by: ☐ Written agreement ☐ Will or inheritance ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM     Skip section 4 if this work is all new.

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production

- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design

- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing

- Translation
- Compilation
- Other

**4b.** Previous registration(s)    Number _____    Year [ ][ ][ ][ ]

**4c.** New material included in this claim *(The work contains new, additional, or revised material)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture

- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text

- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement

- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

First Name     Middle     Last

Name of organization

Street address

2

TAKE-TWO_00000152

Street address (line 2)

| City | State | ZIP / Postal code | Country |
|---|---|---|---|

| Email | Phone number |
|---|---|

*(Add "+" and country code for foreign numbers)*

# 6 CORRESPONDENCE CONTACT

| First name * | Middle | Last * |
|---|---|---|

Name of organization

Street address *

Street address (line 2)

| City * | State | ZIP / Postal code | Country |
|---|---|---|---|

| Email * | Daytime phone number |
|---|---|

*(Add "+" and country code for foreign numbers)*

\* Complete either 7a, 7b, or both

# 7 MAIL CERTIFICATE TO:

| 7a. First Name | Middle | Last |
|---|---|---|

7b. Name of organization

7c. Street address *

Street address (line 2)

| City * | State | ZIP / Postal code | Country |
|---|---|---|---|

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

8a. Signature

8b. Printed name

8c. Date signed

8d. Deposit account number       Account holder

3

TAKE-TWO_00000153

# 9   Note to Copyright Office (Optional):

---

# 10   Special Handling (Optional)

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.

**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling Reason(s) (At least one must be selected)**

Pending or prospective ☐
Customs matters ☐
Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐
I certify that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work. ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.

4

TAKE-TWO_00000154

Additional Certificate (17 USC 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Tagle Clugett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-270-802

**Effective Date of Registration:**
September 06, 2016

---

## Title
     **Title of Work:**  Shoulder Stars

## Completion/Publication
     **Year of Completion:**  2008

## Author
     ●     **Author:**  Jim Hayden
     **Author Created:**  2-D artwork
     **Citizen of:**  United States
     **Year Born:**  1975

## Copyright Claimant
     **Copyright Claimant:**  Jim Hayden
     12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Rights and Permissions
     **Organization Name:**  Focused Tattoos
     **Email:**  jimmyhayden@aol.com
     **Telephone:**  (216)344-9001

## Certification
     **Name:**  Kimberly Textoris
     **Date:**  September 06, 2016
     **Applicant's Tracking Number:**  37492

Page 1 of 1

TAKE-TWO_00000155

**Registration #:**   VAu001270802
**Service Request #:**   1-3525020071

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
2119 W 7TH ST
CLEVELAND, OH 44113 United States



39

TAKE-TWO_00000156



# COPY OF DEPOSIT

## VAu 1-270-802
## SR 1-3525020071

NOTE: Deposits submitted electronically bear no identifying marks.

TAKE-TWO_00000199



TAKE-TWO_00000200



# COPY OF CORRESPONDENCE

VAu 1-270-802

SR 1-3525020071

TAKE-TWO_00000201

## Correspondence Activities Report

**SR** 1-3525020071
**Activity Type:** Email - Outbound
**Created on:** 09/06/2016 11:43:30
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.


Your Application and payment for the work Shoulder Stars were received by the
U.S.Copyright Office on 9/6/2016.


PLEASE NOTE:  Your submission is not complete until you upload or mail the material
you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click
on case number 1-3525020071 in the Open Cases table. Follow the instructions to either
upload a digital copy or mail a physical copy (with shipping slip attached) of the work
being registered. Additional instructions and requirements for submitting the material
being registered can be found at http://www.copyright.gov/eco/tips/.


SHIPPING SLIPS:  If you mail physical copies of the material being registered, the
effective date of registration will be based on the date on which we receive the copies
WITH CORRESPONDING SHIPPING SLIPS ATTACHED.


A printable copy of the application will be available within 24 hours by clicking the My
Applications link in the left top most navigation menu of the Home screen.


