**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN,<br><br>          Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. ,<br><br>          Defendants. | CASE NO. 1:17-cv-02635-CAB |

**DECLARATION OF MIRANDA MEANS IN SUPPORT OF DEFENDANTS TAKE-TWO INTERACTIVE SOFTWARE, INC. AND 2K GAMES, INC.'S MOTION TO EXCLUDE ANY TESTIMONY, ARGUMENT OR EVIDENCE REGARDING THE SURVEY AND RELATED OPINIONS OF H. TOLGA BILGICER**

I, Miranda Means, declare as follows:

1. I am an Associate at the law firm of Kirkland & Ellis LLP. I submit this declaration in support of Defendants Take-Two Interactive Software, Inc. and 2K Games, Inc.'s (together, "Take-Two") motion to exclude any testimony, argument or evidence regarding the survey and related opinions of H. Tolga Bilgicer.

2. Attached hereto as Exhibit A is a true and correct copy of the NBA 2K Video Game Survey Report of E. Deborah Jay, Ph.D., dated May 20, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of the Rebuttal Expert Report of Dr. H. Tolga Bilgicer, dated July 1, 2021.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition transcript of Dr. H. Tolga Bilgicer, dated August 10, 2021.

5. Attached hereto as Exhibit D is a true and correct copy of the Supplemental Report of E. Deborah Jay, Ph.D., dated August 13, 2021.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the deposition transcript of Michal A. Malkiewicz, dated August 19, 2021.

7. Attached hereto as Exhibit F is a true and correct copy of the Survey Questionnaire Web Screenshots used for the Rebuttal Expert Report of Dr. H. Tolga Bilgicer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of October, 2021.    */s/ Miranda Means*
                                             Miranda Means