# EXHIBIT F

# Survey Questionnaire Web Screenshots

**QUESTION S1**



# Survey Questionnaire Web Screenshots

**QUESTION S2**

(If QS1 matches gender database)

What is your age?

Please type your answer here: [____] years old

Continue »

If you experience any problems with this survey, please email techsupport@researchresults.com

# Survey Questionnaire Web Screenshots

**QUESTION S3**

(If QS2 = 16–55 and matches age in database)



# Survey Questionnaire Web Screenshots

**QUESTION S4**[*]

(If QS3 = Yes, I agree)

What order are these colors in? (Note, the image may take a few seconds to load.)

- ○ Red, yellow, green, blue
- ○ Yellow, green, blue, red
- ○ Green, blue, red, yellow
- ○ Blue, yellow, green, red
- ○ Green, red, blue, yellow
- ○ Blue, red, green, yellow
- ○ None of the above
- ○ Don't know

If you experience any problems with this survey, please email techsupport@researchresults.com

---

[*] *The order of the first six answer categories was randomized across survey respondents.*

# Survey Questionnaire Web Screenshots

**QUESTION S5**[*]

(If QS4 = Green, red, blue, yellow)

> 19%
>
> **In the past 7 years**, did you buy any of the following items?
> (SELECT ALL ANSWERS THAT APPLY)
>
> ☐ A laptop or tablet
>
> ☐ A camera or camcorder
>
> ☐ A cell phone
>
> ☐ Wireless earbuds or earphones
>
> ☐ A gaming headset
>
> ☐ A video game
>
> ☐ A smartwatch
>
> ☐ An activity tracker
>
> ☐ None of the above
>
> ☐ Don't know
>
> Continue »
>
> If you experience any problems with this survey, please email techsupport@researchresults.com

---

[*] *The order of the first eight answer categories was randomized across survey respondents.*

# Survey Questionnaire Web Screenshots

**QUESTION S6**[*]

(If QS5 = A video game)

In the past 7 years, which of the following types of video games, if any, did you buy? (SELECT ALL ANSWERS THAT APPLY)
Select all buttons that apply.

- ☐ Sports games
- ☐ Role-playing games
- ☐ Action or adventure games
- ☐ Music or rhythm games
- ☐ None of the above
- ☐ Don't know

[Continue »]

If you experience any problems with this survey, please email techsupport@researchresults.com

---

[*] *The order of the first four answer categories was randomized across survey respondents.*

# Survey Questionnaire Web Screenshots

**QUESTION S7**[*]

(If QS6 = Sports games)

In the past 7 years, which of the following types of sports video games, if any, did you buy?
(SELECT ALL ANSWERS THAT APPLY)

- ☐ Hockey
- ☐ Football
- ☐ Baseball
- ☐ Basketball
- ☐ Skateboarding
- ☐ None of the above
- ☐ Don't know

---

[*] *The order of the first five answer categories was randomized across survey respondents.*

# Survey Questionnaire Web Screenshots

**QUESTION S8**

(If QS7 = Basketball)

<u>In the past 7 years</u>, did you buy any of the following NBA 2K video games?
(SELECT ALL ANSWERS THAT APPLY)

- ☐ NBA 2K16
- ☐ NBA 2K17
- ☐ NBA 2K18
- ☐ NBA 2K19
- ☐ NBA 2K20
- ☐ NBA 2K21
- ☐ NBA 2K Mobile
- ☐ None of the above
- ☐ Don't know

Continue »

If you experience any problems with this survey, please email techsupport@researchresults.com

# Survey Questionnaire Web Screenshots

**QUESTION S9**[*]

(If QS8 = NBA 2K16, 2K17, 2K18, 2K19, 2K20, 2K21, or 2K Mobile)

---

54%

Do you or does anyone in your household work for any of the following types of organizations or companies?
(SELECT ALL ANSWERS THAT APPLY)

☐ An advertising agency or marketing research firm
☐ A government agency
☐ A video game company or store
☐ None of the above
☐ Don't know

Continue »

If you experience any problems with this survey, please email techsupport@researchresults.com

---

[*] *The order of the first three answer categories was randomized across survey respondents.*

# Survey Questionnaire Web Screenshots

### QUESTION 1[*]

(If QS9 ≠ A video game company or store <u>or</u> An advertising agency or marketing research firm <u>or</u> Don't know)

