# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, <br><br> Plaintiff, <br><br> v. <br><br> 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Defendants. | CASE NO. 1:17-cv-02635-CAB |

**DECLARATION OF CHRIS ILARDI IN SUPPORT OF DEFENDANTS TAKE-TWO INTERACTIVE SOFTWARE, INC. AND 2K GAMES, INC.'S MOTION TO EXCLUDE ANY TESTIMONY, ARGUMENT OR EVIDENCE REGARDING JUSTIN LENZO'S POTENTIAL MARKET OPINION**

I, Chris Ilardi, declare as follows:

1. I am a Partner at the law firm of Kirkland & Ellis LLP. I submit this declaration in support of Defendants Take-Two Interactive Software, Inc. and 2K Games, Inc.'s (together, "Take-Two") motion to exclude any testimony, argument or evidence regarding Justin Lenzo's potential market opinion.

2. Attached hereto as Exhibit A is a true and correct copy of the Rebuttal Expert Report of Dr. Justin Lenzo, dated July 1, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition transcript of Dr. Justin Lenzo, dated August 17, 2021.

4. Attached hereto as Exhibit C is a true and correct copy of the Expert Report and Declaration of Ian Bogost, Ph.D., dated May 27, 2021.

5. Attached hereto as Exhibit D is a true and correct copy of the Expert Report and Declaration of Nina Jablonski, Ph.D., dated May 27, 2021.

6. Attached hereto as Exhibit E is a true and correct copy of the Expert Report of James E. Malackowski, dated May 27, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of October, 2021.    /s/ Chris Ilardi
                                             Chris Ilardi