So Ordered.

*s/ Christopher A. Boyko*
Senior United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, | Case No. 1:17-cv-02635 |
| Plaintiff, | Judge Christopher A. Boyko |
| vs. | |
| 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., | |
| Defendants. | |

**UNOPPOSED MOTION TO SEAL PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**

In accordance with Local Rule 5.2 and the Court's Protective Order (Doc. No. 32), Plaintiff James Hayden hereby moves for leave to file under seal unredacted versions of his forthcoming (1) Opposition to Defendants' Motion for Summary Judgment, (2) Opposition to Defendants' Motion to Exclude Testimony of Michal A. Malkiewicz, (3) Opposition to Defendants' Motion to Exclude Testimony of H. Tolga Bilgicer, and (4) Opposition to Defendants' Motion to Exclude Testimony of Justin Lenzo, and supporting exhibits, which are due November 22, 2021. These briefs and exhibits contain information that has been designated as confidential under the Protective Order issued in this case (Doc. No. 32). The Parties have conferred, and Take-Two does not oppose this Motion.