# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff James Hayden has manually filed the below materials:

Opposition to Defendants' Summary Judgment Ex. A-1 – NBA 2K16 Video Footage

Opposition to Defendants' Summary Judgment Ex. A-2 – NBA 2K17 Video Footage

Opposition to Defendants' Summary Judgment Ex. A-3 – NBA 2K18 Video Footage

Opposition to Defendants' Summary Judgment Ex. A-4 – NBA 2K19 Video Footage

Opposition to Defendants' Summary Judgment Ex. A-5 – NBA 2K20 Video Footage

Opposition to Defendants' Summary Judgment Ex. A-6 – Exhibit 4 to the Deposition of Joel Freisch

These materials have not been filed electronically because they are not items that can be converted to a PDF for electronic filing. Copies of these materials are being hand delivered to chambers and opposing counsel.

Dated: November 22, 2021

Respectfully submitted,

By: */s/ Andrew Alexander*

John S. Cipolla (Ohio Bar No. 0043614)
Daniel McMullen (Ohio Bar No. 0034380)
Andrew Alexander (Ohio Bar No. 0091167)
Dustin Likens (Ohio Bar No. 0097891)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
jcipolla@calfee.com
dmcmullen@calfee.com
aalexander@calfee.com
dlikens@calfee.com

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
kpinter@calfee.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, a copy of the foregoing was filed electronically.

Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated

on the electronic filing receipt, and parties may access this filing through the Court's system.

*/s/ Andrew Alexander*
One of the attorneys for Plaintiff