# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN, ) | Case No. 1:17-cv-02635 |
| ) | |
| Plaintiff, ) | Judge Christopher A. Boyko |
| ) | |
| vs. ) | |
| ) | |
| 2K GAMES, INC. and TAKE-TWO ) | |
| INTERACTIVE SOFTWARE, INC., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF ANDREW ALEXANDER**

1. I, Andrew Alexander, submit this Declaration on behalf of James Hayden ("Mr. Hayden" or "Plaintiff") in support of Brief In Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

2. I am an Attorney at the law firm Calfee, Halter & Griswold LLP.

3. Attached as **Ex. A-1** to this Declaration is a true and correct copy of a compilation of footage from NBA 2K16.

4. Attached as **Ex. A-2** to this Declaration is a true and correct copy of a compilation of footage from NBA 2K17.

5. Attached as **Ex. A-3** to this Declaration is a true and correct copy of a compilation of footage from NBA 2K18.

6. Attached as **Ex. A-4** to this Declaration is a true and correct copy of a compilation of footage from NBA 2K19.

7. Attached as **Ex. A-5** to this Declaration is a true and correct copy of a compilation of footage from NBA 2K20.

8. Attached as **Ex. A-6** to this Declaration is a true and correct copy of Exhibit 4 to the Deposition of Joel Freisch.

9. Attached as **Ex. A-7** to this Declaration is a true and correct copy of excerpts from the deposition of Jason Argent, taken on January 8, 2020.

10. Attached as **Ex. A-8** to this Declaration is a true and correct copy of excerpts from the deposition of Jeffrey Thomas, taken on January 24, 2020.

11. Attached as **Ex. A-9** to this Declaration is a true and correct copy of excerpts from the deposition of Joel Friesch, taken on January 22, 2020.

12. Attached as **Ex. A-10** to this Declaration is a true and correct copy of excerpts from the deposition of Michael Stauffer, taken on January 30, 2020, and Exhibit 4 thereto.

13. Attached as **Ex. A-11** to this Declaration is a true and correct copy of excerpts from the deposition of Alfredo Brody, taken on January 23, 2020, and Exhibit 4 thereto.

14. Attached as **Ex. A-12** to this Declaration is a true and correct copy of excerpts from the deposition of Anton Dawson, taken on January 22, 2020.

15. Attached as **Ex. A-13** to this Declaration is a true and correct copy of excerpts from the deposition of Corie Zhang, taken on January 10, 2020.

16. Attached as **Ex. A-14** to this Declaration is a true and correct copy of excerpts from the deposition of Nina Jablonski, taken on August 18, 2021 and Exhibits 9–14 thereto.

17. Attached as **Ex. A-15** to this Declaration is a true and correct copy of excerpts from the deposition of James Malackowski, taken on August 26, 2021.

18. Attached as **Ex. A-16** to this Declaration is a true and correct copy of excerpts from the deposition of Ian Bogost, taken on August 30, 2021.

19. Attached as **Ex. A-17** to this Declaration is a true and correct copy of excerpts from the deposition of James Hayden, taken on October 30, 2019.

20. Attached as **Ex. A-18** to this Declaration is a true and correct copy of excerpts from the deposition of Bernardino Tovanche, taken on January 29, 2020.

21. Attached as **Ex. A-19** to this Declaration is a true and correct copy of excerpts from the deposition of Jonathon Hayden, taken on January 29, 2020.

22. Attached as **Ex. A-20** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00001668.

23. Attached as **Ex. A-21** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00002613.

24. Attached as **Ex. A-22** to this Declaration is a true and correct copy of a collection of documents produced by Take-Two and third-party PixelGun in this case as PIXELGUN_0007433, PIXELGUN_0007441, TAKE-TWO_00002615-16, TAKE-TWO_00004284, TAKE-TWO_00004702, TAKE-TWO_00005068.

25. Attached as **Ex. A-23** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00000584.

26. Attached as **Ex. A-24** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00004247.

27. Attached as **Ex. A-25** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00005957.

28. Attached as **Ex. A-26** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00002507.

29. Attached as **Ex. A-27** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00002504.

30. Attached as **Ex. A-28** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00003680.

31. Attached as **Ex. A-29** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00002627.

32. Attached as **Ex. A-30** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00004616.

33. Attached as **Ex. A-31** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00000854.

34. Attached as **Ex. A-32** to this Declaration is a true and correct copy of documents Take-Two produced in this case as TAKE-TWO_00001260, TAKE-TWO_00002888, TAKE-TWO_00002891, TAKE-TWO_00002893, TAKE-TWO_00003606, TAKE-TWO_00003625.

35. Attached as **Ex. A-33** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00004853.

36. Attached as **Ex. A-34** to this Declaration is a true and correct copy of documents Take-Two produced in this case as TAKE-TWO_00000605, TAKE-TWO_00000608-09, TAKE-TWO_00002550.

37. Attached as **Ex. A-35** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00005346.

38. Attached as **Ex. A-36** to this Declaration is a true and correct copy of Hayden's Response to Defendants' Interrogatory No. 1.

39. Attached as **Ex. A-37** to this Declaration is a true and correct copy of Defendant Take-Two's Requests for Admissions Responses Nos. 46-93, 102, and 104.

40. Attached as **Ex. A-38** to this Declaration is a true and correct copy of Take-Two's Second Amended Response to Interrogatory No. 14.

41. Attached as **Ex. A-39** to this Declaration is a true and correct copy of documents Take-Two produced in this case as TAKE-TWO_00002153, TAKE-TWO_00002166, TAKE-TWO_00002297, TAKE-TWO_00002312.

42. Attached as **Ex. A-40** to this Declaration is a true and correct copy of the Expert Report of Michal A. Malkiewicz.

43. Attached as **Ex. A-41** to this Declaration is a true and correct copy of documents Take-Two produced in this case as TAKE-TWO_00006143-6153.

44. Attached as **Ex. A-42** to this Declaration is a true and correct copy of Rebuttal Expert Report of Dr. Justin Lenzo.

45. Attached as **Ex. A-43** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00004918.

46. Attached as **Ex. A-44** to this Declaration is a true and correct copy of a Take-Two document produced in this case as TAKE-TWO_00005355.

47. Attached as **Ex. A-45** to this Declaration is a true and correct copy of Rebuttal Expert Report of Dr. H. Tolga Bilgicer.

48. Attached as **Ex. A-46** to this Declaration is a true and correct copy of Rebuttal Expert Report of Michal A. Malkiewicz.

49. Attached as **Ex. A-47** to this Declaration is a true and correct copy of a screen capture from NBA 2K20.

I, Andrew Alexander, declare under penalty of perjury that the foregoing Declaration is true and correct.

Dated: November 22, 2021        /s/ *Andrew Alexander*
                                                                            Andrew Alexander