# EXHIBIT A-1

# PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK

# NBA 2K16 VIDEO FOOTAGE