# EXHIBIT A-2

# PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK

# NBA 2K17 VIDEO FOOTAGE