# EXHIBIT A-3

# PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK

# NBA 2K18 VIDEO FOOTAGE