# EXHIBIT A-4

# PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK

# NBA 2K19 VIDEO FOOTAGE