# EXHIBIT A-5

# PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK

# NBA 2K20 VIDEO FOOTAGE