# EXHIBIT A-9:
# FILED UNDER SEAL