# EXHIBIT A-10: FILED UNDER SEAL