# EXHIBIT A-11: FILED UNDER SEAL