# EXHIBIT A-12:
# FILED UNDER SEAL