# EXHIBIT A-13:
# FILED UNDER SEAL