# EXHIBIT A-14:
# FILED UNDER SEAL