# EXHIBIT A-15:
# FILED UNDER SEAL