# EXHIBIT A-16:
# FILED UNDER SEAL