# EXHIBIT A-17: FILED UNDER SEAL