# EXHIBIT A-18

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION


JAMES HAYDEN,

        Plaintiff,

   -vs-                CASE NO. 1:17CV2635

2K GAMES, INC., et al.,

        Defendants.


_____



Deposition of BERNARDINO TOVANCHE

Cleveland, Ohio

Wednesday, January 29, 2020 - 7:36 p.m.










Reported by:

Pamela S. Greenfield, RDR, CRR

Job No:  26860

1           Vague.  Calls for speculation.

2    A.  In terms of what?  Tattooing, like in techniques

3        or antiseptic techniques?  Like what are we

4        talking about here?

5    Q.  Let's break it down.  For techniques, are there

6        certain standard practices?

7                     MR. ALEXANDER:  Objection.

8        Calls for speculation.

9    A.  That's the great thing about tattooing is that

10       each artist is unique in the way that they

11       actually apply the tattoo.  That's what makes

12       tattooing awesome.  So it's like a painter with

13       different brush strokes, so there's needle depth

14       to take into consideration, so it's going to vary

15       from artist to artist.

16           If you take every single artist at Focused

17       Tattoos and give them:  Tattoo this tattoo,

18       tattoo a heart, whatever it is, a rose, you're

19       going to get ten different tattoos even if it's

20       the same exact drawing that you guys decided on

21       and that's because everyone's hand speed is

22       different.  Their stroke's different.  Their

23       move -- their motions are different.  Their, the

24       way that they place the needles inside the

25       machine, the needle depth is different.  Their

Page 180

1    application of the tattoo is a little bit

2    different.  So it's almost like a fingerprint to

3    that tattoo artist, so it's pretty unique and

4    that's what really makes it an art form, so the

5    techniques are going to be different from artist

6    to artist.

7        Even an artist that you show how to tattoo is

8    going to be a different tattoo artist than what

9    you are.  They're going to use different

10   techniques so they might pull from this and pull

11   from that.  Their needle depth is going to be

12   different.  The speed of their machine is going

13   to be different.  Power supply.  There's so many

14   different variables associated with it, and...

15 Q. So other than technique, are there any kind of

16   standard industry practices that you can think

17   of?

18                    MR. ALEXANDER:  Objection.

19       Calls for speculation.

20 A. In terms of the application of the tattoo or like

21   are you, are you talking about like a setup for

22   the tattoo or are you talking about antiseptic

23   technique?

24 Q. In terms of when a client comes in to get a

25   tattoo, do you think there's a certain set of

Page 181

```
 1      kind of expectations about what's going to happen

 2      when they get tattooed?

 3                      MR. ALEXANDER:  Objection.

 4          Calls for speculation.

 5  A.  What the expectation I suppose would be that they

 6      get a good tattoo.  I mean...

 7  Q.  And would you say that the expectation is that

 8      they leave and they don't necessarily have to go

 9      back and get their tattooist's permission to go

10      about their life?

11                      MR. ALEXANDER:  Objection.

12          Foundation.  Calls for speculation.

13  A.  I mean I'm not sure about that.  Like -- if,

14      what, so rephrase please.

15  Q.  Yeah.  Let me put it this way:  Have you ever

16      gone back to any of the people who have tattooed

17      tattoos on you and asked their permission to show

18      your body in any way?

19                      MR. ALEXANDER:  Objection.

20          Form.

21  A.  Have I?  No.

22  Q.  Have any of your clients gone back to their

23      tattooist and asked for permission?

24                      MR. ALEXANDER:  Objection.

25          Form.  Asked and answered.
```