# EXHIBIT A-20:
# FILED UNDER SEAL