# EXHIBIT A-21: FILED UNDER SEAL