# EXHIBIT A-22: FILED UNDER SEAL