# EXHIBIT A-23:
# FILED UNDER SEAL