# EXHIBIT A-24:
# FILED UNDER SEAL