# EXHIBIT A-25:
# FILED UNDER SEAL