# EXHIBIT A-26:
# FILED UNDER SEAL