# EXHIBIT A-27:
# FILED UNDER SEAL