# EXHIBIT A-28:
# FILED UNDER SEAL