# EXHIBIT A-29:
# FILED UNDER SEAL