# EXHIBIT A-30:
# FILED UNDER SEAL