# EXHIBIT A-31



TAKE-TWO_00000954



TAKE-TWO_00000855

TAKE-TWO_00000856

**SUBWAY DIOS**





TAKE-TWO_00000857





TAKE-TWO_00000858



# WILD POSTINGS



TAKE-TWO_00000859







TAKE-TWO_0000860







TAKE-TWO_00000861

# WALLSCAPES



TAKE-TWO_00000862





TAKE-TWO_00000863

# BUS SHELTERS





TAKE-TWO_00000864







TAKE-TWO_00000865







STATIC DIGITAL

TAKE-TWO_00000867

# SQUARE UNITS



**Available Sizes:**

300x250

250x250




14

TAKE-TWO_00000868

# HORIZONTAL UNITS





**Available Sizes:**

320x50

728x90

380x212

428x240

520x250

970x250

1060x590

1244x700

1400x510

1920x1080

1600x450 Superhero Billboard

1920x1080 Jumbotron Desktop



NBA2K





15

TAKE-TWO_00000869

# VERTICAL UNITS



**Available Sizes:**

160x600

300x420

300x600

TAKE-TWO_0000871

# ANIMATED DIGITAL BANNERS













**Available Sizes:**

300x250
160x600
300x50
300x600
320x50
320x480
728x90
728x250
970x66
970x250
970x415
1280x100
1280x418







18

# ONLINE VIDEO +
# DIGITAL OOH

NBA2K




**https://fileshare.bssp.com/?u=ALgg6MeH&p=K0WCU5ot**

# VIDEO ASSETS



TAKE-TWO_0000873