# EXHIBIT A-32:
# FILED UNDER SEAL