# EXHIBIT A-33: FILED UNDER SEAL