# EXHIBIT A-34: FILED UNDER SEAL