# EXHIBIT A-35: FILED UNDER SEAL