# EXHIBIT A-38:
# FILED UNDER SEAL