# EXHIBIT A-39:
# FILED UNDER SEAL