# EXHIBIT A-40:
# FILED UNDER SEAL