# EXHIBIT A-41:
# FILED UNDER SEAL