# EXHIBIT A-42: FILED UNDER SEAL