# EXHIBIT A-43: FILED UNDER SEAL