# EXHIBIT A-44:
# FILED UNDER SEAL