# EXHIBIT A-45:
# FILED UNDER SEAL