# EXHIBIT A-46: FILED UNDER SEAL