# EXHIBIT A-47

