# EXHIBIT 1







DEFENDANTS' EXHIBIT 8

TAKE-TWO_00002486