# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, | CASE NO. 1:17-cv-02635-CAB |
| Plaintiff, | |
| v. | |
| 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., | |
| Defendants. | |

**DECLARATION OF CHRIS ILARDI IN SUPPORT OF DEFENDANTS TAKE-TWO INTERACTIVE SOFTWARE, INC. AND 2K GAMES, INC.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF JAMES HAYDEN'S <u>MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. IAN BOGOST</u>**

2

I, Chris Ilardi, declare as follows:

1.	I am a Partner at the law firm of Kirkland & Ellis LLP.  I submit this declaration in support of Defendants Take-Two Interactive Software, Inc. and 2K Games, Inc.'s memorandum of law in opposition to Plaintiff James Hayden's motion to exclude the expert testimony of Dr. Ian Bogost.

2.	Attached hereto as Exhibit A is a true and correct copy of the webpage titled "Ian Bogost," Washington University in St. Louis, https://artsci.wustl.edu/faculty-staff/ian-bogost.

3.	Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition transcript of Dr. Ian Bogost, dated August 30, 2021.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 22nd day of November, 2021.	*/s/ Chris Ilardi*
	Chris Ilardi