**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN,<br><br>  Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. ,<br><br>  Defendants. | CASE NO. 1:17-cv-02635-CAB |

**DECLARATION OF MIRANDA MEANS IN SUPPORT OF DEFENDANTS TAKE-TWO INTERACTIVE SOFTWARE, INC. AND 2K GAMES, INC.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF JAMES HAYDEN'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. NINA JABLONSKI**

I, Miranda Means, declare as follows:

1. I am an Associate at the law firm of Kirkland & Ellis LLP. I submit this declaration in support of Defendants Take-Two Interactive Software, Inc. and 2K Games, Inc.'s (together, "Take-Two") memorandum of law in opposition to Plaintiff James Hayden's motion to exclude the expert testimony of Dr. Nina Jablonski.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition transcript of Dr. Nina Jablonski, dated August 18, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition transcript of Plaintiff James Hayden, dated October 30, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of November, 2021.   */s/ Miranda Means*
                                              Miranda Means