**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN,<br><br>Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. ,<br><br>Defendants. | CASE NO. 1:17-cv-02635-CAB |

**DECLARATION OF MIRANDA MEANS IN SUPPORT OF DEFENDANTS TAKE-TWO INTERACTIVE SOFTWARE, INC. AND 2K GAMES, INC.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF JAMES HAYDEN'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. E. DEBORAH JAY**

I, Miranda Means, declare as follows:

1. I am an Associate at the law firm of Kirkland & Ellis LLP. I submit this declaration in support of Defendants Take-Two Interactive Software, Inc. and 2K Games, Inc.'s (together, "Take-Two") memorandum of law in opposition to Plaintiff James Hayden's ("Plaintiff") motion to exclude the expert testimony of Dr. E. Deborah Jay.

2. On July 20, 2021, Take-Two provided Plaintiff with the raw data for the survey conducted by Dr. Jay, as well as the codebook for the raw data.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition transcript of Dr. E. Deborah Jay, dated August 24, 2021.

4. Attached hereto as Exhibit B is a true and correct copy of Groves, Robert M., Floyd J. Fowler Jr., Mick P. Couper, James M. Lepkowski, Eleanor Singer, and Roger Tourangeau, *Questions and Answers in Surveys*, SURVEY METHODOLOGY, John Wiley & Sons, 2d ed., 2009.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from Federal Judicial Center, *Reference Manual on Scientific Evidence* (3d ed. 2011).

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 22nd day of November, 2021.   /s/ Miranda Means
                                             Miranda Means