# **EXHIBIT B**

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 1

1      IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF OHIO
2            EASTERN DIVISION
3       ~~~~~~~~~~~~~~~~~~~~
4

  JAMES HAYDEN,
5
6        Plaintiff,
7
    v.       Case No. 1:17-cv-002635-CAB
8
9   2K GAMES, INC., AND
  TAKE-TWO INTERACTIVE SOFTWARE, INC.,
10
11       Defendants.
12
      ~~~~~~~~~~~~~~~~~~~~
13
14
    HIGHLY CONFIDENTIAL - PURSUANT TO
15        PROTECTIVE ORDER
16
17       Remote Deposition of
18      JAMES E. MALACKOWSKI
19
20       August 26, 2021
        10:03 a.m.
21
22      Witness Location:
23     11661 Marquette Drive
      Buffalo, New York
24
25     Stephen J. DeBacco, RPR

Page 172

1  this case, infringing or asserted infringing
2  copyrights would become smaller.
3           And just to clarify, if I said
4  numerator before, I meant denominator, and I
5  will look to clear that up in any sort of
6  errata.
7      Q.   So are you -- well, strike that.
8           Mr. Malackowski, isn't comparing
9  lines of code or file size an overly simplistic
10 and crude way to attempt to measure the value
11 of the content that's embodied in such files?
12     A.   I don't think you can make that
13 statement generally.  I think you have to look
14 at the content that you're evaluating.  When
15 we're looking at content, such as the accused
16 copyrights, which represent one of perhaps well
17 over 100 elements of realism in a game, and not
18 one that has any particular attribution to the
19 revenue, I think that file size here is
20 uniquely appropriate.
21     Q.   Uniquely appropriate.
22     A.   Correct, as opposed to other cases
23 where we're talking about software code, for
24 example.
25     Q.   You're aware, Mr. Malackowski, that