# **EXHIBIT C**

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
                          - - - - -


        James Hayden,                    )
                                         )
                 Plaintiff,              )
                                         ) Case No.
         vs.                             ) 1:17-CV-002635-
                                         ) CAB
        2K Games, Inc. and Take-Two      )
        Interactive Software, Inc.,     )
                                         )
                 Defendants.             )
                          - - - - -


   ** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **



                        August 30, 2021
                          10:00 a.m.





             Reporter:  Kristin Wegryn, RMR, CRR
                     Appearing Remotely from
                     Cuyahoga County, Ohio
```

                   Deposition of:
                   IAN BOGOST, Ph.D.
              Appearing Remotely from
              St. Louis County, Missouri

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 21

1     maximum size of 2,730 kilobytes.
2        Q.   And he verified that?
3        A.   That's correct.
4        Q.   Did he say what the basis of his
5     verification was?
6        A.   No.
7        Q.   Did you personally ever review the
8     texture files that your sentence references?
9        A.   I believe that the texture files are
10    included there, a lot of them as an exhibit or as
11    other evidence in the case; however, the, the
12    specific files themselves as they would appear in
13    the game program are not the same as the format
14    that they take when they're entered into, into
15    evidence or provided in your and the other
16    counsel's legal communications.
17       Q.   So are the texture files that you are
18    alluding to in your last response the images that
19    appear in your expert report?  Is that what you
20    meant?
21       A.   Well, there are a number of images in my
22    report.  Not all of the images in my report are
23    texture files.
24       Q.   Are the texture files that are in your
25    report those that your previous response

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 28

1  A. I, I would clarify that I know that that
2  information was communicated to me from the
3  developers. The means by which I received it is
4  what I can't tell you sitting here today.
5  Q. When you say "the developers," who does
6  that mean?
7  A. Representatives of Take-Two. I mean
8  Take-Two.
9  Q. What representatives of Take-Two?
10 A. I'm not sure how, how to answer. I was
11 interested in this information in the preparation
12 of my report. I, I requested it and received and
13 incorporated it.
14         The, the organizational structure of a
15 large company such as Take-Two or 2K Games wasn't
16 of particular concern to me so long as I received
17 the information I was after.
18 Q. Was the information communicated to you
19 by counsel?
20 A. As I said before, I can't tell you
21 sitting here today the means by which this
22 information was conveyed to me.
23 Q. When were you first engaged in this
24 matter, Dr. Bogost?
25 A. Are you asking when I -- when I signed a