# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>    Defendants. | CASE No. 1:17-cv-02635<br><br>Judge Christopher A. Boyko |

## DECLARATION OF ANDREW ALEXANDER

1.  I, Andrew Alexander, submit this Declaration on behalf of James Hayden ("Mr. Hayden" or "Plaintiff") in support of Motion to Exclude Take-Two's Third Party Declarants, or Alternatively, To Re-open Discovery to Take Their Depositions.

2.  I am an Attorney at the law firm Calfee, Halter & Griswold LLP.

3.  Attached as **Ex. A** to this Declaration is a true and correct copy of Defendant's 2K Games, Inc. and Take-Two Interactive Software, Inc.'s Initial Disclosures, served on May 15, 2018.

4.  Attached as **Ex. B** to this Declaration is a true and correct copy of Plaintiff's First Set of Interrogatories to Take-Two Interactive Software, Inc., served on May 2, 2019.

5.  Attached as **Ex. C** to this Declaration is a true and correct copy of excerpts from Defendant Take-Two Interactive Software Inc.'s Seventh Amended Objections and Responses to Plaintiff James Hayden's First Set of Interrogatories, served on May 14, 2021.

6. Attached as **Ex. D** to this Declaration is a true and correct copy of Email Correspondence from Plaintiff James Hayden's Counsel to Defendant Take-Two's Counsel, on November 4, 2021.

7. Attached as **Ex. E** to this Declaration is a true and correct copy of Email Correspondence from Defendant Take-Two's Counsel to Plaintiff James Hayden's Counsel, on November 9, 2021.

I, Andrew Alexander, declare under penalty of perjury that the foregoing Declaration is true and correct.

Dated: November 23, 2021        /s/ *Andrew Alexander*
                                Andrew Alexander