

Calfee, Halter & Griswold LLP
Attorneys at Law

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
216.622.8200 **Phone**

Direct Dial: 216.622.8634
aalexander@calfee.com

November 22, 2021

FILED
NOV 22 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Clerk of Courts
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH 44113

Re: *James Hayden v. 2K Games, Inc., et al.*
**United States District Court, N.D. Ohio, Case 1:17-cv-02635-CAB**

Dear Clerk of Courts:

On behalf of Plaintiff James Hayden, enclosed are the following items that are being manually filed in the above-captioned case.

### Computer/Video Files on Thumb Drive:

| | |
|---|---|
| Opposition to Defendants' Summary Judgment Ex. A-1 | NBA 2K16 Video Footage |
| Opposition to Defendants' Summary Judgment Ex. A-2 | NBA 2K17 Video Footage |
| Opposition to Defendants' Summary Judgment Ex. A-3 | NBA 2K18 Video Footage |
| Opposition to Defendants' Summary Judgment Ex. A-4 | NBA 2K19 Video Footage |
| Opposition to Defendants' Summary Judgment Ex. A-5 | NBA 2K20 Video Footage |
| Opposition to Defendants' Summary Judgment Ex. A-6 | Exhibit 4 to the Deposition of Joel Freisch |

Sincerely,

*Andrew Alexander*

Andrew W. Alexander

Enclosure

cc: Chambers of the Honorable Christopher A. Boyko, Courtroom 9A
    Matthew J. Cavanagh (counsel for Defendants)