# EXHIBIT A

| caseid | A1 | A2 | B1_19 | C1 | C2 | C3 | C4 |
|---|---|---|---|---|---|---|---|
| 1014349159 | Graphics player movement great overall game play | Great game to play | selected | No | __NA__ | not asked | __NA__ |
| 1014260547 | Best experience and graphics. Highly addictive. | Socialization, fun group activity that can be enjoyed solo as well. | selected | Don't know | __NA__ | not asked | __NA__ |
| 1014262671 | great graphics ,real action , realistic player | fun,life like | selected | Yes | Stephen Curry , james lebron , embid | Yes | movement , appearance , play time |
| 1013941447 | I love this series of games. very realistic | great graphics | selected | No | __NA__ | not asked | __NA__ |
| 1015411807 | graphics | price | selected | No | __NA__ | not asked | __NA__ |
| 1015679831 | Liked the graphics and the ability to play full seasons in the game. | Good price, play with my kid. | selected | No | __NA__ | not asked | __NA__ |
| 1016390301 | I have been playing 2K since the days of the Dreamcast and have been a loyal follower of the brand for every release year since. I usually wait for the xmas sale and buy in December. | It is better to play then NBA Live. The gameplay is smoother and the graphics are better. | selected | No | __NA__ | not asked | __NA__ |
| 1018523181 | i love the game | graphics were dope | selected | Yes | lebron james | Yes | lebron |