# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:17-cv-02635 |
| ) | |
| vs. ) | Judge Christopher A. Boyko |
| ) | |
| 2K GAMES, INC. and TAKE-TWO ) | |
| INTERACTIVE SOFTWARE, INC., ) | **FILED UNDER SEAL** |
| ) | |
| Defendants. ) | |

## DECLARATION OF ANDREW ALEXANDER

1. I, Andrew Alexander, submit this Declaration on behalf of James Hayden ("Mr. Hayden" or "Plaintiff") in support of Plaintiff's Reply Memorandum in Support of Motion to Exclude the Expert Testimony of Dr. Ian Bogost.

2. I am an Attorney at the law firm Calfee, Halter & Griswold LLP.

3. Attached as **Ex. A** to this Declaration is a true and correct copy of excerpts from the deposition of Dr. Ian Bogost, taken on August 30, 2021.

I, Andrew Alexander, declare under penalty of perjury that the foregoing Declaration is true and correct.

Dated: December 17, 2021

/s/ *Andrew Alexander*
Andrew Alexander