**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN, | CASE NO. 1:17-cv-02635-CAB |
| Plaintiff, | |
| v. | |
| 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., | |
| Defendants. | |

**DECLARATION OF CHRIS ILARDI IN SUPPORT OF DEFENDANTS
2K GAMES, INC. AND TAKE-TWO INTERACTIVE SOFTWARE, INC.'S
REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO
EXCLUDE ANY TESTIMONY, ARGUMENT OR EVIDENCE REGARDING
JUSTIN LENZO'S POTENTIAL MARKET OPINION**

I, Chris Ilardi, declare as follows:

1. I am a Partner at the law firm of Kirkland & Ellis LLP. I submit this declaration in support of Defendants Take-Two Interactive Software, Inc. and 2K Games, Inc.'s reply memorandum of law in support of their motion to exclude any testimony, argument or evidence regarding Justin Lenzo's potential market opinion.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition transcript of Dr. Justin Lenzo, dated August 17, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of December, 2021.   /s/ Chris Ilardi
                                            Chris Ilardi