IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:17-cv-02635-CAB |
| ) | |
| v. ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| 2K GAMES, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT

Plaintiff James Hayden ("Mr. Hayden") respectfully moves under Federal Rule of Civil Procedure 15(a) for leave to file its Fifth Amended Complaint in order to add NBA 2K21 and NBA 2K22 to the list of Accused Games produced by Defendants 2K Games, Inc. ("2K") and Take-Two Interactive Software, Inc. ("Take-Two") for all the reasons set forth in Mr. Hayden's corresponding Memorandum in Support.

1

2

                                                Respectfully submitted,

Dated: March 22, 2022                   By: */s/ Andrew Alexander*
                                                John Cipolla (Ohio Bar No. 0043614)
                                                Daniel McMullen (Ohio Bar No. 0034380)
                                                Andrew Alexander (Ohio Bar No. 0091167)
                                                Dustin Likens (Ohio Bar No. 0097891)
                                                CALFEE, HALTER & GRISWOLD LLP
                                                The Calfee Building
                                                1405 East Sixth Street
                                                Cleveland, Ohio 44114-1607
                                                Telephone: (216) 622-8200
                                                Facsimile: (216) 241-0816
                                                jcipolla@calfee.com
                                                dmcmullen@calfee.com
                                                aalexander@calfee.com
                                                dlikens@calfee.com

                                                *Of Counsel*

                                                Kimberly A. Pinter (Ohio Bar No. 0084277)
                                                CALFEE, HALTER & GRISWOLD LLP
                                                The Calfee Building
                                                1405 East Sixth Street
                                                Cleveland, Ohio  44114-1607
                                                Telephone: (216) 622-8200
                                                Facsimile: (216) 241-0816
                                                kpinter@calfee.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

                                           */s/ Andrew Alexander*
                                           One of the attorneys for Plaintiff