UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>       Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>       Defendants. | CASE NO. 1:17-cv-02635-CAB |

**DEFENDANTS 2K GAMES, INC. AND TAKE-TWO INTERACTIVE SOFTWARE, INC.'S MOTION TO CONTINUE TRIAL**

Pursuant to Federal Rule of Civil Procedure 6 and Paragraph 7 of this Court's Standard Civil Trial Order, Defendants Take-Two Interactive Software, Inc. and 2K Games, Inc. (collectively, "Take-Two") respectfully move this court to continue the June 20, 2022 trial date and all corresponding deadlines for the reasons provided in the attached memorandum in support of this motion.

Dated:  New York, NY
       April 5, 2022

                                      /s/ Dale M. Cendali
                                      Dale M. Cendali (admitted *pro hac vice)*
                                      Joshua L. Simmons (admitted *pro hac vice*)
                                      Chris Ilardi (admitted *pro hac vice*)
                                      KIRKLAND & ELLIS LLP
                                      601 Lexington Avenue
                                      New York, New York 10022
                                      Telephone: (212) 446-4800
                                      dale.cendali@kirkland.com
                                      joshua.simmons@kirkland.com
                                      chris.ilardi@kirkland.com

                                      Miranda D. Means (admitted *pro hac vice*)

KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 385-7500
miranda.means@kirkland.com

Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474
mcavanagh@mcdonaldhopkins.com

*Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.*