# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, | ) |
| | ) CASE NO. 1:17-cv-02635-CAB |
| Plaintiff, | ) |
| | ) JUDGE CHRISTOPHER A. BOYKO |
| v. | ) |
| | ) |
| 2K GAMES, INC. et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S THIRD SET OF INTERROGATORIES TO 2K GAMES, INC. (16-18)**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff James Hayden ("Hayden") propounds the following Interrogatories on Defendant 2K Games, Inc. ("2K Games") to be answered separately, under oath, within thirty (30) days after service. These Interrogatories are governed by the following Definitions and Instructions:

**DEFINITIONS AND INSTRUCTIONS**

Hayden incorporates his "Definitions" and "Instructions" from Plaintiff's First and Second Set of Interrogatories to 2K Games, served on May 2, 2019 and July 31, 2019, as if fully set forth below. In addition, the following terms shall have the following meanings:

1. The term "**NBA Players**" means LeBron James, Danny Green, and/or Tristan Thompson.

## INTERROGATORIES

**INTERROGATORY NO. 16**

Identify the amount paid by Defendants to use music in the Accused Games each year and identify the royalty rates paid by Defendants to use such music, including the methods used to calculate royalty rates and payments.

**INTERROGATORY NO. 17**

Describe your efforts to confirm that NBA Properties and/or NBA Players Association holds rights in the Copyrighted Works or rights to grant a license to use the NBA Players' likenesses.

**INTERROGATORY NO. 18**

For each Accused Game, from how many third parties have Defendants licensed content for inclusion in the Accused Game and how many of those third parties have Defendants paid for such content.

Dated: January 31, 2020	Respectfully submitted,

By: */s/ Andrew Alexander*
Daniel McMullen (Ohio Bar No. 0034380)
Georgia E. Yanchar (Ohio Bar No. 0071458)
Andrew Alexander (Ohio Bar No. 0091167)
Jennifer Wick (Ohio Bar No. 0074340)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio  44114-1607
Telephone:  (216) 622-8200
Facsimile:  (216) 241-0816
E-mail:   dmcmullen@calfee.com
              gyanchar@calfee.com
              aalexander@calfee.com
              jwick@calfee.com

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio  44114-1607
Telephone:  (216) 622-8200
Facsimile:  (216) 241-0816
E-mail:kpinter@calfee.com

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 31, 2020, a copy of the foregoing was served on all counsel of record via electronic mail.

                                             /s/ *Andrew Alexander*
                                             One of the attorneys for Plaintiff