# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>       Plaintiff,<br><br>v.<br><br>2K GAMES, INC. et al.,<br><br>       Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>JUDGE CHRISTOPHER A. BOYKO |

## JOINT PROPOSED SCHEDULE

Pursuant to the Court's April 14, 2022 Order, Dkt. 146, Plaintiff James Hayden and Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. together submit this Joint Proposed Schedule:

| | |
|---|---|
| Motions in limine, trial briefs, and deposition designations due | August 1, 2022 |
| Oppositions to motions in limine and counter-designations due | August 29, 2022 |
| Pre-trial conference | September 9, 2022 |
| Trial starts | October 17, 2022 |

DATED: April 21, 2022

| | |
|---|---|
| */s/ Dale M. Cendali* | */s/ Andrew Alexander* |
| Dale M. Cendali (admitted *pro hac vice*) | John Cipolla (Ohio Bar No. 0043614) |
| Joshua L. Simmons (admitted *pro hac vice*) | Daniel McMullen (Ohio Bar No. 0034380) |
| Miranda D. Means (admitted *pro hac vice*) | Andrew Alexander (Ohio Bar No. 0091167) |
| Chris T. Ilardi (admitted *pro hac vice*) | Dustin Likens (Ohio Bar No. 0097891) |
| Kirkland & Ellis LLP | CALFEE, HALTER & GRISWOLD LLP |
| 601 Lexington Avenue | The Calfee Building |
| New York, New York 10022 | 1405 East Sixth Street |
| Telephone: (212) 446-4800 | Cleveland, Ohio 44114-1607 |
| dale.cendali@kirkland.com | Telephone: (216) 622-8200 |
| joshua.simmons@kirkland.com | Facsimile: (216) 241-0816 |
| miranda.means@kirkland.com | jcipolla@calfee.com |
| chris.ilardi@kirkland.com | dmcmullen@calfee.com |
| | aalexander@calfee.com |
| | dlikens@calfee.com |
| Matthew J. Cavanagh (OH 0079522) | *Of Counsel* |
| McDonald Hopkins LLC | |
| 600 Superior Avenue, East, Ste. 2100 | Kimberly A. Pinter (Ohio Bar No. 0084277) |
| Cleveland, Ohio 44114 | CALFEE, HALTER & GRISWOLD LLP |
| Telephone: 216.348.5400 | The Calfee Building |
| Fax: 216.348.5474 | 1405 East Sixth Street |
| mcavanagh@mcdonaldhopkins.com | Cleveland, Ohio 44114-1607 |
| | Telephone: (216) 622-8200 |
| *Attorneys for Defendants 2K Games, Inc.* | Facsimile: (216) 241-0816 |
| *and Take-Two Interactive Software, Inc.* | E-mail: kpinter@calfee.com |
| | |
| | *Attorneys for Plaintiff James Hayden* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2022, I electronically filed the foregoing Joint Status Report with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record, all of whom are registered ECF participants.

                                               */s/ Andrew Alexander*
                                               *Attorney for James Hayden*