IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| JAMES HAYDEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 2K GAMES, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 1:17-cv-02635-CAB <br><br> JUDGE CHRISTOPHER A. BOYKO |

## PLAINTIFF'S UNOPPOSED MOTION TO MODIFY SCHEDULE

Plaintiff, James Hayden, moves under Federal Rule of Civil Procedure 16 for an order amending trial and pre-trial deadlines (April 27 Order). Mr. Hayden has conferred with Defendants and Defendants do not oppose this Motion. Shortly after the Parties submitted their Joint Proposed Schedule on April 21, 2022, Mr. Hayden learned that two experts he plans to call at trial (Dr. H. Tolga Bilgicer and Mr. Michal Malkiewicz) had an unexpected conflict arise in another case the week of October 17, 2022. Mr. Hayden promptly notified Defendants' counsel and asked whether another date before November would work for Defendants. Counsel for Defendants informed Mr. Hayden that no other date before November would work and proposed the week of November 14, 2022. Accordingly, Mr. Hayden submits this unopposed motion to modify the schedule as follows:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Motions in limine, trial briefs, and deposition designations | August 1, 2022 | August 1, 2022 (no change) |
| Oppositions to motions in limine and counter designations | August 29, 2022 | August 29, 2022 (no change) |

| Final Pretrial Conference | September 9, 2022 | October 14, 2022 |
| --- | --- | --- |
| Jury Trial | October 17, 2022 | November 14, 2022 |

Good cause exists for this schedule modification, as Mr. Hayden was diligent in seeking the proposed schedule change, Defendants will not be prejudiced by a one-month delay in trial, and Mr. Hayden would be greatly prejudiced if he could not call Mr. Malkiewicz and Dr. Bilgicer to testify at trial. Accordingly, Mr. Hayden respectfully requests that his Motion be granted.

Respectfully submitted,

Dated: May 5, 2022

By: */s/ Andrew Alexander*
John Cipolla (Ohio Bar No. 0043614)
Daniel McMullen (Ohio Bar No. 0034380)
Andrew Alexander (Ohio Bar No. 0091167)
Dustin Likens (Ohio Bar No. 0097891)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
jcipolla@calfee.com
dmcmullen@calfee.com
aalexander@calfee.com
dlikens@calfee.com

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
kpinter@calfee.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

*/s/ Andrew Alexander*
One of the attorneys for Plaintiff
