FILED
JUN 09 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>   Plaintiff,<br><br>v.<br><br>2K GAMES, INC., and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>   Defendants. | Case No.: 1:17-cv-02635-CAB<br><br>JUDGE CHRISTOPHER A. BOYKO |

### MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE, OF ORIN SNYDER UNDER LOCAL CIVIL RULE 83.5(h)

Orin Snyder, a Partner at the law firm of Gibson Dunn & Crutcher (the "Movant"), a member in good standing of the Bar of the State of New York, hereby moves the Court, pursuant to this motion (the "Motion"), for the entry of an order to grant admission pro hac vice to the United States District Court for the Northern District of Ohio to represent LeBron James in this case, and would respectfully show the Court as follows:

1. I am a Partner at the law firm Gibson Dunn & Crutcher with offices at 200 Park Avenue, New York, New York 10166. My email address is osnyder@gibsondunn.com. My phone number is 212-351-2400. My fax number is 212-351-6335.

2. Since January 27, 1987, I have been and presently am a member in good standing with the Bar of the State of New York. My bar license number is 2116424.

3. I have also been admitted to practice before the following courts:

| Court Name | Date Admitted |
|---|---|
| Supreme Court of the United States | July 17, 1992 |
| United States Court of Appeals for the First Circuit | February 28, 2011 |
| United States Court of Appeals for the Second Circuit | February 6, 1991; renewed April 21, 2009 |

| | |
|---|---|
| United States Court of Appeals for the Third Circuit | May 29, 1998 |
| United States Court of Appeals for the Ninth Circuit | April 7, 2003 |
| United States District Cout for the Southern District of New York | October 13, 1987 |
| District of Columbia Bar | September 18, 1989 |

4. I am presently a member in good standing of the bars of the courts listed above.

5. I have not previously applied to appear pro hac vice in this district court.

6. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

7. I have tendered the amount of $120.00 pro hac vice fee in compliance with Local Civil Rule 83.5(h).

8. Notice of this Motion has been provided in accordance with any approved Notice, Case Management and Administrative Procedures. Otherwise, notice has been provided by the CM/ECF system. The Movant believes that no other or further notice need be provided.

### **Relief Requested**

WHEREFORE, Movant respectfully requests that this Court enter an Order (a) authorizing Movant to appear pro hac vice in this case and (b) granting such other and further relief as is just and proper.

Dated: June 6, 2022

Orin Snyder

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Phone: (212) 351-4000; Fax: (212) 351-4035
Email: OSnyder@gibsondunn.com

Counsel for Non-Party
LeBron James