# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

June 3, 2022

<u>VIA COURIER</u>

Clerk of Court

Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113
(216) 357-7000

Re: Pro Hac Vice Application of Orin Snyder

Dear: Clerk of Court

    My name is Orin Snyder. I am a Partner at the law firm Gibson Dunn & Crutcher LLP. My office address is 200 Park Avenue, New York, NY 10166. My contact information is as follows: email – <u>osnyder@gibsondunn.com</u>; phone – 212-351-2400; fax – 212-351-6335.

    I am a member of the New York State Bar. My registration number is 2116424, and I have been a member of the New York State Bar in good standing since January 27, 1987. My certificate of good standing is attached. Since July 17, 1992, I have also been a member of the Bar of the United States Supreme Court.

    I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar

Sincerely,

*/s/ Orin Snyder*

Orin Snyder
Partner