

ORIGIN ID:JHCA      (212) 351-4015
ORIN SNYDER
GIBSON DUNN & CRUTCHER
200 PARK AVE
48TH FLOOR
NEW YORK, NY 10166
UNITED STATES US

SHIP DATE: 07JUN22
ACTWGT: 1.00 LB
CAD: 108941786/INET4490

BILL SENDER

TO  **CLERK OF COURT, JODY W. WILSON**
    **US DISTRICT COURT NORTHORN**
    **801 WEST SUPERIOR AVE**
    **DISTRICT OF OHIO**
    **CLEVELAND OH 44113**
    (212) 351-4015              REF: 88888-13302
    INV:
    PO:                                    DEPT:



FedEx
Express

**WED - 08 JUN 10:30A**
**PRIORITY OVERNIGHT**

TRK#  **7770 6597 6496**
0201

# XN BKLA

**44113**
OH-US  **CLE**



◄ Insert shipping
document here