**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | |
| 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO SEAL PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

In accordance with Local Rule 5.2 and the Court's Protective Order (Doc. No. 32), Plaintiff James Hayden hereby moves for leave to file under seal an unredacted version of his forthcoming Supplemental Opposition to Defendants' Motion for Summary Judgment. This opposition and exhibits contain information that has been designated as confidential under the Protective Order issued in this case (Doc. No. 32). Mr. Hayden will file a public version of this opposition that redacts such confidential information and will subsequently file a sealed version with leave of Court. The Parties have conferred, and Defendants do not oppose this Motion.

Dated: July 8, 2022                                     Respectfully submitted,

By: */s/ Andrew Alexander*
John S. Cipolla (Ohio Bar No. 0043614)
Daniel J. McMullen (Ohio Bar No. 0034380)
Andrew W. Alexander (Ohio Bar No. 0091167)
Dustin D. Likens (Ohio Bar No. 0097891)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio  44114-1607
Telephone:  (216) 622-8200
Facsimile:  (216) 241-0816
jcipolla@calfee.com
dmcmullen@calfee.com
aalexander@calfee.com
dlikens@calfee.com

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio  44114-1607
Telephone:  (216) 622-8200
Facsimile:  (216) 241-0816
kpinter@calfee.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

*/s/ Andrew W. Alexander*
One of the attorneys for Plaintiff