# EXHIBIT F

ESPN  NFL  NBA  MLB  NHL  …  ESPN+  Watch  Listen  Fantasy

NBA | Home | Summer League | Free Agency | Scores | Schedule | Standings | Stats | Teams | More

## NBA Player Salaries - 2022-2023

Season: 2022-2023

### 2022-2023 Player Salaries

| RK | NAME | TEAM | SALARY |
|---|---|---|---|
| 1 | Stephen Curry, PG | Golden State Warriors | $48,070,014 |
| 2 | Russell Westbrook, PG | Los Angeles Lakers | $47,063,478 |
| 3 | LeBron James, SF | Los Angeles Lakers | $44,474,988 |
| 4 | Kevin Durant, PF | Brooklyn Nets | $44,119,845 |
| 5 | Bradley Beal, SG | Washington Wizards | $43,279,250 |
| 6 | Damian Lillard, PG | Portland Trail Blazers | $42,492,492 |
| 7 | Giannis Antetokounmpo, PF | Milwaukee Bucks | $42,492,492 |
| 8 | Kawhi Leonard, SF | LA Clippers | $42,492,492 |
| 9 | Paul George, SG | LA Clippers | $42,492,492 |
| 10 | Klay Thompson, SG | Golden State Warriors | $40,600,080 |

| RK | NAME | TEAM | SALARY |
|---|---|---|---|
| 11 | Rudy Gobert, C | Minnesota Timberwolves | $38,172,414 |
| 12 | Anthony Davis, PF | Los Angeles Lakers | $37,980,720 |
| 13 | Khris Middleton, SF | Milwaukee Bucks | $37,948,276 |
| 14 | Jimmy Butler, SF | Miami Heat | $37,653,300 |
| 15 | Tobias Harris, PF | Philadelphia 76ers | $37,633,050 |
| 16 | Luka Doncic, PG | Dallas Mavericks | $37,095,000 |
| 17 | Trae Young, PG | Atlanta Hawks | $37,095,000 |
| 18 | Kyrie Irving, PG | Brooklyn Nets | $36,934,550 |
| 19 | Pascal Siakam, PF | Toronto Raptors | $35,448,672 |
| 20 | Ben Simmons, PG | Brooklyn Nets | $35,448,672 |

| RK | NAME | TEAM | SALARY |
|---|---|---|---|
| 21 | Kristaps Porzingis, C | Washington Wizards | $33,833,400 |
| 22 | Devin Booker, SG | Phoenix Suns | $33,833,400 |
| 23 | Karl-Anthony Towns, C | Minnesota Timberwolves | $33,833,400 |
| 24 | Jrue Holiday, PG | Milwaukee Bucks | $33,665,040 |
| 25 | Joel Embiid, C | Philadelphia 76ers | $33,616,770 |
| 26 | Andrew Wiggins, SF | Golden State Warriors | $33,616,770 |
| 27 | CJ McCollum, SG | New Orleans Pelicans | $33,333,333 |
| 28 | Nikola Jokic, C | Denver Nuggets | $33,047,804 |
| 29 | Brandon Ingram, SF | New Orleans Pelicans | $31,650,600 |
| 30 | Jamal Murray, PG | Denver Nuggets | $31,650,000 |

| RK | NAME | TEAM | SALARY |
|---|---|---|---|
| 31 | D'Angelo Russell, PG | Minnesota Timberwolves | $31,377,750 |
| 32 | Shai Gilgeous-Alexander, PG | Oklahoma City Thunder | $30,913,750 |
| 33 | Deandre Ayton, C | Phoenix Suns | $30,913,750 |
| 34 | Michael Porter Jr., SF | Denver Nuggets | $30,912,500 |
| 35 | Donovan Mitchell, SG | Utah Jazz | $30,351,780 |
| 36 | Bam Adebayo, C | Miami Heat | $30,351,780 |
| 37 | Gordon Hayward, SF | Charlotte Hornets | $30,075,000 |
| 38 | Jaren Jackson Jr., PF | Memphis Grizzlies | $28,946,605 |
| 39 | Kevin Love, PF | Cleveland Cavaliers | $28,942,830 |
| 40 | Jaylen Brown, SG | Boston Celtics | $28,741,071 |

