# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, <br><br> Plaintiff, <br><br> v. <br><br> 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Defendants. | CASE NO. 1:17-cv-02635-CAB |

### STIPULATED MOTION TO EXTEND THE PAGE LIMITS
### FOR MEMORANDA RELATED TO MOTIONS *IN LIMINE*

Pursuant to Local Rule 7.1(f), Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc., and Plaintiff James Hayden, by and through their counsel, respectfully request permission to file omnibus motions *in limine* that exceed the 15-page limit established for all memoranda related to non-dispositive motions by 5 pages, for a total of 20 pages. Pursuant to the Court's scheduling order (Dkt. 148), each party will be submitting an omnibus motion *in limine* on August 1, 2022. There is good cause to extend the page limits because it will allow the Court to be more fully informed before trial about evidentiary disputes and the applicable law, thus minimizing issues during trial and leading to a more efficient and smooth process.

Dated: July 28, 2022

| | |
|---|---|
| */s/ Andrew Alexander* | */s/ Josh Simmons* |
| John S. Cipolla (Ohio Bar No. 0043614) | Dale M. Cendali (*pro hac vice*) |
| Daniel McMullen (Ohio Bar No. 0034380) | Joshua L. Simmons (*pro hac vice*) |
| Andrew Alexander (Ohio Bar No. 0091167) | Chris Ilardi (*pro hac vice*) |
| Dustin Likens (Ohio Bar No. 0097891) | KIRKLAND & ELLIS LLP |
| CALFEE, HALTER & GRISWOLD LLP | 601 Lexington Avenue |
| The Calfee Building | New York, New York 10022 |
| 1405 East Sixth Street | Telephone: (212) 446-4800 |
| Cleveland, Ohio 44114-1607 | dale.cendali@kirkland.com |
| Telephone: (216) 622-8200 | joshua.simmons@kirkland.com |
| Facsimile: (216) 241-0816 | chris.ilardi@kirkland.com |
| jcipolla@calfee.com | |
| dmcmullen@calfee.com | Miranda D. Means (*pro hac vice*) |
| aalexander@calfee.com | KIRKLAND & ELLIS LLP |
| dlikens@calfee.com | 200 Clarendon Street |
| | Boston, Massachusetts 02116 |
| *Of Counsel* | Telephone: (617) 385-7500 |
| Kimberly A. Pinter (Ohio Bar No. 0084277) | miranda.means@kirkland.com |
| CALFEE, HALTER & GRISWOLD LLP | |
| The Calfee Building | Matthew J. Cavanagh (0079522) |
| 1405 East Sixth Street | MCDONALD HOPKINS LLC |
| Cleveland, Ohio 44114-1607 | 600 Superior Avenue, East, Ste. 2100 |
| Telephone: (216) 622-8200 | Cleveland, Ohio 44114 |
| Facsimile: (216) 241-0816 | Telephone: 216.348.5400 |
| | Fax: 216.348.5474 |
| | mcavanagh@mcdonaldhopkins.com |
| | |
| *Attorneys for Plaintiff James Hayden* | *Attorneys for Take-Two 2K Games, Inc. and Take-Two Interactive Software, Inc.* |