IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CASE NO. 1:17-cv-02635-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING STIPULATED** |
| 2K GAMES, INC., et al., | ) | **MOTION TO EXTEND THE PAGE** |
| | ) | **LIMITS FOR MEMORANDA RELATED** |
| Defendants. | ) | **TO MOTIONS *IN LIMINE*** |
| | ) | |

Before the Court is Take-Two Interactive Software, Inc. and 2K Games, Inc.'s Stipulated Motion to Extend the Page Limits for Memoranda Related to Motions *in Limine* from 15 pages to 20 pages. After careful consideration, the Court concludes that the Motion should be, and hereby is **GRANTED**.

It is therefore ORDERED that each party may submit an omnibus motion *in limine* of up to 20 pages.

Dated: _____

HON. CHRISTOPHER A. BOYKO
United States District Court Judge