IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| JAMES HAYDEN, | ) ) ) |  |
| Plaintiff, | ) ) | CASE NO. 1:17-cv-02635-CAB |
| v. | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| 2K GAMES, INC., et al., | ) ) ) |  |
| Defendants. | ) ) |  |

## JOINT STIPULATIONS OF FACT

Plaintiff James Hayden ("Mr. Hayden") and Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") submit the following joint Stipulations of Fact, pursuant to Judge Boyko's standing Trial Order (¶ 4).

1. James Hayden represents that he owns a tattoo shop called Focused Tattoos.

2. Danny Green represents he is a professional NBA player, who has been playing professional basketball since 2009.

3. James Hayden is identified as the claimant on Copyright Registration Numbers VAu 1-287-552, titled "Fire D.G."; and VAu 1-287-545, titled "Scroll D.G."

4. The effective date of registration for the Copyright Registrations VAu 1-287-552 and VAu 1-287-545 is August 11, 2017.

5. LeBron James represents he is a professional NBA player, who has been playing professional basketball since 2003.

6. James Hayden is identified as the claimant on Copyright Registration Numbers VAu 1-263-888, titled "Gloria"; VAu 1-271-044, titled "Lion"; and VAu 1-270-802, titled "Shoulder Stars."

7. The effective date of registration for the Copyright Registrations VAu 1-263-888, VAu 1-271-044, and VAu 1-270-802 is September 6, 2016.

8. Tristan Thompson represents he is a professional NBA player, who has been playing professional basketball since 2011.

9. James Hayden is identified as the claimant on Copyright Registration Number VAu 1-292-453, titled "Brother's Keeper T.T."

10. The effective date of registration for Copyright Registration VAu 1-292-453 is August 11, 2017.

11. Take-Two realistically depicts professional basketball players, including the tattoos they bear in real life, in Take Two's *NBA 2K* series of video games.

12. *NBA 2K16* was released on or around September 29, 2015.

13. *NBA 2K17* was released on or around September 20, 2016.

14. *NBA 2K18* was released on or around September 19, 2017.

15. *NBA 2K19* was released on or around September 7, 2018.

16. *NBA 2K20* was released on or around September 6, 2019.

17. Take-Two has depicted Danny Green, LeBron James, and Tristan Thompson realistically in *NBA 2K16, NBA 2K17*, *NBA 2K18*, *NBA 2K19*, *NBA 2K20*, and *NBA 2K Mobile*, including with the tattoos they bear in real life.

2

DATED: August 1, 2022

*/s/ Dale M. Cendali*
_____

Dale M. Cendali (admitted *pro hac vice*)
Joshua L. Simmons (admitted *pro hac vice*)
Miranda D. Means (admitted *pro hac vice*)
Chris T. Ilardi (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
miranda.means@kirkland.com
chris.ilardi@kirkland.com


Matthew J. Cavanagh (OH 0079522)
McDonald Hopkins LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474
mcavanagh@mcdonaldhopkins.com

*Attorneys for Defendants 2K Games, Inc.*
*and Take-Two Interactive Software, Inc.*

*/s/ Andrew Alexander*
_____

John Cipolla (Ohio Bar No. 0043614)
Daniel McMullen (Ohio Bar No. 0034380)
Andrew Alexander (Ohio Bar No. 0091167)
Dustin Likens (Ohio Bar No. 0097891)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
jcipolla@calfee.com
dmcmullen@calfee.com
aalexander@calfee.com
dlikens@calfee.com


*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
E-mail: kpinter@calfee.com

*Attorneys for Plaintiff James Hayden*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2022, a copy of the foregoing was filed electronically.

Notice of this filing was sent by operation of the Court's electronic filing system to all parties

indicated on the electronic filing receipt, and parties may access this filing through the Court's

system.

*/s/ Andrew W. Alexander*
One of the attorneys for Plaintiff