**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN, ) | Case No. 1:17-cv-02635 |
| ) | |
| Plaintiff, ) | Judge Christopher A. Boyko |
| ) | |
| vs. ) | |
| ) | **EX. D TO TRIAL BRIEF—** |
| 2K GAMES, INC. and TAKE-TWO ) | **PLAINTIFF'S PROPOSED SPECIAL** |
| INTERACTIVE SOFTWARE, INC., ) | **INTERROGATORIES AND VERDICT** |
| ) | **FORMS** |
| Defendants. ) | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, ) | Case No. 1:17-cv-02635 |
| ) | |
| Plaintiff, ) | Judge Christopher A. Boyko |
| ) | |
| vs. ) | |
| ) | **INTERROGATORY NO. 1** |
| 2K GAMES, INC. and TAKE-TWO ) | |
| INTERACTIVE SOFTWARE, INC., ) | |
| ) | |
| Defendants. ) | |

1. DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANTS 2K GAMES, INC. AND TAKE-TWO INTERACTIVE SOFTWARE, INC. INFRINGED ANY OF PLAINTIFF JAMES HAYDEN'S ASSERTED COPYRIGHTS?

      **Yes**                                             **No**
(for Plaintiff)                    (for Defendants)


_____                                     _____

*If you answered "NO," proceed to General Verdict Form No. 2.*

*Otherwise, proceed to Interrogatory No. 2.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **INTERROGATORY NO. 2** |
| 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

WHAT HAS PLAINTIFF SHOWN, BY A PREPONDERANCE OF THE EVIDENCE, THAT DEFENDANTS' GROSS REVENUE FOR SALES AND DISTRIBUTION OF THE INFRINGING GAMES IS?

GROSS REVENUE FROM INFRINGING GAMES = $_____.

*Proceed to Interrogatory No. 3.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **INTERROGATORY NO. 3** |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

WHAT HAVE DEFENDANTS SHOWN BY A PREPONDERANCE OF THE EVIDENCE THAT DEDUCTIBLE EXPENSES AND ELEMENTS OF PROFIT ATTRIBUTABLE TO FACTORS OTHER THAN THE COPYRIGHTED WORK, IF ANY,  ARE?

DEDUCTIBLE EXPENSES AND DEFENDANTS' PROFIT ATTRIBUTABLE TO OTHER FACTORS = $_____.

*Proceed to Interrogatory No. 4.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **INTERROGATORY NO. 4** |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

WHAT HAS PLAINTIFF SHOWN, BY A PREPONDERANCE OF THE EVIDENCE, THAT PLAINTIFF'S ACTUAL DAMAGES ARE?

PLAINTIFF'S ACTUAL DAMAGES = $_____.

*Proceed to Interrogatory No. 5.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFF'S PROPOSED JURY** |
| 2K GAMES, INC. and TAKE-TWO | ) | **INTERROGATORY NO. 5** |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

DO YOU FIND THAT DEFENDANTS WILLFULLY INFRINGED PLAINTIFF'S COPYRIGHTS?

_____   Yes                              _____   No

*Proceed to, complete and sign General Verdict Form No. 1 (finding for Plaintiff, James Hayden).*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **GENERAL JURY VERDICT FORM NO. 1** |
| 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

We the jury, having first been duly impaneled, do hereby find in favor of Plaintiff, James Hayden and against Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. in the amount of:    $_____

Each juror should place his or her signature on the lines below to attest that the foregoing accurately reflects the jury's decision.

1. *Foreperson*                                7.

    _____                    _____

2.                                             8.

    _____                    _____

3.                                             9.

    _____                    _____

4.                                             10.

    _____                    _____

5.                                             11.

    _____                    _____

6.                                             12.

    _____                    _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **GENERAL JURY VERDICT FORM NO. 2** |
| 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

We the jury, having first been duly impaneled, do hereby find in favor of Defendants, 2K Games, Inc. and Take-Two Interactive Software, Inc. and against Plaintiff, James Hayden. Each juror should place his or her signature on the lines below to attest that the foregoing accurately reflects the jury's decision.

1. *Foreperson*

_____

2.

_____

3.

_____

4.

_____

5.

_____

6.

_____

7.

_____

8.

_____

9.

_____

10.

_____

11.

_____

12.

_____