# EXHIBIT A

```
                                                           Page 1

 1              UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF OHIO
 3                     EASTERN DIVISION
 4
 5    _____
                                      )
 6    JAMES HAYDEN,                   )
                                      )
 7              Plaintiff,            )
                                      )
 8    vs.                             )   No. 1:17-CV-02635-CAB
                                      )
 9    2K GAMES INC. and TAKE-TWO      )
      INTERACTIVE SOFTWARE, INC.,     )
10                                    )
                Defendants.           )
11                                    )
      _____)
12
13         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14              SUBJECT TO THE PROTECTIVE ORDER
15      30(b)(6) and 30(b)(1) DEPOSITION OF JEFFREY THOMAS
16                  San Francisco, California
17                  Friday, January 24, 2020
18                         Volume I
19
20
21    Reported by:
      CATHERINE A. RYAN, RMR, CRR
22    CSR No. 8239
23    Job No. 3838292
24
25    PAGES 1 - 306
```

Page 296

1  Q   But you do not track the frequency with which
2  users of the accused games play with a particular NBA
3  player, such as LeBron James; is that right?
4  A   Yes, we do not track that.
5  Q   You release the games for different consoles,
6  such as Xbox, PlayStation.
7       Any others?
8  A   (Witness nods head.)
9  Q   Which other console?
10 A   PC Switch.
11 Q   With respect to the features that ultimately
12 make it into the game when it's launched, will it be the
13 same for all consoles?
14      MS. CENDALI:  Objection.  Overbroad.
15      You can answer.  Outside the scope.
16      THE WITNESS:  No, not necessarily.  The
17 machines have different power and different
18 capabilities.  So there may be things removed, for
19 example, for a lesser-powered machine.
20 BY MS. YANCHAR:
21 Q   And will there generally be less features in
22 NBA 2K Mobile?
23 A   Generally, yes.
24      (Exhibit 45 was marked for identification.)
25 //