# EXHIBIT L



| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-15 | SAS | 81 | 28.5 | 108.9 | 99.6 | | 1.70 | 1.70 | 13.3 | 12.5 | 12.2 | 7.5 | 9.0 | 59.8 | 59.6 | 17.0 | 95.45 | 10.4 |
| 2013-14 | SAS | 68 | 24.3 | 106.4 | 96.5 | 9.9 | 9.2 | 1.37 | 14.7 | 1.6 | 11.7 | 6.9 | 10.7 | 56.2 | 58.0 | 16.2 | 97.23 | 9.1 |
| 2012-13 | SAS | 80 | 27.5 | 106.3 | 98.7 | 7.5 | 9.5 | 1.50 | 15.1 | 1.8 | 12.3 | 5.7 | 10.1 | 56.5 | 58.4 | 16.4 | 95.81 | 8.9 |
| 2011-12 | SAS | 66 | 23.1 | 106.7 | 98.9 | 7.8 | 8.6 | 1.28 | 12.8 | 3.6 | 11.2 | 7.4 | 10.0 | 54.9 | 57.9 | 17.0 | 95.41 | 9.6 |
| 2010-11 | SAS | 8 | 11.4 | 104.4 | 97.7 | 6.7 | 3.9 | 0.40 | 4.8 | 3.1 | 14.1 | 8.2 | 11.9 | 58.6 | 58.6 | 19.0 | 93.91 | 10.3 |
| 2009-10 | CLE | 20 | 5.7 | 96.6 | 104.3 | -7.7 | 7.4 | 1.00 | 9.8 | 7.1 | 7.5 | 7.3 | 9.8 | 46.2 | 48.0 | 17.4 | 97.62 | 6.7 |

## MISC SPLITS

| BY YEAR | TEAM | GP | MIN | PTS OFF TO | 2ND PTS | FBPS | PITP | OPP PTS OFF TO | OPP 2ND PTS | OPP FBPS | OPP PITP | BLK | BLKA | PF | PFD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-22 | PHI | 62 | 21.8 | 0.8 | 0.7 | 1.0 | 0.6 | 7.6 | 5.4 | 7.3 | 20.3 | 0.6 | 0.2 | 1.7 | 0.4 |
| 2020-21 | PHI | 69 | 28.0 | 2.0 | 0.7 | 2.1 | 1.0 | 10.1 | 6.8 | 8.7 | 27.3 | 0.8 | 0.2 | 1.8 | 0.6 |
| 2019-20 | LAL | 68 | 24.8 | 1.4 | 0.6 | 2.0 | 1.9 | 9.6 | 6.2 | 9.8 | 23.9 | 0.5 | 0.1 | 2.0 | 0.9 |
| 2018-19 | TOR | 80 | 27.7 | 1.5 | 1.1 | 2.2 | 1.7 | 8.2 | 6.9 | 7.4 | 26.1 | 0.7 | 0.2 | 2.1 | 0.8 |
| 2017-18 | SAS | 70 | 25.6 | 1.5 | 0.9 | 1.2 | 2.0 | 7.6 | 5.8 | 6.5 | 22.8 | 1.1 | 0.2 | 1.7 | 1.0 |
| 2016-17 | SAS | 68 | 26.6 | 1.1 | 0.9 | 1.1 | 1.3 | 7.6 | 7.1 | 6.8 | 21.9 | 0.8 | 0.2 | 1.8 | 0.6 |
| 2015-16 | SAS | 79 | 28.5 | 1.4 | 0.9 | 1.5 | 1.7 | 6.7 | 5.6 | 6.1 | 20.7 | 0.8 | 0.3 | 1.8 | 0.8 |
| 2014-15 | SAS | 81 | 28.5 | 1.9 | 1.0 | 1.9 | 2.3 | 6.9 | 7.7 | | 23.6 | 1.1 | 0.2 | 2.0 | 1.2 |
| 2013-14 | SAS | 68 | 24.3 | 1.8 | 1.0 | 1.8 | 2.2 | 7.7 | 6.8 | 6.2 | 22.3 | 0.9 | 0.1 | 1.6 | 0.8 |
| 2012-13 | SAS | 80 | 27.5 | 1.8 | 0.7 | 1.4 | 2.2 | 9.0 | 7.0 | 7.6 | 22.3 | 0.7 | 0.1 | 1.6 | 0.8 |
| 2011-12 | SAS | 66 | 23.1 | 1.8 | 1.0 | 1.9 | 2.2 | 7.6 | 4.7 | 6.4 | 18.5 | 0.7 | 0.1 | 1.6 | 1.2 |
| 2010-11 | SAS | 8 | 11.4 | 1.5 | 0.3 | 0.8 | 1.5 | 2.9 | 3.4 | 1.1 | 9.8 | 0.1 | 0.1 | 0.9 | 0.5 |
| 2009-10 | CLE | 20 | 5.7 | 0.2 | 0.9 | 0.2 | 0.2 | 2.5 | 1.6 | 1.5 | 4.7 | 0.2 | 0.0 | 0.5 | 0.6 |

