# EXHIBIT D

```
                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF OHIO
                       EASTERN DIVISION


JAMES HAYDEN,                    CASE NO: 1:17CV2635

          Plaintiff,

           v.

2K GAMES, INC., et al.,

          Defendants.

_____
```

Deposition of JAMES HAYDEN

Cleveland, Ohio

Wednesday, October 30, 2019 – 9:04 a.m.

```
Reported by:

Angela Nixon, RMR, CRR

Job No.: 26345
```

Page 85

1  Q.        Did you have conversations with him about what

2  color ink to use?

3  A.        Possibly.

4  Q.        Did Mr. James tell you why he wanted to have the

5  lion on the playing card used?

6           MR. MCMULLEN:  Objection.

7  A.        I can't remember why.

8  Q.        Do you think that the lion had some sort of

9  significance to him?

10          MR. MCMULLEN:  Objection.

11  A.       Possibly.

12          MR. MCMULLEN:  Counsel, we've been going for

13  almost two hours.  Could I suggest that when we get to a

14  convenience spot here we may take a brief break?

15          MS. CENDALI:  I want to do one more related

16  thing, then we'll take a break.

17          MR. MCMULLEN:  Sure, okay.

18          THE WITNESS:  Two hours already?

19          MR. MCMULLEN:  Almost.

20          THE WITNESS:  Wow.

21  BY MS. CENDALI:

22  Q.       I want to show you what's been marked as

23  Defendant's Exhibit 7.

24  A.       The Venetian.

25  Q.       Do you recognize that image of the lion with the

1   wings and the V as the image on the playing card Mr. James

2   gave you?

3           MR. MCMULLEN:  Objection.

4   A.      Do I recognize -- I don't know if I recognize

5   that.

6   Q.      Isn't it true Mr. James gave you a Venetian

7   playing card?

8   A.      I can't remember.

9           MR. MCMULLEN:  Objection.  Go ahead.

10  BY MS. CENDALI:

11  Q.      Isn't it true that the image of the lion on the

12  playing card looked like the Venetian lion that we're

13  looking at in Exhibit 7?

14          MR. MCMULLEN:  Objection.  Can you read that

15  back?

16              (Whereupon the court reporter read back the

17              previous question.)

18  A.      They look different.

19  Q.      How do they look different?

20  A.      One's tattooed on skin looks like to me, and they

21  have different shading and everything.

22  Q.      I'm asking you -- I think you may have

23  misunderstood my question.  Let me ask it again.

24          Isn't it true that the image of the lion on the

25  playing card looked like the image of the lion on Exhibit

1   7?

2                MR. MCMULLEN:  Objection.

3   A.          If this was the playing card I'd be able to tell

4   you, but this is not the playing card.

5   Q.          I'm asking you whether this looked like the image

6   on the playing card.

7                MR. MCMULLEN:  Objection.

8   A.          I can't remember.

9   Q.          Do you have any reason to believe that this isn't

10  the image that was on the playing card?

11               MR. MCMULLEN:  Can you read that back, please?

12                   (Whereupon the court reporter read back the

13                    previous question.)

14               MR. MCMULLEN:  Objection.

15  A.          Do I have any reason to believe that this isn't?

16  I need to see the actual playing card to remember that.

17  Q.          Well, do you remember what the playing card

18  looked like?

19  A.          If I saw it, I would.

20  Q.          Well, you inked the playing -- you saw the

21  playing card, I'm asking you how, if at all, did the image

22  of the lion from the Venetian differ from the image on the

23  playing card, if at all?

24               MR. MCMULLEN:  Objection.

25  A.          This was drawn with a marker.

Page 88

1    Q.          I'm not talking about your tattoo.  I'm asking

2    you, Exhibit 7, the Venetian lion, do you recall it

3    differing in any way from what was on the playing card?

4              MR. MCMULLEN:  Objection, asked and answered.

5    A.          I can't remember.

6    Q.          Did you keep a copy of the playing card?

7    A.          No.

8    Q.          Did you keep the playing card?

9    A.          No.

10   Q.          Isn't it true that Mr. James had gone to the

11   Venetian?

12             MR. MCMULLEN:  Objection.

13   A.          I don't know.

14   Q.          Just to be clear, your -- your testimony is that

15   you did not copy that -- the Venetian lion when you inked

16   the lion on Mr. James that's reflected in Exhibit 6; is

17   that your testimony?

18             MR. MCMULLEN:  Objection.

19   A.          Could you rephrase it -- state that again.

20   Q.          Is it your testimony that you did not copy the

21   Venetian lion when you inked the lion tattoo on Mr. James,

22   which is reflected in Exhibit 6?

23             MR. MCMULLEN:  Objection.

24   A.          They look totally different.

25   Q.          So your testimony is you did not copy the