# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN,<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>　　　　　Defendants | Case No. 1:17-cv-02635<br><br>Judge Christopher A. Boyko |

## PLAINTIFF'S DEPOSITION DESIGNATIONS

The attached document includes Plaintiff James Hayden's affirmative deposition designations, as well as Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.'s (collectively, "Take-Two" or "Defendants") counter designations and objections to Plaintiff's affirmative deposition designations. It further includes Plaintiff's objections to Defendants' counter designations.

Mr. Hayden has designated prior testimony of those witnesses Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.'s (collectively, "Take-Two" or "Defendants") have indicated they will call live at the trial consistent with Fed. R. Civ. P. 32(a)(3). Should Take-Two decide not to call such witnesses, Mr. Hayden reserves the right to designate any prior testimony of any of these witnesses. Mr. Hayden's designation of particular testimony is not an admission that such testimony is appropriate for use by Take-Two at any trial in this matter. Mr. Hayden has endeavored to include on its Exhibit Index all documents discussed in the below designated testimony. To the extent any such exhibit was inadvertently omitted, it is to be considered included within the list of exhibits Mr. Hayden may introduce at trial. Mr. Hayden reserves the right to use any and all of his initial designations as counter-designations to Take-Two's initial designations. Mr. Hayden also reserves the right to supplement his designations, including

1

2

designations for authenticity purposes. Mr. Hayden further reserves the right to use any deposition testimony that does not appear in these designations for purposes of impeachment. Mr. Hayden continues his investigation and trial preparations and reserves the right, in appropriate circumstances and in accordance with all applicable Federal Rules, Local Rules and Court Orders, to amend, supplement, and/or withdraw these designations, including, but not limited to, in response to further negotiations between the parties, Court orders and rulings, and other developments in the case.

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter Designations | Plaintiff's Objections to Defendants' Counter Designations |
|---|---|---|---|
| **Witness: Alfie Brody** | | | |
| 36:18 – 38:21 | | | |
| 40:12 – 45:4 | | | |
| 60:20 – 61:10 | | | |
| 71:11 – 74:1 | | | |
| 83:6 – 94:25 | | | |
| 137:2 – 141:5 | | | |
| 152:1 – 161:15 | | | |
| 176:9 – 178:17 | | | |
| **Witness: Anton Dawson** | | | |
| 46:23 – 24 | | | |
| 47:23 – 48:5 | | | |
| 50:3 – 10 | | | |
| 50:14 – 15 | | | |
| 51:14 – 52:10 | | | |
| 52:6 – 10 | | | |
| 52:3 – 13 | | | |
| 61:8 – 16 | | | |
| 75:2 – 87:20 | | | |
| 84:12 – 85:7 | | | |
| 99:11 – 102:22 | | | |
| 114:22 – 115:11 | | | |
| 115:12 – 117:18 | | | |
| 128:7 – 130:6 | | | |
| **Witness: Michael Stauffer** | | | |
| 4:9 – 10 | | | |
| 17:13 – 18:24 | | | |
| 22:22 – 23:13 | | | |
| 70:13 – 20 | | | |
| 84:15 – 90:21 | | | |
| 102:12 – 103:10 | | | |
| 106:3 – 111:12 | | | |
| 119:2 – 141:3 | | | |

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter Designations | Plaintiff's Objections to Defendants' Counter Designations |
|---|---|---|---|
| 139:20 – 140:2 | | | |
| 142:13 – 23 | | | |
| **Witness: Tristan Thompson** | | | |
| 27:18 – 29:14 | | | |
| 30:18 – 21 | | | |
| 30:22 – 32:3 | | | |
| 47:6 – 16 | | | |
| 54:15 – 56:24 | | | |
| 68:11 – 69:21 | | | |
| 70:24 – 71:24 | | | |
| 75:16 – 19 | | | |
| 111:2 – 115:8 | | | |
| **Witness: Corie Zhang** | | | |
| 19:4-21:23 | | | |
| 25:7-11 | | | |
| 26:3-10 | | | |
| 26:24-27:20 | | | |
| 28:4-17 | | | |
| 31:8-32:11 | | | |
| 36:2-37:21 | | | |
| 41:2-14 | | | |
| 43:16-47:20 | | | |
| 48:11-16 | | | |
| 54:4-55:18 | | | |
| 55:4-57:10 | | | |
| 61:16-21 | | | |
| 62:12-15 | | | |
| 99:22-100-13 | | | |
| 102:10-104:20 | | | |
| 113:18-114:21 | | | |
| 130:9-132:1 | | | |
| 149:11-20 | | | |
| **Witness: Winnie Hsieh** | | | |
| 15:24-16:6 | | | |

