# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S AMENDED TRIAL WITNESS LIST**

Plaintiff, James Hayden, submits this amendment to his Proposed Witness List in his Trial Brief (Dkt. # 170):

Mr. Hayden intends to call the following witnesses who will testify in his support and reserves the right to call any witnesses in rebuttal that Take-Two calls as a witness:

| Witness | Brief Description of Subject Matter of the Testimony |
|---|---|
| James Hayden (Plaintiff) | Authorship, ownership, creation of the Asserted Tattoos; customs of tattoo industry; lack of intent for license; licensing history for his works; personal knowledge related to Accused Games. |
| Darren Palmer (Calfee employee who played and captured video footage of Accused Games submitted as exhibits to Opposition to Summary Judgment) | Creation and authentication of exhibits showing clips of Accused Games (Dkt # 109-2, 109-3, 109-4, 109-5, 109-6); personal knowledge related to gameplay of the Accused Games. |
| Justin Lenzo (Economic expert) | Commercial benefit of the Asserted Tattoos to Defendants; market formation in tattoo design licensing; analysis of Jay survey and Jay opinion; opinion submitted in support of Plaintiff's Opposition to Summary Judgment (Dkt. # 109-43). |
| Tolga Bilgicer (Survey expert) | Analysis of Jay survey and Jay opinion; survey results demonstrating that tattoos are a |

1

|  | reason customers buy the Accused Games; opinion submitted in support of Plaintiff's Opposition to Summary Judgment (Dkt # 109-46). |
|---|---|
| Michal Malkiewicz (Damages expert) | Plaintiff's damages; Defendants' gross and net revenue; Defendants' gross and net profit; analysis of Malackowski opinions; Defendants' revenues and profits associated with tattoos and the Asserted Tattoos; opinions submitted in support of Plaintiff's Motion for Partial Summary Judgment (Dkt #93-11) and Opposition to Summary Judgment (Dkt # 109-47). |

In addition, Mr. Hayden has identified the following witnesses, portions of whose deposition testimony may be submitted as evidence:

| Deposition Witness | Brief Description of Subject Matter of the Testimony |
|---|---|
| Alfie Brody | Willfulness, copying, marketing and sales of the Accused Games, authentication of documents |
| Anton Dawson | Creation of the Accused Games, copying, willfulness, authentication of documents |
| Michael Stauffer | Creation of the Accused Games, copying, value of tattoos in Accused Games, customer demand for tattoos in Accused Games, marketing, authentication of documents |
| Corie Zhang | Creation of the Accused Games, copying |
| Winnie Hsieh | Creation of the Accused Games, copying |
| Joel Friesch | Willfulness, copying, gameplay, creation of the Accused Games, marketing, authentication of documents |
| Jeff Thomas | Willfulness, copying, gameplay, creation of the Accused Games, authentication of documents |
| Jason Argent | Willfulness, copying, gameplay, creation of the Accused Games, marketing and sales of Accused Games, authentication of documents |
| LeBron James | Creation of Asserted Tattoos, relationship and communications with Mr. Hayden, originality and creativity of the Asserted Tattoos, relationship with Defendants. |

2

| Tristan Thompson | Creation of Asserted Tattoos, relationship and communications with Mr. Hayden, originality and creativity of the Asserted Tattoos, relationship with Defendants. |
|---|---|
| Danny Green | Creation of Asserted Tattoos, relationship and communications with Mr. Hayden, originality and creativity of the Asserted Tattoos, relationship with Defendants. |

Dated: August 15, 2022

Respectfully submitted,

By: */s/ Andrew Alexander*
John S. Cipolla (Ohio Bar No. 0043614)
Daniel J. McMullen (Ohio Bar No. 0034380)
Andrew W. Alexander (Ohio Bar No. 0091167)
Dustin D. Likens (Ohio Bar No. 0097891)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
jcipolla@calfee.com
dmcmullen@calfee.com
aalexander@calfee.com
dlikens@calfee.com

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
kpinter@calfee.com