UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>     Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>     Defendants. | CASE NO. 1:17-cv-02635-CAB |

**STIPULATED MOTION TO EXTEND THE PAGE LIMITS
FOR MEMORANDA RELATED TO MOTIONS *IN LIMINE***

Pursuant to Local Rule 7.1(f), Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc., and Plaintiff James Hayden, by and through their counsel, respectfully request permission to file oppositions to omnibus motions *in limine* that exceed the 15-page limit established for all memoranda related to non-dispositive motions by 5 pages, for a total of 20 pages.  Each party filed opening omnibus motions *in limine* on August 1, 2022.  *See* Dkt. Nos. 169, 171.  Prior to filing those motions, the parties jointly requested permission to exceed the 15-page limit for all memoranda related to their motions, Dkt No. 164, which this Court granted on July 29, 2022.

Pursuant to the Court's scheduling order, *see* Dkt. 148, each party will be submitting opposition briefs on August 29, 2022.  As the parties' prior motion to exceed the page limit may have been ambiguous as to whether they sought to extend the page limit for their opposition briefs, the parties are submitting this motion.  There is good cause to extend the page limits for opposition briefs to 20 pages because it will allow the parties equal pages for both opening and opposition briefs.  It will also allow the Court to be more fully informed before trial about

evidentiary disputes and the applicable law, thus minimizing issues during trial and leading to a more efficient and smooth process.

Dated: August 25, 2022

| /s/ Andrew Alexander | /s/ Joshua L. Simmons |
|---|---|
| John S. Cipolla (Ohio Bar No. 0043614)<br>Daniel McMullen (Ohio Bar No. 0034380)<br>Andrew Alexander (Ohio Bar No. 0091167)<br>Dustin Likens (Ohio Bar No. 0097891)<br>CALFEE, HALTER & GRISWOLD LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114-1607<br>Telephone: (216) 622-8200<br>Facsimile: (216) 241-0816<br>jcipolla@calfee.com<br>dmcmullen@calfee.com<br>aalexander@calfee.com<br>dlikens@calfee.com<br><br>*Of Counsel*<br>Kimberly A. Pinter (Ohio Bar No. 0084277)<br>CALFEE, HALTER & GRISWOLD LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114-1607<br>Telephone: (216) 622-8200<br>Facsimile: (216) 241-0816<br><br>*Attorneys for Plaintiff James Hayden* | Dale M. Cendali (*pro hac vice*)<br>Joshua L. Simmons (*pro hac vice*)<br>Chris Ilardi (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>dale.cendali@kirkland.com<br>joshua.simmons@kirkland.com<br>chris.ilardi@kirkland.com<br><br>Miranda D. Means (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, Massachusetts 02116<br>Telephone: (617) 385-7500<br>miranda.means@kirkland.com<br><br>Matthew J. Cavanagh (0079522)<br>MCDONALD HOPKINS LLC<br>600 Superior Avenue, East, Ste. 2100<br>Cleveland, Ohio 44114<br>Telephone: 216.348.5400<br>Fax: 216.348.5474<br>mcavanagh@mcdonaldhopkins.com<br><br>*Attorneys for Take-Two 2K Games, Inc. and Take-Two Interactive Software, Inc.* |