# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, <br><br> Plaintiff, <br><br> v. <br><br> 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Defendants. | CASE NO. 1:17-cv-02635-CAB |

## JOINT MOTION TO SEAL
## OPPOSITIONS TO OMNIBUS MOTIONS *IN LIMINE* AND EXHIBITS THERETO

In accordance with Local Rule 5.2 and the Court's Protective Order (Dkt. 32), Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") and Plaintiff James Hayden ("Hayden") hereby move for leave to file under seal: (1) an unredacted version of each party's respective forthcoming oppositions to omnibus motions *in limine* briefing and (2) accompanying exhibits. Specifically, the parties move for leave to redact from their respective briefing and file under seal exhibits that contain information that was designated as confidential pursuant to the Protective Order entered in this case. Dkt. 32. To maintain the confidentiality of that information, therefore, each party will file a public version of its briefing that has the designated-as-confidential information redacted, and each party seeks leave by this motion to file the unredacted versions and their accompanying exhibits under seal. Each party will serve the other with the unredacted versions of all filings including the motion and exhibits, and will file under seal the unredacted versions when the Court grants this motion or as otherwise directed by the Court.

Dated: August 26, 2022

| /s/ Andrew Alexander | /s/ Joshua L. Simmons |
|---|---|
| John S. Cipolla (Ohio Bar No. 0043614)<br>Daniel McMullen (Ohio Bar No. 0034380)<br>Andrew Alexander (Ohio Bar No. 0091167)<br>Dustin Likens (Ohio Bar No. 0097891)<br>CALFEE, HALTER & GRISWOLD LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114-1607<br>Telephone: (216) 622-8200<br>Facsimile: (216) 241-0816<br>jcipolla@calfee.com<br>dmcmullen@calfee.com<br>aalexander@calfee.com<br>dlikens@calfee.com<br><br>*Of Counsel*<br>Kimberly A. Pinter (Ohio Bar No. 0084277)<br>CALFEE, HALTER & GRISWOLD LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114-1607<br>Telephone: (216) 622-8200<br>Facsimile: (216) 241-0816<br><br><br>*Attorneys for Plaintiff James Hayden* | Dale M. Cendali (*pro hac vice*)<br>Joshua L. Simmons (*pro hac vice*)<br>Chris Ilardi (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>dale.cendali@kirkland.com<br>joshua.simmons@kirkland.com<br>chris.ilardi@kirkland.com<br><br>Miranda D. Means (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, Massachusetts 02116<br>Telephone: (617) 385-7500<br>miranda.means@kirkland.com<br><br>Matthew J. Cavanagh (0079522)<br>MCDONALD HOPKINS LLC<br>600 Superior Avenue, East, Ste. 2100<br>Cleveland, Ohio 44114<br>Telephone: 216.348.5400<br>Fax: 216.348.5474<br>mcavanagh@mcdonaldhopkins.com<br><br>*Attorneys for Take-Two 2K Games, Inc. and Take-Two Interactive Software, Inc.* |