IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CASE NO. 1:17-cv-02635-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| 2K GAMES, INC., et al., | ) | **SEAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the the Parties' Joint Motion to Seal. After careful consideration, the Court concludes that the Motion should be, and hereby is **GRANTED**.

It is therefore ORDERED that the Oppositions to the Omnibus Motions *in Limine* and exhibits thereto shall be filed under seal.

Dated: 8/26/2022

*Christopher A. Boyko*

HON. CHRISTOPHER A. BOYKO
United States District Court Judge