# **EXHIBIT D**



# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 4, 2022

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,429,884 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *May 20, 2008*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM *May 20, 2018*
Section 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
    *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Wanda Montgomery
Certifying Officer

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

United States Patent and Trademark Office

Reg. No. 3,429,884
Registered May 20, 2008

## TRADEMARK
### PRINCIPAL REGISTER



LAS VEGAS SANDS CORP. (NEVADA CORPORATION)
3355 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NV 89109

FOR: PLUSH TOYS; PLUSH TOY ANIMALS; STUFFED TOY DOLLS AND ANIMALS; STUFFED TOY ANIMALS; PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-29-2007; IN COMMERCE 3-29-2007.

OWNER OF U.S. REG. NOS. 2,427,620, 2,542,999 AND OTHERS.

THE MARK CONSISTS OF WINGED LION WITH A CREST CONTAINING THE LETTER "V," ACCOMPANIED BY THE TERM "THE VENETIAN".

SER. NO. 77-221,154, FILED 7-3-2007.

PAUL E. FAHRENKOPF, EXAMINING ATTORNEY