# EXHIBIT F



## COPY OF E-FILE APPLICATION

NOTE: The attached Application Report is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as LION service number SR 1-3960098771. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Lion

## Completion/Publication

**Year of Completion:** 2008

## Author

- **Author:** Jim Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1975

## Copyright Claimant

**Copyright Claimant:** Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, United States

## Rights and Permissions

**Organization Name:** Focused Tattoos
**Telephone:** (216)938-6074
**Address:** 1799 Coventry Road
Cleveland Heights, OH 44106 United States

## Certification

**Name:** Kimberly Textoris
**Date:** September 06, 2016
**Applicant's Tracking Number:** 37492

Registration #: *-APPLICATION-*
Service Request #: 1-3960098771

## Mail Certificate

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44113 United States

Priority: Routine   Application Date: September 06, 2016

## Correspondent

Organization Name: Calfee Halter and Griswold, LLP
Name: Kimberly Textoris
Email: ktextoris@calfee.com
Address: 1405 East 6th Street
CLEVELAND, OH 44114 United States

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

*Designates Required Fields

## 1 WORK BEING REGISTERED

1a. *Type of work being registered (Fill in one only)
- ☐ Literary work
- ☐ Visual arts work
- ☐ Sound recording
- ☐ Performing arts work
- ☐ Motion picture/audiovisual work
- ☐ Single serial issue

1b. *Title of this work (one title per space) [_____]

1c. For a serial issue: Volume [___] Number [___] Issue [___] ISSN [___]

Frequency of publication: [___] Other [___]

1d. Previous or alternative title [___]

1e. *Year of completion [____]

**Publication** (If this work has not been published, skip to section 2)

1f. Date of publication [___] (mm/dd/yyyy)    1g. ISBN [___]

1h. Nation of publication  ☐ United States  ☐ Other    Other [___]

1i. Published as a contribution in a larger work entitled [___]

1j. If line 1i above names a serial issue  Volume [___] Number [___] Issue [___] On pages [___]

1k. If work was preregistered  Number PRE-[___]

## 2 AUTHOR INFORMATION

2a. Personal name    *complete either 2a or 2b
First Name [___]    Middle [___]    Last [___]

2b. Organization name [___]

2c. Doing business as [___]

2d. Year of birth [___]    2e. Year of death [___]

2f. *  ☐ Citizenship   ☐ United States  ☐ Other   Other [___]
       ☐ Domicile      ☐ United States  ☐ Other   Other [___]

2g. Author's contribution:  ☐ Made for hire   ☐ Anonymous
                            ☐ Pseudonymous   (Pseudonym is: [___])

2h. *This author created Fill in only the authorship that applies to this author)
Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing/Editor
- Entire Motion Picture
- Direction/Director
- Production/Producer
- Script/Screenplay
- Cinematography/Cinematographer
- Sound Recording

- Music
- Lyrics
- Performance
- Production
- Remix
- Photograph(s)
- Artwork
- Compilation

- Text of Liner Notes
- Text
- 2-D Artwork
- Photograph(s)
- Sculpture/3-D Artwork
- Jewelry Design
- Architectural Work

- Map and/or Technical Drawing
- Musical Arrangement
- Translation
- Compilation
- Computer Program
- Other

Other: [___]

1

# 3 COPYRIGHT CLAIMANT INFORMATION

**Claimant** *complete either 3a or 3b* - If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a. Personal name**   First Name   Middle   Last

**3b. Organization name**

**3c. Doing business as**

**3d. Street address ***

Street address (line 2)

City *   State   ZIP / Postal code   Country

Email   Phone number   *(Add "+" and country code for foreign numbers)*

**3e.** If claimant is **not** an author, copyright ownership acquired by:  ☐ Written agreement  ☐ Will or inheritance  ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM          Skip section 4 if this work is all new.

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production

- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design

- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing

- Translation
- Compilation
- Other

**4b.** Previous registration(s)   Number   Year

**4c.** New material included in this claim *(The work contains new, additional, or revised material)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture

- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text

- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement

- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

First Name   Middle   Last

Name of organization

Street address

2

Street address (line 2)

City | State | ZIP / Postal code | Country

Email | Phone number

(Add "+" and country code for foreign numbers)

# 6 CORRESPONDENCE CONTACT

First name * | Middle | Last *

Name of organization

Street address *

Street address (line 2)

City * | State | ZIP / Postal code | Country

Email * | Daytime phone number

(Add "+" and country code for foreign numbers)

* Complete either 7a, 7b, or both

# 7 MAIL CERTIFICATE TO:

7a. First Name | Middle | Last

7b. Name of organization

7c. Street address *

Street address (line 2)

City * | State | ZIP / Postal code | Country

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

8a. Signature

8b. Printed name | 8c. Date signed

8d. Deposit account number | Account holder

3

**9** Note to Copyright Office (Optional):

**10** Special Handling (Optional)

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.
**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling Reason(s)** (At least one must be selected)

Pending or prospective ☐
Customs matters ☐
Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐

I certify that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work. ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.

4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Karyn Temple Claggett

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-271-044**

Effective Date of Registration:
September 06, 2016

## Title

Title of Work: Lion

## Completion/Publication

Year of Completion: 2008

## Author

- Author: Jim Hayden
  Author Created: 2-D artwork
  Citizen of: United States
  Year Born: 1975

## Copyright Claimant

Copyright Claimant: Jim Hayden
12745 Cedar Road, Cleveland Heights, OH, United States

## Rights and Permissions

Organization Name: Focused Tattoos
Telephone: (216)938-6074
Address: 1799 Coventry Road
Cleveland Heights, OH 44106 United States

## Certification

Name: Kimberly Textoris
Date: September 06, 2016
Applicant's Tracking Number: 37492

Page 1 of 1

**Registration #:** VAu001271044
**Service Request #:** 1-3960098771

Calfee Halter and Griswold, LLP
Kimberly Textoris
1405 East 6th Street
Cleveland, OH 44113 United States



# COPY OF DEPOSIT

VAu 1-271-044

(SR 1-3960098771)

NOTE: Deposits submitted electronically bear no identifying marks

NOTE ALSO: The attached color photocopy is the best possible electrostatic positive print available.

