# EXHIBIT G

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES HAYDEN,                    CASE NO: 1:17CV2635

       Plaintiff,

        v.

2K GAMES, INC., et al.,

       Defendants.

-------------------------------

Deposition of JAMES HAYDEN

Cleveland, Ohio

Wednesday, October 30, 2019 – 9:04 a.m.

Reported by:

Angela Nixon, RMR, CRR

Job No.: 26345

```
 1   show what he wanted the lion tattoo to look like?
 2               MR. MCMULLEN:  Objection.  I'm sorry, go ahead.
 3   A.          It was a reference card, like a playing card.
 4               THE COURT:  A what card?
 5   A.          Playing, like a playing card.
 6   Q.          Did he come into your shop with a playing card
 7   that depicted a lion?
 8   A.          Yeah.
 9   Q.          And did he ask you to put -- ink that lion on
10   him?
11   A.          He said do something like this.
12   Q.          And did you say okay?
13   A.          Yes.
14   Q.          Did you know that one of Mr. James nicknames was
15   Lion?
16   A.          No.
17               MR. MCMULLEN:  Objection.
18   BY MS. CENDALI:
19   Q.          So in inking the lion tattoo on Mr. James, you
20   tried to copy the playing card that he gave you, right?
21               MR. MCMULLEN:  Objection.
22   A.          I didn't try to copy.
23   Q.          You didn't try to copy?
24   A.          I wanted to come up with my own design, style of
25   it.
```

Page 83

1 Q. So just to be clear, did -- are you saying that
2 you didn't copy how the wings would be placed on the lion
3 from the playing card?
4 MR. MCMULLEN: Objection.
5 A. Yes.
6 Q. Are you saying that you didn't come up with the
7 idea of the lion's body position on the playing card?
8 MR. MCMULLEN: Can we hear that back, please?
9 (Whereupon the court reporter read back the
10 previous question.)
11 MR. MCMULLEN: Objection.
12 A. I'm not saying that.
13 Q. Isn't it true that you copied the body position
14 of the lion on the playing card when you inked the tattoo?
15 MR. MCMULLEN: Objection.
16 A. I don't remember the playing card. I just
17 remember the tattoo.
18 Q. Well, you knew that he came in and had the
19 tattoo --
20 A. Uh-huh.
21 Q. Excuse me. You knew that Mr. James came in and
22 showed you the playing card, and he said, according to you,
23 that he wanted a tattoo like this, right?
24 MR. MCMULLEN: Objection.
25 A. Similar.

Page 84

1  Q.     Similar to this?
2  A.     Uh-huh.
3  Q.     And isn't it true that you copied the -- how the
4  wings were placed on the lion from the playing card?
5         MR. MCMULLEN:  Objection.
6  A.     No.
7  Q.     Isn't it true that you copied how the wings
8  looked from the playing card?
9         MR. MCMULLEN:  Objection.
10 A.     No.
11 Q.     Isn't it true you copied the facial impression of
12 the lion from the playing card?
13        MR. MCMULLEN:  Objection.
14 A.     Not true.
15 Q.     Isn't it true you -- that you copied the idea of
16 the lion holding the shield from the playing card?
17        MR. MCMULLEN:  Objection.
18 A.     Nope.
19 Q.     Did Mr. James tell you where on his body he
20 wanted the lion inked?
21 A.     Yes.
22 Q.     What did he tell you?
23 A.     On his chest.
24 Q.     Did he tell you what colors he wanted you to use?
25 A.     No, I can't remember.

212-400-8845 - Depo@TransPerfect.com

Page 216

```
 1   Mr. Green or Mr. Thompson?
 2   A.        Again, no.
 3   Q.        Have you ever exchanged texts with any of them?
 4   A.        No.
 5   Q.        I'd like to show you what's been marked as
 6   Exhibit 43.  Is Exhibit 43 a photograph of a Venetian
 7   playing card?
 8             MR. MCMULLEN:  Objection.
 9   A.        I don't know what this is.
10   Q.        Well, please look at Exhibit 43 and tell me
11   whether this includes the playing card that Mr. James
12   provided you with the lion on it.
13             MR. MCMULLEN:  Objection.
14   A.        This does not look like it.
15   Q.        Do you know for sure whether this was the one
16   that you saw or not?
17             MR. MCMULLEN:  Objection.
18   BY MS. CENDALI:
19   Q.        I just want to make clear, are you denying that
20   this was the card that he showed you, or do you not know
21   one way or the other?
22   A.        I don't know one way or the other.  This doesn't
23   look like it though.
24   Q.        But -- so just to be clear, is it your testimony
25   that this wasn't it, or is your testimony that you're not
```

1  sure whether this was it?
2          MR. MCMULLEN: Objection.
3  A.     This -- this wasn't -- this doesn't look like the
4  one from ten years ago.
5  Q.     Okay. And can you describe for me what the one
6  from ten years ago looked like?
7  A.     I cannot. I don't remember what it looked like.
8  Doesn't look like this, though, looked more like a -- like
9  a regular playing card.
10 Q.     You can't remember -- you can't describe what it
11 looked like, but you knew it didn't look like this, is that
12 your testimony?
13         MR. MCMULLEN: Objection.
14 A.     Yes, basically.
15 Q.     Now, besides your communications with Randy Mims,
16 have you ever had communications with anyone else about
17 this lawsuit?
18 A.     No.
19 Q.     Before you brought this lawsuit, did you discuss
20 suing Take-Two from anyone other than your attorneys?
21 A.     Ask -- ask me that question again.
22 Q.     Sure. Before you brought this lawsuit, did you
23 discuss the possibility of suing Take-Two with anyone other
24 than your attorneys?
25 A.     No.