## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, | |
| Plaintiff | |
| vs. | Case No. 1:17-cv-02635 |
| 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., | Judge Christopher A. Boyko |
| Defendants | |

## PLAINTIFF'S OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS

Plaintiff, James Hayden, submits the following objections and counter-designations to Defendants' deposition designations (Dkt. # 174-1) pursuant to the Court's April 27, 2022 Order. Mr. Hayden's counter-designations are not an admission that such testimony is appropriate for use by Defendants at trial. Mr. Hayden objects to the extent Defendants' attempt to submit deposition testimony from a non-party, non-testifying witness (or individual) on hearsay grounds. Mr. Hayden also objects to Defendants' attempt to submit deposition testimony for any witness that Mr. Hayden calls live at trial.

Further, Mr. Hayden reserves the right to submit any deposition testimony designated by Defendants or counter-designated by Mr. Hayden as if he affirmatively designated such testimony; to supplement his designations, including designations for authentication purposes; and to use any deposition testimony that does not appear in these designations for purposes of impeachment. Mr. Hayden continues his investigations and trial preparations and reserves the right, in appropriate circumstances and in accordance with all applicable Federal Rules, Local Rules, and Court Orders, to amend, supplement, and/or withdraw his designations, including, but

not limited to, in response to further negotiations between the parties, Court Orders and rulings, and other developments in the case.

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| Witness: James Hayden | | | |
| 9:1-9:3 | | 9:4–11 | |
| 9:10-9:15 | | | |
| 13:24-13:25 | | | |
| 14:1-14:11 | | 17:9–10 | |
| 21:25-22:2 | FM | | |
| 24:2-24:3 | | | |
| 25:1-25:3 | FM, SP | | |
| 25:20-25:25 | RV | 26:1–22 | |
| 26:25-27:1 | RV | | |
| 29:22-30:4 | FM | | |
| 30:5-30:6 | NT | | |
| 30:8-30:9 | FM | | |
| 30:10-30:12 | | | |
| 30:13-30:14 | NT | | |
| 30:16-30:16 | IH | | |
| 30:17-30:23 | IH | | |
| 30:24-30:25 | NT | | |
| 31:2-31:2 | IH | | |
| 31:3-31:3 | NT | | |
| 31:5-31:5 | IH | | |
| 31:23-31:25 | NT | | |
| 32:5-32:5 | FM | | |
| 32:6-32:14 | | | |
| 34:3-34:6 | FM, IH, RV | | |
| 37:9-37:11 | RV | | |
| 38:10-38:11 | NT | | |
| 38:13-38:13 | FM, IH, RV | | |
| 38:14-38:16 | FM, RV | | |
| 38:15-38:16 | FM, RV | | |
| 38:17-38:19 | FM, RV | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 38:22-38:24 | FM, RV | | |
| 39:4-39:7 | NT | | |
| 39:10-39:14 | FM, RV | | |
| 39:15-39:17 | NT | | |
| 39:23-39:23 | FM, RV | | |
| 39:24-39:25 | NT | | |
| 40:2-40:2 | FM | | |
| 41:9-41:10 | NT | | |
| 41:12-41:18 | RV | 41:19–25 | |
| 42:1-42:3 | NT | | |
| 42:5-42:5 | FM, IH, RV | | |
| 42:16-42:18 | NT | | |
| 42:20-42:20 | FM, IH, RV | | |
| 43:3-43:5 | NT | | |
| 43:7-43:7 | FM, IH, RV | | |
| 43:13-43:16 | FM, IH, RV | | |
| 44:6-44:8 | NT | | |
| 44:10-44:10 | FM, IH, RV | | |
| 47:2-47:12 | | | |
| 47:13-47:16 | FM | | |
| 47:17-47:19 | | | |
| 48:10-48:18 | | | |
| 48:22-48:25 | | | |
| 49:1-49:6 | RV | | |
| 49:13-49:15 | NT | | |
| 49:17-49:17 | FM | | |
| 50:1-50:7 | | | |
| 50:13-50:18 | RV | | |
| 50:18-50:18 | RV | | |
| 51:3-51:4 | NT | | |
| 51:6-51:8 | FM, RV | 51:9–16 | |
| 52:3-52:9 | | | |
| 55:17-55:21 | | | |
| 56:11-56:12 | NT | | |

