UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>    Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>    Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>JUDGE CHRISTOPHER J. BOYKO |

**DEFENDANTS' UNOPPOSED MOTION TO
CONTINUE TELEPHONE STATUS CONFERENCE**

Defendants, 2K Games, Inc. and Take-Two Interactive Software, Inc. ("Defendants"), by and through undersigned counsel, respectfully request a continuance of the September 29, 2022 Telephone Status Conference to October 5, 2022 at 1:00 p.m. or later. Counsel for Defendants has contacted counsel for Plaintiff, and they advise that they do not oppose this motion and are available on October 5, 2022, at 1:00 pm or later.

The good cause for this request is that Defendants' attorneys are unavailable next week due to a two-week trial in a different matter that should close by the end of next week.  This motion is not being filed for purposes of delay, but due to an unavoidable scheduling conflict.

{10669879: }

WHEREFORE, Defendants request the Case Management Conference be rescheduled to October 5, 2022 at 1:00 p.m. or later.

Dated: September 23, 2022 /s Matthew J. Cavanagh

Dale M. Cendali (*pro hac vice*)
Joshua L. Simmons (*pro hac vice*)
Chris Ilardi (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
chris.ilardi@kirkland.com

Miranda D. Means (*pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 385-7500
miranda.means@kirkland.com

Matthew J. Cavanagh (0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474
mcavanagh@mcdonaldhopkins.com

*Attorneys for Take-Two 2K Games, Inc. and Take-Two Interactive Software, Inc.*