# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:17-cv-02635-CAB |
| | ) | |
| v. | ) | Honorable Christopher A. Boyko |
| | ) | |
| 2K GAMES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE FOR BRANDON E. BROWN ON BEHALF OF PLAINTIFF

**PLEASE TAKE NOTICE** that Brandon E. Brown of Calfee, Halter & Griswold, LLP, The Calfee Building, 1405 East Sixth Street, Cleveland, Ohio 44114, telephone: (216) 622-8200, facsimile: (216) 241-0816, email: bbrown@calfee.com enters his appearance as additional counsel for Plaintiff, James Hayden.  John S. Cipolla, Daniel McMullen, Andrew Alexander and Dustin D. Likens of the law firm of Calfee, Halter & Griswold, LLP remain as counsel of record for Plaintiff.

Dated: September 29, 2022

Respectfully submitted,

*/s/ Brandon E. Brown*
Brandon E. Brown (Ohio Bar No. 0097013)
bbrown@calfee.com
John S. Cipolla (Ohio Bar No. 0043614
jcipolla@calfee.com
Daniel McMullen (Ohio Bar No. 0034380)
dmcmullen@calfee.com
Andrew Alexander (Ohio Bar No. 0091167)
aalexander@calfee.com
Dustin D. Likens (Ohio Bar No. 0097891)
dlikens@calfee.com
Calfee, Halter & Griswold LLP
1405 East Sixth Street
Cleveland, Ohio 44114
Tel. 216.622.8200 / Fax 216.241.0816

*Of Counsel*

Kimberly A. Pinter (0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
kpinter@calfee.com

*Attorneys for Plaintiff James Hayden*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

<u>/s/ Brandon E. Brown</u><br>
*One of the Attorneys for Plaintiff*