IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, ) | |
| ) | CASE NO. 1:17-cv-02635-CAB |
| Plaintiff, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| v. ) | |
| ) | |
| 2K GAMES, INC. et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Notice is hereby provided that Jennifer Wick has withdrawn as counsel for Plaintiff James Hayden.  Ms. Wick is no longer associated with Calfee, Halter & Griswold LLP.  Mr. Hayden will continue to be represented by John S. Cipolla, Daniel McMullen, Andrew Alexander, Dustin D. Likens, Joshua A. Friedman, Brandon E. Brown and Kimberly A. Pinter of Calfee, Halter & Griswold, LLP.  The Court and all parties are requested to amend their files and certificate of service lists to omit Jennifer Wick only.

Dated: October 4, 2022                    Respectfully submitted,

By: /s/ Andrew Alexander
John S. Cipolla (Ohio Bar No. 0043614)
jcipolla@calfee.com
Daniel McMullen (Ohio Bar No. 0034380)
dmcmullen@calfee.com
Andrew Alexander (Ohio Bar No. 0091167)
aalexander@calfee.com
Dustin D. Likens (Ohio Bar No. 0097891)
dlikens@calfee.com
Joshua A. Friedman (Ohio Bar No. 0091049)
jfriedman@calfee.com
Brandon E. Brown (Ohio Bar No. 0097013)
bbrown@calfee.com
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street

Cleveland, Ohio 44114
Tel. 216.622.8200 / Fax 216.241.0816

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio  44114-1607
Telephone:  (216) 622-8200
Facsimile:  (216) 241-0816
E-mail:kpinter@calfee.com

2

## CERTIFICATE OF SERVICE

  I hereby certify that on October 4, 2022, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

                  */s/ Andrew Alexander*
                  *One of the Attorneys for Plaintiff*