UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>         Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. ,<br><br>         Defendants. | CASE NO. 1:17-cv-02635-CAB |

### DEFENDANTS' MOTION FOR *PRO HAC VICE* ADMISSION TO PRACTICE FOR YUNGMOON CHANG

Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") respectfully move the Court, pursuant to Local Rule 83.5(h), for an order granting the *pro hac vice* admission of Yungmoon Chang so she may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the Affidavit of Yungmoon Chang (attached as Exhibit A).

1. The undersigned, Matthew J. Cavanagh, has entered his appearance as counsel of record for Take-Two.

2. Take-Two has also retained Yungmoon Chang to represent its interest in the above-captioned proceeding. The contact information for Ms. Chang is as follows:

   Kirkland & Ellis LLP
   2049 Century Park East
   Los Angeles, CA 90067
   Tel: (310) 552-4359
   Fax: (310) 552-5900
   yungmoon.chang@kirkland.com

{10722727: }

3.      As established by the attached Affidavit and pursuant to Rule 83.5(h), Ms. Chan is admitted in, and is in good standing to practice in: the State of California (California Bar No. 311673) and the bars of the United States District Court for the Central District of California and District of Colorado; and before the United States Court of Appeals for Veterans Claims. Ms. Chang was admitted to practice in the State of California on December 2, 2016.

4.      I provided a copy of the Local Rules of this Court to Ms. Chang, and she agrees to abide by them and to submit to the jurisdiction of this Court for purposes of any disciplinary action that might arise out of his representation of Take-Two in this case.

For the foregoing reasons, Take-Two respectfully requests this Court enter an Order granting the admission, *pro hac vice*, of Ms. Chang.

Dated: October 18, 2022

s/ Matthew J. Cavanagh
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendants *2K Games, Inc.* and *Take-Two Interactive Software, Inc.*