# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>      Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. ,<br><br>      Defendants. | CASE NO. 1:17-cv-02635-CAB |

**AFFIDAVIT OF YUNGMOON CHANG IN SUPPORT
OF *PRO HAC VICE* ADMISSION**

STATE OF CALIFORNIA      )
                                      ) ss.
COUNTY OF LOS ANGELES   )

      I, Yungmoon Chang, being first duly sworn according to law herein, depose and state as follows:

      1.     I submit this Affidavit in support of the motion of Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") for my *pro hac vice* admission to appear and participate fully as an attorney of record in all proceedings and other aspects of this action.

      2.     I was admitted to the bar of the State of California in 2016, and am a member in good standing of such. I am also admitted in, and am in good standing to practice before: the California bar; and the bars of the United States District Court for the Central District of California and District of Colorado; and before the United States Court of Appeals for Veterans Claims.

3. Pursuant to Local Rule 83.5(h), my required contact information and bar registration numbers are as follows:

Yungmoon Chang
Kirkland & Ellis LLP
2049 Century Park East
Los Angeles, CA 90067
Tel: (310) 552-4359
Fax: (310) 552-5900
yungmoon.chang@kirkland.com
California Bar Registration No. 311673

4. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States.

5. I have never received any reprimand from any court, department, bureau or commission of any state or the United States pertaining to conduct or fitness as a member of the bar.

FURTHER, AFFIANT SAYETH NOT.

_____
Yungmoon Chang

SWORN TO before me and subscribed in my presence, this ____ day of October, 2022.

_____
Notary Public

My commission expires: 12/6/25

MARK D. WILSON
Notary Public - California
Los Angeles County
Commission # 2382675
My Comm. Expires Dec 6, 2025

2