**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

JAMES HAYDEN,

      Plaintiff,

v.

2K GAMES, INC. and TAKE-TWO
INTERACTIVE SOFTWARE, INC.,

      Defendants.

CASE NO. 1:17-cv-02635-CAB

**UNOPPOSED MOTION TO RESCHEDULE THE FINAL PRE-TRIAL**
**<u>AND THE ATTORNEY STATUS CONFERENCE</u>**

Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively,
"Take-Two") hereby move unopposed to reschedule the Final Pre-Trial from May 16, 2023 at
2:00 pm ET, to May 2, 2023 at a time that works for the Court, and to reschedule the in-person
Attorney Status Conference from April 3, 2023 at 2:00 pm ET, to March 30, 2023 at a time that
works for the Court.

Take-Two appreciates that the Court was able to work around Take-Two's May 2023
scheduling conflicts when it rescheduled trial to commence on June 14, 2023.  Unfortunately,
Take-Two has one of these same conflicts with the currently scheduled May 16 Final Pre-Trial.
Take-Two's counsel also has a scheduling conflict on Monday, April 3, when the Court has set
an in-person conference to discuss the timing of the Supreme Court ruling in *Andy Warhol
Foundation for Visual Arts, Inc. v. Goldsmith*, to view the courtroom layout, and to discuss
technology needed for trial presentation.

Take-Two conferred with Plaintiff's counsel and they indicated that they do not oppose
Take-Two's request to reschedule these two dates and also indicated they were available for a

Final Pre-Trial on May 2, 2023, and available for an Attorney Status Conference on March 30,

2023.


  Dated: February 15, 2023

                                                    */s/ Dale M. Cendali*
                                                    Dale M. Cendali (*pro hac vice*)
                                                    Joshua L. Simmons (*pro hac vice*)
                                                    Chris Ilardi (*pro hac vice*)
                                                    KIRKLAND & ELLIS LLP
                                                    601 Lexington Avenue
                                                    New York, New York 10022
                                                    Telephone: (212) 446-4800
                                                    dale.cendali@kirkland.com
                                                    joshua.simmons@kirkland.com
                                                    chris.ilardi@kirkland.com

                                                    Miranda D. Means (*pro hac vice*)
                                                    KIRKLAND & ELLIS LLP
                                                    200 Clarendon Street
                                                    Boston, Massachusetts 02116
                                                    Telephone: (617) 385-7500
                                                    miranda.means@kirkland.com

                                                    Matthew J. Cavanagh (0079522)
                                                    MCDONALD HOPKINS LLC
                                                    600 Superior Avenue, East, Ste. 2100
                                                    Cleveland, Ohio 44114
                                                    Telephone: 216.348.5400
                                                    Fax: 216.348.5474
                                                    mcavanagh@mcdonaldhopkins.com

                                                    *Attorneys for Take-Two 2K Games, Inc. and
                                                    Take-Two Interactive Software, Inc.*