IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CASE NO. 1:17-cv-02635-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING UNOPPOSED** |
| 2K GAMES, INC., et al., | ) | **MOTION TO RESCHEDULE THE** |
| | ) | **FINAL PRE-TRIAL AND THE** |
| Defendants. | ) | **ATTORNEY STATUS CONFERENCE** |
| | ) | |

Before the Court is Take-Two Interactive Software, Inc. and 2K Games, Inc.'s unopposed Motion to reschedule the Final Pre-Trial from May 16, 2023 at 2:00 pm ET, to May 2, 2023 at a time that works for the Court, and to reschedule the in-person Attorney Status Conference from April 3, 2023 at 2:00 pm ET, to March 30, 2023 at a time that works for the Court. After careful consideration, the Court concludes that the Motion should be, and hereby is **GRANTED**.

It is therefore ORDERED that the Final Pre-Trial is rescheduled for May 2, 2023 at _____, and the in-person Attorney Status Conference is rescheduled for March 30, 2023 at _____.

Dated: 2/16/2023

_____
HON. CHRISTOPHER A. BOYKO
United States District Court Judge