# EXHIBIT A

# SUPREME COURT
# OF THE UNITED STATES

IN THE SUPREME COURT OF THE UNITED STATES

- - - - - - - - - - - - - - - - - -

ANDY WARHOL FOUNDATION FOR THE    )

VISUAL ARTS, INC.,                )

        Petitioner,          )

        v.                   ) No. 21-869

LYNN GOLDSMITH, ET AL.,           )

        Respondents.         )

- - - - - - - - - - - - - - - - - -

Pages:  1 through 122

Place:  Washington, D.C.

Date:   October 12, 2022

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 206
Washington, D.C.  20005
(202) 628-4888
www.hrccourtreporters.com

1          MR. MARTINEZ:  -- even with respect to

2     the licensing use, you'd still need to look at

3     Factor 1, which would look at -- at the purpose

4     and character of the use.  And that would

5     certainly encompass the fact that Warhol's use,

6     the image that's being licensed, was

7     transformative and created -- and -- and -- and

8     infused a new meaning or message on top of

9     Goldsmith's original work.

10          JUSTICE SOTOMAYOR:  That I give you --

11     I spot you.  It should be considered.

12          MR. MARTINEZ:  Well --

13          JUSTICE SOTOMAYOR:  The Second Circuit

14     didn't.  But then what do I do with the rest of

15     Factor 1, the purpose and use and -- and

16     character of the use?  Because that's not just

17     up to the author.  That's up to what was made,

18     what use was made of Orange Prince.  It was a

19     highly commercial use.  Goldsmith also licensed

20     her photographs to magazines, just as Warhol's

21     estate did.

22          So how is it that your 2006 license

23     and Goldsmith's photographs do not share the

24     same commercial purpose?

25          MR. MARTINEZ:  Well, I think that it's

```
1     -- it's true that -- that there is a -- a
2     commercial purpose and so that might be a factor
3     that would cut against us when assessing Factor
4     1.  We think that the -- the -- the quite
5     substantial and -- and this in our view
6     undisputed transformation in meaning or message
7     --
8              JUSTICE SOTOMAYOR:  Yeah, but for that
9     --
10             MR. MARTINEZ:  -- would -- would trump
11    that.
12             JUSTICE SOTOMAYOR:  -- don't we have
13    to look at the context of the use?
14             MR. MARTINEZ:  I -- I think you would
15    look at all -- all the factors.  But --
16             JUSTICE SOTOMAYOR:  Right.
17             MR. MARTINEZ:  -- but, again, Your
18    Honor, I think your point -- it's not a small
19    point to say that the Second Circuit got this
20    wrong by banishing transformative meaning or
21    message.  That's a huge deal.
22             JUSTICE SOTOMAYOR:  Assume that it got
23    it wrong.  The question is --
24             MR. MARTINEZ:  How would we win -- how
25    would we still win?
```