UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HAYDEN,** | ) | Case No. 1:17-cv-02635 |
| Plaintiff(s), | ) | |
| | ) | Judge Christopher A. Boyko |
| vs. | ) | |
| | ) | |
| **2K GAMES INC.,** | ) | **ORDER OF REFERENCE** |
| Defendant(s). | ) | |

The above referenced case is referred to the Honorable Jonathan D. Greenberg, United States Magistrate Judge, to conduct Voir Dire in the above matter on June 14, 2023 at 9:00 a.m., in Courtroom 9A. The Court has informed the parties and there are no objections. The Court reserves the right to rule directly on any matter in this case.

**IT IS SO ORDERED.**

s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**SENIOR UNITED STATES DISTRICT JUDGE**

DATED: March 31, 2023