**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN,<br><br>        Plaintiff<br><br>    vs.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>        Defendants | Case No. 1:17-cv-02635<br><br>Judge Christopher A. Boyko |

## **PLAINTIFF'S DEPOSITION DESIGNATIONS**

The attached document includes Plaintiff James Hayden's affirmative deposition designations. Mr. Hayden has designated prior testimony of the following witnesses that Mr. Hayden may submit as trial evidence. Should Take-Two decide not to call such witnesses, Mr. Hayden reserves the right to designate any prior testimony of any of these witnesses. Mr. Hayden's designation of particular testimony is not an admission that such testimony is appropriate for use by Take-Two at any trial in this matter. Mr. Hayden has endeavored to include on its Exhibit Index all documents discussed in the below designated testimony. To the extent any such exhibit was inadvertently omitted, it is to be considered included within the list of exhibits Mr. Hayden may introduce at trial. Mr. Hayden reserves the right to use any and all of his initial designations as counter-designations to Take-Two's initial designations. Mr. Hayden also reserves the right to supplement his designations, including designations for authenticity purposes. Mr. Hayden further reserves the right to use any deposition testimony that does not appear in these designations for purposes of impeachment. Mr. Hayden continues his investigation and trial preparations and reserves the right, in appropriate circumstances and in accordance with all applicable Federal Rules, Local Rules and Court Orders, to amend, supplement, and/or withdraw these designations, including, but not limited to, in response to

further negotiations between the parties, Court orders and rulings, and other developments in the case.

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter Designations | Plaintiff's Objections to Defendants' Counter Designations |
|---|---|---|---|
| **Witness: Alfie Brody** | | | |
| 8:10 – 9:19 | | | |
| 11:11 – 17:9 | | | |
| 19:10 – 21:11 | | | |
| 24:23 – 32:17 | | | |
| 35:22 – 38:21 | | | |
| 40:12 – 45:4 | | | |
| 49:24 – 52:25 | | | |
| 53:9 – 66:15 | | | |
| 71:11 – 96:16 | | | |
| 96:23 – 110:10 | | | |
| 111:2 – 121:11 | | | |
| 124:23 – 129:5 | | | |
| 130:12 – 141:5 | | | |
| 145:5 – 145:10 | | | |
| 152:1 – 161:15 | | | |
| 176:9 – 178:17 | | | |
| **Witness: Anton Dawson** | | | |
| 7:20 – 10:22 | | | |
| 13:4 – 14:7 | | | |
| 17:22 – 30:14 | | | |
| 38:10 – 39:11 | | | |
| 46:23 – 52:18 | | | |
| 54:10 – 63:17 | | | |
| 75:2 – 87:20 | | | |
| 92:17 – 93:19 | | | |
| 94:1 – 104:14 | | | |
| 106:22 – 117:18 | | | |
| 118:12 – 20 | | | |

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter Designations | Plaintiff's Objections to Defendants' Counter Designations |
|---|---|---|---|
| 128:7 – 130:6 | | | |
| **Witness: Michael Stauffer** | | | |
| 5:14 – 18:24 | | | |
| 22:22 – 27:4 | | | |
| 30:8 – 25 | | | |
| 32:4 – 42:12 | | | |
| 53:13 – 54:13 | | | |
| 66:7 – 90:16 | | | |
| 96:18 – 111:12 | | | |
| 115:9 – 141:3 | | | |
| 142:13 – 23 | | | |
| **Witness: Tristan Thompson** | | | |
| 27:18 – 29:14 | | | |
| 30:18 – 21 | | | |
| 30:22 – 32:3 | | | |
| 47:6 – 16 | | | |
| 54:15 – 56:24 | | | |
| 68:11 – 69:21 | | | |
| 70:24 – 71:24 | | | |
| 75:16 – 19 | | | |
| 111:2 – 115:8 | | | |
| **Witness: Corie Zhang** | | | |
| 10:10 – 19 | | | |
| 12:10 – 11 | | | |
| 13:1 – 14:15 | | | |
| 15:20 – 21:23 | | | |
| 24:6 – 38:3 | | | |
| 41:2 – 51:4 | | | |
| 51:11-61:21 | | | |
| 62:12-15 | | | |
| 63:4 – 70:9 | | | |
| 71:8 – 75:8 | | | |
| 77:22 – 83:4 | | | |
| 86:12 – 93:17 | | | |

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter Designations | Plaintiff's Objections to Defendants' Counter Designations |
|---|---|---|---|
| 94:13 – 97:3 | | | |
| 99:22-100-13 | | | |
| 101:19-117:1 | | | |
| 120:12 – 122:2 | | | |
| 123:23-132:1 | | | |
| 137:3 – 141:10 | | | |
| 142:16 – 150:7 | | | |
| 162:2 – 164:5 | | | |
| 165:12 – 167:19 | | | |
| **Witness: Winnie Hsieh** | | | |
| 6:24 – 7:6 | | | |
| 8:20 – 10:3 | | | |
| 12:6 – 13:20 | | | |
| 15:24-18:7 | | | |
| 20:8 – 21:16 | | | |
| 24:2 – 36:6 | | | |
| 38:8 – 49:19 | | | |
| 53:14 – 61:3 | | | |
| 63:11 – 66:2 | | | |
| 69:2-21 | | | |
| 73:19 – 74:21 | | | |
| 81:7-14 | | | |
| 85:4 – 89:25 | | | |
| **Witness: LeBron James** | | | |
| 19:20-25 | | | |
| 56:23-58:20 | | | |
| 62:7-13 | | | |
| 66:10-67:11 | | | |
| 73:24-74:2 | | | |
| 76:10-16 | | | |
| 80:19-81:1 | | | |
| 94:25-95:3 | | | |
| **Witness: Danny Green** | | | |
| 9:23-10:25 | | | |

