# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **EX. D TO TRIAL BRIEF—** |
| 2K GAMES, INC. and TAKE-TWO | ) | **PLAINTIFF'S PROPOSED SPECIAL** |
| INTERACTIVE SOFTWARE, INC., | ) | **INTERROGATORIES AND VERDICT** |
| | ) | **FORMS** |
| Defendants. | ) | |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| Plaintiff, | )<br>)<br>) | Judge Christopher A. Boyko |
| vs. | )<br>) | **INTERROGATORY NO. 1** |
| 2K GAMES, INC. and TAKE-TWO<br>INTERACTIVE SOFTWARE, INC., | )<br>)<br>) | |
| Defendants. | ) | |

DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANTS' COPYING OF THE ASSERTED TATTOOS TRANSFORMED THEM?

      **Yes**                                        **No**

_____                        _____

*If you answered "Yes" to Interrogatory No. 1 proceed to Interrogatory No. 2.*

*If you answered "No" to Interrogatory No. 1 proceed to Interrogatory No. 3.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **INTERROGATORY NO. 2** |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

IN CONSIDERING THE PURPOSE AND CHARACTER OF DEFENDANTS' USE OF THE ASSERTED TATTOOS, WHICH DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE IS GREATER: DEFENDANTS' TRANSFORMATIVE USE OR DEFENDANTS' COMMERCIAL PURPOSE?

**Transformative Use**           **Commercial Purpose**

_____                                _____

*Proceed to Interrogatory No. 3.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **INTERROGATORY NO. 3** |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT THERE IS AN EXISTING OR POTENTIAL MARKET FOR LICENSING THE ASSERTED TATTOOS?

      **Yes**                                        **No**

    _____                          _____

*If you answered "Yes" to Interrogatory No. 3, proceed to Interrogatory No. 4.*

*If you answered "No" to Interrogatory No. 3, proceed to Interrogatory No. 5.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN, ) | Case No. 1:17-cv-02635 |
| ) | |
| Plaintiff, ) | Judge Christopher A. Boyko |
| ) | |
| vs. ) | |
| ) | **INTERROGATORY NO. 4** |
| 2K GAMES, INC. and TAKE-TWO ) | |
| INTERACTIVE SOFTWARE, INC., ) | |
| ) | |
| Defendants. ) | |

DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANTS' COPYING AND DISTRIBUTION OF COPIES OF THE ASSERTED TATTOOS WITHOUT MR. HAYDEN'S PERMISSION HARMS THE EXISTING OR POTENTIAL MARKET FOR LICENSING THE ASSERTED TATTOOS?

**Yes**                                                             **No**

_____                                                             _____

*Proceed to Interrogatory No. 5.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **INTERROGATORY NO. 5** |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANTS' COPYING AND DISTRIBUTION OF COPIES WAS WILLFUL?

      **Yes**                                    **No**

   _____                     _____

*Proceed to Interrogatory No. 6.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **INTERROGATORY NO. 6** |
| 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANTS' COPYING IN EACH ACCUSED GAME WERE SEPARATE ACTS OF INFRINGEMENT?

    **Yes**                            **No**

   _____                   _____

*Proceed to General Jury Verdict Form.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | **GENERAL JURY VERDICT FORM** |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

1. Do you find that Defendants have proven by a preponderance of the evidence that their copying of the Asserted Tattoos is *de minimis*?

No _____ (for Plaintiff)

Yes_____ (for Defendant)

2. Do you find that Defendants have proven by a preponderance of the evidence that their copying was authorized by Plaintiff?

No _____ (for Plaintiff)

Yes_____ (for Defendant)

3. Do you find that Defendants have proven by a preponderance of the evidence that Plaintiff waived his right to enforce his copyrights?

No _____ (for Plaintiff)

Yes_____ (for Defendant)

*If your answer to any of Questions 1–3 is "yes," then do not answer any additional questions and proceed to the end of the verdict form (next page). If not, proceed to Question 4.*

4. <u>Defendants' Profits Damages</u>: Identify the amount of Defendants' profits that are attributable to Defendants' infringement of Plaintiff's copyrights.

$_____

You have reached the end of the General Verdict Form. Each juror should place his or her signature on the lines below to attest that the foregoing accurately reflects the jury's decision.

*Foreperson*

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____