# EXHIBIT R



| TEAM | GP | MIN |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAS | 68 | 26.6 | 109.7 | 101.7 | 8.0 | 9.7 | 1.63 | 18.7 | 1.8 | 10.4 | 6.2 | 11.4 | 52.3 | 53.7 | 13.5 | 93.90 | 6.9 |
| SAS | 79 | 26.1 | 108.1 | 95.7 | 12.5 | 9.2 | 1.88 | 17.7 | 2.4 | 12.1 | 7.4 | 9.4 | 48.0 | 49.2 | 14.3 | 94.88 | 7.0 |
| SAS | 81 | 28.5 | 108.9 | 99.0 | 9.8 | 10.1 | 1.70 | 15.3 | 2.5 | 12.2 | 7.5 | 9.0 | 56.6 | 59.6 | 17.0 | 95.45 | 10.4 |
| SAS | 68 | 24.3 | 106.4 | 96.5 | 9.9 | 9.2 | 1.37 | 14.7 | 1.6 | 11.7 | 6.9 | 10.7 | 56.2 | 58.0 | 16.2 | 97.23 | 9.1 |
| SAS | 80 | 27.5 | 106.3 | 98.7 | 7.5 | 9.5 | 1.50 | 15.1 | 1.8 | 9.2 | 5.7 | 10.1 | 58.1 | 60.0 | 16.4 | 95.81 | 8.9 |
| SAS | 66 | 23.1 | 106.7 | 98.9 | 7.8 | 8.6 | 1.28 | 12.8 | 3.6 | 11.2 | 7.4 | 10.0 | 54.9 | 57.9 | 17.0 | 95.41 | 9.6 |
| SAS | 8 | 11.4 | 104.4 | 97.7 | 6.7 | 3.9 | 0.40 | 4.8 | 3.1 | 14.1 | 8.2 | 11.9 | 58.6 | 58.6 | 19.0 | 93.91 | 10.3 |
| CLE | 20 | 5.7 | 96.6 | 104.3 | -7.7 | 7.4 | 1.00 | 9.8 | 7.1 | 7.5 | 7.3 | 9.8 | 46.2 | 48.0 | 17.4 | 97.62 | 6.7 |

GLOSSARY



## MISC SPLITS

| TEAM | GP | MIN | PTS OFF TO | 2ND PTS | FBPS | PITP | OPP PTS OFF TO | OPP 2ND PTS | OPP FBPS | OPP PITP | BLK | BLKA | PF | PFD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOT | 11 | 12.6 | 0.7 | 0.0 | 0.0 | 0.7 | 4.3 | 4.3 | 2.2 | 11.5 | 0.3 | 0.1 | 1.5 | 0.2 |
| CLE | 8 | 11.9 | 1.0 | 0.0 | 0.0 | 1.0 | 4.4 | 4.0 | 1.6 | 11.3 | 0.4 | 0.1 | 1.3 | 0.1 |
| MEM | 3 | 14.5 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 5.0 | 3.7 | 12.0 | 0.0 | 0.0 | 2.0 | 0.3 |
| PHI | 62 | 21.8 | 0.8 | 0.7 | 1.0 | 0.6 | 7.6 | 5.4 | 7.3 | 20.3 | 0.6 | 0.2 | 1.7 | 0.4 |
| PHI | 69 | 28.0 | 2.0 | 0.7 | 2.1 | 1.0 | 10.1 | 6.8 | 8.7 | 27.3 | 0.8 | 0.2 | 1.8 | 0.6 |
| LAL | 68 | 24.8 | 1.4 | 0.6 | 2.0 | 1.9 | 9.6 | 6.2 | 9.8 | 23.9 | 0.5 | 0.1 | 2.0 | 0.9 |
| TOR | 80 | 27.7 | 1.5 | 1.1 | 2.2 | 1.7 | 8.2 | 6.9 | 7.4 | 26.1 | 0.7 | 0.2 | 2.1 | 0.8 |
| SAS | 70 | 25.6 | 1.5 | 0.9 | 1.2 | 2.0 | 7.6 | 5.8 | 6.5 | 22.8 | 1.1 | 0.2 | 1.7 | 1.0 |
| SAS | 68 | 26.6 | 1.1 | 0.9 | 1.1 | 1.3 | 7.6 | 7.1 | 6.8 | 21.9 | 0.8 | 0.2 | 1.8 | 0.6 |
| SAS | 79 | 26.1 | 1.4 | 0.9 | 1.5 | 1.7 | 6.7 | 5.6 | 6.1 | 20.7 | 0.8 | 0.3 | 1.8 | 0.8 |
| SAS | 81 | 28.5 | 1.9 | 1.2 | 1.9 | 2.3 | 8.0 | 6.9 | 7.7 | 23.6 | 1.1 | 0.2 | 2.0 | 1.2 |
| SAS | 68 | 24.3 | 1.8 | 1.0 | 1.8 | 1.9 | 7.7 | 6.8 | 6.2 | 20.5 | 0.9 | 0.2 | 1.6 | 0.8 |
| SAS | 80 | 27.5 | 1.8 | 0.7 | 1.4 | 2.2 | 9.0 | 7.0 | 7.6 | 22.3 | 0.7 | 0.3 | 1.6 | 1.0 |
| SAS | 66 | 23.1 | 1.7 | 1.0 | 1.9 | 2.5 | 7.6 | 4.7 | 6.4 | 18.5 | 0.7 | 0.4 | 1.6 | 1.2 |
| SAS | 8 | 11.4 | 1.5 | 0.3 | 0.8 | 1.5 | 2.9 | 3.4 | 1.1 | 9.8 | 0.1 | 0.1 | 0.9 | 0.5 |
| CLE | 20 | 5.7 | 0.2 | 0.9 | 0.2 | 0.7 | 2.5 | 1.6 | 1.5 | 4.7 | 0.2 | 0.3 | 0.5 | 0.4 |

