# EXHIBIT A

## EXHIBIT A - DEPOSITIONS DESIGNATIONS

### I.   JAMES HAYDEN

| | | |
|---|---|---|
| 9:1-9:3 | 43:3-43:5 | 71:23-71:25 |
| 9:10-9:15 | 43:7-43:7 | 72:2-72:2 |
| 13:24-13:25 | 43:13-43:16 | 72:15-73:3 |
| 14:1-14:11 | 44:6-44:8 | 75:8-75:18 |
| 21:25-22:2 | 44:10-44:10 | 75:20-75:20 |
| 24:2-24:3 | 47:2-47:12 | 77:12-77:14 |
| 25:1-25:3 | 47:13-47:16 | 77:21-77:21 |
| 25:20-25:25 | 47:17-47:19 | 77:22-77:24 |
| 26:25-27:1 | 48:10-48:18 | 78:1-78:1 |
| 29:22-30:4 | 48:22-48:25 | 78:2-78:5 |
| 30:5-30:6 | 49:1-49:6 | 78:7-78:7 |
| 30:8-30:9 | 49:13-49:15 | 78:20-78:22 |
| 30:10-30:12 | 49:17-49:17 | 78:24-78:24 |
| 30:13-30:14 | 50:1-50:7 | 78:25-79:2 |
| 30:16-30:16 | 50:13-50:18 | 79:9-79:9 |
| 30:17-30:23 | 50:18-50:18 | 79:10-79:11 |
| 30:24-30:25 | 51:3-51:4 | 81:2-81:7 |
| 31:2-31:2 | 51:6-51:8 | 81:25-82:1 |
| 31:3-31:3 | 52:3-52:9 | 82:3-82:3 |
| 31:5-31:5 | 55:17-55:21 | 82:6-82:13 |
| 31:23-31:25 | 56:11-56:12 | 84:19-84:23 |
| 32:5-32:5 | 56:14-56:17 | 85:8-85:9 |
| 32:6-32:14 | 58:3-58:5 | 85:11-85:11 |
| 34:3-34:6 | 58:11-58:12 | 90:13-90:22 |
| 37:9-37:11 | 58:14-58:15 | 91:1-91:3 |
| 38:10-38:11 | 58:25-59:2 | 91:4-91:9 |
| 38:13-38:13 | 59:4-59:4 | 92:1-92:4 |
| 38:14-38:16 | 60:15-61:1 | 92:5-92:7 |
| 38:15-38:16 | 61:3-61:9 | 92:9-92:9 |
| 38:17-38:19 | 61:16-61:20 | 92:10-92:12 |
| 38:22-38:24 | 61:20-61:20 | 92:19-92:19 |
| 39:4-39:7 | 61:21-61:23 | 93:3-93:7 |
| 39:10-39:14 | 62:6-62:9 | 93:9-93:9 |
| 39:15-39:17 | 62:20-62:25 | 93:14-93:15 |
| 39:23-39:23 | 65:19-65:22 | 93:16-93:24 |
| 39:24-39:25 | 65:24-66:1 | 94:1-94:1 |
| 40:2-40:2 | 66:16-66:22 | 94:6-94:8 |
| 41:9-41:10 | 67:12-67:13 | 94:9-94:14 |
| 41:12-41:18 | 67:15-67:17 | 94:13-94:15 |
| 42:1-42:3 | 69:12-69:15 | 94:17-94:21 |
| 42:5-42:5 | 69:17-69:17 | 94:23-94:23 |
| 42:16-42:18 | 69:18-69:19 | 95:8-95:14 |
| 42:20-42:20 | 69:21-69:21 | 95:16-95:16 |

