# EXHIBIT H

10/30/2019 — Case: 1:17-cv-02635-CAB Doc #: 216-8 Filed: 04/21/23 2 of 2. PageID #: 15357 — THE VENETIAN HOTEL & CASINO LAS VEGAS LIMITED EDITION GOLD PLAYING CARDS | eBay



DEFENDANTS' EXHIBIT 3