# EXHIBIT E



https://www.ebay.com/itm/THE-VENETIAN-HOTEL-CASINO-LAS-VEGAS-LIMITED-EDITION-GOLD-PLAYING-CARDS-/202404533154