# EXHIBIT D

| | | |
|---|---|---|
| **Case #:** 1-12531782461 | **Type of Case:** | **Date Opened:** 5/5/2023 |
| **Application Format:** Standard | | Supplementary Registration |

## Original Registration

A supplementary registration is a special type of registration that may be used to correct an error in an **_existing_** registration or to amplify the information given in an **_existing_** registration.

This application has strict eligibility requirements, which are listed below. If you do not meet all of these requirements, please return to the "Home" screen to select another registration option.

1. You must be the author of the work, the claimant who owns all rights initially belonging to the author, the owner of one or more of the exclusive rights in the work, or an authorized agent of the
   author, claimant, or owner of an exclusive right.

2. This application may only be used to correct certain types of errors or to amplify certain information in an **_existing_** registration. It **_may not_** be used to amend a pending application. For detailed
   information, click here.

3. This application **_may not_** be used:

   ■ To reflect a change in ownership of the work.
   ■ To register a new or revised version of a work.
   ■ To correct an error or omission in a copy or phonorecord that was previously submitted to the Copyright Office.
   ■ To question or challenge the validity of an existing registration.

To complete this application:

- Identify the registration you want to correct or amplify, and the "Type of Work" that best describes the work(s) covered by that registration.

- Complete each screen that appears in the application. Provide all the information that should have been included in the **_existing_** registration. Correct errors that appear in the **_existing_**
   registration, and/or provide information needed to amplify the information stated in that registration. Provide a brief statement that identifies and explains the reasons for making the
   correction and/or amplification. After making the correction and/or amplification, give the rest of the information exactly as it appears on the **_existing_** certificate of registration.

- Pay the **_non-refundable_** filing fee.

**Please Note: If you are correcting or amplifying a registration for a _group of unpublished works or a group of short online literary works, or a group of works published on the same album_, you must contact the Copyright Office _before_ you submit this application. You can reach the Office by email or by telephone at (202) 707-3000 or (877) 476-0778.**

**Need help? Click here to watch a video that provides step-by-step instructions for completing this application. Click here to read the help text.**

\*I Agree that I have read, understood, and meet all eligibility requirements
  described above for filing a Supplementary Registration: ☐

\*Registration Number of Basic Registration (e.g. TXu003234533): [_____]  Help

\*Year of Basic Registration (YYYY): [_____]

\*Type Of Work: [_____ ▼]

--Select a value in Type of Work--

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

| Home | | My Profile | Help | Contact Us | Log Out |

**Case #:** 1-12531803061                           **Date Opened:** 5/5/2023
**Application Format:** Standard

[eCO Navigation Tips](#)

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

Select the entry from the dropdown list that best describes the "Type of Work" you seek to register. Read the description below and then click the box below to confirm your selection. Click "Continue" to begin the application.

**Type of Work cannot be changed after you click "Continue".** <u>Click here</u> **for more information.:**

**\* Type of Work:** [Work of the Visual Arts ▼]                                      Help

Visual Arts works include a wide range of pictorial, graphic, and sculptural works of art. This category also includes architectural works.

Examples of pictorial, graphic, and sculptural works include two-dimensional and three-dimensional works of fine, graphic, and applied art; photographs; prints and art reproductions, maps, and technical drawings. Examples of architectural works include buildings and architectural plans.

For more information about registration of pictorial, graphic, or sculptural works, please see Circular 40.

**Important note:** You selected the "Standard Application" This application may be used to register **1 work** (including 1 collective work, or 1 derivative work).

You may register up to 10 unpublished works on the same application, but **YOU MUST** return to the "Home" screen and select the link for "**Register a Group of Unpublished Works**". Click here if you need help finding this link, and click here to watch a video that provides step-by-step instructions for completing the application for a "Group of Unpublished Works."

You are responsible for choosing the correct application form. The electronic registration system is not able to determine whether you selected the correct form or whether your claim will be registered. If you need help choosing the correct form, please visit our website at www.copyright.gov/help/

**Important note for photographers:** To register multiple photos, please return to the "Home" screen, then select "**Register a Group of Photographs**" under the heading for "Other Registration Options". Click here if you need help finding this link.

