# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>　　　　Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>JUDGE CHRISTOPHER A. BOYKO |

**JOINT RESPONSE TO ORDER TO SUBMIT AGREED PROPOSED QUESTIONS TO THE REGISTER OF COPYRIGHTS**

Pursuant to the Court's Order of May 11, 2023, Dkt. 226, Plaintiff James Hayden ("Plaintiff") and Defendants Take-Two Interactive Software, Inc. and 2K Games, Inc. ("Take-Two") jointly submit the attached proposed questions for referral to the Register of Copyright pursuant to § 411(b)(2). The Parties have met and conferred and were unable to reach agreement on questions for referral and thus separately provide their proposed questions.

DATED: May 18, 2023

| | |
|---|---|
| */s/ Dale M. Cendali* | */s/ Andrew W. Alexander* |
| Dale M. Cendali (admitted *pro hac vice*) | John Cipolla (Ohio Bar No. 0043614) |
| Joshua L. Simmons (admitted *pro hac vice*) | Daniel McMullen (Ohio Bar No. 0034380) |
| Chris T. Ilardi (admitted *pro hac vice*) | Todd R. Tucker (Ohio Bar No. 0065617) |
| Kirkland & Ellis LLP | Andrew Alexander (Ohio Bar No. 0091167) |
| 601 Lexington Avenue | Josh A. Friedman (Ohio Bar No. 0091049) |
| New York, New York 10022 | Dustin Likens (Ohio Bar No. 0097891) |
| Telephone: (212) 446-4800 | Brandon E. Brown (Ohio Bar No. 0097013) |
| dale.cendali@kirkland.com | CALFEE, HALTER & GRISWOLD LLP |
| joshua.simmons@kirkland.com | The Calfee Building |
| chris.ilardi@kirkland.com | 1405 East Sixth Street |
| | Cleveland, Ohio 44114-1607 |
| Miranda D. Means (admitted *pro hac vice*) | Telephone: (216) 622-8200 |
| 200 Clarendon Street | Facsimile: (216) 241-0816 |
| Boston, Massachusetts 02116 | jcipolla@calfee.com |
| Telephone: (617) 385-7500 | dmcmullen@calfee.com |
| miranda.means@kirkland.com | ttucker@calfee.com |
| | aalexander@calfee.com |
| Yungmoon Chang (admitted *pro hac vice*) | jfriedman@calfee.com |
| Kirkland & Ellis LLP | dlikens@calfee.com |
| 2049 Century Park East | bbrown@calfee.com |
| Los Angeles, CA 90067 | |
| Telephone: (310) 552-4359 | *Of Counsel* |
| yungmoon.chang@kirkland.com | |
| | Kimberly A. Pinter (Ohio Bar No. 0084277) |
| Matthew J. Cavanagh (OH 0079522) | CALFEE, HALTER & GRISWOLD LLP |
| McDonald Hopkins LLC | The Calfee Building |
| 600 Superior Avenue, East, Ste. 2100 | 1405 East Sixth Street |
| Cleveland, Ohio 44114 | Cleveland, Ohio 44114-1607 |
| Telephone: 216.348.5400 | Telephone: (216) 622-8200 |
| Fax: 216.348.5474 | Facsimile: (216) 241-0816 |
| mcavanagh@mcdonaldhopkins.com | E-mail: kpinter@calfee.com |
| | |
| *Attorneys for Defendants 2K Games, Inc.* | *Attorneys for Plaintiff James Hayden* |
| *and Take-Two Interactive Software, Inc.* | |