IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CASE NO.: 1:17CV2635 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| 2K GAMES, INC., et al., | ) | NOTICE OF FILING |
| | ) | THE RESPONSE OF THE REGISTER OF |
| Defendants. | ) | COPYRIGHTS |

The undersigned counsel of the Department of Justice appear on behalf of the Register of Copyrights (Register) for the purpose of filing the Register's response to the Court's *Request to Register of Copyrights*, Dkt. No. 229 (May 25, 2023). *The Response of The Register of Copyrights To Request Pursuant To 17 U.S.C. § 411(b)(2)* is attached.

                                                Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Principal Deputy Assistant Attorney
                                                General

                                                /s/ *Scott Bolden*
                                                SCOTT BOLDEN
                                                Acting Director
                                                Commercial Litigation Branch
                                                Civil Division
                                                Department of Justice
                                                Washington, DC 20530
                                                gary.hausken@usdoj.gov
                                                (202) 307-0342

2

                REBECCA C. LUTZKO
                United States Attorney

By:   /s/ Patricia M. Fitzgerald
        Patricia M. Fitzgerald (PA: 308973)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3779
        (216) 522-2404 (facsimile)
        Patricia.Fitzgerald2@usdoj.gov