# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HAYDEN,** | ) | CASE NO. 1:17CV2635 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| **2K GAMES, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**<u>CHRISTOPHER A. BOYKO</u>, J.**:

This matter comes before the Court upon the Response of the Register of Copyrights (ECF DKT #231) filed on August 21, 2023.

On or before September 6, 2023, the parties shall confer and submit a joint proposed case management schedule going forward in light of the substance of the Register's Response and shall provide justification for the proposed schedule.

If the parties cannot agree, Plaintiff shall file his own proposed plan with appropriate justification by September 6, 2023. Defendants shall then submit their supported proposal by September 13, 2023.

**IT IS SO ORDERED.**

**DATE: August 23, 2023**

                                                    s/Christopher A. Boyko
                                                  **CHRISTOPHER A. BOYKO**
                                                  **United States District Judge**