# EXHIBIT A

# Alexander, Andrew

| | |
|---|---|
| **From:** | Alexander, Andrew |
| **Sent:** | Tuesday, September 5, 2023 11:29 PM |
| **To:** | Means, Miranda |
| **Cc:** | Cipolla, John; Cendali, Dale M.; Simmons, Joshua L.; Ilardi, Chris T.; mcavanagh@mcdonaldhopkins.com; McMullen, Dan; Tucker, Todd; #Hayden-TakeTwo; Hayden-TakeTwo |
| **Subject:** | RE: Hayden v. 2K Games, Inc.--Meeting re Case Management Schedule |

Miranda,

We disagree that adding NBA 2K21 would require any additional fact or expert discovery, but we can agree to staying the 1721 Case pending resolution of the 2635 Case. As for the proposed schedule, please explain Take-Two's basis for moving for summary judgment based on the Register of Copyrights' response. We believe the Register's response resolves the issue of the validity of Mr. Hayden's copyrights in his favor and warrants promptly scheduling and proceeding with trial. And we cannot agree to delaying trial another seven months. Accordingly, we plan on filing a separate proposed case management schedule tomorrow.

Regards,

Andy

**From:** Means, Miranda <miranda.means@kirkland.com>
**Sent:** Tuesday, September 5, 2023 5:26 PM
**To:** Alexander, Andrew <AAlexander@Calfee.com>
**Cc:** Cipolla, John <JCipolla@Calfee.com>; Cendali, Dale M. <dale.cendali@kirkland.com>; Simmons, Joshua L. <joshua.simmons@kirkland.com>; Ilardi, Chris T. <chris.ilardi@kirkland.com>; mcavanagh@mcdonaldhopkins.com; McMullen, Dan <dmcmullen@calfee.com>; Tucker, Todd <TTucker@Calfee.com>; #Hayden-TakeTwo <HaydenTakeTwo@kirkland.com>; Hayden-TakeTwo <Hayden-TakeTwo@Calfee.com>
**Subject:** RE: Hayden v. 2K Games, Inc.--Meeting re Case Management Schedule

Dear Andy,

As an initial matter, we cannot agree to consolidate the 1721 Case with the 2635 Case and would oppose any motion to consolidate without reopening discovery.  The newly filed case involves a new game, NBA 2K21, on which fact and expert discovery may be required.  Moreover, as the 2635 Case has been readied for trial twice already, we think the better course is to stay the 1721 Case pending resolution of the 2635 case.  Please let us know whether Mr. Hayden will agree.  He waited years to bring this new lawsuit, including after the Court refused to permit further amendments of his complaint in the 2635 case, so there can be no prejudice to doing so.

On the proposed schedule, the dates you provided do not work for our team.  As an initial matter, we plan to move for summary judgment based on the Register of Copyrights response, and believe that trial should be scheduled after summary judgment is decided.  In any case, our team has trials in December, January, and February/March that make the earliest feasible date for us sometime in April 2024.  We think the pre-trial filing deadlines should be closer in time to the actual trial date, and in any case after summary judgment is decided as that is likely to impact the trial.

Best,
Miranda

**Miranda Means**
She/Her/Hers

**KIRKLAND & ELLIS LLP**
200 Clarendon Street, Boston, MA 02116
T +1 617 385 7419
M +1 617 320 9248

miranda.means@kirkland.com

**From:** Alexander, Andrew <AAlexander@Calfee.com>
**Sent:** Tuesday, September 5, 2023 9:55 AM
**To:** Means, Miranda <miranda.means@kirkland.com>
**Cc:** Cipolla, John <JCipolla@Calfee.com>; Cendali, Dale M. <dale.cendali@kirkland.com>; Simmons, Joshua L. <joshua.simmons@kirkland.com>; Ilardi, Chris T. <chris.ilardi@kirkland.com>; mcavanagh@mcdonaldhopkins.com; McMullen, Dan <dmcmullen@calfee.com>; Tucker, Todd <TTucker@Calfee.com>; #Hayden-TakeTwo <HaydenTakeTwo@kirkland.com>; Hayden-TakeTwo <Hayden-TakeTwo@Calfee.com>
**Subject:** RE: Hayden v. 2K Games, Inc.--Meeting re Case Management Schedule

Miranda,

Please let us know before 2:00 pm EST Take-Two's position on Mr. Hayden's proposed dates for the case management report, which is due tomorrow. We have not heard any response since our meet and confer last Tuesday.

Regards,

Andy


**Andrew W. Alexander**
*Attorney at Law*
aalexander@calfee.com
216.622.8634  **Phone**

**From:** Alexander, Andrew
**Sent:** Friday, September 1, 2023 1:37 PM
**To:** Means, Miranda <miranda.means@kirkland.com>
**Cc:** Cipolla, John <JCipolla@Calfee.com>; Cendali, Dale M. <dale.cendali@kirkland.com>; Simmons, Joshua L. <joshua.simmons@kirkland.com>; Ilardi, Chris T. <chris.ilardi@kirkland.com>; mcavanagh@mcdonaldhopkins.com; McMullen, Dan <dmcmullen@calfee.com>; Tucker, Todd <TTucker@Calfee.com>; #Hayden-TakeTwo <HaydenTakeTwo@kirkland.com>; Hayden-TakeTwo <Hayden-TakeTwo@Calfee.com>
**Subject:** RE: Hayden v. 2K Games, Inc.--Meeting re Case Management Schedule

Miranda,

I'm following up on our meet and confer on Tuesday. We discovered a conflict with the week of November 13. Please let us know if the weeks of December 11, December 18, or January 8 will work for your team for trial. Please also let us know if Take-Two agrees to the other dates Mr. Hayden proposed:

1. 9/8: Plaintiff to file supplementary registration applications for the Lion and Brother's Keeper copyrights.
2. 9/29: Deadline for filing pre-trial submissions:
    1. Trial Briefs

2

   2. Omnibus MILs
   3. Deposition Designations
3. 10/13: Oppositions to MILs

Our proposal to the Court is due next week on Wednesday, so please let us know Take-Two's position as soon as possible.

