# EXHIBIT A

Case: 1:17-cv-02635-CAB  Doc #: 234-1  Filed:  09/13/23  1 of 4.  PageID #: 16065

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES HAYDEN,  CASE NO: 1:17CV2635

    Plaintiff,

     v.

2K GAMES, INC., et al.,

    Defendants.
-------------------------------

Deposition of JAMES HAYDEN

Cleveland, Ohio

Wednesday, October 30, 2019 - 9:04 a.m.

Reported by:

Angela Nixon, RMR, CRR

Job No.: 26345

Page 132

1  BY MS. CENDALI:
2  Q.         Did you disclose anything to the copyright office
3  about the fact that the figure of -- in the flame tattoo
4  and the phrase I hold my own were not inked by you?
5             MR. MCMULLEN:  Objection.
6  A.         I don't know.
7  Q.         So turning to Page 176 of the document, which is
8  the second page of the document, is there anything in the
9  section on Limitation of Copyright Claim that discloses to
10 the copyright office that the drawing of the basketball
11 player and the phrase I hold my own and possibly the
12 initials D.G. were not inked by you?
13            MR. MCMULLEN:  Objection.
14 A.         I don't know.
15 Q.         You don't see anything listed, do you?
16            MR. MCMULLEN:  Objection.
17 A.         In Limitation of Copyright Claim?
18 Q.         Correct.
19 A.         No.
20 Q.         Let's take a look at what's been marked as
21 Exhibit 16, a document that appears to be another copyright
22 registration bearing the Bates Numbers Take-Two 166 through
23 215, and turning, if you would, to Page 212 of that
24 document, is that a photograph of what we've been calling
25 the scroll tattoo?

```
 1                    C E R T I F I C A T E
 2
 3         I certify that the foregoing is a correct transcript
 4   from the record of proceedings in the above-entitled matter.
 5
 6
 7   _____           _____
 8   Angela D. Nixon, RMR, CRR                         Date
```