**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES HAYDEN,** | ) | **CASE NO. 1:17CV2635** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | <u>**ORDER**</u> |
| | ) | |
| **2K GAMES, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**CHRISTOPHER A. BOYKO, J.**</u>:

This matter comes before the Court upon Plaintiff's Proposed Case Management Schedule (ECF DKT #233) and Defendants' Proposed Case Management Schedule (ECF DKT #234).  After reviewing the parties' suggestions, the Court orders as follows:

On or before September 26, 2023, Defendants shall file a formal motion for leave to file summary judgment with a five-page brief justifying why a dispositive motion should be considered at this time.  Plaintiff may file a five-page opposition by October 3, 2023.

Also, on or before September 26, 2023, Plaintiff shall file a formal five-page motion for consolidation of this case with Case No. 1:23CV1721; or alternatively, the parties may file an agreed motion to stay the newly-filed case until the captioned case is resolved.

Plaintiff has proposed a trial date of January 8, 2024, but Defendants have outlined their unavailability for that date.  Defendants have offered the week of April 15, 2024. Plaintiff shall inform the Court by September 26, 2023, whether that trial date is workable should the Court accept that date or a later date, in accordance with its calendar.

In light of this Order, Plaintiff's Motion (#235) for Leave to File Opposition is denied as moot.

**IT IS SO ORDERED.**

**DATE: September 19, 2023**

 s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**