**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN, | CASE NO. 1:17-cv-02635-CAB |
| Plaintiff, | |
| v. | |
| 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., | |
| Defendants. | |

**DEFENDANTS 2K GAMES, INC. AND TAKE-TWO INTERACTIVE**
**SOFTWARE, INC.'S MOTION FOR LEAVE TO FILE**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively,

"Take-Two"), respectfully move this Court for an order pursuant to Federal Rule of Civil

Procedure 16 and pursuant to this Court's Order on Plaintiff's Proposed Case Management

Schedule  (Dkt. 236), granting Defendants leave to file a motion for partial summary judgment

on two issues (1) failure to satisfy 17 U.S.C. § 411(a)'s pre-suit registration requirement and (2)

fraud on the Copyright Office.  The reasons for granting this motion are more fully explained in

the attached memorandum of law in support of this motion.

1

Dated:  September 26, 2023

/s/ Dale M. Cendali

Dale M. Cendali (admitted *pro hac vice)*
Joshua L. Simmons (admitted *pro hac vice*)
Chris Ilardi (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
chris.ilardi@kirkland.com

Miranda D. Means (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 385-7500
miranda.means@kirkland.com

Yungmoon Chang (admitted *pro hac vice*)
Kirkland & Ellis LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4359
yungmoon.chang@kirkland.com

Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474
mcavanagh@mcdonaldhopkins.com

*Attorneys for Defendants 2K Games, Inc. and
Take-Two Interactive Software, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023, a copy of the foregoing was filed electronically.  Notice of this filing was sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's System.

*/s/ Dale M. Cendali*
Dale M. Cendali
