# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR PARTIAAL SUMMARY JUDGMENT** |

Before the Court is Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.'s (collectively, "Take-Two") Motion for Leave to File Motion for Partial Summary Judgment. After careful consideration, the Court concludes that the Motion should be, and is hereby GRANTED.

It is therefore ORDERED that, Take-Two shall file a motion for partial summary judgment on two issues: (1) failure to satisfy 17 U.S.C. § 411(a)'s pre-suit registration requirement and (2) fraud on the Copyright Office.

Dated: _____

                                                  HON. CHRISTOPHER A. BOYKO
                                                  United States District Court Judge