Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

JAMES HAYDEN,

        Plaintiff,

  -vs-                 CASE NO. 1:17CV2635

2K GAMES, INC., et al.,

        Defendants.

_____

Deposition of BERNARDINO TOVANCHE

Cleveland, Ohio

Wednesday, January 29, 2020 – 7:36 p.m.

Reported by:

Pamela S. Greenfield, RDR, CRR

Job No: 26860

Page 116

```
 1                    MR. ALEXANDER:  Objection.
 2             Calls for speculation.
 3   A.  I don't remember.
 4   Q.  Just going forward I'm going to refer to the
 5       tattoo that was inked by Mr. Hayden on Mr. James'
 6       chest that you just spoke about as the lion
 7       tattoo?
 8   A.  That's fine.
 9   Q.  Did Mr. James bring in any reference materials
10       that Mr. Hayden used in inking this tattoo?
11                    MR. ALEXANDER:  Objection.
12             Form.  Vague.
13   A.  He did, but I only knew about that after the
14       fact.
15   Q.  How did you find out about that?
16   A.  Jim told me.  But I don't remember it.
17   Q.  Well, what did he tell you?
18   A.  He said that he looked at an image and then drew
19       the design freehand.  I just remember him doing
20       the drawing.  I don't remember anything else
21       about it.
22   Q.  Do you remember where the image came from?
23   A.  Jim said it was a card.
24   Q.  Was the card from The Venetian hotel?
25                    MR. ALEXANDER:  Objection.
```

```
 1         Foundation.
 2    A.   I have no idea.
 3    Q.   Would you recognize it if you saw it?
 4    A.   Probably not.
 5              MS. MEANS:  I'm going to mark
 6         Exhibit 9 for the record.
 7                   -  -  -  -
 8         (Thereupon, Defendants' Exhibit 9, 5/20/08
 9         Trademark Principal Register 3,429,884, was
10         marked for purposes of identification.)
11                   -  -  -  -
12    Q.   So this is a trademark registration for a logo
13         for The Venetian hotel.  Do you see that?
14    A.   Okay.  Uh-huh.
15    Q.   Do you see the image above the words "The
16         Venetian"?
17    A.   Yeah.
18    Q.   Do you see it's a lion holding a shield?
19    A.   Yes.
20              MR. ALEXANDER:  Objection.
21         Mischaracterizes the document.
22    A.   Yeah.  He's holding something, yeah.
23    Q.   It looks like he's holding something like a
24         shield, right?
25    A.   Something like that, yeah.
```

Page 118

1  Q. And he has a tail that sort of wraps around his
2     leg, right?
3             MR. ALEXANDER: Objection.
4        Vague.
5  A. Yeah.
6  Q. And the lion also has a single wing, right?
7             MR. ALEXANDER: Objection.
8        Vague. Mischaracterizes the document.
9  A. This lion on The Venetian, yes, it does.
10 Q. And the lion's facing the viewer, right?
11            MR. ALEXANDER: Objection.
12       Vague. Mischaracterizes the document.
13 A. The lion is facing, yeah, I mean you can see his
14    face. Is that what you're saying?
15 Q. Uh-huh.
16 A. Yes.
17 Q. And looking back at the sketch in 206, this is a
18    lion with a single wing, right?
19 A. Yes.
20 Q. And he's holding a shield?
21            MR. ALEXANDER: Objection.
22       Vague.
23 Q. Or something like a shield?
24 A. Yeah.
25            MR. ALEXANDER: Objection.

Page 119

1        Form.
2   Q.   And the lion has a tail that sort of wraps around
3        his leg, right?
4                    MR. ALEXANDER:  Objection.
5        Form.  Mischaracterizes the document.
6   A.   Yes.
7   Q.   And the lion is facing the viewer?
8                    MR. ALEXANDER:  Objection.
9   Q.   His head is turned towards the viewer?
10                   MR. ALEXANDER:  Objection.
11       Form.  Vague.  Mischaracterizes the
12       document.
13  A.   You can see his face, yes.
14  Q.   Do you recognize the image in The Venetian
15       trademark registration?  Have you seen it before?
16  A.   Maybe on-line.
17  Q.   When would you have seen it on-line?
18  A.   Oh, I don't know.
19  Q.   Is this the image that Mr. Hayden used as a
20       reference when inking the lion tattoo on
21       Mr. James?
22                   MR. ALEXANDER:  Objection.
23       Form.  Foundation.
24  A.   I don't know.  I have no idea.
25  Q.   Did Mr. Hayden ever mention to you a playing card

Page 156

1  Q.  -- right?
2              MR. ALEXANDER:  Calls for
3        speculation.  Mischaracterizes the witness'
4        testimony.
5  A.  Did Jim create that quote?  Is that what you're
6      asking me?
7  Q.  Yeah.
8  A.  To my knowledge he did not.
9  Q.  And do you see the hands underneath the, the
10     quote there?
11 A.  Yes.
12 Q.  Do you recognize that image?
13 A.  Looks like, looks like the hand of God touching
14     man.
15 Q.  From Michelangelo's Sistine Chapel?
16 A.  Yeah.  Similar to that.
17 Q.  So you, I think you testified earlier that you
18     don't remember this tattoo being inked on
19     Mr. Thompson, do you?
20 A.  I don't remember -- yeah, I don't remember for
21     sure if I was there for this tattoo or not.
22 Q.  But the handwriting looks like Mr. Hayden's
23     handwriting?
24 A.  The handwriting looks like Jim's, yes.
25 Q.  Do you know if Mr. Thompson -- strike that.