

# Kimberly A. Pinter
VICE CHAIR, INTELLECTUAL PROPERTY

Kim Pinter, Vice Chair of Calfee's Intellectual Property practice group, focuses her practice on chemical, life sciences, and mechanical patent prosecution and litigation, trademark, and copyright matters.

Cleveland
kpinter@calfee.com
216.622.8331

**Overview** | Professional & Community | News & Events

PDF

Kim has counseled companies and individuals ranging from Fortune 100 companies to start-ups in a variety of intellectual property matters, such as drafting, filing and prosecuting patent applications, evaluating and optimizing IP portfolios, preparing and reviewing Opinions and litigation matters. Kim focuses on strategic analysis and clearance work to guide product launches and entry into new technology spaces. Kim also counsels companies and individuals through growth opportunities, licensing matters and joint development arrangements by drafting and reviewing various contracts and agreements with a strategic and detail oriented approach.

Kim takes a comprehensive approach to client counseling and IP strategy, frequently visiting and spending time with her clients to understand not only the businesses' technology and goals, but to appreciate the nuances of the business that can help shape and grow its IP portfolio. Kim works closely with in-house counsel and values responsiveness and attentiveness to foster an effective and strategic partnership.

More +

## Honors & Recognitions

- Ohio Super Lawyers, Ohio Rising Stars, Intellectual Property (2022-2023)
- YWCA of Greater Cleveland, Woman of Professional Excellence Award (2018)
- Forty Under 40 Honoree, *Crain's Cleveland Business* (2022)

## Education

J.D., *with honors*, Case Western Reserve University School of Law, CALI Award for Patent and Trademark Litigation, 2008

B.S., *cum laude*, Baldwin-Wallace College, 2005

    SUBSCRIBE

Home | Offices | Terms of Use | Privacy | ADVERTISING MATERIAL | Site Map | Payment | © 2023 Calfee, Halter & Griswold LLP | Site by Firmseek

### Practice Areas
Intellectual Property
Patent Prosecution
Technology Transfer

More +

### Industries/Sectors
Chemicals
Manufacturing and Industrial
Medical Devices, Pharmaceuticals & Life Sciences

More +

### Licensed In
Ohio
U.S. Patent and Trademark Office

