

# COPY OF DEPOSIT

## VAu 1-287-545

## (SR 1-5713491189)

NOTE: Deposits submitted electronically bear no identifying marks

NOTE ALSO: The attached color photocopy is the best possible electrostatic positive print available.

TAKE-TWO_00000211



TAKE-TWO_00000212



# COPY OF CORRESPONDENCE

VAu 1-287-545

SR 1-5713491189

TAKE-TWO_00000213

## Correspondence Activities Report

**SR** 1-5713491189
**Activity Type:** Email - Outbound
**Created on:** 08/11/2017 11:02:43
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Scroll D.G. were received by the
U.S.Copyright Office on 8/11/2017.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material
you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click
on case number 1-5713491189 in the Open Cases table. Follow the instructions to either
upload a digital copy or mail a physical copy (with shipping slip attached) of the work
being registered. Additional instructions and requirements for submitting the material
being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the
effective date of registration will be based on the date on which we receive the copies
WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My
Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-5713491189. If you
have questions or need assistance, Copyright Office contact information can be found at
http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 08/11/2017 11:20:03
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-5713491189

File Name :04444829.pdf
File Size :66142 KB
Date/Time :8/11/2017 11:05:10 AM

[THREAD ID: 1-2MHYPH7]

United States Copyright Office

TAKE-TWO_00000215