# EXHIBIT A

```
Type of Work:       Computer File

Registration Number / Date:
                    PA0002210382 / 2019-09-27

Application Title: NBA 2K20 Legend Edition (Game)

Title:              NBA 2K20 Legend Edition (Game)

Description:        Blu-ray disc.

Notes:              Videogame.

Copyright Claimant:
                    Take-Two Interactive Software, Inc.

Date of Creation:   2019

Date of Publication:
                    2019-09-06

Nation of First Publication:
                    United States

Authorship on Application:
                    Take-Two Interactive Software, Inc., employer for hire;
                       Citizenship: United States. Authorship: audiovisual
                       material.

Rights and Permissions:
                    Take-Two Interactive Software, Inc.

Names:              Take-Two Interactive Software, Inc.

================================================================================
```

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0002363542 / 2022-04-14

Application Title: NBA 2K21 (Game)

Title:              NBA 2K21.

Description:        Bluray disc.

Copyright Claimant:
                    Take-Two Interactive Software, Inc.

Date of Creation:   2020

Date of Publication:
                    2020-09-04

Nation of First Publication:
                    United States

Authorship on Application:
                    Take-Two Interactive Software, Inc., employer for hire;
                       Citizenship: United States. Authorship: audiovisual
                       material.

Rights and Permissions:
                    Take-Two Interactive Software, Inc.

Copyright Note:     C.O. correspondence.

Names:              Take-Two Interactive Software, Inc.

================================================================================
```

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0002369308 / 2021-12-07

Application Title: NBA 2K22 (Game)

Title:              NBA 2K22 (Game)

Description:        BlueRay Rom Disc.

Notes:              videogame

Copyright Claimant:
                    Take-Two Interactive Software, Inc.

Date of Creation:   2021

Date of Publication:
                    2021-09-10

Nation of First Publication:
                    United States

Authorship on Application:
                    Take-Two Interactive Software, Inc., employer for hire;
                       Citizenship: United States. Authorship: audiovisual
                       material.

Pre-existing Material:
                    licensed material; previously published material;
                       previously registered material.

Basis of Claim:     new and additional audio-visual elements, artwork, and
                       literary text.

Rights and Permissions:
                    Take-Two Interactive Software, Inc., 110 West 44th Street,
                       New York, NY, 10036, United States

Copyright Note:     C.O. correspondence.

Names:              Take-Two Interactive Software, Inc.

===============================================================================
```

```
Type of Work:      Computer File

Registration Number / Date:
                   PA0002393008 / 2022-12-09

Application Title: NBA 2K23 (Game)

Title:             NBA 2K23 (Game)

Description:       Videodisc (DVD)

Copyright Claimant:
                   Take-Two Interactive Software, Inc.

Date of Creation:  2022

Date of Publication:
                   2022-09-08

Nation of First Publication:
                   United States

Authorship on Application:
                   Take-Two Interactive Software, Inc., employer for hire;
                      Citizenship: United States. Authorship: audiovisual
                      material.

Rights and Permissions:
                   Take-Two Interactive Software, Inc., 110 West 44th Street,
                      New York, NY, 10036, United States

Names:             Take-Two Interactive Software, Inc.

================================================================================
```