**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN,<br><br>        Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>        Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>JUDGE CHRISTOPHER A. BOYKO |

**DECLARATION OF MIRANDA D. MEANS IN SUPPORT OF DEFENDANTS
2K GAMES, INC. AND TAKE-TWO INTERACTIVE SOFTWARE, INC.'S
<u>REPLY MEMORANDUM OF LAW</u>**

I, Miranda D. Means, declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP. I submit this declaration in support of Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.'s (together, "Take-Two") reply memorandum of law.

2. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the deposition transcript of Plaintiff James Hayden, dated October 30, 2019.

3. Attached hereto as **Exhibit 14** is a true and correct copy of Plaintiff's Privilege and Redaction Log, dated December 2, 2019.

4. Attached hereto as **Exhibit 15** is a true and correct copy of the following webpage located at https://dictionary.cambridge.org/us/dictionary/learner-english/appreciable.

Executed this 14th day of December, 2023.   */s/ Miranda D. Means*
                                             Miranda D. Means