# EXHIBIT 13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


JAMES HAYDEN,                    CASE NO: 1:17CV2635

         Plaintiff,

          v.

2K GAMES, INC., et al.,

         Defendants.

------------------------------



Deposition of JAMES HAYDEN

Cleveland, Ohio

Wednesday, October 30, 2019 - 9:04 a.m.



Reported by:

Angela Nixon, RMR, CRR

Job No.: 26345

1    A.       Yes.

2    Q.       Do you know who that was?

3    A.       Who what was?

4    Q.       Who the tattooist was that inked him?

5    A.       No, I don't.

6    Q.       Did you then add to the tattoo that the first

7    tattooist did?

8    A.       Yes.

9    Q.       And did you add more shading and detail to the

10   original tattoo?

11   A.       Yes.

12   Q.       And did you ask the permission of the first

13   tattoo artist before doing that?

14   A.       No.

15   Q.       Did you think you needed to ask his permission?

16           MR. MCMULLEN:  Objection.

17   A.       No.

18   Q.       Why not?

19   A.       I don't know.

20   Q.       Did you think if it was okay with Mr. Green,

21   that's all you needed?

22           MR. MCMULLEN:  Objection.

23   A.       I guess so.

24   Q.       Is the basketball player depicted on the arm, did

25   you understand that to be a likeness of Mr. Green or some