# EXHIBIT 14

**Hayden v. 2K Games, Inc.**
USDC - ND Ohi 1:17-cv-02635-CAB
Plaintiff's Privilege and Redaction Log

| # | Begin Bates (for Redacted Docs) | Date Sent | Author | From | To | Cc | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| 1 | | 8/29/2013 | Nadeen Hayden <nadeen1214@gmail.com> | Nadeen Hayden <nadeen1214@gmail.com> | Jimmy Hayden <jimmyhayden23@aol.com> | | Attorney-Client Privilege | Email from counsel (Nadeen Hayden) to Plaintiff providing legal advice regarding contract. |
| 2 | | 9/5/2013 | Nadeen Hayden <nadeen1214@gmail.com> | Nadeen Hayden <nadeen1214@gmail.com> | Jimmy Hayden <jimmyhayden23@aol.com> | | Attorney-Client Privilege | Email from counsel (Nadeen Hayden) to Plaintiff providing legal advice regarding contract. |
| 3 | | 9/5/2013 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Nadeen Hayden <nadeen1214@gmail.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Nadeen Hayden) providing information necessary to providing legal advice regarding contract. |
| 4 | HAYDEN_001626 | 9/16/2013 | Nadeen Hayden <nnassar@synenberg.com> | Nadeen Hayden <nnassar@synenberg.com> | jimmyhayden23@aol.com | | Attorney-Client Privilege | Email from counsel (Nadeen Hayden) to Plaintiff providing legal advice regarding contract. |
| 5 | HAYDEN_001839 | 10/2/2013 | Nadeen Hayden <nnassar@synenberg.com> | Nadeen Hayden <nnassar@synenberg.com> | jimmyhayden23@aol.com | | Attorney-Client Privilege | Email from counsel (Nadeen Hayden) to Plaintiff providing legal advice regarding contract. |
| 6 | HAYDEN_001633 | 10/28/2013 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Nadeen Hayden <nadeen1214@gmail.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Nadeen Hayden) providing information necesary to providing legal advice regarding contract. |
| 7 | | 1/17/2015 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Nadeen Hayden <nadeen1214@gmail.com> | | Attorney-Client Privilege; Work Product | Email and attachment from Plaintiff to counsel (Nadeen Hayden) providing information necessary to providing legal advice regarding contract. |
| 8 | | 11/24/2015 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Nadeen Hayden <nadeen1214@gmail.com> | | Attorney-Client Privilege; Work Product | Email and attachment from Plaintiff providing information necessary to providing legal advice regarding contract. |
| 9 | | 11/25/2015 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Nadeen Hayden <nadeen1214@gmail.com> | | Attorney-Client Privilege; Work Product | Email and attachment from Plaintiff providing information necessary to providing legal advice regarding contract. |
| 10 | HAYDEN_001862 | 12/1/2015 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Nadeen Hayden <nadeen1214@gmail.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Naydeen Hayden) providing information necessary to providing legal advice. |
| 11 | HAYDEN_001620 | 12/4/2015 | Nadeen Hayden <nnassar@synenberg.com> | Nadeen Hayden <nnassar@synenberg.com> | jimmyhayden23@aol.com | | Attorney-Client Privilege | Email from counsel (Nadeen Hayden) to Plaintiff providing legal advice regarding contract. |
| 12 | HAYDEN_001628 | 12/15/2015 | Nadeen Hayden <nnassar@synenberg.com> | Nadeen Nassar <nnassar@synenberg.com> | jimmyhayden23@aol.com | | Attorney-Client Privilege | Email from counsel (Nadeen Hayden) to Plaintiff providing legal advice regarding contract. |
| 13 | | 3/9/2016 | Kimberly Pinter <ktextoris@calfee.com> | Kimberly Pinter <KTextoris@calfee.com> | jimmyhayden23@aol.com | McMullen, Dan <dmcmullen@calfee.com> | Attorney-Client and Work Product | Email from counsel (Kim Pinter) to Plaintiff providing legal advice regarding copyright litigation. |
| 14 | | 5/31/2016 | Nadeen Hayden <nadeen1214@gmail.com> | Nadeen Hayden <nadeen1214@gmail.com> | Jimmy Hayden <jimmyhayden23@aol.com> | | Attorney-Client Privilege | Email from counsel (Nadeen Hayden) to Plaintiff providing legal advice regarding contract. |

