# EXHIBIT 15



