UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HAYDEN,** | ) | CASE NO. 1:17CV2635 |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **SCHEDULING ORDER** |
| | ) | |
| **2K GAMES, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J.**:

As the parties are aware, the Court set the captioned case for Jury Trial commencing April 15, 2024, but delayed setting other dates until the resolution of the pending consolidation and summary judgment motions. Those matters are now resolved.

The Final Pre-Trial Conference is scheduled for March 21, 2024 at 2:00 p.m. Unless the Court decides otherwise as the date approaches, the Final Pre-Trial Conference will be conducted in Courtroom 328 East Chambers of the Howard Metzenbaum Courthouse, 201 Superior Avenue, Cleveland, Ohio.

In light of the Court's summary judgment ruling which will likely necessitate amendments to previously-filed trial documents, the Court orders the parties to meet, confer

and propose what additional filings they wish the Court to consider aside from the stipulations, jury instructions, motions in limine and trial briefs as outlined in the Court's Standing Trial Order.

The joint notice of proposed filings and proposed filing dates shall be submitted by close of business on February 6, 2024. Once the Court reviews the parties' proposals, the Court will identify what will be allowed and will provide filing deadlines.

**IT IS SO ORDERED.**

**DATE: January 26, 2024**

                            **s/Christopher A. Boyko**
                            **CHRISTOPHER A. BOYKO**
                            **United States District Judge**