IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,         ) <br><br>      Plaintiff,       ) <br><br> v.                      ) <br><br> 2K GAMES, INC., et al.,    ) <br><br>      Defendants.     ) | CASE NO. 1:17-cv-02635-CAB <br><br> JUDGE CHRISTOPHER A. BOYKO |

## JOINT NOTICE OF PROPOSED FILINGS AND FILING DATES

Pursuant to Your Honor's January 26 Order (Dkt. 252), Plaintiff James Hayden ("Mr. Hayden") and Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") together submit this Joint Notice of Proposed Filings and Filing Dates. The Parties have met and conferred and attempted to agree on proposed deadlines but disagree as to whether the schedule should provide an opportunity for the Parties to serve rebuttal expert reports to any supplemental expert reports that are served. The Parties respective proposals are set forth below:

**Mr. Hayden's Proposal:**

| Document | Proposed Deadline |
|---|---|
| Serve supplemental expert reports limited to supplements to reflect the Court's Order on partial summary judgment (Dkt. 251) and evidence adduced in the case since expert reports were previously exchanged. | Thursday, February 22, 2024 |
| Serve rebuttal expert reports, if warranted, in response to supplemental expert reports. | Thursday, February 29, 2024 |
| File Amended Trial Briefs, including: <br><br> • Amended Deposition Designations | Thursday, March 7, 2024 |

| Document | Proposed Deadline |
|---|---|
| • Amended Exhibit List<br><br>• Amended Jury Instructions<br><br>• Amended Special Interrogatories and Verdict Form<br><br>File Amended Preliminary Statement and Stipulations (previously filed at Dkts. 167–68)<br><br>File Omnibus Motions *in Limine* | |
| File Oppositions to Omnibus Motions *in Limine*<br><br>File Objections to Deposition Designations | Thursday, March 21, 2024 |

Mr. Hayden's position is that it remains unclear whether expert rebuttal reports will be warranted until the supplemental expert reports have been exchanged. Mr. Hayden disagrees with Take-Two's position that supplemental reports are *per se* unwarranted because both Parties are aware of the new evidence and summary judgment opinion. Neither Mr. Hayden nor his experts know what Take-Two's experts will say about that evidence or how that evidence may impact or change their opinions. Accordingly, he proposes simply to *allow* for such expert rebuttal reports to be served *if* warranted—*i.e.*, at each party's discretion—one week after supplemental expert reports have been served.

**Take-Two's Proposal:**

| Document | Proposed Deadline |
|---|---|
| Serve supplemental damages expert reports limited to supplements to reflect the Court's Order on partial summary judgment (Dkt. 251) and evidence adduced in the case since expert reports were previously exchanged. | Thursday, February 22, 2024 |
| File Amended Trial Briefs, including:<br><br>• Amended Deposition Designations | Thursday, February 29, 2024 |

| Document | Proposed Deadline |
|---|---|
| • Amended Exhibit List<br><br>• Amended Jury Instructions<br><br>• Amended Special Interrogatories and Verdict Form<br><br>File Amended Preliminary Statement and Stipulations (previously filed at Dkts. 167–68)<br><br>File Omnibus Motions *in Limine* | |
| File Oppositions to Omnibus Motions *in Limine*<br><br>File Objections to Deposition Designations | Thursday, March 14, 2024 |

Take-Two's position is that the Court should permit supplemental expert reports that are limited as noted in the above chart, but not rebuttals to supplemental expert reports.  Both Parties are aware of all new evidence that has been adduced in this case since expert reports were last served, and both Parties are aware of the Court's Order on partial summary judgment.  Thus, both Parties' experts can address that new evidence and the Court's Order in one round of supplemental expert reports.  Further, experts should not be providing new opinions in their supplemental expert reports, and thus there is no need to wait for rebuttal to supplement opinions that have already been disclosed.  Thus, the Parties should serve one round of simultaneous supplemental expert reports.  To the extent that the Court does permit rebuttals to supplemental expert reports, however, Take-Two reserves its rights for its experts to provide such reports.

**Final Pre-Trial Conference**

Additionally, counsel for Mr. Hayden has a conflict with a Pre-Trial Conference any day the week of March 18, and counsel for Take-Two has a conflict on March 21, 2024, as well.  The

parties have conferred and respectfully request that the Pre-Trial Conference be adjourned to March 28 or 29.

DATED: February 6, 2024

/s/ Dale M. Cendali

Dale M. Cendali (admitted *pro hac vice*)
Joshua L. Simmons (admitted *pro hac vice*)
Chris T. Ilardi (admitted *pro hac vice*)
Joshua C. Berlowitz (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
chris.ilardi@kirkland.com
joshua.berlowitz@kirkland.com

Miranda D. Means (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 385-7500
miranda.means@kirkland.com

Yungmoon Chang (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, 37th Floor
Los Angeles, CA 90067
Telephone: (310) 552-4359
yungmoon.chang@kirkland.com

Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Fax: (216) 348-5474
mcavanagh@mcdonaldhopkins.com

*Attorneys for Defendants 2K Games, Inc.*
*and Take-Two Interactive Software, Inc.*

/s/ Andrew Alexander

John Cipolla (Ohio Bar No. 0043614)
Daniel McMullen (Ohio Bar No. 0034380)
Todd R. Tucker (Ohio Bar No. 0065617)
Andrew Alexander (Ohio Bar No. 0091167)
Josh A. Friedman (Ohio Bar No. 0091049)
Dustin Likens (Ohio Bar No. 0097891)
Brandon B. Brown (Ohio Bar No. 0097013)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
jcipolla@calfee.com
dmcmullen@calfee.com
ttucker@calfee.com
aalexander@calfee.com
jfriedman@calfee.com
dlikens@calfee.com
bbrown@calfee.com

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
kpinter@calfee.com

*Attorneys for Plaintiff James Hayden*

4