You may check the status of this claim via eCO using this number 1-3525020071. If you
have questions or need assistance, Copyright Office contact information can be found at
http://www.copyright.gov/help/index.html#general.


United States Copyright Office

TAKE-TWO_00000202

**Activity Type:** Email - Outbound
**Created on:** 09/06/2016 12:02:07
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-3525020071

File Name :stars.pdf
File Size :510094 KB
Date/Time :9/6/2016 11:56:36 AM

[THREAD ID: 1-1TP3MVC]

United States Copyright Office

TAKE-TWO_00000203

# Shoulder Stars

VAu001270802

**Owner:** Jim Hayden, 1975- . Address: 12745 Cedar Road, Cleveland Heights, OH, 44118, United States.

**Application Title:** Shoulder Stars.

**Application Author:** Jim Hayden, 1975- ; Citizenship: United States. Authorship: 2-D artwork.

**Author:** Hayden, Jim, 1975- author claimant

**Class:** Visual Arts

**Retrieval Code:** S Art work

**Status:** Registered

**Registration Number:** VAu001270802

**Registration Date:** September 06, 2016

**Created:** 2008

**Registration Deposit:** Electronic file (eService)

**Notes:** Note: Focused Tattoos, (216) 344-9001, jimmyhayden@aol.com

**Miscellaneous:** DATE OF CREATION: Single date created: 2008

U.S. Copyright - Monograph

---

End of Document

TAKE-TWO_00000204



**COPY OF E-FILE
APPLICATION**

NOTE: The attached Application Report is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as FIRE D.G. service number SR 1-5713490401. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.



DEFENDANTS'
EXHIBIT

15

TAKE-TWO_00000175

Registration Number

# *-APPLICATION-*

---

## Title

**Title of Work:** Fire D.G.

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** Jim Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1975

## Copyright Claimant

**Copyright Claimant:** Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Limitation of copyright claim

**Material excluded from this claim:** photograph

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Name:** Jim Hayden
**Email:** jimmyhayden23@aol.com

## Certification

**Name:** Kimberly A. Textoris
**Date:** August 11, 2017
**Applicant's Tracking Number:** 37492/04000

Page 1 of 1

**47**

TAKE-TWO_00000176

Registration #:  *-APPLICATION-*
Service Request #:  1-5713490401

## Mail Certificate

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44114

Priority:  Routine          Application Date:  August 11, 2017

## Correspondent

Organization Name:  Calfee Halter and Griswold, LLP
Name:  Kimberly Textoris
Email:  ktextoris@calfee.com
Address:  1405 East 6th Street
Cleveland, OH 44145 United States

TAKE-TWO_00000177

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

*\* Designates Required Fields*

## 1 WORK BEING REGISTERED

**1a.** \* Type of work being registered (*Fill in one only*)

☐ Literary work    ☐ Performing arts work
☐ Visual arts work    ☐ Motion picture/audiovisual work
☐ Sound recording    ☐ Single serial issue

**1b.** \* Title of this work (*one title per space*)

**1c.** For a serial issue:   Volume _____   Number _____   Issue _____   ISSN _____

Frequency of publication: _____   Other _____

**1d.** Previous or alternative title _____

**1e.** \* Year of completion _____

**Publication** (*If this work has not been published, skip to section 2*)

**1f.** Date of publication _____ (*mm/dd/yyyy*)   **1g.** ISBN _____

**1h.** Nation of publication   ☐ United States   ☐ Other   Other _____

**1i.** Published as a contribution in a larger work entitled _____

**1j.** If line 1i above names a serial issue   Volume _____   Number _____   Issue _____   On pages _____

**1k.** If work was preregistered   Number PRE- _____

## 2 AUTHOR INFORMATION

**2a.** Personal name   *\* complete either 2a or 2b*

First Name _____   Middle _____   Last _____

**2b.** Organization name _____

**2c.** Doing business as _____

**2d.** Year of birth _____   **2e.** Year of death _____

**2f.** \*   ☐ Citizenship   ☐ United States   ☐ Other   Other _____
   ☐ Domicile   ☐ United States   ☐ Other   Other _____