> 64%
>
> Which of the following items, if any, were a <u>reason</u> why you bought an NBA 2K game?
> (SELECT ALL ANSWERS THAT APPLY)
>
> ☐ Realism of the NBA players
>
> ☐ Customization options, such as ability to build your own team, ability to customize a player's game, styles or tendencies, etc.
>
> ☐ Accuracy of the game setting, such as the inclusion of current NBA teams, the crowd animations, different arenas, the pre-game, half-time, and/or post-game shows, etc.
>
> ☐ The overall quality of the graphics
>
> ☐ I and/or my family members like basketball
>
> ☐ Competitiveness, such as ability to play tournament-style competitions against other players, or to play with/against classic, historic or national teams.
>
> ☐ The XTJ feature
>
> ☐ Gameplay features, such as ease of playing the game, speed of gameplay, etc.
>
> ☐ Price/Value of the game
>
> ☐ Other features, such as the ability to maintain a trading card collection, the ability to collect or purchase cards that unlock players and other items, the soundtrack, etc.
>
> ☐ Don't know
>
> Continue »
>
> If you experience any problems with this survey, please email techsupport@researchresults.com

---

[*] *The order of the first nine answer categories was randomized across survey respondents.*

# Survey Questionnaire Web Screenshots

## QUESTION 2[*]

(If Q1 ≠ Don't know)

![Screenshot of survey question showing progress bar at 68%]

Please allocate 100 points across the reasons for your NBA 2K game purchase. Please give higher points to more important reasons and less points to less important reasons. Please ensure that your points add up to 100 points.

| Reason | Points |
|---|---|
| Price/Value of the game | |
| Customization options, such as ability to build your own team, to customize a player's game style, etc. | |
| Competitiveness, such as ability to play tournament-style competitions against other players, to play with/against classic, historic or national teams. | |
| Gameplay features, such as ease of playing the game, speed of gameplay, etc. | |
| Realism of the NBA players | |
| Accuracy of the game setting, such as the inclusion of current NBA teams, the crowd animations, different arenas, the pre-game, half-time, and/or post-game shows, etc. | |
| I and/or my family members like basketball | |
| The overall quality of the graphics | |
| Other features, such as the ability to maintain a trading card collection, the ability to collect or purchase cards that unlock players and other items, the soundtrack, etc. | |
| | Total: 0 |

Continue »

If you experience any problems with this survey, please email techsupport@researchresults.com

---

[*] *Only reasons selected in Q1 are shown. The order of the answer categories was randomized across survey respondents.*

# Survey Questionnaire Web Screenshots

**QUESTION 3**[*]

(If Q1 ≠ Don't know and Q1 = Realism of the NBA players)

> 71%
>
> You selected "realism of the NBA players" as one of the reasons for your NBA 2K game purchase. Which of the following items (that are relevant to how realistic the NBA players are), if any, were a reason why you bought an NBA 2K game?
> (SELECT ALL ANSWERS THAT APPLY)
>
> ☐ How realistic the NBA players' game styles or tendencies are
>
> ☐ How realistic the haircuts of the NBA players are
>
> ☐ How realistic the tattoos on the NBA players are
>
> ☐ How realistic the NBA players' faces are
>
> ☐ How realistic the NBA players' physiques are
>
> ☐ Other
>
> ☐ Don't know
>
> Continue »
>
> If you experience any problems with this survey, please email techsupport@researchresults.com

---

[*] *The order of the first five answer categories was randomized across survey respondents.*

# Survey Questionnaire Web Screenshots

**QUESTION 4**[*]

(If Q1 ≠ Don't know and Q1 = Realism of the NBA players)

> 73%
>
> Please allocate 100 points across the reasons you selected in the previous question. Please give higher points to more important reasons and less points to less important reasons. Please ensure that your points add up to 100 points.
>
> | | |
> |---|---|
> | How realistic the NBA players' physiques are | |
> | How realistic the haircuts of the NBA players are | |
> | How realistic the NBA players' faces are | |
> | How realistic the NBA players' game styles or tendencies are | |
> | How realistic the tattoos on the NBA players are | |
> | Other | |
> | | Total: 0 |
>
> Continue »
>
> If you experience any problems with this survey, please email techsupport@researchresults.com

---

[*] *Only reasons selected in Q3 are shown. The order of the answer categories was randomized across survey respondents.*

# Survey Questionnaire Web Screenshots

**QUESTION 5**[*]

How frequently, if at all, do you use the following features when you play an NBA 2K game?

|  | I never use this feature | I rarely use this feature | I sometimes use this feature | I often use this feature | I always use this feature |
|---|---|---|---|---|---|
| Game Stats | ○ | ○ | ○ | ○ | ○ |
| Gameplan | ○ | ○ | ○ | ○ | ○ |
| Instant replay | ○ | ○ | ○ | ○ | ○ |
| Camera | ○ | ○ | ○ | ○ | ○ |