469 Results — 1 of 12

**KEY NBA STORYLINES**
- Wall: I'm being paid same as Pistons' Jackson
- Silver: NBA not planning to tweak moratorium
- Bird: Our decision on George's position switch
- Mavs 'welcome back' former All-Star Williams
- Second DUI arrest for Nuggets' Lawson this year

Sponsored Headlines — Taboola Feed



# NBA Player Salaries - 2020-2021

Season: 2020-2021

## 2020-2021 Player Salaries

| RK | NAME | TEAM | SALARY |
|---|---|---|---|
| 1 | Stephen Curry, PG | Golden State Warriors | $43,006,362 |
| 2 | Chris Paul, PG | Phoenix Suns | $41,358,814 |
| 3 | Russell Westbrook, PG | Washington Wizards | $41,358,814 |
| 4 | James Harden, SG | Brooklyn Nets | $41,254,920 |
| 5 | John Wall, PG | Houston Rockets | $41,254,920 |
| 6 | Kevin Durant, PF | Brooklyn Nets | $40,108,950 |
| 7 | LeBron James, SF | Los Angeles Lakers | $39,219,565 |
| 8 | Paul George, SG | LA Clippers | $35,450,412 |
| 9 | Klay Thompson, SG | Golden State Warriors | $35,361,360 |
| 10 | Mike Conley, PG | Utah Jazz | $34,502,130 |
| 11 | Jimmy Butler, SF | Miami Heat | $34,379,100 |
| 12 | Kawhi Leonard, SF | LA Clippers | $34,379,100 |
| 13 | Kemba Walker, PG | Boston Celtics | $34,379,100 |
| 14 | Tobias Harris, PF | Philadelphia 76ers | $34,358,850 |
| 15 | Khris Middleton, SF | Milwaukee Bucks | $33,051,724 |
| 16 | Anthony Davis, PF | Los Angeles Lakers | $32,742,000 |
| 17 | Kyrie Irving, PG | Brooklyn Nets | $31,742,000 |
| 18 | Damian Lillard, PG | Portland Trail Blazers | $31,626,953 |
| 19 | Kevin Love, PF | Cleveland Cavaliers | $31,258,256 |
| 20 | Pascal Siakam, PF | Toronto Raptors | $30,559,200 |
| 21 | Ben Simmons, PG | Philadelphia 76ers | $30,559,200 |
| 22 | Kyle Lowry, PG | Toronto Raptors | $30,500,000 |
| 23 | Steven Adams, C | New Orleans Pelicans | $29,592,696 |
| 24 | Joel Embiid, C | Philadelphia 76ers | $29,542,010 |
| 25 | Andrew Wiggins, SF | Golden State Warriors | $29,542,010 |
| 26 | Nikola Jokic, C | Denver Nuggets | $29,542,010 |
| 27 | Kristaps Porzingis, C | Dallas Mavericks | $29,467,800 |
| 28 | Devin Booker, SG | Phoenix Suns | $29,467,800 |
| 29 | Karl-Anthony Towns, C | Minnesota Timberwolves | $29,467,800 |
| 30 | CJ McCollum, SG | Portland Trail Blazers | $29,354,152 |
| 31 | Bradley Beal, SG | Washington Wizards | $28,751,775 |
| 32 | D'Angelo Russell, PG | Minnesota Timberwolves | $28,649,250 |
| 33 | Gordon Hayward, SF | Charlotte Hornets | $28,500,000 |
| 34 | Otto Porter Jr., SF | Orlando Magic | $28,489,237 |
| 35 | DeMar DeRozan, SF | San Antonio Spurs | $27,739,975 |
| 36 | Giannis Antetokounmpo, PF | Milwaukee Bucks | $27,528,090 |
| 37 | Rudy Gobert, C | Utah Jazz | $27,525,281 |
| 38 | Al Horford, C | Oklahoma City Thunder | $27,500,000 |
| 39 | Jamal Murray, PG | Denver Nuggets | $27,285,000 |
| 40 | Brandon Ingram, SF | New Orleans Pelicans | $27,285,000 |

566 Results — 1 of 15

### KEY NBA STORYLINES
- Wall: I'm being paid same as Pistons' Jackson
- Silver: NBA not planning to tweak moratorium
- Bird: Our decision on George's position switch
- Mavs 'welcome back' former All-Star Williams
- Second DUI arrest for Nuggets' Lawson this year