## SCORING SPLITS

| BY YEAR | TEAM | GP | MIN | %FGA 2PT | %FGA 3PT | %PTS 2PT | %PTS 2PT MR | %PTS 3PT | %PTS FBPS | %PTS FT | %PTS OFFTO | %PTS PITP | 2FGM %AST | 2FGM %UAST | 3FGM %AST | 3FGM %UAST | FGM %AST | FGM %UAST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-22 | PHI | 62 | 21.8 | 15.3 | 84.7 | 12.6 | 2.2 | 84.4 | 16.1 | 3.0 | 13.4 | 10.4 | 87.0 | 13.0 | 92.2 | 7.8 | 91.3 | 8.7 |
| 2020-21 | PHI | 69 | 28.0 | 20.6 | 79.4 | 15.0 | 4.6 | 80.3 | 22.0 | 4.7 | 21.4 | 10.4 | 67.3 | 32.7 | 92.0 | 8.0 | 86.6 | 13.4 |
| 2019-20 | LAL | 68 | 24.8 | 31.0 | 69.0 | 28.2 | 4.8 | 65.8 | 24.3 | 6.0 | 17.7 | 23.4 | 67.5 | 32.5 | 97.5 | 2.5 | 85.8 | 14.2 |
| 2018-19 | TOR | 80 | 27.7 | 31.0 | 69.0 | 23.1 | 6.3 | 72.4 | 21.8 | 4.5 | 15.0 | 16.8 | 62.1 | 37.9 | 91.4 | 8.6 | 81.9 | 18.1 |
| 2017-18 | SAS | 70 | 25.6 | 43.0 | 57.0 | 33.7 | 10.0 | 58.0 | 14.3 | 8.3 | 17.3 | 23.7 | 62.4 | 37.6 | 99.1 | 0.9 | 82.0 | 18.0 |
| 2016-17 | SAS | 68 | 26.6 | 30.7 | 69.3 | 23.3 | 6.0 | 71.2 | 15.1 | 5.5 | 15.1 | 17.3 | 58.6 | 41.4 | 92.4 | 7.6 | 81.3 | 18.8 |
| 2015-16 | SAS | 79 | 26.1 | 37.8 | 62.2 | 33.2 | 9.4 | 60.8 | 21.3 | 6.6 | 18.7 | 23.8 | 71.6 | 28.4 | 96.6 | 3.4 | 85.3 | 14.7 |
| 2014-15 | SAS | 81 | 28.5 | 38.1 | 61.9 | 27.7 | 8.2 | 60.6 | 16.5 | 11.7 | 16.2 | 19.5 | 64.9 | 35.1 | 93.7 | 6.3 | 82.0 | 18.0 |
| 2013-14 | SAS | 68 | 24.3 | 37.0 | 63.0 | 27.8 | 7.4 | 64.1 | 19.9 | 8.1 | 19.9 | 20.4 | 70.9 | 29.1 | 91.7 | 8.3 | 83.5 | 16.5 |
| 2012-13 | SAS | 80 | 27.5 | 37.7 | 62.3 | 28.6 | 8.1 | 63.4 | 13.4 | 8.0 | 17.2 | 20.5 | 70.8 | 29.2 | 96.0 | 4.0 | 85.9 | 14.1 |
| 2011-12 | SAS | 66 | 23.1 | 50.9 | 49.1 | 36.2 | 9.3 | 50.7 | 21.1 | 13.1 | 18.2 | 26.9 | 57.8 | 42.2 | 95.1 | 4.9 | 75.8 | 24.2 |
| 2010-11 | SAS | 8 | 11.4 | 45.7 | 54.3 | 48.8 | 19.5 | 51.2 | 14.6 | 0.0 | 29.3 | 29.3 | 40.0 | 60.0 | 85.7 | 14.3 | 58.8 | 41.2 |
| 2009-10 | CLE | 20 | 5.7 | 43.6 | 56.4 | 45.0 | 10.0 | 45.0 | 7.5 | 10.0 | 7.5 | 35.0 | 55.6 | 44.4 | 83.3 | 16.7 | 66.7 | 33.3 |