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter Designations | Plaintiff's Objections to Defendants' Counter Designations |
|---|---|---|---|
| 42:19-43:16 | | | |
| 55:3-18 | | | |
| 60:5-25 | | | |
| 69:2-21 | | | |
| 81:7-14 | | | |
| 87:8-22 | | | |
| **Witness: LeBron James** | | | |
| 19:20-25 | | | |
| 56:23-58:20 | | | |
| 62:7-13 | | | |
| 66:10-67:11 | | | |
| 73:24-74:2 | | | |
| 76:10-16 | | | |
| 80:19-81:1 | | | |
| 94:25-95:3 | | | |
| **Witness: Danny Green** | | | |
| 9:23-10:25 | | | |
| 24:12-26:7 | | | |
| 26:8-27:13 | | | |
| 26:20-27:13 | | | |
| 30:7-31:17 | | | |
| 32:24-33:7 | | | |
| 34:17-35:15 | | | |
| 38:13-39:20 | | | |
| 52:17-55:4 | | | |
| 60:13-62:6 | | | |
| 81:3-10 | | | |
| 87:16-90:3 | | | |
| 95:22-97:25 | | | |
| 125:13-127:6 | | | |
| 127:10-129:16 | | | |
| **Witness: Joel Friesch** | | | |
| 6:3-7 | | | |
| 24:21-25 | | | |

5

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter Designations | Plaintiff's Objections to Defendants' Counter Designations |
|---|---|---|---|
| 30:4-36:22 | | | |
| 37:13-46:7 | | | |
| 47:4-48:18 | | | |
| 66:3-69:22 | | | |
| 72:2-77:12 | | | |
| 115:2-14 | | | |
| 123:21-124:17 | | | |
| 127:8-19 | | | |
| 128:18-129:3 | | | |
| **Witness: Jeff Thomas** | | | |
| 22:22-26:23 | | | |
| 26:24-27:16 | | | |
| 35:17-22 | | | |
| 52:7-55:25 | | | |
| 88:22-91:5 | | | |
| 90:3-16 | | | |
| 101:25-116:13 | | | |
| 134:7-135:2 | | | |
| 148:8-149:8 | | | |
| 153:2-8 | | | |
| 155:3-156:21 | | | |
| 159:22-160:5 | | | |
| 160:3-19 | | | |
| 160:15-161:1 | | | |
| 161:3-162:9 | | | |
| 164:3-7 | | | |
| 170:1-172:17 | | | |
| 180:4-11 | | | |
| 184:7-195:7 | | | |
| 203:2-18 | | | |
| 214:20-218:22 | | | |
| 222:11-20 | | | |
| 223:1-234:18 | | | |
| 264:17-265:25 | | | |

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter Designations | Plaintiff's Objections to Defendants' Counter Designations |
|---|---|---|---|
| 270:21-271:17 | | | |
| 299:16-300:3 | | | |
| **Witness: Jason Argent** | | | |
| 26:14-29:3 | | | |
| 34:25-35:15 | | | |
| 41:6-44:1 | | | |
| 57:4-61:17 | | | |
| 65:20-25 | | | |
| 69:3-7 | | | |
| 70:9-20 | | | |
| 80:20-81:18 | | | |
| 82:1-7 | | | |
| 98:18-100:20 | | | |
| 105:21-106:9 | | | |
| 118:8-119:7 | | | |
| 119:9-17 | | | |
| 126:13-127:6 | | | |
| 131:22 | | | |
| 138:16-139:13 | | | |
| 152:2–10 | | | |
| 153:18-154:20 | | | |
| 159:14-160:2 | | | |
| 177:12–179:25 | | | |
| 193:11-194:6 | | | |
| 215:3-222:17 | | | |
| 260:1-261:9 | | | |
| 262:5-22 | | | |
| 264:4-265:24 | | | |
| 274:12-22 | | | |
| 276:10-16 | | | |
| 313:1-11 | | | |