3

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 56:14-56:17 | | 56:20–22 | |
| 58:3-58:5 | | 57:18–58:10 | |
| 58:11-58:12 | NT | | |
| 58:14-58:15 | FM | 58:20–24 | |
| 58:25-59:2 | NT | | |
| 59:4-59:4 | | | |
| 60:15-61:1 | FM, RV | | |
| 61:3-61:9 | FM, RV, LC | | |
| 61:16-61:20 | FM | | |
| 61:20-61:20 | FM | | |
| 61:21-61:23 | NT | | |
| 62:6-62:9 | RV | 62:10–11 | |
| 62:20-62:25 | RV | | |
| 65:19-65:22 | AA, SP | 65:16–18 | |
| 65:24-66:1 | SP | | |
| 66:16-66:22 | RV | | |
| 67:12-67:13 | NT | | |
| 67:15-67:17 | RV | | |
| 69:12-69:15 | NT | | |
| 69:17-69:17 | FM, RV, LC | | |
| 69:18-69:19 | NT | | |
| 69:21-69:21 | FM, RV, LC | | |
| 71:23-71:25 | NT | | |
| 72:2-72:2 | | | |
| 72:15-73:3 | | | |
| 75:8-75:18 | AA, FM | 73:25 – 75:7 | |
| 75:20-75:20 | FM | | |
| 77:12-77:14 | NT | | |
| 77:21-77:21 | FM, RV, LC | | |
| 77:22-77:24 | NT | | |
| 78:1-78:1 | FM, RV, LC | | |
| 78:2-78:5 | NT | | |
| 78:7-78:7 | FM, RV, LC | | |
| 78:20-78:22 | NT | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 78:24-78:24 | FM, RV, LC | | |
| 78:25-79:2 | NT | | |
| 79:9-79:9 | FM, RV, LC | | |
| 79:10-79:11 | FM, RV, LC | | |
| 81:2-81:7 | FM | | |
| 81:25-82:1 | NT | | |
| 82:3-82:3 | AF, FD | | |
| 82:6-82:13 | | 82:19 – 83:5 | |
| 84:19-84:23 | | 83:21 – 84:18 | |
| 85:8-85:9 | NT | | |
| 85:11-85:11 | | | |
| 90:13-90:22 | | | |
| 91:1-91:3 | | | |
| 91:4-91:9 | | | |
| 92:1-92:4 | RV | | |
| 92:5-92:7 | NT | | |
| 92:9-92:9 | RV | | |
| 92:10-92:12 | NT | | |
| 92:19-92:19 | FM, RV, LC | | |
| 93:3-93:7 | | | |
| 93:9-93:9 | | 93:10–13 | |
| 93:14-93:15 | | | |
| 93:16-93:24 | | | |
| 94:1-94:1 | | | |
| 94:6-94:8 | | | |
| 94:9-94:14 | | | |
| 94:13-94:15 | | | |
| 94:17-94:21 | LC, RV | | |
| 94:23-94:23 | | | |
| 95:8-95:14 | | 95:4 – 7 | |
| 95:16-95:16 | | | |
| 95:20-96:9 | | | |
| 96:11-96:12 | MR | | |
| 96:14-96:19 | MR | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 97:2-97:3 | NT | | |
| 97:5-97:5 | FM | | |
| 97:9-97:13 | | | |
| 97:18-97:24 | | | |
| 99:23-99:25 | NT | | |
| 100:2-100:10 | | | |
| 100:15-100:16 | | | |
| 112:13-112:16 | | | |
| 112:24-113:2 | | | |
| 113:8-113:15 | | | |
| 113:16-113:18 | RV | | |
| 114:12-114:13 | NT | 114:1 – 11 | |
| 114:15-114:15 | RV | | |
| 115:15-115:18 | | | |
| 115:16-115:21 | MR | | |
| 115:23-115:23 | MR | | |
| 116:20-116:23 | | | |
| 117:2-117:4 | MR, RV, FM | | |
| 117:7-117:9 | NT | | |
| 117:11-117:11 | MR, RV, FM | | |
| 118:5-118:6 | NT | | |
| 118:8-118:9 | | | |
| 118:19-118:22 | MR, RV, FM | | |
| 119:1-119:12 | | | |
| 119:21-119:23 | NT | | |
| 119:25-120:6 | | | |
| 120:8-120:11 | | | |
| 120:13-120:13 | | | |
| 120:19-120:22 | NT | | |
| 120:24-120:24 | LC, RV, FM | | |
| 126:16-126:23 | | | |
| 126:25-127:1 | | | |
| 127:6-127:16 | LC, FM | | |
| 128:25-129:3 | NT | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 129:5-129:5 | MR, FM, LC, AF | | |
| 129:6-129:9 | NT | | |
| 129:11-129:11 | MR, FM, LC, AF | | |
| 129:20-130:1 | NT | | |
| 130:8-130:8 | MR, FM, AF | 130:8 – 14 | |
| 130:17-130:22 | MR, FM, AF | | |
| 130:23-131:3 | NT | | |
| 131:4-131:4 | | | |
| 132:2-132:4 | MR, MD | | |
| 132:6-132:12 | NT | | |
| 132:14-132:14 | MR, MD | | |
| 132:15-132:15 | NT | | |
| 132:17-132:19 | MR, MD | | |
| 132:20-133:7 | MR, MD | | |
| 133:16-133:17 | MR, MD | | |
| 134:21-134:23 | MR, MD | | |
| 134:25-134:25 | MR, MD | | |
| 134:25-135:11 | MR, MD | | |
| 136:10-136:12 | NT | | |
| 136:14-136:14 | | | |
| 137:8-137:18 | NT | | |
| 137:20-137:20 | LC, RV, FM | | |
| 139:12-139:17 | AF, RV | | |
| 139:19-139:19 | AF, RV | | |
| 142:9-142:11 | NT | | |
| 142:14-142:16 | FM, RV | | |
| 142:17-142:19 | NT | | |
| 142:21-142:25 | FM, RV | | |
| 143:2-143:3 | | | |
| 144:1-144:3 | NT | | |
| 144:5-144:5 | RV, LC, FM | | |
| 144:22-144:24 | NT | | |
| 145:1-145:1 | RV, LC, FM | | |
| 145:4-145:6 | NT | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 145:8-145:8 | RV, LC, FM | 145:9 – 17 | |
| 148:17-149:1 | RV, LC, FM | | |
| 150:8-150:12 | MR, RV, LC, FM | 149:8 – 150:7 | |
| 152:3-152:5 | NT | | |
| 152:7-152:7 | FM, MR, RV, LC | | |
| 155:14-155:19 | FM, LC | | |
| 155:22-155:25 | NT | | |
| 156:2-156:2 | FM, LC | | |
| 156:3-156:11 | FM, RV, IH | | |