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter Designations | Plaintiff's Objections to Defendants' Counter Designations |
|---|---|---|---|
| 24:12-26:7 | | | |
| 26:8-27:13 | | | |
| 26:20-27:13 | | | |
| 30:7-31:17 | | | |
| 32:24-33:7 | | | |
| 34:17-35:15 | | | |
| 38:13-39:20 | | | |
| 52:17-55:4 | | | |
| 60:13-62:6 | | | |
| 81:3-10 | | | |
| 87:16-90:3 | | | |
| 95:22-97:25 | | | |
| 125:13-127:6 | | | |
| 127:10-129:16 | | | |
| **Witness: Joel Friesch** | | | |
| 7:4-8:24 | | | |
| 23:14 – 27:22 | | | |
| 28:22 – 36:22 | | | |
| 37:3-46:7 | | | |
| 47:4-48:18 | | | |
| 49:21 – 52:16 | | | |
| 54:6 – 56:21 | | | |
| 58:13 – 16 | | | |
| 59:5 – 77:24 | | | |
| 87:23 – 95:10 | | | |
| 107:5 – 21 | | | |
| 108:2 – 118:12 | | | |
| 119:16 – 122:2 | | | |
| 123:21-125:20 | | | |
| 127:8-19 | | | |
| 128:18-129:3 | | | |
| **Witness: Jeff Thomas** | | | |
| 14:10 – 15:24 | | | |
| 16:14-26:23 | | | |

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter Designations | Plaintiff's Objections to Defendants' Counter Designations |
|---|---|---|---|
| 26:24-28:13 | | | |
| 28:24 – 79:6 | | | |
| 83:5 – 91:5 | | | |
| 92:25 – 95:25 | | | |
| 97:11 – 99:8 | | | |
| 100:6-116:13 | | | |
| 132:9-135:2 | | | |
| 141:9-150:17 | | | |
| 153:2-154:20 | | | |
| 155:3-156:21 | | | |
| 159:22-163:11 | | | |
| 164:3-7 | | | |
| 167:10 – 22 | | | |
| 170:1-172:17 | | | |
| 174:3 – 23 | | | |
| 176:2 – 178:4 | | | |
| 179:5 - 180:11 | | | |
| 184:7-213:20 | | | |
| 214:14-222:20 | | | |
| 223:1-234:18 | | | |
| 235:7 – 250:23 | | | |
| 251:13 – 257:17 | | | |
| 259:18 – 264:5 | | | |
| 264:17-265:25 | | | |
| 269:22-273:10 | | | |
| 275:14 – 296:4 | | | |
| 298:15-300:3 | | | |
| **Witness: Jason Argent** | | | |
| 12:3 – 10 | | | |
| 16:4 – 26:3 | | | |
| 26:14-29:3 | | | |
| 31:6 – 37:10 | | | |
| 41:6-44:1 | | | |
| 45:18 – 50:23 | | | |

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter Designations | Plaintiff's Objections to Defendants' Counter Designations |
|---|---|---|---|
| 53:5-61:17 | | | |
| 63:20 – 82:7 | | | |
| 98:18-100:20 | | | |
| 105:21-106:9 | | | |
| 108:6 – 137:20 | | | |
| 138:16-164:23 | | | |
| 169:7–207:15 | | | |
| 209:19-222:21 | | | |
| 225:9 – 247:19 | | | |
| 251:4 – 16 | | | |
| 260:1-261:9 | | | |
| 262:5-22 | | | |
| 264:4-265:24 | | | |
| 266:18 – 267:5 | | | |
| 269:16 - 276:16 | | | |
| 286:9 – 300:23 | | | |
| 302:19 – 307:6 | | | |
| 313:1-11 | | | |

Dated: April 20, 2023            Respectfully submitted,

By: */s/ Andrew Alexander*
John S. Cipolla (Ohio Bar No. 0043614)
Daniel J. McMullen (Ohio Bar No. 0034380)
Todd R. Tucker (Ohio Bar No. 0065617)
Andrew W. Alexander (Ohio Bar No. 0091167)
Josh A. Friedman (Ohio Bar No. 0091049)
Dustin D. Likens (Ohio Bar No. 0097891)
Brandon E. Brown (Ohio Bar No. 0097013)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
jcipolla@calfee.com
dmcmullen@calfee.com
ttucker@calfee.com
aalexander@calfee.com
jfriedman@calfee.com
dlikens@calfee.com
bbrown@calfee.com

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
kpinter@calfee.com

8

## CERTIFICATE OF SERVICE

    I hereby certify that on August 20, 2023, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

                                                                     */s/ Andrew Alexander*
                                                                     One of the attorneys for Plaintiff