GLOSSARY

## SCORING SPLITS

| TEAM | GP | MIN | %FGA 2PT | %FGA 3PT | %PTS 2PT | %PTS 2PT MR | %PTS 3PT | %PTS FBPS | %PTS FT | %PTS OFFTO | %PTS PITP | 2FGM %AST | 2FGM %UAST | 3FGM %AST | 3FGM %UAST | FGM %AST | FGM %UAST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOT | 11 | 12.6 | 24.5 | 75.5 | 19.7 | 6.6 | 78.7 | 0.0 | 1.6 | 13.1 | 13.1 | 66.7 | 33.3 | 100 | 0.0 | 90.9 | 9.1 |
| CLE | 8 | 11.9 | 23.7 | 76.3 | 23.1 | 7.7 | 75.0 | 0.0 | 1.9 | 15.4 | 15.4 | 66.7 | 33.3 | 100 | 0.0 | 89.5 | 10.5 |
| MEM | 3 | 14.5 | 27.3 | 72.7 | 0.0 | 0.0 | 100 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100 | 0.0 | 100 | 0.0 |
| PHI | 62 | 21.8 | 15.3 | 84.7 | 12.6 | 2.2 | 84.4 | 16.1 | 3.0 | 13.4 | 10.4 | 87.0 | 13.0 | 92.2 | 7.8 | 91.3 | 8.7 |
| PHI | 69 | 28.0 | 20.6 | 79.4 | 15.0 | 4.6 | 80.3 | 22.0 | 4.7 | 21.4 | 10.4 | 67.3 | 32.7 | 92.0 | 8.0 | 86.6 | 13.4 |
| LAL | 68 | 24.8 | 31.0 | 69.0 | 28.2 | 4.8 | 65.8 | 24.3 | 6.0 | 17.7 | 23.4 | 67.5 | 32.5 | 97.5 | 2.5 | 85.8 | 14.2 |
| TOR | 80 | 27.7 | 31.0 | 69.0 | 23.1 | 6.3 | 72.4 | 21.8 | 4.5 | 15.0 | 16.8 | 62.1 | 37.9 | 91.4 | 8.6 | 81.9 | 18.1 |
| SAS | 70 | 25.6 | 43.0 | 57.0 | 33.7 | 10.0 | 58.0 | 14.3 | 8.3 | 17.3 | 23.7 | 62.4 | 37.6 | 99.1 | 0.9 | 82.0 | 18.0 |
| SAS | 68 | 26.6 | 30.7 | 69.3 | 23.3 | 6.0 | 71.2 | 15.1 | 5.5 | 15.1 | 17.3 | 58.6 | 41.4 | 92.4 | 7.6 | 81.3 | 18.8 |
| SAS | 79 | 26.1 | 37.8 | 62.2 | 33.2 | 9.4 | 60.8 | 21.3 | 6.0 | 18.7 | 23.8 | 71.6 | 28.4 | 96.6 | 3.4 | 85.3 | 14.7 |
| SAS | 81 | 28.5 | 38.1 | 61.9 | 27.7 | 8.2 | 60.6 | 16.5 | 11.7 | 16.2 | 19.5 | 64.9 | 35.1 | 93.7 | 6.3 | 82.0 | 18.0 |
| SAS | 68 | 24.3 | 37.0 | 63.0 | 27.8 | 7.4 | 64.1 | 19.9 | 8.1 | 19.9 | 20.4 | 70.9 | 29.1 | 91.7 | 8.3 | 83.5 | 16.5 |
| SAS | 80 | 27.5 | 37.7 | 62.3 | 28.6 | 8.1 | 63.4 | 13.4 | 8.0 | 17.2 | 20.5 | 70.8 | 29.2 | 96.0 | 4.0 | 85.9 | 14.1 |
| SAS | 66 | 23.1 | 50.9 | 49.1 | 36.2 | 9.3 | 50.7 | 21.1 | 13.1 | 18.2 | 26.9 | 57.8 | 42.2 | 95.1 | 4.9 | 75.8 | 24.2 |
| SAS | 8 | 11.4 | 45.7 | 54.3 | 48.8 | 19.5 | 51.2 | 14.6 | 0.0 | 29.3 | 29.3 | 40.0 | 60.0 | 85.7 | 14.3 | 58.8 | 41.2 |
| CLE | 20 | 5.7 | 43.6 | 56.4 | 45.0 | 10.0 | 45.0 | 7.5 | 10.0 | 7.5 | 35.0 | 55.6 | 44.4 | 83.3 | 16.7 | 66.7 | 33.3 |