| | | |
|---|---|---|
| 95:20-96:9 | 132:2-132:4 | 180:1-180:4 |
| 96:11-96:12 | 132:6-132:12 | 180:22-181:8 |
| 96:14-96:19 | 132:14-132:14 | 182:10-182:12 |
| 97:2-97:3 | 132:15-132:15 | 182:22-183:2 |
| 97:5-97:5 | 132:17-132:19 | 183:8-183:10 |
| 97:9-97:13 | 132:20-133:7 | 184:2-184:3 |
| 97:18-97:24 | 133:16-133:17 | 184:5-184:5 |
| 99:23-99:25 | 134:21-134:23 | 186:21-186:25 |
| 100:2-100:10 | 134:25-134:25 | 187:19-187:21 |
| 100:15-100:16 | 134:25-135:11 | 189:19-189:22 |
| 112:13-112:16 | 136:10-136:12 | 190:9-190:14 |
| 112:24-113:2 | 136:14-136:14 | 190:19-190:24 |
| 113:8-113:15 | 137:8-137:18 | 191:12-191:21 |
| 113:16-113:18 | 137:20-137:20 | 192:1-192:4 |
| 114:12-114:13 | 139:12-139:17 | 192:14-192:22 |
| 114:15-114:15 | 139:19-139:19 | 192:23-193:2 |
| 115:15-115:18 | 142:9-142:11 | 194:8-194:20 |
| 115:16-115:21 | 142:14-142:16 | 194:21-195:6 |
| 115:23-115:23 | 142:17-142:19 | 195:10-195:12 |
| 116:20-116:23 | 142:21-142:25 | 196:24-197:4 |
| 117:2-117:4 | 143:2-143:3 | 197:15-197:18 |
| 117:7-117:9 | 144:1-144:3 | 203:1-203:4 |
| 117:11-117:11 | 144:5-144:5 | 203:8-203:12 |
| 118:5-118:6 | 144:22-144:24 | 204:18-204:21 |
| 118:8-118:9 | 145:1-145:1 | 205:16-205:20 |
| 118:19-118:22 | 145:4-145:6 | 208:10-208:11 |
| 119:1-119:12 | 145:8-145:8 | 208:13-208:17 |
| 119:21-119:23 | 148:17-149:1 | 208:19-208:25 |
| 119:25-120:6 | 150:8-150:12 | 209:2-209:6 |
| 120:8-120:11 | 152:3-152:5 | 209:8-209:19 |
| 120:13-120:13 | 152:7-152:7 | 209:21-209:25 |
| 120:19-120:22 | 155:14-155:19 | 210:2-210:5 |
| 120:24-120:24 | 155:22-155:25 | 210:8-210:9 |
| 126:16-126:23 | 156:2-156:2 | 210:11-210:12 |
| 126:25-127:1 | 156:3-156:11 | 210:14-210:16 |
| 127:6-127:16 | 156:13-156:13 | 210:18-210:22 |
| 128:25-129:3 | 158:13-158:17 | 210:24-211:2 |
| 129:5-129:5 | 160:17-160:18 | 212:4-212:8 |
| 129:6-129:9 | 160:20-160:20 | 212:10-212:12 |
| 129:11-129:11 | 161:20-162:11 | 212:14-212:16 |
| 129:20-130:1 | 173:6-173:12 | 212:21-212:25 |
| 130:8-130:8 | 177:24-178:6 | 213:2-213:6 |
| 130:17-130:22 | 178:11-178:15 | 213:8-213:16 |
| 130:23-131:3 | 178:20-178:22 | 221:1-221:4 |
| 131:4-131:4 | 179:20-179:23 | |