☑ **\*Click the box to confirm that you have read the description above and selected the entry that best describes the "type of work" you are registering.**

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

| | Home | | My Profile | Help | Contact Us | Log Out | |

| | | | |
|---|---|---|---|
| **Case #:** 1-12531803061 | **Type of Case:** Work of the Visual Arts | **Date Opened:** 5/5 |
| **Application Format:** Standard | | Su |

eCO Navigation Tips

## Titles

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

Give the title(s) exactly as it appears on the work. If there is no title, give an identifying phrase, or state 'untitled'.

To enter the title(s), click 'New'. After you enter the title, click 'Save'. Repeat this process for each additional title.

To <u>edit</u> or <u>delete</u> a title, click the appropriate link in the list below. When the list is complete and correct, click 'Continue' to save the information and proceed to the 'Publication/Completion' screen.

**All Titles**

| Title of Work | Volume | Number | Issue Date | Ty |
|---|---|---|---|---|
| | | | | |

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

Home |   | My Profile | Help | Contact Us | Log Out |

| | |
|---|---|
| **Case #:** | 1-12531803061 |
| **Application Format:** | Standard |

| | |
|---|---|
| **Date Opened:** | 5/5/2023 |

eCO Navigation Tips

## Publication/Completion

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

**Publication** results from the distribution of copies of a work to the public by sale or other transfer of ownership, or by rental, lease, or lending. A work is also "published" if there has been an offering to distribute copies to a group of persons for purposes of further distribution, public performance, or public display. A public performance or display does not, by itself, constitute "publication".

For information on the publication of works online, click here. Indicate whether this work has been published by. selecting either "yes" or "no" from the drop down list below.

*Has this work been published?:

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

Home |   | My Profile | Help | Contact Us | Log Out |

| | |
|---|---|
| **Case #:** 1-12531803061 | **Type of Case:** Work of the Visual Arts |
| **Application Format:** Standard | |

**Date Opened:** 5/...
Su...

## Authors

eCO Navigation Tips

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

Name the author(s) of the work being registered, and give the requested information. Generally, the application should name <u>all</u> the authors of the authorship being registered.

Click 'New' to add an author, or, if you are an author and your name appears in the User Profile for this account, click 'Add Me'.

After you enter the author information, click 'Save'. Repeat this process for each additional author.

To <u>edit</u> or <u>delete</u> an author, click the appropriate link in the list below. When the list is complete and correct, click 'Continue' to save the information and proceed to the 'Claimants' screen.

### Authors

| Name | Organization Name | Work For Hire | Anonymous | Pseudonym |
|---|---|---|---|---|
| | | | | |

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

Home | | My Profile | Help | Contact Us | Log Out |

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** | 1-12531803061 | **Type of Case:** | Work of the Visual Arts | **Date Opened:** | 5/5 |
| **Application Format:** | Standard | | | | Su |

eCO Navigation Tips

## Claimants

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

Please identify the copyright claimant(s) in this work. The author is the original copyright claimant. The claimant may also be a person or organization to whom copyright has been transferred.

To be named as a claimant by means of a transfer, a person or organization must own all rights under the U.S. copyright law.

In addition, a claimant must own the copyright in all the authorship covered by this registration.

Click "New" to add a claimant, or, if you are a claimant and your name appears in the User Profile for this account, click 'Add Me' to add your name and address into the claimants list.

After you enter the claimant information, click 'Save'. Repeat this process for each additional claimant.

To edit or delete a claimant, click the appropriate link in the list below. When the list is complete and correct, click 'Continue' to save the information and proceed to the 'Limitation of Claim' screen.

### Claimants

| Name | Organization Name | Transfer Statement | Address |
|---|---|---|---|
| | | | |

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

Claims

| Home | | My Profile | Help | Contact Us | Log Out |

| | | |
|---|---|---|
| **Case #:** 1-12531803061 | | **Date Opened:** 5/5/2023 |
| **Application Format:** Standard | | |

eCO Navigation Tips

## Limitation of Claim

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

Complete this screen to *limit your claim* if this work contains or is based on previously registered material, previously published material, material in the public domain or material not owned by this claimant. The purpose of this section is to exclude such material from the claim and identify the new material upon which the present claim is based.