As we previewed on our call, yesterday Mr. Hayden filed a new, related case asserting the same copyrights against NBA 2K21 against 2K Games and Take-Two Interactive (the "1721 Case"). I've attached the Complaint and exhibits. Mr. Hayden would like to consolidate the 1721 Case with the previously filed case (the "2635 Case"). We think doing so serves judicial economy and would not delay the 2635 Case in any way. As you know, Take-Two already produced financials regarding 2K21 and the damages experts have provided reports that address NBA 2K21 in the 2635 Case. Moreover, we are not aware of any reason that consolidating the cases would require any additional fact discovery or would materially change Take-Two's defenses or trial presentation. Including NBA 2K21 in the 2635 Case should require nothing more than clerical revisions to the parties' pretrial filings, which the parties will have to file again anyways. Please let us know if Take-Two would join or agree not to oppose a motion to consolidate the 1721 Case with the 2635 Case and stipulate to not reopening fact discovery to do so.

Regards,

Andy

---

**From:** Alexander, Andrew
**Sent:** Monday, August 28, 2023 3:05 PM
**To:** Means, Miranda <miranda.means@kirkland.com>
**Cc:** Cipolla, John <JCipolla@Calfee.com>; Cendali, Dale M. <dale.cendali@kirkland.com>; Simmons, Joshua L. <joshua.simmons@kirkland.com>; Ilardi, Chris T. <chris.ilardi@kirkland.com>; mcavanagh@mcdonaldhopkins.com; McMullen, Dan <dmcmullen@calfee.com>; Tucker, Todd <TTucker@Calfee.com>; #Hayden-TakeTwo <HaydenTakeTwo@kirkland.com>; Hayden-TakeTwo <Hayden-TakeTwo@Calfee.com>
**Subject:** RE: Hayden v. 2K Games, Inc.--Meeting re Case Management Schedule

Miranda,

That works for us. We can use this dial-in:

Join via iPhone one-tap:
   +16699006833,,2966450084#  or +19292056099,,2966450084#

Or join by phone using any of these numbers:
   +1 669 900 6833
   +1 929 205 6099
   When prompted, enter CONFERENCE ID:  296 645 0084

Or join via URL using your computer:
   https://calfee.zoom.us/pac/join/2966450084

Regards,

Andy

---

**From:** Means, Miranda <miranda.means@kirkland.com>
**Sent:** Monday, August 28, 2023 2:42 PM

**To:** Alexander, Andrew <AAlexander@Calfee.com>
**Cc:** Cipolla, John <JCipolla@Calfee.com>; Cendali, Dale M. <dale.cendali@kirkland.com>; Simmons, Joshua L. <joshua.simmons@kirkland.com>; Ilardi, Chris T. <chris.ilardi@kirkland.com>; mcavanagh@mcdonaldhopkins.com; McMullen, Dan <dmcmullen@calfee.com>; Tucker, Todd <TTucker@Calfee.com>; #Hayden-TakeTwo <HaydenTakeTwo@kirkland.com>; Hayden-TakeTwo <Hayden-TakeTwo@Calfee.com>
**Subject:** RE: Hayden v. 2K Games, Inc.--Meeting re Case Management Schedule

Dear Andy,

We are available tomorrow at 3pm ET. Does that work for you?

Best,
Miranda

**Miranda Means**
She/Her/Hers

---

**KIRKLAND & ELLIS LLP**
200 Clarendon Street, Boston, MA 02116
**T** +1 617 385 7419
**M** +1 617 320 9248

---

miranda.means@kirkland.com

**From:** Alexander, Andrew <AAlexander@Calfee.com>
**Sent:** Monday, August 28, 2023 11:38 AM
**To:** Cendali, Dale M. <dale.cendali@kirkland.com>; Means, Miranda <miranda.means@kirkland.com>; Simmons, Joshua L. <joshua.simmons@kirkland.com>; Ilardi, Chris T. <chris.ilardi@kirkland.com>; mcavanagh@mcdonaldhopkins.com
**Cc:** Cipolla, John <JCipolla@Calfee.com>; McMullen, Dan <dmcmullen@calfee.com>; Tucker, Todd <TTucker@Calfee.com>; #Hayden-TakeTwo <HaydenTakeTwo@kirkland.com>; Hayden-TakeTwo <Hayden-TakeTwo@Calfee.com>
**Subject:** Hayden v. 2K Games, Inc.--Meeting re Case Management Schedule

Counsel,

We'd like to arrange a call as soon as possible to discuss the case management schedule ordered by Judge Boyko on August 23. We're available the following times:

- This afternoon between 2:00 and 4:00 pm EST; and
- Anytime tomorrow Tuesday August 29.

Please let us know what works for you.

Regards,

Andy

**Andrew W. Alexander**
*Attorney at Law*

aalexander@calfee.com
216.622.8634    **Office**
216.241.0816    **Fax**

**Calfee, Halter & Griswold LLP**
The Calfee Building
1405 East Sixth Street
Cleveland, OH  44114-1607



**Calfee.com  |  Info@Calfee.com  |  888.CALFEE1**

**vCard**

This electronic mail transmission may contain confidential and legally privileged information from the law firm of Calfee, Halter & Griswold LLP intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic mail transmission is strictly prohibited. If you have received this transmission in error, please notify me by telephone immediately.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.