**Hayden v. 2K Games, Inc.**
USDC - ND Ohi 1:17-cv-02635-CAB
Plaintiff's Privilege and Redaction Log

| # | Begin Bates (for Redacted Docs) | Date Sent | Author | From | To | Cc | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| 15 | | 6/2/2016 | Kimberly Pinter <ktextoris@calfee.com> | Kimberly Pinter <KTextoris@Calfee.com> | jimmyhayden23@aol.com | | Attorney-Client Privilege | Email from counsel (Kim Pinter) to Plaintiff providing legal advice regarding copyright enforcement. |
| 16 | | 6/10/2016 | Kimberly Pinter <ktextoris@calfee.com> | Kimberly Pinter <KTextoris@Calfee.com> | jimmyhayden23@aol.com | | Attorney-Client Privilege | Email from counsel (Kim Pinter) to Plaintiff providing legal advice regarding copyright enforcement. |
| 17 | | 6/10/2016 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Kimberly Pinter <KTextoris@Calfee.com> | | Attorney-Client and Work Product | Email from Plaintiff to counsel (Kim Pinter) providing information for the purpose of rendering legal advice regarding copyright enforcement |
| 18 | | 6/21/2016 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Kimberly Pinter <jtextoris@calfee.com> | | Attorney-Client Privilege; Work Product | Email and attachments from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding filing copyright registration. |
| 19 | | 6/21/2016 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Kimberly Pinter <KTextoris@Calfee.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding filing copyright registration. |
| 20 | | 6/21/2016 | Kimberly Pinter <ktextoris@calfee.com> | Kimberly Pinter <KTextoris@Calfee.com> | Jimmy Hayden <jimmyhayden23@aol.com> | | Attorney-Client Privilege | Email from counsel (Kim Pinter) to Plaintiff providing legal advice regarding filing copyright registration. |
| 21 | | 8/29/2016 | Kimberly Pinter <ktextoris@calfee.com> | Kimberly Pinter <KTextoris@Calfee.com> | jimmyhayden23@aol.com | | Attorney-Client Privilege | Email from counsel (Kim Pinter) to Plaintiff providing legal advice regarding copyright enforcement. |
| 22 | | 8/30/2016 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Kimberly Pinter <KTextoris@Calfee.com> | | Attorney-Client and Work Product | Email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding copyright enforcement. |
| 23 | HAYDEN_001616 | 9/21/2016 | Kimberly Pinter <kpinter@Calfee.com> | Kimberly Pinter <Kpinter@Calfee.com> | <dmcmullen@calfee.com> | | Attorney-Client Privilege and Work Product | Email from counsel (Kim Pinter) to counsel (Dan McMullen) discussing legal advice made in anticipation of litigaton. |
| 24 | | 10/4/2016 | Kimberly Pinter <ktextoris@calfee.com> | Kimberly Pinter <KTextoris@Calfee.com> | Jimmy Hayden <jimmyhayden23@aol.com> | McMullen, Dan <dmcmullen@calfee.com> | Attorney-Client Privilege | Email from counsel (Kim Pinter) to Plaintiff providing legal advice regarding copyright enforcement. |
| 25 | HAYDEN_001619 | 10/14/2016 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Kimberly Pinter <kpinter@Calfee.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding copyright enforcement. |
| 26 | | 10/26/2016 | Kimberly Pinter <ktextoris@calfee.com> | Kimberly Pinter <KTextoris@Calfee.com> | Jimmy Hayden <jimmyhayden23@aol.com> | | Attorney-Client Privilege | Email from counsel (Kim Pinter) to Plaintiff providing legal advice regarding copyright enforcement. |
| 27 | HAYDEN_001613 | 1/27/2017 | Jimmy Hayden <jimmyhayden247@gmail.com> | Jimmy Hayden <jimmyhayden247@gmail.com> | Nadeen Hayden <nadeen1214@gmail.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Nadeen Hayden) providing information necessary to providing legal advice regarding a contract. |
| 28 | HAYDEN_000039 | 2/27/2017 | Jimmy Hayden <jimmyhayden247@gmail.com> | Jimmy Hayden <jimmyhayden247@gmail.com> | ktextoris@calfee.com | | Attorney-Client Privilege | Email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding copyright enforcement. |