**2g.** Author's contribution:   ☐ Made for hire   ☐ Anonymous
   ☐ Pseudonymous   (Pseudonym is: _____)

**2h.** \* **This author created** *Fill in only the authorship that applies to this author*

Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

| | | | |
|---|---|---|---|
| · Editing/Editor | · Music | · Text of Liner Notes | · Map and/or Technical Drawing |
| · Entire Motion Picture | · Lyrics | · Text | · Musical Arrangement |
| · Direction/Director | · Performance | · 2-D Artwork | · Translation |
| · Production/Producer | · Production | · Photograph(s) | · Compilation |
| · Script/Screenplay | · Remix | · Sculpture/3-D Artwork | · Computer Program |
| · Cinematography/Cinematographer | · Photograph(s) | · Jewelry Design | · Other |
| · Sound Recording | · Artwork | · Architectural Work | |
| | · Compilation | | |

Other: _____

1

TAKE-TWO_00000178

# 3 COPYRIGHT CLAIMANT INFORMATION

**Claimant**  *• complete either 3a or 3b* - If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a.** Personal name
| First Name | Middle | Last |

**3b.** Organization name

**3c.** Doing business as

**3d.** Street address *

Street address (line 2)

| City * | State | ZIP / Postal code | Country |

| Email | Phone number | *(Add "+" and country code for foreign numbers)* |

**3e.** If claimant is **not** an author, copyright ownership acquired by:  ☐ Written agreement  ☐ Will or inheritance  ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM

**Skip section 4 if this work is all new.**

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production

- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design

- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing

- Translation
- Compilation
- Other

**4b.** Previous registration(s)  Number [          ]  Year [ ][ ][ ][ ]

**4c.** New material included in this claim *(The work contains new, additional, or revised material)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture

- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text

- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement

- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

| First Name | Middle | Last |

Name of organization

Street address

2

TAKE-TWO_00000179

Street address (line 2)

| City | State | ZIP / Postal code | Country |
|------|-------|-------------------|---------|

| Email | Phone number | |
|-------|--------------|--|
| | | *(Add "+" and country code for foreign numbers)* |

# 6 CORRESPONDENCE CONTACT

| First name * | Middle | Last * |
|--------------|--------|--------|

Name of organization

Street address *

Street address (line 2)

| City * | State | ZIP / Postal code | Country |
|--------|-------|-------------------|---------|

| Email * | Daytime phone number | |
|---------|----------------------|--|
| | | *(Add "+" and country code for foreign numbers)* |

* Complete either 7a, 7b, or both

# 7 MAIL CERTIFICATE TO:

| 7a. First Name | Middle | Last |
|----------------|--------|------|

7b. Name of organization

7c. Street address *

Street address (line 2)

| City * | State | ZIP / Postal code | Country |
|--------|-------|-------------------|---------|

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

8a. Signature

| 8b. Printed name | 8c. Date signed |
|------------------|-----------------|

| 8d. Deposit account number | Account holder |
|----------------------------|----------------|

3

TAKE-TWO_00000180

**9** Note to Copyright Office (Optional):

**10** Special Handling (Optional)

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.
**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling Reason(s) (At least one must be selected)**

Pending or prospective ☐
Customs matters ☐
Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐
I certify that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work. ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.

4

TAKE-TWO_00000181

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-287-552

**Effective Date of Registration:**
August 11, 2017

### Title

**Title of Work:** Fire D.G.

### Completion/Publication

**Year of Completion:** 2012

### Author

- **Author:** Jim Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1975

### Copyright Claimant

**Copyright Claimant:** Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, 44118, United States

### Limitation of copyright claim

**Material excluded from this claim:** photograph

**New material included in claim:** 2-D artwork

### Rights and Permissions

**Name:** Jim Hayden
**Email:** jimmyhayden23@aol.com

### Certification

**Name:** Kimberly A. Textoris
**Date:** August 11, 2017
**Applicant's Tracking Number:** 37492/04000

Page 1 of 1

TAKE-TWO_00000182

**Registration #:**   VAu001287552
**Service Request #:**   1-5713490401

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44114

TAKE-TWO_00000183



# COPY OF DEPOSIT

## VAu 1-287-552

## (SR 1-5713490401)

NOTE: Deposits submitted electronically bear no identifying marks

NOTE ALSO: The attached color photocopy is the best possible electrostatic positive print available.