If you experience any problems with this survey, please email techsupport@researchresults.com

---

[*] *The order of the rows was randomized across survey respondents.*

# Survey Questionnaire Web Screenshots

**QUESTION 6**[*]

(If Instant Replay in Q5 ≠ I never use this feature)

| | I never use this menu option | I rarely use this menu option | I sometimes use this menu option | I often use this menu option | I always use this menu option |
|---|---|---|---|---|---|
| Zoom in/out | ○ | ○ | ○ | ○ | ○ |
| Play/Pause | ○ | ○ | ○ | ○ | ○ |
| Change camera focus | ○ | ○ | ○ | ○ | ○ |
| Change camera angles | ○ | ○ | ○ | ○ | ○ |

When using the "instant replay" feature, how frequently, if at all, do you use the following menu options?

If you experience any problems with this survey, please email techsupport@researchresults.com

---

[*] *The order of the rows was randomized across survey respondents.*

# Survey Questionnaire Web Screenshots

### QUESTION 7[*]

How frequently, if at all, do you play with the following NBA players when you play an NBA 2K game?

| | I never with this NBA player | I rarely with this NBA player | I sometimes with this NBA player | I often play with this NBA player | I always play with this NBA player |
|---|---|---|---|---|---|
| Danny Green | ○ | ○ | ○ | ○ | ○ |
| LeBron James | ○ | ○ | ○ | ○ | ○ |
| Kemba Walker | ○ | ○ | ○ | ○ | ○ |
| Tristan Thompson | ○ | ○ | ○ | ○ | ○ |
| Trey Burke | ○ | ○ | ○ | ○ | ○ |
| Rudy Gobert | ○ | ○ | ○ | ○ | ○ |
| Steph Curry | ○ | ○ | ○ | ○ | ○ |
| Jimmy Butler | ○ | ○ | ○ | ○ | ○ |
| Will Barton | ○ | ○ | ○ | ○ | ○ |
| Blake Griffin | ○ | ○ | ○ | ○ | ○ |

If you experience any problems with this survey, please email techsupport@researchresults.com

---

[*] *The order of the rows was randomized across survey respondents. The order of Question 7 and Question 8 were also randomized.*

# Survey Questionnaire Web Screenshots

### QUESTION 8[*]

(If QS8 = NBA 2K20 or NBA 2K21)

How frequently, if at all, do you play with the following NBA teams when you play **NBA 2K20 or NBA 2K21**?

| | I never play with this NBA team | I rarely play with this NBA team | I sometimes play with this NBA team | I often play with this NBA team | I always play with this NBA team |
|---|---|---|---|---|---|
| Los Angeles Lakers | ○ | ○ | ○ | ○ | ○ |
| Cleveland Cavaliers | ○ | ○ | ○ | ○ | ○ |
| Phoenix Suns | ○ | ○ | ○ | ○ | ○ |
| Sacramento Kings | ○ | ○ | ○ | ○ | ○ |
| Chicago Bulls | ○ | ○ | ○ | ○ | ○ |
| Indiana Pacers | ○ | ○ | ○ | ○ | ○ |
| Philadelphia 76ers | ○ | ○ | ○ | ○ | ○ |
| Portland Trail Blazers | ○ | ○ | ○ | ○ | ○ |
| Houston Wizards | ○ | ○ | ○ | ○ | ○ |
| Boston Celtics | ○ | ○ | ○ | ○ | ○ |

If you experience any problems with this survey, please email techsupport@researchresults.com

---

[*] *The order of the rows was randomized across survey respondents. The order of Question 7 and Question 8 were also randomized.*

# Survey Questionnaire Web Screenshots

### QUESTION 9[*]

Which of the following best describes when you typically purchase NBA 2K game(s)?

- I typically purchase after the release of next edition of the game(s)
- I typically purchase after the holiday season and before the release of the next edition of the game(s)
- I typically purchase around the holiday season following the release of the game(s)
- I typically purchase within a month following the release of the game(s)
- I typically pre-order the game(s)

If you experience any problems with this survey, please email techsupport@researchresults.com

---

[*] *The order of the answer categories was kept the same across survey respondents, but the start of options was randomized across survey respondents (i.e., either started with "pre-order" or started with "next edition of the game"). The order of Question 9 and Question 10 were also randomized.*

# Survey Questionnaire Web Screenshots

**QUESTION 10**[*]



---

[*] *The order of the answer categories was randomized across survey respondents. The order of Question 9 and Question 10 were also randomized.*