# NBA Player Salaries - 2020-2021

Season: 2020-2021

## 2020-2021 Player Salaries

| RK | NAME | TEAM | SALARY |
|---|---|---|---|
| 41 | Jrue Holiday, PG | Milwaukee Bucks | $26,231,111 |
| 42 | Nikola Vucevic, C | Chicago Bulls | $26,000,000 |
| 43 | Chandler Parsons, SF | Atlanta Hawks | $25,102,511 |
| 44 | Buddy Hield, SG | Sacramento Kings | $24,701,834 |
| 45 | LaMarcus Aldridge, C | Brooklyn Nets | $24,000,000 |
| 46 | Jaylen Brown, SG | Boston Celtics | $23,735,118 |
| 47 | Draymond Green, PF | Golden State Warriors | $22,246,956 |
| 48 | Harrison Barnes, SF | Sacramento Kings | $22,215,909 |
| 49 | Fred VanVleet, SG | Toronto Raptors | $21,250,000 |
| 50 | Victor Oladipo, SG | Miami Heat | $21,000,000 |
| RK | NAME | TEAM | SALARY |
| 51 | Malcolm Brogdon, PG | Indiana Pacers | $20,700,000 |
| 52 | Domantas Sabonis, PF | Indiana Pacers | $19,800,000 |
| 53 | Gary Harris, SG | Orlando Magic | $19,610,714 |
| 54 | Zach LaVine, SG | Chicago Bulls | $19,500,000 |
| 55 | Danilo Gallinari, F | Atlanta Hawks | $19,500,000 |
| 56 | Jerami Grant, SF | Detroit Pistons | $19,050,000 |
| 57 | Tim Hardaway Jr., SF | Dallas Mavericks | $18,975,000 |
| 58 | Terry Rozier, SG | Charlotte Hornets | $18,900,000 |
| 59 | Julius Randle, PF | New York Knicks | $18,900,000 |
| 60 | Allen Crabbe, G | Minnesota Timberwolves | $18,500,000 |
| RK | NAME | TEAM | SALARY |
| 61 | Aaron Gordon, PF | Denver Nuggets | $18,136,364 |
| 62 | Goran Dragic, PG | Miami Heat | $18,000,000 |
| 63 | Myles Turner, C | Indiana Pacers | $18,000,000 |
| 64 | Bogdan Bogdanovic, SG | Atlanta Hawks | $18,000,000 |
| 65 | Bojan Bogdanovic, SF | Utah Jazz | $17,850,000 |
| 66 | Evan Fournier, SG | Boston Celtics | $17,150,000 |
| 67 | Ricky Rubio, PG | Minnesota Timberwolves | $17,000,000 |
| 68 | Eric Bledsoe, SG | New Orleans Pelicans | $16,875,000 |
| 69 | Eric Gordon, SG | Houston Rockets | $16,869,276 |
| 70 | Timofey Mozgov, C | Orlando Magic | $16,720,000 |
| RK | NAME | TEAM | SALARY |
| 71 | Caris LeVert, SG | Indiana Pacers | $16,203,704 |
| 72 | Joe Harris, SF | Brooklyn Nets | $16,071,429 |
| 73 | James Johnson, PF | New Orleans Pelicans | $16,047,100 |
| 74 | Dennis Schroder, PG | Los Angeles Lakers | $16,000,000 |
| 75 | Clint Capela, C | Atlanta Hawks | $16,000,000 |
| 76 | Cody Zeller, C | Charlotte Hornets | $15,415,730 |
| 77 | Danny Green, SF | Philadelphia 76ers | $15,365,853 |
| 78 | Andre Iguodala, F | Miami Heat | $15,000,000 |
| 79 | Davis Bertans, SF | Washington Wizards | $15,000,000 |
| 80 | Jonas Valanciunas, C | Memphis Grizzlies | $15,000,000 |

566 Results — 2 of 15

### KEY NBA STORYLINES

- Wall: I'm being paid same as Pistons' Jackson
- Silver: NBA not planning to tweak moratorium
- Bird: Our decision on George's position switch
- Mavs 'welcome back' former All-Star Williams
- Second DUI arrest for Nuggets' Lawson this year