## USAGE SPLITS

| BY YEAR | TEAM | GP | MIN | USG% | %FGM | %FGA | %3PM | %3PA | %FTM | %FTA | %OREB | %DREB | %REB | %AST | %TOV | %STL | %BLK | %BLKA | %PF | %PFD | %PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-22 | PHI | 62 | 1353 | 12.1 | 11.3 | 13.6 | 28.1 | 28.8 | 2.2 | 2.3 | 14.8 | 13.1 | 13.4 | 9.4 | 11.5 | 27.0 | 26.6 | 8.5 | 20.1 | 4.9 | 11.8 |
| 2020-21 | PHI | 69 | 1934 | 13.8 | 13.2 | 15.8 | 36.7 | 36.2 | 3.8 | 3.8 | 15.2 | 14.2 | 14.4 | 12.0 | 11.9 | 25.9 | 23.6 | 7.4 | 17.3 | 5.3 | 14.0 |
| 2019-20 | LAL | 68 | 1687 | 13.5 | 13.0 | 15.2 | 31.3 | 31.5 | 5.5 | 5.5 | 13.2 | 14.1 | 13.9 | 9.7 | 11.3 | 25.8 | 13.1 | 5.4 | 16.8 | 7.9 | 13.4 |
| 2018-19 | TOR | 80 | 2215 | 13.9 | 14.4 | 15.4 | 32.0 | 27.9 | 4.5 | 4.4 | 13.8 | 15.4 | 15.1 | 10.0 | 12.3 | 20.2 | 22.4 | 8.9 | 19.4 | 7.2 | 14.9 |
| 2017-18 | SAS | 70 | 1791 | 16.3 | 15.0 | 17.5 | 38.5 | 35.5 | 9.0 | 9.1 | 10.1 | 16.1 | 14.7 | 13.0 | 15.8 | 21.7 | 33.6 | 12.2 | 20.3 | 9.7 | 16.0 |
| 2016-17 | SAS | 68 | 1807 | 13.5 | 12.1 | 14.5 | 38.1 | 37.2 | 4.2 | 4.0 | 8.3 | 15.1 | 13.6 | 14.6 | 16.4 | 25.0 | 23.7 | 9.7 | 19.3 | 5.9 | 12.8 |
| 2015-16 | SAS | 79 | 2062 | 14.3 | 12.1 | 15.4 | 39.5 | 44.1 | 5.3 | 5.8 | 10.9 | 16.7 | 15.4 | 14.4 | 22.2 | 22.9 | 11.5 | 19.9 | 7.9 | 13.8 |
| 2014-15 | SAS | 81 | 2311 | 17.0 | 17.0 | 18.7 | 47.0 | 43.6 | 13.8 | 12.2 | 12.0 | 17.8 | 16.5 | 13.4 | 14.3 | 27.3 | 30.5 | 14.9 | 18.7 | 10.6 | 19.0 |
| 2013-14 | SAS | 68 | 1651 | 16.1 | 16.1 | 17.5 | 45.2 | 42.5 | 9.0 | 9.2 | 7.5 | 16.9 | 14.9 | 12.7 | 15.3 | 23.1 | 28.1 | 16.9 | 16.1 | 9.1 | 17.4 |
| 2012-13 | SAS | 80 | 2201 | 16.4 | 16.0 | 17.0 | 49.3 | 45.9 | 5.3 | 5.5 | 6.5 | 15.3 | 13.6 | 11.7 | 13.0 | 24.1 | 18.9 | 11.6 | 16.8 | 7.7 | 17.3 |
| 2011-12 | SAS | 66 | | 17.0 | 17.4 | 18.2 | 38.6 | 35.6 | 14.5 | 13.5 | 15.4 | 16.4 | 16.1 | 15.5 | 25.2 | 28.2 | 16.0 | 19.6 | 12.9 | 18.8 |

| Season | Team | GP | MIN | PTS | FGM | FGA | FG% | 3PM | 3PA | 3P% | FTM | FTA | FT% | OREB | DREB | REB | AST | STL | BLK | TOV |
|--------|------|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|-----|-----|-----|-----|-----|
| 2010-11 | SAS | 8 | 91 | 19.0 | 25.0 | 22.3 | 33.3 | 32.2 | 0.0 | 0.0 | 12.5 | 21.8 | 19.0 | 5.7 | 25.0 | 10.5 | 25.0 | 20.0 | 18.4 | 10.0 | 21.6 |
| 2009-10 | CLE | 20 | 115 | 17.4 | 18.1 | 21.3 | 40.0 | 40.7 | 9.3 | 10.0 | 27.6 | 11.8 | 16.2 | 10.0 | 11.9 | 37.5 | 37.5 | 41.7 | 17.6 | 17.4 | 17.9 |

**NBA ORGANIZATION**

NBA Official

NBA Careers

**NBA INITIATIVES**

NBA Cares

Jr. NBA

NBA Foundation

Social Justice Coalition

**ACROSS THE LEAGUE**

NBA Communications

Lockervision

NBA Transactions

**SHOP**

Global Stores

NYC Store

NBA Auctions

NBA Photostore

**SUBSCRIPTIONS**

NBA TV

League Pass

Customer Support

© 2022 NBA Media Ventures, LLC. All rights reserved.

Privacy Policy  |  Terms of Use  |  Accessibility and Closed Captions  |  Do Not Sell My Personal Information  |  Customer Support  |  Manage Cookies

If you are having difficulty accessing any content on this website, please visit our Accessibility page.

NBA.com is part of Warner Media, LLC's Turner Sports & Entertainment Digital Network

**Warner**Media