| 156:13-156:13 | FM, RV, IH | | |
| 158:13-158:17 | SP | | |
| 160:17-160:18 | NT | | |
| 160:20-160:20 | FM, RV, IH, FD | | |
| 161:20-162:11 | AS, FM, RV, SP | 162:12 – 15 | |
| 173:6-173:12 | SP, RV | | |
| 177:24-178:6 | | | |
| 178:11-178:15 | | 178:16 - 19 | |
| 178:20-178:22 | | | |
| 179:20-179:23 | | 179:1 – 19 | |
| 180:1-180:4 | | | |
| 180:22-181:8 | | 181:9 – 182:9 | |
| 182:10-182:12 | | 182:13 - 21 | |
| 182:22-183:2 | | | |
| 183:8-183:10 | | | |
| 184:2-184:3 | NT | | |
| 184:5-184:5 | | | |
| 186:21-186:25 | | | |
| 187:19-187:21 | | | |
| 189:19-189:22 | RV, LC, FM | | |
| 190:9-190:14 | | 190:15 – 18 | |
| 190:19-190:24 | | | |
| 191:12-191:21 | | | |
| 192:1-192:4 | | | |
| 192:14-192:22 | | 192:5 – 13 | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 192:23-193:2 | | | |
| 194:8-194:20 | | | |
| 194:21-195:6 | | | |
| 195:10-195:12 | | | |
| 196:24-197:4 | | | |
| 197:15-197:18 | | | |
| 203:1-203:4 | | | |
| 203:8-203:12 | | | |
| 204:18-204:21 | RV | | |
| 205:16-205:20 | RV, FM | | |
| 208:10-208:11 | NT | | |
| 208:13-208:17 | | | |
| 208:19-208:25 | | | |
| 209:2-209:6 | RV, FM, SP | | |
| 209:8-209:19 | NT, FM, RV, SP | | |
| 209:21-209:25 | FM, RV, SP | | |
| 210:2-210:5 | FM | | |
| 210:8-210:9 | NT | | |
| 210:11-210:12 | | | |
| 210:14-210:16 | FM | | |
| 210:18-210:22 | FM | | |
| 210:24-211:2 | FM | 211:3 – 212:1 | |
| 212:4-212:8 | NT | | |
| 212:10-212:12 | FM | | |
| 212:14-212:16 | FM | | |
| 212:21-212:25 | FM, LC | | |
| 213:2-213:6 | FM, LC | | |
| 213:8-213:16 | FM, LC | | |
| 221:1-221:4 | FM, LC | | |
| **Witness: LeBron James** | | | |
| 10:3-10:6 | | | |
| 18:1-18:3 | | 18:4 – 5 | |
| 18:6-18:9 | | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 18:22-18:24 | | 19:10 – 19, 20:3 – 22:13, 23:7 – 18, 28:15 – 34:11 | |
| 34:12-34:23 | | 34:24 – 38:25 | |
| 39:1-39:9 | | 39:10 – 40:13 | |
| 40:14-40:19 | | | |
| 45:5-45:24 | | 44:3 – 45:4 | |
| 45:25-46:12 | | 46:13 – 48:9 | |
| 48:10-48:12 | | | |
| 48:15-48:16 | | | |
| 48:18-48:21 | | | |
| 48:22-49:8 | | 49:9 – 15 | |
| 49:16-49:23 | | | |
| 50:2-50:9 | | 50:10 – 15 | |
| 50:16-51:3 | | 51:4 – 7 | |
| 51:8-51:23 | | 51:24 – 55:7 | |
| 55:8-55:10 | | | |
| 55:12-55:12 | | | |
| 55:14-55:19 | | 55:20 – 56:16, 56:21 | |
| 66:14-67:3 | | 58:21 – 59:2, 60:9 – 25, 61:25 – 62:5, 62:14 – 64:18, 67:12 – 73:2 | |
| 73:20-73:23 | | 74:3 – 7 | |
| 74:9-74:14 | | | |
| 75:11-76:5 | | | |
| 76:7-76:13 | | | |
| 76:16-76:21 | | | |
| 76:23-76:24 | | | |
| 77:2-77:10 | | | |
| 77:15-77:18 | | | |
| 77:20-77:25 | | | |
| 78:5-78:5 | | | |
| 78:7-78:9 | | | |
| 78:10-78:23 | | 78:24 – 79:7 | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 79:10-79:12 | | | |
| 79:16-79:18 | | | |
| 79:20-79:25 | | 80:4 – 80:11 | |
| 81:5-81:19 | | | |
| 81:22-81:22 | | 82:9 – 19, 90:17 – 91:10, 93:14 – 94:9 | |
| 103:20-104:1 | | | |
| 104:2-104:3 | | | |
| 104:6-104:8 | | 104:10 – 105:1 | |
| 106:11-106:16 | LC, LD | | |
| 107:2-107:14 | LD | | |
| 108:7-108:16 | LD | | |
| 108:19-109:4 | LD | | |
| 109:6-109:9 | LD | | |
| 109:10-109:14 | LD | | |
| 109:16-109:19 | LD | | |
| 109:20-110:23 | LD | | |
| 110:25-111:13 | LD | | |
| 111:15-111:18 | LD | | |
| 111:21-112:11 | RV | | |
| 112:12-112:16 | LD, FM, LC | | |
| 112:19-112:19 | LD, FM, LC | | |
| 112:21-113:6 | LD, LC | | |
| 113:9-113:12 | LD, LC | | |
| 113:14-114:1 | LD, LC | | |
| 114:4-114:4 | LD, LC | | |
| 114:6-114:13 | LD | | |
| 114:15-114:18 | LD | | |
| 114:21-115:2 | LD, LC | | |
| 115:5-115:5 | LD, LC | | |
| 115:7-115:13 | NT, LD | | |
| 115:15-115:15 | LD | | |
| 115:17-115:17 | NT | | |
| 115:19-115:19 | LD | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 115:21-116:7 | RV | | |
| 116:9-116:9 | LD, RV | | |
| 116:11-116:21 | NT, LD | | |
| 116:23-116:23 | LD | | |
| 116:25-116:25 | NT, LD | | |
| 117:2-117:2 | LD | | |
| 117:4-117:9 | NT, LD | | |
| 117:11-117:11 | LD | | |
| 117:13-117:14 | LD | | |
| 117:17-118:10 | LD, RV | | |
| 118:14-118:21 | LD, RV | | |
| 118:22-119:4 | LD, RV | | |
| 119:8-119:11 | LD, SP, IH, RV | | |
| 119:13-120:1 | LD, RV | | |
| 120:3-120:3 | LD, RV, LC | | |
| 120:5-120:5 | NT, LD | | |
| 120:7-120:7 | LD, LC | | |
| 120:9-120:11 | NT, LD | | |
| 120:14-120:15 | LD, LC, MR | | |