GLOSSARY

## USAGE SPLITS

| TEAM | GP | MIN | USG% | %FGM | %FGA | %3PM | %3PA | %FTM | %FTA | %OREB | %DREB | %REB | %AST | %TOV | %STL | %BLK | %BLKA | %PF | %PFD | %PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOT | 11 | 139 | 18.7 | 19.3 | 20.4 | 39.0 | 33.3 | 3.0 | 2.6 | 12.5 | 13.1 | 13.0 | 7.6 | 19.6 | 20.7 | 15.0 | 6.7 | 25.4 | 5.0 | 20.2 |
| CLE | 8 | 95 | 20.6 | 23.5 | 22.6 | 43.3 | 36.3 | 5.3 | 4.5 | 12.5 | 15.1 | 14.5 | 7.3 | 19.4 | 21.7 | 21.4 | 10.0 | 23.8 | 3.6 | 24.6 |
| MEM | 3 | 43 | 14.4 | 9.1 | 15.3 | 27.3 | 25.8 | 0.0 | 0.0 | 12.5 | 9.7 | 10.3 | 8.3 | 20.0 | 16.7 | 0.0 | 0.0 | 28.6 | 8.3 | 9.9 |
| PHI | 62 | 1353 | 12.1 | 11.3 | 13.6 | 28.1 | 28.8 | 2.2 | 2.3 | 14.8 | 13.1 | 13.4 | 9.4 | 11.5 | 27.0 | 26.6 | 8.5 | 20.1 | 4.9 | 11.8 |
| PHI | 69 | 1934 | 13.8 | 13.2 | 15.8 | 36.7 | 36.2 | 3.8 | 3.8 | 15.2 | 14.2 | 14.4 | 12.0 | 11.9 | 25.9 | 23.6 | 7.4 | 17.3 | 5.3 | 14.0 |
| LAL | 68 | 1687 | 13.5 | 13.0 | 15.2 | 31.1 | 29.9 | 5.1 | 5.5 | 13.2 | 14.1 | 13.9 | 9.7 | 11.3 | 25.8 | 13.1 | 5.4 | 18.6 | 7.9 | 13.4 |
| TOR | 80 | 2215 | 13.9 | 14.4 | 15.4 | 32.0 | 27.9 | 4.5 | 4.4 | 13.8 | 15.4 | 15.1 | 10.0 | 12.3 | 20.2 | 22.4 | 8.9 | 19.4 | 7.2 | 14.9 |