## II.    JON HAYDEN

| | | |
|---|---|---|
| 8:4-8:9 | 117:3-117:5 | 273:22-274:12 |
| 11:23-12:3 | 117:6-117:10 | 274:16-274:16 |
| 12:10-12:11 | 117:11-117:13 | 276:8-276:13 |
| 13:15-13:19 | 117:16-117:16 | 276:15-276:16 |
| 22:17-22:23 | 127:8-127:11 | 276:18-276:19 |
| 39:18-39:20 | 187:12-187:14 | 276:23-276:23 |
| 39:23-40:1 | 187:17-187:25 | 277:1-277:2 |
| 40:3-40:10 | 188:3-188:3 | 277:3-277:4 |
| 40:22-41:3 | 188:4-188:5 | 277:7-277:7 |
| 41:4-41:6 | 188:7-188:10 | 277:9-277:22 |
| 41:9-41:15 | 188:13-188:13 | 278:2-278:4 |
| 49:7-49:9 | 190:10-190:16 | 278:13-278:14 |
| 49:12-49:12 | 190:18-190:20 | 278:16-278:22 |
| 52:25-53:2 | 190:23-190:24 | 278:25-279:4 |
| 53:4-53:4 | 190:25-191:13 | 279:12-279:13 |
| 54:4-54:14 | 191:16-191:24 | 279:16-279:16 |
| 55:8-55:15 | 191:25-192:5 | 279:25-280:14 |
| 55:17-55:17 | 192:8-192:9 | 281:1-281:3 |
| 56:11-56:13 | 192:23-193:2 | 281:6-281:7 |
| 56:15-56:15 | 193:5-193:5 | 281:22-281:23 |
| 59:15-59:18 | 193:6-193:8 | 282:1-282:2 |
| 60:22-61:4 | 193:19-193:19 | 282:3-282:19 |
| 61:5-61:8 | 193:20-193:22 | 283:5-283:7 |
| 61:10-61:12 | 193:25-193:25 | 285:3-285:21 |
| 61:14-61:14 | 201:1-201:8 | 285:22-286:23 |
| 69:4-69:6 | 206:1-206:10 | 300:2-300:7 |
| 69:8-69:8 | 206:13-206:15 | 308:5-308:7 |
| 70:4-70:5 | 207:1-207:4 | 308:10-308:10 |
| 70:8-70:8 | 207:7-207:7 | 316:23-316:25 |
| 70:9-70:10 | 248:6-248:8 | 317:2-317:2 |
| 70:12-70:12 | 260:24-261:15 | 317:12-317:16 |
| 71:2-71:12 | 262:15-262:18 | 317:17-317:17 |
| 71:15-71:15 | 263:13-263:14 | 320:6-320:7 |
| 72:13-72:15 | 263:23-263:25 | 320:9-320:12 |
| 72:17-72:19 | 264:7-264:18 | 320:15-320:16 |
| 72:22-73:2 | 265:6-265:8 | 321:11-321:12 |
| 73:5-73:9 | 266:20-267:9 | 321:15-321:15 |
| 74:4-74:14 | 268:4-268:5 | 322:6-322:8 |
| 80:23-80:25 | 268:8-268:10 | 324:21-324:22 |
| 93:25-94:2 | 268:11-268:11 | 324:25-325:2 |
| 94:5-94:5 | 268:14-268:19 | 325:5-325:8 |
| 97:22-97:24 | 268:21-269:9 | 327:13-327:14 |
| 98:10-98:15 | 269:12-269:20 | 327:16-327:24 |
| 103:6-103:12 | 270:6-270:16 | 328:2-328:2 |
| 115:3-115:13 | 272:5-272:21 | 328:13-328:15 |

328:18-328:22          336:24-336:25
328:25-328:25          337:3-337:5

### III.    BERNARDINO TOVANCHE

| | | |
|---|---|---|
| 7:12-7:15 | 86:25-87:7 | 108:13-109:2 |
| 8:4-8:9 | 87:20-87:20 | 109:7-109:9 |
| 9:24-10:8 | 87:25-88:19 | 109:22-109:22 |
| 10:12-10:12 | 89:12-89:13 | 109:25-110:1 |
| 11:18-11:20 | 89:16-89:20 | 110:6-110:9 |
| 11:24-12:7 | 89:21-89:21 | 110:12-110:21 |
| 21:1-21:1 | 89:24-90:3 | 110:24-111:2 |
| 21:4-21:7 | 90:6-90:6 | 111:5-111:5 |
| 22:8-22:9 | 90:9-90:12 | 113:24-114:3 |
| 22:12-22:17 | 90:20-90:20 | 114:4-114:4 |
| 22:20-23:5 | 90:23-90:23 | 114:5-114:6 |
| 23:8-23:8 | 91:7-91:9 | 114:9-114:9 |
| 30:20-30:20 | 91:13-91:18 | 114:18-114:20 |
| 30:23-31:9 | 95:24-95:25 | 116:9-116:10 |
| 31:18-31:20 | 96:4-96:4 | 116:13-116:23 |
| 32:18-32:21 | 96:20-96:20 | 117:5-117:19 |
| 32:22-33:4 | 96:24-97:2 | 117:22-117:25 |
| 33:21-34:1 | 97:4-97:4 | 118:1-118:2 |
| 34:4-34:15 | 102:1-102:3 | 118:5-118:6 |
| 34:18-34:23 | 102:9-102:11 | 118:9-118:9 |
| 35:1-35:2 | 102:14-102:14 | 118:10-118:10 |
| 36:3-36:4 | 102:15-102:17 | 118:13-118:15 |
| 36:7-36:14 | 102:20-102:20 | 118:16-118:16 |
| 36:15-37:4 | 102:25-103:2 | 118:17-118:20 |
| 37:7-37:9 | 103:5-103:5 | 118:23-118:24 |
| 46:20-46:24 | 103:9-103:12 | 119:2-119:3 |
| 47:7-48:23 | 103:15-103:16 | 119:6-119:6 |
| 54:20-54:22 | 103:20-103:22 | 119:9-119:9 |
| 54:25-55:4 | 103:25-104:5 | 119:13-119:13 |
| 55:7-55:11 | 104:8-104:11 | 122:5-122:7 |
| 55:15-55:18 | 104:14-104:14 | 122:10-122:11 |
| 55:21-55:24 | 105:4-105:7 | 122:12-122:14 |
| 56:2-56:2 | 105:11-105:11 | 122:17-122:17 |
| 56:3-56:5 | 105:14-105:16 | 123:1-123:3 |
| 56:8-56:8 | 105:19-105:24 | 123:6-123:13 |
| 56:15-56:17 | 106:25-107:1 | 124:5-124:7 |
| 56:20-56:23 | 107:4-107:4 | 124:9-124:9 |
| 56:25-56:25 | 107:5-107:7 | 124:10-124:12 |
| 57:5-57:7 | 107:10-107:10 | 124:14-124:17 |
| 57:10-57:10 | 108:3-108:7 | 124:20-124:20 |
| 86:4-86:22 | 108:10-108:10 | 124:21-124:23 |