**If your work does not contain any preexisting material, click "Continue" to proceed to the Rights and Permissions screen.**

| Material Excluded: | Previous Registration: | New Material Included: |
|---|---|---|
| ☐ 2-D Artwork | **1st Prev. Reg. #:** [____] | ☐ 2-D Artwork |
| ☐ Photograph | **Year:** [____] | ☐ Photograph |
| ☐ Jewelry design | | ☐ Jewelry design |
| ☐ Architectural work | **2nd Prev. Reg. #:** [____] | ☐ Architectural work |
| ☐ Sculpture | **Year:** [____] | ☐ Sculpture |
| ☐ Technical Drawing | | ☐ Technical Drawing |
| ☐ Map | | ☐ Map |
| Other: [____] | | Other: [____] |

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

Home | | My Profile | Help | Contact Us | Log Out |

| **Case #:** | 1-12531803061 | **Type of Case:** | Work of the Visual Arts | **Date Opened:** | 5/5 |
| **Application Format:** | Standard | | | | Su |

**eCO Navigation Tips**

### Rights & Permissions Information (Optional)

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

You may provide contact information for a person and/or organization to be contacted regarding copyright management information or permission to use this work.

**Important:** If you prefer not to provide personally identifying information, you may list a third party agent or a post office box.

**Individual:**

- First Name:
- Middle Name:
- Last Name:
- Email:
- Phone:
- Alternate Phone:

**Organization:**

- Organization Name:
- Address 1:
- Address 2:
- City:
- State:
- Postal Code:
- Country:

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

| Home | My Profile | Help | Contact Us | Log Out |

| Case #: | 1-12531803061 | Type of Case: | Work of the Visual Arts | Date Opened: | 5/5 |
| Application Format: | Standard | | | | Su |

**eCO Navigation Tips**

## Correspondent

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

This is the person the Copyright Office will contact if it has questions about this application.
Completion of the name, email address and correspondence address is mandatory.

**Individual:**

*First Name:
Middle Name:
*Last Name:
*Email:
Phone:
Alternate Phone:
Fax:

**Organization:**

Organization Name:

*Address 1:
Address 2:
*City:
State:
Postal Code:
Country:

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

| | | | | | |
|---|---|---|---|---|---|
| Home \| | \| My Profile \| | Help \| | Contact Us \| | Log Out \| | |

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** | 1-12531803061 | **Type of Case:** | Work of the Visual Arts | **Date Opened:** | 5/ |
| **Application Format:** | Standard | | | | Su |

eCO Navigation Tips        **Mail Certificate**

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

This is the name and address to which the registration certificate should be mailed.
Completion of Individual and/or Organization Information, Address is mandatory.

**Individual:**                                                  **Organization:**

*  First Name: [_____]                    *Organization Name: [_____]
   Middle Name: [_____]
*  Last Name: [_____]
*  Address 1: [_____]                     *  State: [____▼]
   Address 2: [_____]                     *  Postal Code: [_____]
*  City: [_____]                             Country: [____▼]

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

Home | My Profile | Help | Contact Us | Log Out |

| | | | | |
|---|---|---|---|---|
| Case #: | 1-12531803061 | Type of Case: | Work of the Visual Arts | Date Opened:  5/... |
| Application Format: | Standard | | | Su... |

eCO Navigation Tips | **Mail Certificate**

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

This is the name and address to which the registration certificate should be mailed.
Completion of Individual and/or Organization Information, Address is mandatory.

**Individual:**               **Organization:**

\* First Name: _____        \*Organization Name: _____
Middle Name: _____
\* Last Name: _____
\* Address 1: _____         \* State: _____
Address 2: _____           \* Postal Code: _____
\* City: _____              Country: _____

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

| | Home | | My Profile | Help | Contact Us | Log Out | |

| | Case #: | 1-12531803061 | Date Opened: | 5/5/2023 |
| Application Format: | Standard | | |

[eCO Navigation Tips]

## Special Handling (Optional)

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

Special handling is expedited service that is available only to filers who satisfy one or more of the compelling reasons below. Special handling also carries a significant surcharge fee. If you do not qualify for special handling service, please click the Continue button without completing this screen.

Note: The significant special handling surcharge fee is non-refundable. Please click here to review the current fee.

☐ **Special Handling** (The information requested below is required for Special Handling claims)

**Compelling Reason(s)** (At least one must be selected)

☐ Pending or prospective litigation

☐ Customs matters

☐ Contract or publishing deadlines that necessitate the expedited issuance of a certificate

☐ **I certify** that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work.