**Hayden v. 2K Games, Inc.**
USDC - ND Ohi 1:17-cv-02635-CAB
Plaintiff's Privilege and Redaction Log

| # | Begin Bates (for Redacted Docs) | Date Sent | Author | From | To | Cc | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| 29 | HAYDEN_001618 | 2/27/2017 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Kimberly Pinter <kpinter@Calfee.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding copyright enforcement. |
| 30 | | 3/6/2017 | Kimberly Pinter <ktextoris@calfee.com> | Kimberly Pinter <KTextoris@Calfee.com> | Jimmy Hayden <jimmyhayden23@aol.com> | | Attorney-Client Privilege | Email from counsel (Kim Pinter) to Plaintiff providing legal advice regarding copyright litigation. |
| 31 | HAYDEN_001597 | 3/28/2017 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Kimberly Pinter <KTextoris@Calfee.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding copyright litigation. |
| 32 | HAYDEN_001600 | 3/28/2017 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Kimberly Pinter <KTextoris@Calfee.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding copyright litigation. |
| 33 | HAYDEN_001603 | 3/28/2017 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Kimberly Pinter <kpinter@Calfee.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding copyright litigation. |
| 34 | | 4/4/2017 | Kimberly Pinter <ktextoris@calfee.com> | Kimberly Pinter <KTextoris@Calfee.com> | Jimmy Hayden <jimmyhayden23@aol.com> | | Attorney-Client Privilege | Email from counsel (Kim Pinter) to Plaintiff providing legal advice regarding copyright litigation. |
| 35 | | 4/19/2017 | Kimberly Pinter <ktextoris@calfee.com> | Kimberly Pinter <ktextoris@calfee.com> | Kimberly Pinter <ktextoris@calfee.com>;Jimmy Hayden <jimmyhayden23@aol.com> | | Attorney-Client Privilege | Email from counsel (Kim Pinter) to Plaintiff regarding legal advice regarding copyright litigation. |
| 36 | | 8/11/2017 | Pinter, Kimberly <kpinter@calfee.com> | Pinter, Kimberly <kpinter@calfee.com> | 'Jimmy Hayden' <jimmyhayden23@aol.com> | | Attorney-Client Privilege | Email from counsel (Kim Pinter) to Plaintiff providing legal advice regarding filing copyright registration. |
| 37 | | 8/11/2017 | Kimberly Pinter <ktextoris@calfee.com> | Kimberly Pinter <KTextoris@Calfee.com> | Jimmy Hayden <jimmyhayden23@aol.com> | | Attorney-Client Privilege | Email from counsel (Kim Pinter) to Plaintiff providing legal advice regarding filing copyright registration. |
| 38 | | 8/11/2017 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Kimberly Pinter <KTextoris@Calfee.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding filing copyright registration. |
| 39 | | 8/11/2017 | Jimmy Hayden <jimmyhayden23@aol.com> | Jimmy Hayden <jimmyhayden23@aol.com> | Kimberly Pinter <KTextoris@Calfee.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding filing copyright registration. |
| 40 | HAYDEN_000074 | 9/19/2017 | Jimmy Hayden <jimmyhayden247@gmail.com> | Jimmy Hayden <jimmyhayden247@gmail.com> | Kimberly Pinter ktextoris@calfee.com | | Attorney-Client Privilege | Email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding copyright enforcement. |
| 41 | HAYDEN_000142 | 9/20/2017 | Jimmy Hayden <jimmyhayden247@gmail.com> | Jimmy Hayden <jimmyhayden247@gmail.com> | Nadeen Hayden <nadeen1214@gmail.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Nadeen Hayden) providing information necessary for providing legal advice regarding contract. |
| 42 | | 9/21/2017 | Kimberly Pinter <KTextoris@Calfee.com> | Kimberly Pinter <KTextoris@Calfee.com> | Jimmy Hayden <jimmyhayden247@gmail.com> | | Attorney-Client Privilege | Email from counsel (Kim Pinter) to Plaintiff providing legal advice regarding copyrigh litigation. |