TAKE-TWO_00000216



TAKE-TWO_00000217



# COPY OF CORRESPONDENCE

VAu 1-287-552

SR 1-5713490401

TAKE-TWO_00000218

## Correspondence Activities Report

**SR** 1-5713490401
**Activity Type:** Email - Outbound
**Created on:** 08/11/2017 11:02:43
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Fire D.G. were received by the U.S.Copyright Office on 8/11/2017.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-5713490401 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-5713490401. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

TAKE-TWO_00000219

**Activity Type:** Email - Outbound
**Created on:** 08/11/2017 11:20:03
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-5713490401

File Name :04444766.pdf
File Size :32980 KB
Date/Time :8/11/2017 11:04:59 AM

[THREAD ID: 1-2MHYPGH]

United States Copyright Office

TAKE-TWO_00000220



**COPY OF E-FILE
APPLICATION**

NOTE: The attached Application Report is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as SCROLL D.G. service number SR 1-5713491189. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.



DEFENDANTS'
EXHIBIT

16

TAKE-TWO_00000166

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:**  Scroll D.G.

## Completion/Publication

**Year of Completion:**  2012

## Author

- **Author:**  Jim Hayden
  **Author Created:**  2-D artwork
  **Citizen of:**  United States
  **Year Born:**  1975

## Copyright Claimant

**Copyright Claimant:**  Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, 44118

## Limitation of copyright claim

**Material excluded from this claim:**  photograph

**New material included in claim:**  2-D artwork

## Rights and Permissions

**Name:**  Jim Hayden
**Email:**  jimmyhayden23@aol.com

## Certification

**Name:**  Kimberly A. Textoris
**Date:**  August 11, 2017
**Applicant's Tracking Number:**  37492/04000

Page 1 of 1

61

Registration #:   *-APPLICATION-*
Service Request #:   1-5713491189

## Mail Certificate

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44114

Priority:   Routine          Application Date:   August 11, 2017

## Correspondent

Name:   Kimberly Textoris
Email:   ktextoris@calfee.com
Telephone:   (216)622-8341
Address:   1405 East 6th Street
Cleveland, OH 44114

TAKE-TWO_00000168

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

**\* Designates Required Fields**

## 1 WORK BEING REGISTERED

**1a. \* Type of work being registered** (*Fill in one only*)

☐ Literary work  ☐ Performing arts work
☐ Visual arts work  ☐ Motion picture/audiovisual work
☐ Sound recording  ☐ Single serial issue

**1b. \* Title of this work** (*one title per space*)

**1c. For a serial issue:** Volume | Number | Issue | ISSN

Frequency of publication: | Other

**1d. Previous or alternative title**

**1e. \* Year of completion**

**Publication** (*If this work has not been published, skip to section 2*)

**1f. Date of publication** | (mm/dd/yyyy) | **1g. ISBN**

**1h. Nation of publication** ☐ United States ☐ Other | Other

**1i. Published as a contribution in a larger work entitled**

**1j. If line 1i above names a serial issue** Volume | Number | Issue | On pages

**1k. If work was preregistered** Number PRE-

## 2 AUTHOR INFORMATION

**2a. Personal name** *complete either 2a or 2b*
First Name | Middle | Last

**2b. Organization name**

**2c. Doing business as**

**2d. Year of birth** | **2e. Year of death**

**2f. \*** ☐ Citizenship ☐ United States ☐ Other | Other
☐ Domicile ☐ United States ☐ Other | Other

**2g. Author's contribution:** ☐ Made for hire ☐ Anonymous
☐ Pseudonymous | (Pseudonym is:)

**2h. \* This author created** *Fill in only the authorship that applies to this author*
Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