Sponsored Headlines — Taboola Feed

# NBA Player Salaries - 2020-2021

Season: 2020-2021

## 2020-2021 Player Salaries

| RK | NAME | TEAM | SALARY |
|---|---|---|---|
| 121 | Norman Powell, SF | Portland Trail Blazers | $10,865,952 |
| 122 | Joe Ingles, SG | Utah Jazz | $10,863,637 |
| 123 | Jeremy Lamb, SG | Indiana Pacers | $10,500,000 |
| 124 | DeAndre Jordan, C | Brooklyn Nets | $10,375,678 |
| 125 | Zion Williamson, PF | New Orleans Pelicans | $10,245,480 |
| 126 | Rodney Hood, SG | Toronto Raptors | $10,047,450 |
| 127 | Tomas Satoransky, SG | Chicago Bulls | $10,000,000 |
| 128 | Darren Collison, PG | Los Angeles Lakers | $10,000,000 |
| 129 | Jayson Tatum, SF | Boston Celtics | $9,897,120 |
| 130 | Anthony Edwards, SF | Minnesota Timberwolves | $9,757,440 |
| RK | NAME | TEAM | SALARY |
| 131 | Al-Farouq Aminu, SF | Chicago Bulls | $9,720,900 |
| 132 | Dante Exum, PG | Cleveland Cavaliers | $9,600,000 |
| 133 | George Hill, PG | Philadelphia 76ers | $9,590,602 |
| 134 | De'Anthony Melton, SG | Memphis Grizzlies | $9,571,712 |
| 135 | Deandre Ayton, C | Phoenix Suns | $9,562,920 |
| 136 | Kyle Anderson, SF | Memphis Grizzlies | $9,505,100 |
| 137 | Meyers Leonard, C | Miami Heat | $9,400,000 |
| 138 | Montrezl Harrell, C | Los Angeles Lakers | $9,258,000 |
| 139 | Derrick Favors, C | Utah Jazz | $9,258,000 |
| 140 | Jae Crowder, PF | Phoenix Suns | $9,258,000 |
| RK | NAME | TEAM | SALARY |
| 141 | Serge Ibaka, C | LA Clippers | $9,258,000 |
| 142 | Derrick Jones Jr., SF | Portland Trail Blazers | $9,258,000 |
| 143 | Tristan Thompson, C | Boston Celtics | $9,258,000 |
| 144 | Dario Saric, PF | Phoenix Suns | $9,250,000 |
| 145 | Ja Morant, PG | Memphis Grizzlies | $9,166,800 |
| 146 | Delon Wright, SG | Sacramento Kings | $9,000,000 |
| 147 | Marvin Bagley III, PF | Sacramento Kings | $8,963,640 |
| 148 | Cedi Osman, SF | Cleveland Cavaliers | $8,840,580 |
| 149 | Tyus Jones, PG | Memphis Grizzlies | $8,817,143 |
| 150 | James Wiseman, C | Golden State Warriors | $8,730,240 |
| RK | NAME | TEAM | SALARY |
| 151 | Royce O'Neale, PF | Utah Jazz | $8,500,000 |
| 152 | Thomas Bryant, C | Washington Wizards | $8,333,333 |
| 153 | CJ Miles, G | Boston Celtics | $8,333,333 |
| 154 | Maxi Kleber, PF | Dallas Mavericks | $8,325,000 |
| 155 | RJ Barrett, SG | New York Knicks | $8,231,760 |
| 156 | Jakob Poeltl, C | San Antonio Spurs | $8,101,852 |
| 157 | De'Aaron Fox, PG | Sacramento Kings | $8,099,627 |
| 158 | Luka Doncic, PG | Dallas Mavericks | $8,049,360 |
| 159 | Mason Plumlee, C | Detroit Pistons | $8,000,000 |
| 160 | Lou Williams, SG | Atlanta Hawks | $8,000,000 |

566 Results — 4 of 15

**KEY NBA STORYLINES**
- Wall: I'm being paid same as Pistons' Jackson
- Silver: NBA not planning to tweak moratorium
- Bird: Our decision on George's position switch
- Mavs 'welcome back' former All-Star Williams
- Second DUI arrest for Nuggets' Lawson this year