| 120:17-120:25 | NT, LD | | |
| 121:2-121:2 | LD, LC | | |
| 121:4-121:4 | NT, LD | | |
| 121:6-121:6 | LD, LC | | |
| 121:8-121:18 | NT, LD | | |
| 121:20-121:20 | LD, MR | | |
| 121:22-121:23 | LD, MR | | |
| 122:2-122:9 | NT, LD | | |
| 122:11-122:11 | LD, RV | | |
| 122:13-122:13 | NT, LD | | |
| 122:15-122:15 | LD, RV | | |
| 122:17-122:19 | NT, LD | | |
| 122:22-122:22 | NT, LD | | |
| 122:25-123:6 | LD, RV, LC | | |
| 123:8-123:13 | NT, LD | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 123:15-123:15 | LD, LC | | |
| 123:17-123:17 | NT, LD | | |
| 123:19-123:19 | LD, LC | | |
| 123:21-123:23 | | | |
| 124:15-124:20 | NT, LD | 124:2 – 7 | |
| 124:22-124:22 | LD, LC | | |
| 124:24-124:25 | LD, LC | | |
| 125:3-125:11 | NT, LD | | |
| 125:13-125:13 | LD, LC | | |
| 125:15-125:15 | NT, LD | | |
| 125:17-125:17 | LD, LC | | |
| 125:19-126:9 | LD, LC | | |
| 126:12-126:14 | LD, LC | | |
| 126:17-127:7 | LD, FM, LC | | |
| 127:11-127:13 | LD, FM, LC | | |
| 127:15-127:23 | NT, LD | | |
| 127:25-127:25 | LD | | |
| 128:2-128:2 | NT, LD | | |
| 128:4-128:4 | LD | | |
| 128:6-128:14 | LD, RV | 129:16 – 130:9 | |
| **Witness: Danny Green** | | | |
| 7:6-7:11 | | 15:8 – 17:3, 17:10 – 23, 21:17 – 22:2 | |
| 22:3-22:5 | | | |
| 22:18-22:20 | | | |
| 22:23-22:25 | | | |
| 23:4-23:12 | | 23:13 – 24:7, 27:14 – 30:6, 31:18 – 32:23, 33:8 – 20 | |
| 33:21-33:25 | | | |
| 34:2-34:10 | | | |
| 34:12-34:16 | | | |
| 35:16-35:20 | | 35:21 – 36:14, 38:10 – 12, 40:21 – 42:16, | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
|  |  | 43:5 – 44:24, 45:6 – 52:16 |  |
| 51:18-51:24 |  |  |  |
| 52:3-52:16 |  |  |  |
| 57:16-57:18 |  | 56:3 – 57:6, |  |
| 58:15-58:24 |  | 58:25 – 59:8 |  |
| 65:11-65:13 |  | 63:8 – 65:10, 65:14 – 67:14, 72:23 – 76:18 |  |
| 76:19-76:25 |  |  |  |
| 77:2-77:15 |  | 77:16 – 78:11 |  |
| 82:11-82:17 |  | 82:18 – 83:13 |  |
| 83:14-83:24 |  | 83:25 – 84:24 |  |
| 95:14-95:16 |  |  |  |
| 95:18-95:21 |  | 98:6 – 107:25 |  |
| 108:2-108:7 |  |  |  |
| 108:10-108:25 |  |  |  |
| 109:2-109:3 |  | 109:9 – 18, 110:21 – 114:13 |  |
| 125:24-126:7 |  | 116:6 – 124:21 |  |
| 126:24-127:6 |  | 130:10 – 131:22 |  |
| 132:8-132:12 | LD, AA, RV |  |  |
| 132:18-132:20 | NT |  |  |
| 133:2-133:2 | LD, AA, RV |  |  |
| 133:3-133:4 | NT |  |  |
| 133:10-133:10 | LD, AA, RV |  |  |
| 133:11-133:14 | NT |  |  |
| 133:20-133:25 | LD, AA, RV, LC |  |  |
| 134:2-134:6 | LD, AA, RV, LC |  |  |
| 134:7-134:12 | NT |  |  |
| 134:18-134:25 | MR, LD, LC, RV, AA |  |  |
| 135:2-135:2 | MR, LD, LC, RV, AA |  |  |
| 135:8-135:9 | MR, LD, LC, RV, AA |  |  |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 135:18-135:19 | NT | | |
| 136:7-136:21 | LD, AA, RV | | |
| 136:22-136:22 | LD, AA, RV | | |
| 137:5-137:18 | LD, AA, RV | | |
| 138:6-138:9 | LD, AA, RV | | |
| 138:12-138:18 | LD, AA, RV | | |
| 138:21-138:21 | LD, AA, RV | | |
| 139:17-139:25 | LD, AA, RV | | |
| 140:2-140:9 | LD, AA, RV, MR | | |
| 140:12-140:21 | LD, AA, RV, MR | | |
| 141:3-141:5 | LD, AA, RV, MR | | |
| 141:8-141:15 | LD, AA, RV | | |
| 141:18-141:18 | NT | | |
| 141:21-141:25 | LD, AA, RV | | |
| 142:2-142:19 | LD, AA, RV | | |
| 142:20-142:25 | NT | | |
| 143:2-143:9 | LD, AA, RV | | |
| 143:12-143:13 | NT | | |
| 143:16-143:25 | LD, AA, RV | | |
| 144:2-144:5 | NT | | |
| 144:7-144:8 | LD, AA, RV, LC | | |
| 144:10-144:10 | LD, AA, RV, LC | | |
| 144:13-144:25 | LD, AA, RV, LC | | |
| 145:2-145:8 | LD, RV | | |
| 145:11-145:11 | LD, RV | | |
| 145:12-145:25 | NT | | |
| 146:2-146:2 | NT | | |
| 146:5-146:7 | LD | | |
| 146:10-146:10 | LD | | |
| 146:11-146:25 | LD, RV | | |
| 147:2-147:14 | LD, RV | | |
| 147:15-147:25 | LD, RV, AA | | |
| 148:2-148:5 | NT | | |
| 148:8-148:9 | LD, RV, AA | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 148:12-148:16 | LD, RV, AA | | |
| 148:19-148:19 | LD, RV, AA | | |
| 148:25-148:25 | NT | | |
| 149:2-149:3 | NT | | |
| 149:6-149:7 | LD | | |
| 149:8-149:25 | LD, FM, MR | | |
| 150:2-150:6 | LD, AA, FM, MR | | |
| 150:7-150:20 | LD, FM, MR, AA, LC | | |
| 150:23-150:25 | LD, FM, MR, AA, LC | | |
| 151:4-151:10 | LD, FM, MR, AA, LC | | |
| 151:13-151:17 | NT | | |
| 151:20-151:23 | LD, LC, RV | | |
| 151:24-151:25 | LC, RV | | |