125:1-125:1
125:13-125:15
125:17-125:20
125:22-126:1
126:13-126:14
126:17-126:17
127:3-127:6
127:16-128:13
128:19-128:20
128:21-128:25
128:24-129:3
129:4-129:5
129:8-129:14
129:17-129:23
130:1-130:9
130:15-130:17
133:7-133:8
133:9-133:17
134:6-134:9
134:13-134:25
135:3-135:10
135:13-135:16
135:18-135:20
135:25-136:4
136:8-136:8
136:14-136:15
136:18-136:18
138:11-138:15
138:18-138:22
138:25-139:3
140:4-140:6
140:15-140:17
141:7-141:25
142:16-142:17
142:20-142:22
143:23-144:4
144:7-144:11
144:14-144:17
144:20-144:20

144:21-144:22
144:24-145:2
145:4-145:7
145:9-145:11
145:13-145:15
148:10-148:12
149:2-149:3
149:6-149:7
151:1-151:2
151:5-151:6
151:10-151:13
151:14-151:25
152:3-152:6
152:25-153:1
153:5-153:9
154:10-154:10
154:13-154:19
155:5-155:6
155:11-155:15
155:23-155:24
156:1-156:1
156:5-156:17
158:10-158:13
158:16-158:20
158:24-158:25
159:1-159:2
159:5-159:5
159:12-159:16
159:19-159:21
159:25-159:25
160:1-160:2
160:5-160:7
160:10-160:12
160:14-160:15
161:8-161:10
161:13-161:15
161:17-161:19
161:21-161:23
162:1-162:1

162:10-162:12
162:16-162:16
163:12-163:14
163:17-163:24
164:2-164:7
164:10-164:10
164:13-164:16
164:19-164:21
165:7-165:11
165:15-165:20
168:23-169:1
169:5-169:6
174:14-174:16
174:20-174:25
175:10-175:13
176:4-176:6
176:10-176:11
176:12-176:16
177:1-177:1
177:4-177:7
177:9-177:9
177:10-177:14
177:18-177:24
178:2-178:2
182:3-182:5
182:8-182:19
182:22-182:23
182:25-183:2
183:6-183:8
183:10-183:10
184:6-184:10
184:25-185:1
185:3-185:3
187:6-187:12
187:20-187:21
187:24-188:10
188:13-188:13