**Explanation for Special Handling:**
This is the place to give any comments/instructions regarding special handling specific to this claim.

[                                                                     ]

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

| | |
|---|---|
| **Case #:** | 1-12531803061 |
| **Application Format:** | Standard |

| | |
|---|---|
| **Date Opened:** | 5/5/2023 |

[eCO Navigation Tips](#)

## Certification

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

Please summarize the corrections and/or amplifications made to the information provided in the basic registration

\*  **Correction Explanation**   Help

[                    ]

AND/OR

\*  **Amplification Explanation**   Help

[                    ]

The Application must be certified by the author, copyright claimant, or owner of exclusive right(s), or by the authorized agent of any of the preceding.

**17 USC 506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided by section 409, or in any written statement filed with the application, **shall be fined not more than $2500.**

[ ]   \***I certify** that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights of this work, that I reviewed the certificate of registration for this work, and that the information given in this application is correct to the best of my knowledge.

\* **Name of certifying individual:**  [            ]

\***Submission Authority:**  [     ▼ ]   Help

**Authorized agent of (name):**  [            ]

**Applicant's Internal Tracking Number (Optional):**  [            ]

**Note to Copyright Office (Optional):**
This is the place to give any comments specific to this claim, the application, or the deposit copy, if necessary.

[                    ]

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

| Home | My Profile | Help | Contact Us | Log Out |

## Review Submission

[eCO Navigation Tips](#)

Please review the entire submission on this screen. If you need to revise any information, return to the appropriate data entry screen to make the revision. When the entire submission is correct, click the "Add to Cart" button at the top of the screen. **Warning: Once you submit your application, you cannot make changes to it. Therefore, please review the information on this screen carefully before proceeding.**

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

### Case Summary

| | | | |
|---|---|---|---|
| **Case Number:** | 1-12531803061 | **Application Format:** | Standard |
| **Contact Name:** | Kimberly Textoris | | |

### Basic Registration Details

| Basic Registration Number | Basic Registration Year | Type |
|---|---|---|
| VAu001287545 | 2017 | Work |

### All Titles

| Title of Work | Volume | Number | Issue Date |
|---|---|---|---|
| | | | |

### Publication/Completion

| Published Work | Year Created | Publication Date | Nation of First Publication | ISN Type |
|---|---|---|---|---|
| | | | | |

### Authors & Contributions

| Name | Organization Name | Work For Hire | Citizenship | Domicile | Year of Birth | Year of Death | Anonymous | Pseudonymous | Pseudonym | Text | Art | Pho... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### Claimants

| Name | Organization Name | Transfer Statement | Transfer Stmt Othe... |
|---|---|---|---|
| | | | |

### Claim Limitations review (VA)

**Material Excluded**
- Jewelry
- Photograph
- 2D Artwork
- Sculpture
- Architectural
- Technical Drawing
- Map
- Other

**New Material Included**
- Jewelry
- Photograph
- 2D Artwork
- Sculpture
- Architectural
- Technical Drawing
- Map
- Other

### Rights & Permissions

| | |
|---|---|
| **First Name:** | **Organization Name:** |
| **Middle Name:** | **Address 1:** |
| **Last Name:** | **Address 2:** |
| **Email:** | **City:** |
| **Phone:** | **State:** |
| **Alternate Phone:** | **Postal Code:** |

**Country:**

## Correspondent

| | |
|---|---|
| **First Name:** | **Organization Name:** |
| **Middle Name:** | **Address 1:** |
| **Last Name:** | **Address 2:** |
| **Email:** | **City:** |
| **Phone:** | **State:** |
| **Alternate Phone:** | **Postal Code:** |
| **Fax:** | **Country:** |

## Mail Certificate

| | |
|---|---|
| **First Name:** | **Organization Name:** |
| **Middle Name:** | **Address 1:** |
| **Last Name:** | **Address 2:** |
| | **City:** |
| | **State:** |
| | **Postal Code:** |
| | **Country:** |

## Certification

**Name:** ,

**Certified:** ☐

**Special Handling:** ☐

**Applicant's Internal Tracking Number:**

**Note to Copyright Office:**

**Amplification Explanation:**

**Correction Explanation:**

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!