**Hayden v. 2K Games, Inc.**
USDC - ND Ohi 1:17-cv-02635-CAB
Plaintiff's Privilege and Redaction Log

| # | Begin Bates (for Redacted Docs) | Date Sent | Author | From | To | Cc | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| 43 | | 12/15/2017 | Kimberly Pinter <KTextoris@Calfee.com> | Kimberly Pinter <KTextoris@Calfee.com> | 'Jimmy Hayden' <jimmyhayden247@gmail.com> | McMullen, Dan <dmcmullen@calfee.com>; Yanchar, Georgia <GYanchar@Calfee.com> | Attorney-Client Privilege | Email from counsel (Kim Pinter) to Plaintiff providing legal advice regarding copyright litigation. |
| 44 | | 12/16/2017 | Jimmy Hayden <jimmyhayden247@gmail.com> | Jimmy Hayden <jimmyhayden247@gmail.com> | Kimberly Pinter <KTextoris@Calfee.com> | McMullen, Dan <dmcmullen@calfee.com>; Yanchar, Georgia <GYanchar@Calfee.com> | Attorney-Client Privilege | Email from Plaintiff to counsel (Kim Pinter, Dan McMullen, and Georgia Yanchar) providing information necessary to providing legal advice regarding copyright litigation. |
| 45 | HAYDEN_000035 | 1/16/2018 | Jimmy Hayden <jimmyhayden247@gmail.com> | Jimmy Hayden <jimmyhayden247@gmail.com> | nadeenhayden@gmail.com | | Attorney-Client Privilege | Email from Plaintiff to counsel (Nadeen Hayden) providing information necessary to providing legal advice. |
| 46 | HAYDEN_001615 | 2/15/2018 | Jimmy Hayden <jimmyhayden247@gmail.com> | Jimmy Hayden <jimmyhayden247@gmail.com> | Nadeen Hayden <nadeen1214@gmail.com> | | Attorney-Client Privilege | Email from Plaintiff to counsel (Nadeen Hayden) providing information necessary to providing legal advice. |
| 47 | HAYDEN_000128 | 3/9/2018 | Nadeen Hayden <NNassar@Synenberg.com> | Nadeen Hayden <NNassar@Synenberg.com> | Jimmy Hayden <jimmyhayden247@gmail.com> | | Attorney-Client Privilege | Email from counsel (Nadeen Hayden) to Plaintiff providing legal advice about contract. |
| 48 | HAYDEN_001607 | 7/8/2019 | Kimberly Pinter <ktextoris@gmail.com> | Kimberly Pinter <ktextoris@gmail.com> | Kimberly Pinter <kpinter@calfee.com> | | Attorney-Client Privilege; Work Product | Email from counsel's (Kim Pinter) personal account to counsel's work account in anticipation of litigation containing communication from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding copyright litigation. |
| 49 | HAYDEN_001598 | 7/12/2019 | Pinter, Kimberly <kpinter@calfee.com> | Pinter, Kimberly <kpinter@calfee.com> | Sobczak, James <jsobczak@Calfee.com> | | Attorney-Client Privilege; Work Product | Email from counsel (Kim Pinter) to agent of attorney (Calfee litigation support staff) in anticipation of litigation; email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding copyright litigation. |
| 50 | HAYDEN_001602 | 7/12/2019 | Pinter, Kimberly <kpinter@calfee.com> | Pinter, Kimberly <kpinter@calfee.com> | Sobczak, James <jsobczak@Calfee.com> | | Attorney-Client Privilege; Work Product | Email from counsel (Kim Pinter) to agent of attorney (Calfee litigation support staff) in anticipation of litigation; email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding copyright litigation. |
| 51 | HAYDEN_001605 | 7/12/2019 | Pinter, Kimberly <kpinter@calfee.com> | Pinter, Kimberly <kpinter@calfee.com> | Sobczak, James <jsobczak@Calfee.com> | | Attorney-Client Privilege | Email from counsel (Kim Pinter) to agent of attorney (Calfee litigation support staff) in anticipation of litigation; email from Plaintiff to counsel (Kim Pinter) providing information necessary to providing legal advice regarding copyright litigation. |