| | | | |
|---|---|---|---|
| Editing/Editor | Music | Text of Liner Notes | Map and/or Technical |
| Entire Motion Picture | Lyrics | Text | Drawing |
| Direction/Director | Performance | 2-D Artwork | Musical Arrangement |
| Production/Producer | Production | Photograph(s) | Translation |
| Script/Screenplay | Remix | Sculpture/3-D Artwork | Compilation |
| Cinematography/Cinematographer | Photograph(s) | Jewelry Design | Computer Program |
| Sound Recording | Artwork | Architectural Work | Other |
| | Compilation | | |

Other:

1

TAKE-TWO_00000169

# 3 COPYRIGHT CLAIMANT INFORMATION

**Claimant** *• complete either 3a or 3b -* If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a.** Personal name    First Name        Middle         Last

**3b.** Organization name

**3c.** Doing business as

**3d.** Street address *

Street address (line 2)

City *          State          ZIP / Postal code          Country

Email          Phone number          (Add "+" and country code for foreign numbers)

**3e.** If claimant is not an author, copyright ownership acquired by: ☐ Written agreement ☐ Will or inheritance ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM        Skip section 4 if this work is all new.

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production

- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design

- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing

- Translation
- Compilation
- Other

**4b.** Previous registration(s)   Number                     Year ☐☐☐☐

**4c.** New material included in this claim *(The work contains new, additional, or revised material)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture

- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text

- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement

- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

First Name          Middle          Last

Name of organization

Street address

2

TAKE-TWO_00000170

Street address (line 2)

City                              State                          ZIP / Postal code                Country

Email                                          Phone number
                                                                              *(Add "+" and country code for foreign numbers)*

# 6 CORRESPONDENCE CONTACT

First name *                          Middle                        Last *

Name of organization

Street address *

Street address (line 2)

City *                             State                          ZIP / Postal code                Country

Email *                                         Daytime phone number
                                                                              *(Add "+" and country code for foreign numbers)*

**\* Complete either 7a, 7b, or both**

# 7 MAIL CERTIFICATE TO:

7a. First Name                        Middle                        Last

7b. Name of organization

7c. Street address *

Street address (line 2)

City *                             State                          ZIP / Postal code                Country

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

8a. Signature

8b. Printed name                                           8c. Date signed

8d. Deposit account number        Account holder

3

TAKE-TWO_00000171

**9** Note to Copyright Office (Optional):

**10** Special Handling (Optional)

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.
**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling Reason(s) (At least one must be selected)**

Pending or prospective ☐
Customs matters ☐
Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐
I certify that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work. ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.

4

TAKE-TWO_00000172

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-287-545

**Effective Date of Registration:**
August 11, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | Scroll D.G. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |

## Author

| | |
|---|---|
| • **Author:** | Jim Hayden |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Year Born:** | 1975 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jim Hayden |
| | 12745 Cedar Road, Cleveland Heights, OH, 44118 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | photograph |
| **New material included in claim:** | 2-D artwork |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jim Hayden |
| **Email:** | jimmyhayden23@aol.com |

## Certification

| | |
|---|---|
| **Name:** | Kimberly A. Textoris |
| **Date:** | August 11, 2017 |
| **Applicant's Tracking Number:** | 37492/04000 |

Page 1 of 1

TAKE-TWO_00000173

**Registration #:**   VAu001287545
**Service Request #:**   1-5713491189

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44114

TAKE-TWO_00000174



# COPY OF DEPOSIT

## VAu 1-287-545

## (SR 1-5713491189)

NOTE: Deposits submitted electronically bear no identifying marks

NOTE ALSO: The attached color photocopy is the best possible electrostatic positive print available.