| 152:2-152:2 | NT | | |
| 152:5-152:5 | FM, LC, RV | | |
| 152:6-152:14 | LD, LC, FM | | |
| 152:17-152:20 | LD, LC, FM, RV | | |
| 152:23-152:25 | LD, RV | | |
| 153:2-153:5 | LD, LC, RV | | |
| 153:8-153:18 | LD, LC, RV, AA | | |
| 153:21-153:25 | LD, LC, RV, AA | | |
| 154:2-154:9 | LD, AA, RV | | |
| 154:12-154:20 | AA, RV | | |
| 155:2-155:13 | NT | | |
| 155:16-155:18 | LD, MR, AA, LC, SP | | |
| 155:21-155:25 | LD, MR, AA, LC, SP | | |
| 156:2-156:4 | LD, AA, MR | | |
| 156:15-156:24 | NT | | |
| 157:3-157:4 | LD, AA, FM, MR | | |
| 157:7-157:13 | LD, AA, FM, MR | | |
| 157:16-157:17 | LD, AA, FM, MR | | |
| 157:20-157:20 | LD, AA, FM, MR | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 157:21-157:25 | NT | | |
| 158:7-158:7 | LD, FM, AA, LC | | |
| 158:8-158:20 | NT | | |
| 158:23-158:25 | LD, MR, AA | | |
| 159:4-159:4 | LD, MR, AA | | |
| 159:10-159:16 | NT | | |
| 159:20-159:25 | LD, FM, AA, MR, LC | | |
| 160:2-160:10 | NT | | |
| 160:13-160:16 | LD, MR, SP, FM, RV | | |
| 160:17-160:20 | NT | | |
| 160:23-160:25 | LD, SP, RV | | |
| 161:2-161:12 | NT | | |
| 161:15-161:17 | LD, FM, SP, RV | | |
| 161:20-161:25 | LD, FM, SP, RV | | |
| 162:2-162:5 | NT | | |
| 162:7-162:8 | LD, AA, SP, FM, RV, MR | | |
| 162:11-162:19 | LD, AA, SP, FM, RV, MR | | |
| 162:22-162:23 | LD, AA | | |
| 163:2-163:14 | LD, AA, LC, RV | | |
| 163:17-163:19 | LD, AA, LC, RV | | |
| 163:22-163:25 | LD, AA, LC, RV | | |
| 164:2-164:11 | LD, AA, LC, RV | | |
| 164:20-164:25 | NT | | |
| 165:2-165:7 | NT | | |
| 165:9-165:11 | LD, AA, LC, RV | | |
| 165:13-166:13 | LD, AA, LC, RV | | |
| 166:16-166:22 | LD, MR, AA, FM, RV | | |
| 166:25-166:25 | LD, MR, AA, FM, RV | | |
| 167:2-167:15 | NT | | |
| 167:18-167:19 | LD, MR, AA, RV | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 167:22-167:22 | LD, MR, AA, RV | | |
| 167:23-167:25 | NT | | |
| 168:2-168:15 | LD, RV | | |
| 168:16-168:25 | NT | | |
| 169:2-169:7 | NT | | |
| 169:10-169:12 | LD, RV, AA | | |
| 169:16-169:19 | NT | | |
| 169:23-169:23 | LD, RV, AA | | |
| 169:24-169:25 | NT | | |
| 170:2-170:2 | NT | | |
| 170:6-170:19 | LD, RV, AA | | |
| 170:20-170:24 | NT | | |
| 171:3-171:17 | LD, RV, AA, LC | | |
| 171:20-171:22 | LD, RV, AA, LC | | |
| 171:25-171:25 | LD, RV, AA, LC | | |
| 172:2-172:13 | LD, RV, SP, RV | | |
| 172:16-172:16 | NT | | |
| 172:19-172:19 | LD, RV, SP, RV | | |
| 173:6-173:17 | LD, LC, RV, AA | | |
| 173:20-173:21 | NT | | |
| 173:24-173:25 | LD, LC, RV, AA | | |
| 174:2-174:4 | NT | | |
| 174:7-174:7 | LD, LC, RV, AA | | |
| 174:8-174:11 | NT | | |
| 174:14-174:14 | LD, MR, RV, AA | | |
| 174:18-174:20 | NT | | |
| 174:23-174:23 | LD, RV, AA | | |
| 175:6-175:14 | NT | | |
| 175:17-175:17 | LD, MR, AA | | |
| 176:14-176:21 | NT | | |
| 176:23-176:24 | LD, MR, AA, RV | | |
| 177:3-177:7 | LD, MR, AA, RV | | |
| 177:10-177:13 | LD, RV, AA | | |
| 177:16-177:21 | LD, MR, RV, AA | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 177:25-177:25 | LD, AA, RV | | |
| 178:2-178:7 | NT | | |
| 178:20-178:20 | LD, RV, MR | | |
| 191:11-191:22 | | 180:15 – 182:14, 185:2 – 9, 185:21 – 25, 188:3 – 189:25 | |
| 192:4-192:10 | | | |
| 192:11-192:14 | | | |
| 192:22-192:25 | | | |
| 193:2-193:25 | | | |
| 194:4-194:9 | | | |
| **Witness: Tristan Thompson** | | | |
| 8:13-8:16 | | | |
| 19:23-19:25 | | | |
| 20:6-20:10 | | 20:25-21:7 | |
| 35:7-35:12 | | 35:13-25 | |
| 36:2-36:4 | | | |
| 36:9-36:13 | | | |
| 37:3-37:5 | | 36:22-37:1 | |
| 43:12-44:5 | | | |
| 44:7-44:10 | | | |
| 45:7-45:15 | | 45:2-6 | |
| 46:23-47:5 | | 45:16-46:22 | |
| 50:23-51:9 | | 51:10-53:20 | |
| 63:6-64:5 | | | |
| 93:19-94:5 | LD | | |
| 95:12-96:19 | LD, LC | | |
| 96:20-97:11 | LD, FM | | |
| 97:16-97:16 | LD | | |
| 97:17-99:2 | LD, LC, FM | | |
| 99:5-99:5 | FM | | |
| 99:7-100:1 | LD, LC | | |
| 100:4-100:21 | LD, LC, FM | | |
| 100:24-100:24 | FM | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 101:2-101:18 | LD, LC | | |
| 101:22-102:12 | LD, LC, FM | | |
| 102:15-102:15 | FM | | |
| 104:8-104:9 | AA, NT | | |
| 104:13-105:14 | AA, LC, LD | | |
| 105:17-105:17 | FM | | |
| 105:19-106:16 | LD, LC | | |
| 106:17-107:6 | LD, LC, FM | | |
| 107:9-107:9 | FM | | |
| 107:11-107:23 | LD, AF, FM | | |