## IV.    LEBRON JAMES

10:3-10:6
18:1-18:3
18:6-18:9
18:22-18:24

19:10-19:19
20:7-20:8
22:14-22:16
23:25-24:7

29:22-30:3
30:5-30:9
32:22-33:7
33:8-34:3

| | | |
|---|---|---|
| 34:12-34:23 | 108:7-108:16 | 120:7-120:7 |
| 39:1-39:9 | 108:19-109:4 | 120:9-120:11 |
| 40:14-40:19 | 109:6-109:9 | 120:14-120:15 |
| 45:5-45:24 | 109:10-109:14 | 120:17-120:25 |
| 45:25-46:12 | 109:16-109:19 | 121:2-121:2 |
| 48:10-48:12 | 109:20-110:23 | 121:4-121:4 |
| 48:15-48:16 | 110:25-111:13 | 121:6-121:6 |
| 48:18-48:21 | 111:15-111:18 | 121:8-121:18 |
| 48:22-49:8 | 111:21-112:11 | 121:20-121:20 |
| 49:16-49:23 | 112:12-112:16 | 121:22-121:23 |
| 50:2-50:9 | 112:19-112:19 | 122:2-122:9 |
| 50:16-51:3 | 112:21-113:6 | 122:11-122:11 |
| 51:8-51:23 | 113:9-113:12 | 122:13-122:13 |
| 55:8-55:10 | 113:14-114:1 | 122:15-122:15 |
| 55:12-55:12 | 114:4-114:4 | 122:17-122:19 |
| 55:14-55:19 | 114:6-114:13 | 122:22-122:22 |
| 66:14-67:3 | 114:15-114:18 | 122:25-123:6 |
| 73:20-73:23 | 114:21-115:2 | 123:8-123:13 |
| 74:9-74:14 | 115:5-115:5 | 123:15-123:15 |
| 75:11-76:5 | 115:7-115:13 | 123:17-123:17 |
| 76:7-76:13 | 115:15-115:15 | 123:19-123:19 |
| 76:16-76:21 | 115:17-115:17 | 123:21-123:23 |
| 76:23-76:24 | 115:19-115:19 | 124:15-124:20 |
| 77:2-77:10 | 115:21-116:7 | 124:22-124:22 |
| 77:15-77:18 | 116:9-116:9 | 124:24-124:25 |
| 77:20-77:25 | 116:11-116:21 | 125:3-125:11 |
| 78:5-78:5 | 116:23-116:23 | 125:13-125:13 |
| 78:7-78:9 | 116:25-116:25 | 125:15-125:15 |
| 78:10-78:23 | 117:2-117:2 | 125:17-125:17 |
| 79:10-79:12 | 117:4-117:9 | 125:19-126:9 |
| 79:16-79:18 | 117:11-117:11 | 126:12-126:14 |
| 79:20-79:25 | 117:13-117:14 | 126:17-127:7 |
| 81:5-81:19 | 117:17-118:10 | 127:11-127:13 |
| 81:22-81:22 | 118:14-118:21 | 127:15-127:23 |
| 103:20-104:1 | 118:22-119:4 | 127:25-127:25 |
| 104:2-104:3 | 119:8-119:11 | 128:2-128:2 |
| 104:6-104:8 | 119:13-120:1 | 128:4-128:4 |
| 106:11-106:16 | 120:3-120:3 | 128:6-128:14 |
| 107:2-107:14 | 120:5-120:5 | |

## V.    DANNY GREEN

| | | |
|---|---|---|
| 7:6-7:11 | 23:4-23:12 | 35:16-35:20 |
| 22:3-22:5 | 33:21-33:25 | 51:18-51:24 |
| 22:18-22:20 | 34:2-34:10 | 52:3-52:16 |
| 22:23-22:25 | 34:12-34:16 | 57:16-57:18 |