TAKE-TWO_00000211



TAKE-TWO_00000212



# COPY OF CORRESPONDENCE

VAu 1-287-545

SR 1-5713491189

TAKE-TWO_00000213

## Correspondence Activities Report

**SR** 1-5713491189
**Activity Type:** Email - Outbound
**Created on:** 08/11/2017 11:02:43
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Scroll D.G. were received by the U.S.Copyright Office on 8/11/2017.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-5713491189 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-5713491189. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

TAKE-TWO_00000314

**Activity Type:** Email - Outbound
**Created on:** 08/11/2017 11:20:03
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-5713491189

File Name :04444829.pdf
File Size :66142 KB
Date/Time :8/11/2017 11:05:10 AM

[THREAD ID: 1-2MHYPH7]

United States Copyright Office

TAKE-TWO_00000215



## COPY OF E-FILE
## APPLICATION

NOTE: The attached Application Report is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as BROTHER'S KEEPER T.T. service number SR 1-5713850226. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.



DEFENDANTS'
EXHIBIT

17

TAKE-TWO_00000184

Registration Number

# *-APPLICATION-*

---

## Title

**Title of Work:**  Brother's Keeper T.T.

## Completion/Publication

**Year of Completion:**  2012

## Author

- **Author:**  Jim Hayden
  **Author Created:**  2-D artwork
  **Citizen of:**  United States
  **Year Born:**  1975

## Copyright Claimant

**Copyright Claimant:**  Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Rights and Permissions

**Name:**  Jim Hayden
**Email:**  jimmyhayden23@aol.com

## Certification

**Name:**  Kimberly A. Textoris
**Date:**  August 11, 2017
**Applicant's Tracking Number:**  37492/04000

Page 1 of 1

75

TAKE-TWO_00000185

Registration #:  *-APPLICATION-*
Service Request #:  1-5713850226

## Mail Certificate

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44114

Priority:  Routine          Application Date:  August 11, 2017

## Correspondent

Organization Name:  Calfee Halter and Griswold, LLP
             Name:  Kimberly Textoris
            Email:  ktextoris@calfee.com
        Telephone:  (216)622-8341
          Address:  1405 East 6th Street
                    Cleveland, OH 44114

TAKE-TWO_00000186

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

**\* Designates Required Fields**

## 1 WORK BEING REGISTERED

**1a. \* Type of work being registered** *(Fill in one only)*

☐ Literary work ☐ Performing arts work
☐ Visual arts work ☐ Motion picture/audiovisual work
☐ Sound recording ☐ Single serial issue

**1b. \* Title of this work** *(one title per space)*

**1c. For a serial issue:** Volume _____ Number _____ Issue _____ ISSN _____

Frequency of publication: _____ Other _____

**1d. Previous or alternative title**

**1e. \* Year of completion**

**Publication** *(If this work has not been published, skip to section 2)*

**1f.** Date of publication _____ *(mm/dd/yyyy)* **1g.** ISBN _____

**1h.** Nation of publication ☐ United States ☐ Other _____ Other _____

**1i.** Published as a contribution in a larger work entitled _____

**1j.** If line 1i above names a serial issue Volume _____ Number _____ Issue _____ On pages _____

**1k.** If work was preregistered Number PRE- _____

## 2 AUTHOR INFORMATION

**2a.** Personal name *\* complete either 2a or 2b*

First Name _____ Middle _____ Last _____

**2b.** Organization name _____

**2c.** Doing business as _____

**2d.** Year of birth _____ **2e.** Year of death _____

**2f. \*** ☐ Citizenship ☐ United States ☐ Other Other _____
☐ Domicile ☐ United States ☐ Other Other _____

**2g.** Author's contribution: ☐ Made for hire ☐ Anonymous
☐ Pseudonymous (Pseudonym is: _____ )

**2h. \* This author created** *Fill in only the authorship that applies to this author*

Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing/Editor
- Entire Motion Picture
- Direction/Director
- Production/Producer
- Script/Screenplay
- Cinematography/Cinematographer
- Sound Recording

- Music
- Lyrics
- Performance
- Production
- Remix
- Photograph(s)
- Artwork
- Compilation