| 108:1-108:1 | FM | | |
| 109:9-109:23 | | 110:13-24 | |
| **Witness: Jon Hayden** | | | |
| 8:4-8:9 | NT | | |
| 11:23-12:3 | RV | | |
| 12:10-12:11 | RV | | |
| 13:15-13:19 | RV | | |
| 22:17-22:23 | RV/FM | 23:6-17, 30:20-31:16 | |
| 39:18-39:20 | RV/FM/FD | | |
| 39:23-40:1 | RV/FM | | |
| 40:3-40:10 | RV/FM | | |
| 40:22-41:3 | RV/FM | | |
| 41:4-41:6 | RV/FM/LC | | |
| 41:9-41:15 | RV/FM/LC | | |
| 49:7-49:9 | RV/FM | | |
| 49:12-49:12 | RV | | |
| 52:25-53:2 | NT | | |
| 53:4-53:4 | RV/FM/LC | | |
| 54:4-54:14 | RV/FM | | |
| 55:8-55:15 | RV/FM | | |
| 55:17-55:17 | RV/FM | | |
| 56:11-56:13 | NT | | |
| 56:15-56:15 | RV/FM | | |
| 59:15-59:18 | RV | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 60:22-61:4 | RV | | |
| 61:5-61:8 | RV/FM | | |
| 61:10-61:12 | RV/FM | | |
| 61:14-61:14 | RV/FM | | |
| 69:4-69:6 | NT | | |
| 69:8-69:8 | RV/FM | | |
| 70:4-70:5 | NT | | |
| 70:8-70:8 | RV/FM/LC | | |
| 70:9-70:10 | NT | | |
| 70:12-70:12 | RV/FM/LC | | |
| 71:2-71:12 | RV/FM | | |
| 71:15-71:15 | RV/FM | 71:22-72:3 | |
| 72:13-72:15 | NT | | |
| 72:17-72:19 | RV/FM | | |
| 72:22-73:2 | RV/FM/LC | | |
| 73:5-73:9 | RV/FM | | |
| 74:4-74:14 | RV | | |
| 80:23-80:25 | RV | | |
| 93:25-94:2 | NT | | |
| 94:5-94:5 | RV/FM | | |
| 97:22-97:24 | RV | | |
| 98:10-98:15 | RV | | |
| 103:6-103:12 | RV | | |
| 115:3-115:13 | NT/RV | 108:16-109:2 | |
| 117:3-117:5 | RV | | |
| 117:6-117:10 | RV | | |
| 117:11-117:13 | NT | | |
| 117:16-117:16 | RV/FM | | |
| 127:8-127:11 | RV | 130:8-18, 136:21-137:3 | |
| 187:12-187:14 | NT | | |
| 187:17-187:25 | RV/FM | | |
| 188:3-188:3 | RV/FM | | |
| 188:4-188:5 | NT | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 188:7-188:10 | RV/FM | | |
| 188:13-188:13 | RV/FM/LC | | |
| 190:10-190:16 | RV/FM | | |
| 190:18-190:20 | NT | | |
| 190:23-190:24 | RV/FM | | |
| 190:25-191:13 | NT/RV | | |
| 191:16-191:24 | RV | | |
| 191:25-192:5 | NT | | |
| 192:8-192:9 | RV/FM/MD | | |
| 192:23-193:2 | NT | | |
| 193:5-193:5 | RV/FM/SP | | |
| 193:6-193:8 | NT | | |
| 193:19-193:19 | RV/FM/SP | | |
| 193:20-193:22 | NT | | |
| 193:25-193:25 | RV/FM/SP | | |
| 201:1-201:8 | RV | | |
| 206:1-206:10 | RV | | |
| 206:13-206:15 | RV/FD | | |
| 207:1-207:4 | RV/FM | | |
| 207:7-207:7 | RV/FM | | |
| 248:6-248:8 | RV/FD | 255:3-256:5 | |
| 260:24-261:15 | NT/RV | | |
| 262:15-262:18 | RV | | |
| 263:13-263:14 | NT | | |
| 263:23-263:25 | RV/RM | | |
| 264:7-264:18 | NT/RV | | |
| 265:6-265:8 | RV/FM | | |
| 266:20-267:9 | NT/RV | | |
| 268:4-268:5 | NT | | |
| 268:8-268:10 | RV/FM/FD | | |
| 268:11-268:11 | RV | | |
| 268:14-268:19 | NT/RV | | |
| 268:21-269:9 | RV | | |
| 269:12-269:20 | RV | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 270:6-270:16 | RV | | |
| 272:5-272:21 | NT/RV | | |
| 273:22-274:12 | NT/RV | | |
| 274:16-274:16 | RV/FM/FD | | |
| 276:8-276:13 | RV | | |
| 276:15-276:16 | RV/FM | | |
| 276:18-276:19 | RV/FM | | |
| 276:23-276:23 | NT | | |
| 277:1-277:2 | RV/FM/FD | | |
| 277:3-277:4 | NT | | |
| 277:7-277:7 | RV/MR | | |
| 277:9-277:22 | NT/RV | | |
| 278:2-278:4 | RV | | |
| 278:13-278:14 | NT | | |
| 278:16-278:22 | RV/FM | | |
| 278:25-279:4 | RV/FM | 278:22-279:11 | |
| 279:12-279:13 | NT | | |
| 279:16-279:16 | RV/FM | | |
| 279:25-280:14 | NT/RV | 280:22-282:2 | |
| 281:1-281:3 | | | |
| 281:6-281:7 | | | |
| 281:22-281:23 | | | |
| 282:1-282:2 | | | |
| 282:3-282:19 | NT/RV | | |
| 283:5-283:7 | | 282:23-283:20 | |
| 285:3-285:21 | NT/RV | | |
| 285:22-286:23 | | 285:25-286:3 | |
| 300:2-300:7 | RV | | |
| 308:5-308:7 | NT | | |
| 308:10-308:10 | RV/SP/FD | | |
| 316:23-316:25 | NT | | |
| 317:2-317:2 | RV/FM | | |
| 317:12-317:16 | NT | | |
| 317:17-317:17 | RV/FM/LC | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 320:6-320:7 | NT | | |
| 320:9-320:12 | RV/FM | | |
| 320:15-320:16 | RV/SP | | |
| 321:11-321:12 | NT | | |
| 321:15-321:15 | RV/SP | | |
| 322:6-322:8 | RV | | |
| 324:21-324:22 | NT | | |
| 324:25-325:2 | RV/FD | | |
| 325:5-325:8 | RV/LC | | |
| 327:13-327:14 | NT | | |
| 327:16-327:24 | RV/FM | | |
| 328:2-328:2 | RV/LC | | |
| 328:13-328:15 | NT | | |
| 328:18-328:22 | RV/LC | | |
| 328:25-328:25 | RV/FM | | |
| 336:24-336:25 | NT | | |
| 337:3-337:5 | RV/FM | | |