6

| | | |
|---|---|---|
| 58:15-58:24 | 144:10-144:10 | 158:7-158:7 |
| 65:11-65:13 | 144:13-144:25 | 158:8-158:20 |
| 76:19-76:25 | 145:2-145:8 | 158:23-158:25 |
| 77:2-77:15 | 145:11-145:11 | 159:4-159:4 |
| 82:11-82:17 | 145:12-145:25 | 159:10-159:16 |
| 83:14-83:24 | 146:2-146:2 | 159:20-159:25 |
| 95:14-95:16 | 146:5-146:7 | 160:2-160:10 |
| 95:18-95:21 | 146:10-146:10 | 160:13-160:16 |
| 108:2-108:7 | 146:11-146:25 | 160:17-160:20 |
| 108:10-108:25 | 147:2-147:14 | 160:23-160:25 |
| 109:2-109:3 | 147:15-147:25 | 161:2-161:12 |
| 125:24-126:7 | 148:2-148:5 | 161:15-161:17 |
| 126:24-127:6 | 148:8-148:9 | 161:20-161:25 |
| 132:8-132:12 | 148:12-148:16 | 162:2-162:5 |
| 132:18-132:20 | 148:19-148:19 | 162:7-162:8 |
| 133:2-133:2 | 148:25-148:25 | 162:11-162:19 |
| 133:3-133:4 | 149:2-149:3 | 162:22-162:23 |
| 133:10-133:10 | 149:6-149:7 | 163:2-163:14 |
| 133:11-133:14 | 149:8-149:25 | 163:17-163:19 |
| 133:20-133:25 | 150:2-150:6 | 163:22-163:25 |
| 134:2-134:6 | 150:7-150:20 | 164:2-164:11 |
| 134:7-134:12 | 150:23-150:25 | 164:20-164:25 |
| 134:18-134:25 | 151:4-151:10 | 165:2-165:7 |
| 135:2-135:2 | 151:13-151:17 | 165:9-165:11 |
| 135:8-135:9 | 151:20-151:23 | 165:13-166:13 |
| 135:18-135:19 | 151:24-151:25 | 166:16-166:22 |
| 136:7-136:21 | 152:2-152:2 | 166:25-166:25 |
| 136:22-136:22 | 152:5-152:5 | 167:2-167:15 |
| 137:5-137:18 | 152:6-152:14 | 167:18-167:19 |
| 138:6-138:9 | 152:17-152:20 | 167:22-167:22 |
| 138:12-138:18 | 152:23-152:25 | 167:23-167:25 |
| 138:21-138:21 | 153:2-153:5 | 168:2-168:15 |
| 139:17-139:25 | 153:8-153:18 | 168:16-168:25 |
| 140:2-140:9 | 153:21-153:25 | 169:2-169:7 |
| 140:12-140:21 | 154:2-154:9 | 169:10-169:12 |
| 141:3-141:5 | 154:12-154:20 | 169:16-169:19 |
| 141:8-141:15 | 155:2-155:13 | 169:23-169:23 |
| 141:18-141:18 | 155:16-155:18 | 169:24-169:25 |
| 141:21-141:25 | 155:21-155:25 | 170:2-170:2 |
| 142:2-142:19 | 156:2-156:4 | 170:6-170:19 |
| 142:20-142:25 | 156:15-156:24 | 170:20-170:24 |
| 143:2-143:9 | 157:3-157:4 | 171:3-171:17 |
| 143:12-143:13 | 157:7-157:13 | 171:20-171:22 |
| 143:16-143:25 | 157:16-157:17 | 171:25-171:25 |
| 144:2-144:5 | 157:20-157:20 | 172:2-172:13 |
| 144:7-144:8 | 157:21-157:25 | 172:16-172:16 |

| | | |
|---|---|---|
| 172:19-172:19 | 174:23-174:23 | 178:2-178:7 |
| 173:6-173:17 | 175:6-175:14 | 178:20-178:20 |
| 173:20-173:21 | 175:17-175:17 | 191:11-191:22 |
| 173:24-173:25 | 176:14-176:21 | 192:4-192:10 |
| 174:2-174:4 | 176:23-176:24 | 192:11-192:14 |
| 174:7-174:7 | 177:3-177:7 | 192:22-192:25 |
| 174:8-174:11 | 177:10-177:13 | 193:2-193:25 |
| 174:14-174:14 | 177:16-177:21 | 194:4-194:9 |
| 174:18-174:20 | 177:25-177:25 | |

## VI.  TRISTAN THOMPSON

| | | |
|---|---|---|
| 8:13-8:16 | 63:6-64:5 | 102:15-102:15 |
| 19:23-19:25 | 93:19-94:5 | 104:8-104:9 |
| 20:6-20:10 | 95:12-96:19 | 104:13-105:14 |
| 35:7-35:12 | 96:20-97:11 | 105:17-105:17 |
| 36:2-36:4 | 97:16-97:16 | 105:19-106:16 |
| 36:9-36:13 | 97:17-99:2 | 106:17-107:6 |
| 37:3-37:5 | 99:5-99:5 | 107:9-107:9 |
| 43:12-44:5 | 99:7-100:1 | 107:11-107:23 |
| 44:7-44:10 | 100:4-100:21 | 108:1-108:1 |
| 45:7-45:15 | 100:24-100:24 | 109:9-109:23 |
| 46:23-47:5 | 101:2-101:18 | |
| 50:23-51:9 | 101:22-102:12 | |

8