- Text of Liner Notes
- Text
- 2-D Artwork
- Photograph(s)
- Sculpture/3-D Artwork
- Jewelry Design
- Architectural Work

- Map and/or Technical Drawing
- Musical Arrangement
- Translation
- Compilation
- Computer Program
- Other

Other: _____

1

TAKE-TWO_00000187

# 3 COPYRIGHT CLAIMANT INFORMATION

**Claimant** • *complete either 3a or 3b* - If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a.** Personal name     First Name        Middle        Last

**3b.** Organization name

**3c.** Doing business as

**3d.** Street address *

Street address (line 2)

City *          State          ZIP / Postal code          Country

Email          Phone number          *(Add "+" and country code for foreign numbers)*

**3e.** If claimant is not an author, copyright ownership acquired by: ☐ Written agreement ☐ Will or inheritance ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM          **Skip section 4 if this work is all new.**

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production

- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design

- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing

- Translation
- Compilation
- Other

**4b.** Previous registration(s)     Number [                    ]     Year [  ][  ][  ][  ]

**4c.** New material included in this claim *(The work contains new, additional, or revised material)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture

- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text

- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement

- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

First Name          Middle          Last

Name of organization

Street address

2

TAKE-TWO_00000188

Street address (line 2)

| City | State | ZIP / Postal code | Country |

Email

Phone number

*(Add "+" and country code for foreign numbers)*

# 6 CORRESPONDENCE CONTACT

| First name * | Middle | Last * |

Name of organization

Street address *

Street address (line 2)

| City * | State | ZIP / Postal code | Country |

Email *

Daytime phone number

*(Add "+" and country code for foreign numbers)*

* Complete either 7a, 7b, or both

# 7 MAIL CERTIFICATE TO:

| 7a. First Name | Middle | Last |

7b. Name of organization

7c. Street address *

Street address (line 2)

| City * | State | ZIP / Postal code | Country |

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

8a. Signature

8b. Printed name

8c. Date signed

8d. Deposit account number      Account holder

3

79

TAKE-TWO_00000189

**9**  Note to Copyright Office (Optional):

**10**  **Special Handling (Optional)**

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.

**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling Reason(s) (At least one must be selected)**

Pending or prospective ☐

Customs matters ☐

Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐

I certify that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work. ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.

4

TAKE-TWO_00000190

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-292-453

**Effective Date of Registration:**
August 11, 2017

## Title

**Title of Work:** Brother's Keeper T.T.

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** Jim Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1975

## Copyright Claimant

**Copyright Claimant:** Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, 44118, United States

## Rights and Permissions

**Name:** Jim Hayden
**Email:** jimmyhayden23@aol.com

## Certification

**Name:** Kimberly A. Textoris
**Date:** August 11, 2017
**Applicant's Tracking Number:** 37492/04000

Page 1 of 1

TAKE-TWO_00000181

Registration #:   VAu001292453
Service Request #:   1-5713850226

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44114

TAKE-TWO_00000182



# COPY OF DEPOSIT

## VAu 1-292-453

## (SR 1-5713850226)

NOTE: Deposits submitted electronically bear no identifying marks

NOTE ALSO: The attached color photocopy is the best possible electrostatic positive print available.

TAKE-TWO_00000221



TAKE-TWO_00000222



# COPY OF CORRESPONDENCE

VAu 1-292-453

SR 1-5713850226

TAKE-TWO_00000223

## Correspondence Activities Report

**SR** 1-5713850226
**Activity Type:** Email - Outbound
**Created on:** 08/11/2017 11:02:43
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Brother's Keeper T.T. were received by the U.S.Copyright Office on 8/11/2017.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-5713850226 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-5713850226. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

TAKE-TWO_00000224

**Activity Type:** Email - Outbound
**Created on:** 08/11/2017 11:20:04
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-5713850226

File Name :04444820.pdf
File Size :206442 KB
Date/Time :8/11/2017 11:05:20 AM

[THREAD ID: 1-2MHYPHX]

United States Copyright Office

TAKE-TWO_00000225