| **Witness: Bernardino Tovanche** | | | |
| 7:12-7:15 | RV | | |
| 8:4-8:9 | RV | | |
| 9:24-10:8 | RV | | |
| 10:12-10:12 | RV/IH/SP | | |
| 11:18-11:20 | NT | | |
| 11:24-12:7 | RV/FM/IH/SP | 13:4-14:10, 16:6-21 | |
| 21:1-21:1 | NT | | |
| 21:4-21:7 | RV/FM | 21:16-22:1 | |
| 22:8-22:9 | NT | | |
| 22:12-22:17 | RV/SP | 22:8-23:4 | |
| 22:20-23:5 | | | |
| 23:8-23:8 | RV/FM/SP | 24:5-22, 26:17-27:1 | |
| 30:20-30:20 | NT | | |
| 30:23-31:9 | RV/FM/NT/FD | | |
| 31:18-31:20 | RV/FD | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 32:18-32:21 | RV | | |
| 32:22-33:4 | RV | | |
| 33:21-34:1 | RV | 33:6-20 | |
| 34:4-34:15 | RV/IH | | |
| 34:18-34:23 | RV/SP | | |
| 35:1-35:2 | RV/FD/SP | | |
| 36:3-36:4 | NT | | |
| 36:7-36:14 | RV/SP | | |
| 36:15-37:4 | RV | | |
| 37:7-37:9 | RV/FM | | |
| 46:20-46:24 | RV | | |
| 47:7-48:23 | RV | | |
| 54:20-54:22 | NT | | |
| 54:25-55:4 | RV/FM/LC | | |
| 55:7-55:11 | RV/FM | | |
| 55:15-55:18 | RV/FM/LC | | |
| 55:21-55:24 | RV/FM/LC | | |
| 56:2-56:2 | RV/FM/LC | | |
| 56:3-56:5 | NT | | |
| 56:8-56:8 | RV/SP | | |
| 56:15-56:17 | NT | | |
| 56:20-56:23 | RV/LC | | |
| 56:25-56:25 | NT | | |
| 57:5-57:7 | RV/MR/SP/LC | | |
| 57:10-57:10 | RV/FM | | |
| 86:4-86:22 | RV/NT | | |
| 86:25-87:7 | RV/FD/SP | | |
| 87:20-87:20 | NT | | |
| 87:25-88:19 | RV | | |
| 89:12-89:13 | NT | | |
| 89:16-89:20 | RV/FM | | |
| 89:21-89:21 | NT | | |
| 89:24-90:3 | RV/FM | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 90:6-90:6 | NT | | |
| 90:9-90:12 | RV/FM | | |
| 90:20-90:20 | NT | | |
| 90:23-90:23 | RV/FM | | |
| 91:7-91:9 | RV/FM | | |
| 91:13-91:18 | RV | | |
| 95:24-95:25 | NT | | |
| 96:4-96:4 | RV/FM/IH/SP | | |
| 96:20-96:20 | NT | | |
| 96:24-97:2 | RV/FM/IH/SP | | |
| 97:4-97:4 | RV/FM | 99:20-100:2 | |
| 102:1-102:3 | NT | | |
| 102:9-102:11 | NT | | |
| 102:14-102:14 | RV/SP/FD | | |
| 102:15-102:17 | NT | | |
| 102:20-102:20 | RV/SP | | |
| 102:25-103:2 | NT | | |
| 103:5-103:5 | RV/SP/FD | | |
| 103:9-103:12 | NT | | |
| 103:15-103:16 | RV/SP/FD | | |
| 103:20-103:22 | RV/FM | | |
| 103:25-104:5 | RV | | |
| 104:8-104:11 | RV/LC | | |
| 104:14-104:14 | RV/FM | | |
| 105:4-105:7 | NT | | |
| 105:11-105:11 | RV/FM | | |
| 105:14-105:16 | NT | | |
| 105:19-105:24 | RV/SP/FD | | |
| 106:25-107:1 | NT | | |
| 107:4-107:4 | RV/FM | | |
| 107:5-107:7 | NT | | |
| 107:10-107:10 | RV/FM | | |
| 108:3-108:7 | RV | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 108:10-108:10 | RV/FM | | |
| 108:13-109:2 | NT | | |
| 109:7-109:9 | NT | | |
| 109:22-109:22 | NT | | |
| 109:25-110:1 | RV/SP/FD | | |
| 110:6-110:9 | NT | | |
| 110:12-110:21 | RV/FM/SP | | |
| 110:24-111:2 | RV/FM | | |
| 111:5-111:5 | RV/SP | | |
| 113:24-114:3 | RV | | |
| 114:4-114:4 | RV | | |
| 114:5-114:6 | NT | | |
| 114:9-114:9 | RV/SP | | |
| 114:18-114:20 | RV/FM | | |
| 116:9-116:10 | NT | | |
| 116:13-116:23 | RV/FM/HR | | |
| 117:5-117:19 | NT/RV | | |
| 117:22-117:25 | RV/MD | | |
| 118:1-118:2 | NT | | |
| 118:5-118:6 | RV/FM | | |
| 118:9-118:9 | RV/MD | | |
| 118:10-118:10 | NT | | |
| 118:13-118:15 | RV/MD | | |
| 118:16-118:16 | RV/MD | | |
| 118:17-118:20 | RV/MD | | |
| 118:23-118:24 | RV/FM | | |
| 119:2-119:3 | NT | | |
| 119:6-119:6 | RV/FM | | |
| 119:9-119:9 | NT | | |
| 119:13-119:13 | RV/FM | | |
| 122:5-122:7 | NT | | |
| 122:10-122:11 | RV/SP/FD | | |
| 122:12-122:14 | NT | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 122:17-122:17 | RV/FM | | |
| 123:1-123:3 | NT | | |
| 123:6-123:13 | RV/FM/LC | | |
| 124:5-124:7 | NT | | |
| 124:9-124:9 | RV/FM/LC | | |
| 124:10-124:12 | NT | | |
| 124:14-124:17 | RV/FM/LC | | |
| 124:20-124:20 | RV/FM/LC | | |
| 124:21-124:23 | NT | | |
| 125:1-125:1 | RV/FM/LC | | |
| 125:13-125:15 | NT | | |
| 125:17-125:20 | RV/FM/LC | | |
| 125:22-126:1 | RV/FM/LC | | |
| 126:13-126:14 | NT | | |
| 126:17-126:17 | RV/SP | | |
| 127:3-127:6 | RV | | |
| 127:16-128:13 | NT/RV | | |
| 128:19-128:20 | RV/FM | | |
| 128:21-128:25 | RV | | |
| 128:24-129:3 | RV | | |
| 129:4-129:5 | NT | | |
| 129:8-129:14 | RV/MR | | |
| 129:17-129:23 | RV/SP/FD | | |
| 130:1-130:9 | RV/FM | | |
| 130:15-130:17 | RV | 132:10-134:5 | |
| 133:7-133:8 | RV | | |
| 133:9-133:17 | | | |
| 134:6-134:9 | RV | | |
| 134:13-134:25 | RV/IH/SP | | |
| 135:3-135:10 | RV/SP/FD | | |
| 135:13-135:16 | RV/LC | | |
| 135:18-135:20 | RV/LC | | |
| 135:25-136:4 | NT | | |
| 136:8-136:8 | RV/FM/LC | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 136:14-136:15 | RV/FM | | |
| 136:18-136:18 | RV/SP/FD | | |
| 138:11-138:15 | RV/FM/SP | | |
| 138:18-138:22 | RV/FM | | |
| 138:25-139:3 | RV | | |
| 140:4-140:6 | RV | | |
| 140:15-140:17 | RV | | |
| 141:7-141:25 | NT/RV | | |
| 142:16-142:17 | NT | | |
| 142:20-142:22 | RV/FD | | |
| 143:23-144:4 | RV | | |
| 144:7-144:11 | RV/SP/FD | | |
| 144:14-144:17 | RV/FM/SP/FD/LC | | |
| 144:20-144:20 | RV/FM/SP/FD/LC | | |
| 144:21-144:22 | NT | | |
| 144:24-145:2 | RV/FM/SP/FD/LC | | |
| 145:4-145:7 | RV/FM/SP/FD/LC | | |
| 145:9-145:11 | RV/FM/SP/FD/LC | | |
| 145:13-145:15 | RV/FM/SP/FD/LC | | |
| 148:10-148:12 | RV | | |
| 149:2-149:3 | NT | | |
| 149:6-149:7 | RV/FM | | |
| 151:1-151:2 | NT | | |
| 151:5-151:6 | RV/FM | | |
| 151:10-151:13 | RV | | |
| 151:14-151:25 | NT/RV | | |
| 152:3-152:6 | RV | | |
| 152:25-153:1 | NT | | |
| 153:5-153:9 | RV/SP/IH | | |
| 154:10-154:10 | NT | | |
| 154:13-154:19 | RV/FM/SP/IH | | |
| 155:5-155:6 | NT | | |
| 155:11-155:15 | RV/FM/FD | | |
| 155:23-155:24 | NT | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 156:1-156:1 | NT | | |
| 156:5-156:17 | RV/SP/MR | | |
| 158:10-158:13 | NT | | |
| 158:16-158:20 | RV/FM/SP/FD/LC | | |
| 158:24-158:25 | RV/FM/SP/FD/LC | | |
| 159:1-159:2 | NT | | |
| 159:5-159:5 | RV/SP/FD | | |
| 159:12-159:16 | RV | | |
| 159:19-159:21 | RV/SP/FD | | |
| 159:25-159:25 | RV/SP/FD/LC | | |
| 160:1-160:2 | RV/SP/FD/LC | | |
| 160:5-160:7 | RV/SP/FD/LC | | |
| 160:10-160:12 | RV/SP/FD/LC | | |
| 160:14-160:15 | RV/SP/FD/LC | | |
| 161:8-161:10 | RV/SP/FD/LC | | |
| 161:13-161:15 | RV/FM/SP/FD/LC | | |
| 161:17-161:19 | RV/FM/SP/FD/LC | | |
| 161:21-161:23 | RV/FM/SP/FD/LC | | |
| 162:1-162:1 | RV/FM/SP/FD/LC | | |
| 162:10-162:12 | NT | | |
| 162:16-162:16 | RV/SP/LC/IH | | |
| 163:12-163:14 | NT | | |
| 163:17-163:24 | RV/SP/LC | | |
| 164:2-164:7 | RV/FM/LC | | |
| 164:10-164:10 | RV/SP | | |
| 164:13-164:16 | NT | | |
| 164:19-164:21 | RV/FM | | |
| 165:7-165:11 | RV | | |
| 165:15-165:20 | RV/IH/SP/AF | | |
| 168:23-169:1 | NT | | |
| 169:5-169:6 | RV/IH/FM/SP/LC | | |
| 174:14-174:16 | NT | | |
| 174:20-174:25 | RV/IH/SP | | |
| 175:10-175:13 | RV | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter Designations | Defendants' Objections to Plaintiff's Counter Designations |
|---|---|---|---|
| 176:4-176:6 | NT | | |
| 176:10-176:11 | RV/FM/SP/LC | | |
| 176:12-176:16 | RV | | |
| 177:1-177:1 | NT | | |
| 177:4-177:7 | RV/FM | | |
| 177:9-177:9 | RV/FM | | |
| 177:10-177:14 | NT | | |
| 177:18-177:24 | RV/FM/SP/LC | | |
| 178:2-178:2 | RV/LC | 178:22-180:14 | |
| 182:3-182:5 | NT | | |
| 182:8-182:19 | RV/FM | | |
| 182:22-182:23 | NT | | |
| 182:25-183:2 | RV/FM/LC | | |
| 183:6-183:8 | RV/FM/LC | | |
| 183:10-183:10 | RV/FM/LC | | |
| 184:6-184:10 | RV | | |
| 184:25-185:1 | NT | | |
| 185:3-185:3 | RV/FM | | |
| 187:6-187:12 | RV | | |
| 187:20-187:21 | NT | | |
| 187:24-188:10 | RV/FM/IH | | |
| 188:13-188:13 | RV/FM | | |

**Objection Key:**

1. **AA:** Asked and answered

2. **AR:** Argumentative

3. **AF:** Assumes facts not in evidence

4. **FD:** Foundation

5. **FM:** Form

6. **HR:** Hearsay

7. **IH:** Incomplete hypothetical

8. **LC:** Legal Conclusion

9. **LD:** Leading

10. **MD:** Mischaracterizes document

11. **MR:** Misstates the record

12. **NA:** Not authenticated

13. **NT:** Not Testimony/Attorney Colloquy

14. **NR:** Not responsive to question

15. **PV:** Privileged

16. **PR:** Prejudicial

17. **RV:** Relevance

18. **SP:** Calls for speculation

Dated: August 29, 2022

Respectfully submitted,

By: */s/ Andrew Alexander*

John Cipolla (Ohio Bar No. 0043614)
Daniel McMullen (Ohio Bar No. 0034380)
Andrew Alexander (Ohio Bar No. 0091167)
Dustin Likens (Ohio Bar No. 0097891)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
jcipolla@calfee.com
dmcmullen@calfee.com
aalexander@calfee.com
dlikens@calfee.com

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
kpinter@calfee.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.