UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>        Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>        Defendants. | CASE NO. 1:17-cv-02635-CAB<br><br>JUDGE CHRISTOPHER A. BOYKO |

**DEPOSITION DESIGNATIONS, OBJECTIONS, COUNTER-DESIGNATIONS, AND COUNTER OBJECTIONS FOR THE DEPOSITION OF LEBRON JAMES (DKT. 299)**

Pursuant to the Court's February 8, 2024 order (Dkt. 255) and March 14, 2024 Order (Dkt. 281) Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") respectfully submit its deposition designations, Plaintiff's objections and counter-designations, and Take-Two's counter-objections for the deposition of LeBron James, which is filed as Docket No. 299.

Take-Two reserves its right to submit as counter-designated deposition testimony any testimony affirmatively or counter-designated by Plaintiff, regardless of whether Plaintiff later withdraws that affirmative or counter-designated testimony. Take-Two further reserves its right to supplement its designations and objections, including designations for authentication purposes; and to use any deposition testimony that does not appear in these designations for purposes of impeachment. Take-Two is continuing its investigation and trial preparation and reserves the right, in appropriate circumstances and in accordance with all applicable Federal Rules, Local Rules, and Court Orders, to amend, supplement, and/or withdraw their designations

1

and objections, including, but not limited to, in response to further negotiations between the parties, Court Orders and rulings, and other developments in the case.

A.   LEBRON JAMES – Docket No. 299

Below, Take-Two submits its deposition designations, Plaintiff's objections and counter-designations, and Take-Two's counter-objections for the deposition of LeBron James, which is filed as Docket No. 299. Designations, objections, counter-designations, and counter-objections are identified by transcript page and line numbers.

| Defs.' Designations | Pl.'s Objections | Pl.'s Counters | Defs.' Counter-Objections |
|---|---|---|---|
| 10:3-10:6 | | | |
| 18:1-18:3 | | 18:4-5 | |
| 18:6-18:9 | | | |
| 18:22-18:24 | MIL | | |
| 19:10-19:19 | MIL | | |
| 20:7-20:8 | MIL | 20:3-20:6<br>20:9-22:13 | R, 403 |
| 22:14-16 | MIL | | |
| 23:25-24:11 | | 23:7-24 | MIL, R |
| 24:17-24:25 | | 28:15-29:21 | |
| 29:22-30:3 | | | |
| 30:5-30:9 | | 31:7-9 | |
| 30:11-30:16 | | | |
| 32:22-33:7 | | | |
| 33:14-34:3 | | 34:4 - 11 | |
| 34:12-34:22 | | 34:24-38:22 | 34:24-35:13 – F, K, R<br>35:14-16 – R<br>35:17-22 – F, K, R<br>35:22-36:4 – F, K, R, V<br>36:5-9 – F, K<br>36:12-15 – F, K<br>36:16-17 – T<br>36:18 – Struck Question |

**Legend for Pl.'s Objections**

| | | |
|---|---|---|
| AA – Asked and answered | LC – Legal conclusion | NR – Not responsive to question |
| AR – Argumentative | LD – Leading | PV – Privileged |
| AF – Assumes facts not in evidence | MD – Mischaracterizes document | PR – Prejudicial |
| FD – Foundation | MR – Misstates the record | RV – Relevance |
| FM – Form | NA – Not authenticated | SP – Calls for speculation |
| HR - Hearsay | NT – Not Testimony/Attorney Colloquy | MIL – Evidence subject to exclusion from Motion in Limine |
| IH – Incomplete hypothetical | | |

**Legend for Defs.' Counter-Objections**

| | | |
|---|---|---|
| IO - Improper opinion | LC - Calls for legal conclusion | MIL - Subject of granted motion in limine |
| R - Irrelevant | SC - Outside scope of 30(b)(6) topics/deposition | T - Not testimony |
| 403 - FRE 403 | C - Compound | H - Improper/incomplete hypothetical |
| K - Lack of personal knowledge | M - Mischaracterizes testimony | Q - Not a question |
| S - Calls for speculation | F - Lack of foundation | V - Vague |
| A - Assumes facts not in evidence | HR - Hearsay | P - Calls for Privileged Information |

3

| Defs.' Designations | Pl.'s Objections | Pl.'s Counters | Defs.' Counter-Objections |
|---|---|---|---|
| | | | 36:19-22 – C<br>36:25 – T<br>37:3-14 – F, K, R<br>37:15 – T<br>37:16 – F, K, R<br>37:25-38:1 – R, V, K |
| 39:1-39:9 | | 40:11-40:13 | |
| 39:23-39:25 | | | |
| 40:14-40:19 | | | |
| 45:5-45:24 | | 44:3-45:4 | 44:24-45:4 – V |
| 45:25-46:12 | | 46:13-47:23, 56:23-57:1, 57:17-59:2, 59:4 | 47:1-12 – R, K, F<br>47:10-12 – F, LC, IO<br>47:13-14 – T<br>47:15 – F, LC, IO<br>57:22-24 – MIL<br>58:17-20 – IO, LC, F, K |
| 66:14-67:3 | | 61:25-62:3, 62:5, 67:12-15, 67:22-68:21, 72:10-14, 72:17, 72:19-73:2 | 61:25-62:3, 62:5 – Incomplete, Not Counter Testimony<br>72:19-25 – V, R |
| 73:3-7 | | | |
| 73:20-73:23 | | 73:24-74:2 | R |
| 76:10-76:13 | | | |
| 76:16-76:21 | | | |
| 76:23-76:24 | | | |
| 77:2-77:10 | | | |
| 77:15-77:18 | | | |
| 77:20-77:25 | | | |
| 78:5-78:5 | | | |
| 78:7-78:9 | | | |
| 78:10-78:23 | MIL | 78:24-79:2, 79:6-7, 80:19-21, 80:25-81:1 | 78:24-79:2 – MIL, LC, 403 |

**Legend for Pl.'s Objections**

AA – Asked and answered  
AR – Argumentative  
AF – Assumes facts not in evidence  
FD – Foundation  
FM – Form  
HR - Hearsay  
IH – Incomplete hypothetical  

LC – Legal conclusion  
LD – Leading  
MD – Mischaracterizes document  
MR – Misstates the record  
NA – Not authenticated  
NT – Not Testimony/Attorney Colloquy  

NR – Not responsive to question  
PV – Privileged  
PR – Prejudicial  
RV – Relevance  
SP – Calls for speculation  
MIL – Evidence subject to exclusion from Motion in Limine  

**Legend for Defs.' Counter-Objections**

IO - Improper opinion  
R - Irrelevant  
403 - FRE 403  
K - Lack of personal knowledge  
S - Calls for speculation  
A - Assumes facts not in evidence  

LC - Calls for legal conclusion  
SC - Outside scope of 30(b)(6) topics/deposition  
C - Compound  
M - Mischaracterizes testimony  
F - Lack of foundation  
HR - Hearsay  

MIL - Subject of granted motion in limine  
T - Not testimony  
H - Improper/incomplete hypothetical  
Q - Not a question  
V - Vague  
P - Calls for Privileged Information

| Defs.' Designations | Pl.'s Objections | Pl.'s Counters | Defs.' Counter-Objections |
|---|---|---|---|
| | | | 79:6-7 – MIL, LC 403 |
| | | | 80:19-21 – F, S, LC IO |
| | | | 80:25-81:1 – F, S, LC, IO |
| 81:6-81:16 | MIL | | |
| 81:17-81:19 | | | |
| 81:22-81:22 | | 82:9-14, 82:17-19, 90:17-22, 91:1, 91:4-6, 91:10, 93:14-22, 93:25, 94:2-6, 94:8-9 | 82:9-14 – F, K<br>82:17-19 – F, K<br>90:17-22 – K, S<br>91:1 – K, S<br>91:4-6 – K, S<br>91:10 – K, S<br>93:14-19 – R, 403<br>91:20-22 – R, 403, LC<br>93:25 – R, 403, LC<br>94:2-5 – R, 403, LC<br>94:5-6, 8-9 – R, 403, IO |
| 86:14-86:19 | | | |
| 86:22-86:23 | | | |
| 86:25-87:3 | | | |
| 87:6-87:6 | | | |
| 87:8-87:10 | | | |
| 87:13-87:13 | | | |
| 87:15-87:18 | | | |
| 87:21-87:21 | | | |
| 88:17-88:25 | | | |
| 89:3-89:3 | | | |
| 89:5-89:8 | | | |
| 103:20-104:1 | | | |
| 104:2-104:3 | | | |
| 104:6-104:8 | | 104:10-105:1 | 104:12-13 – T |
| 106:11-106:16 | LC, LD | | |
| 107:2-107:14 | LD, MIL | | |
| 108:7-108:16 | LD, MIL | | |

**Legend for Pl.'s Objections**

| | | |
|---|---|---|
| AA – Asked and answered | LC – Legal conclusion | NR – Not responsive to question |
| AR – Argumentative | LD – Leading | PV – Privileged |
| AF – Assumes facts not in evidence | MD – Mischaracterizes document | PR – Prejudicial |
| FD – Foundation | MR – Misstates the record | RV – Relevance |
| FM – Form | NA – Not authenticated | SP – Calls for speculation |
| HR - Hearsay | NT – Not Testimony/Attorney Colloquy | MIL – Evidence subject to exclusion from Motion in Limine |
| IH – Incomplete hypothetical | | |

**Legend for Defs.' Counter-Objections**

| | | |
|---|---|---|
| IO - Improper opinion | LC - Calls for legal conclusion | MIL - Subject of granted motion in limine |
| R - Irrelevant | SC - Outside scope of 30(b)(6) topics/deposition | T - Not testimony |
| 403 - FRE 403 | C - Compound | H - Improper/incomplete hypothetical |
| K - Lack of personal knowledge | M - Mischaracterizes testimony | Q - Not a question |
| S - Calls for speculation | F - Lack of foundation | V - Vague |
| A - Assumes facts not in evidence | HR - Hearsay | P - Calls for Privileged Information |

5

| Defs.' Designations | Pl.'s Objections | Pl.'s Counters | Defs.' Counter-Objections |
|---|---|---|---|
| 109:20-110:6 | LD | | |
| 111:4-111:13 | LD, MIL | | |
| 111:15-111:18 | LD, MIL | | |
| 111:21-112:11 | RV | | |
| 112:12-112:14 | LD, FM, LC | | |
| 112:21-113:6 | LD, LC, MIL | | |
| 113:9-113:12 | LD, LC | | |
| 113:14-114:1 | LD, LC | | |
| 114:4-114:4 | LD, LC | | |
| 114:6-114:13 | LD, MIL | | |
| 114:15-114:18 | LD, MIL | | |
| 114:21-114:25 | LD, LC | | |
| 116:5-116:7 | LD | | |
| 116:9-116:9 | LD, RV | | |
| 117:4-117:9 | NT, LD, MIL | | |
| 117:11-117:11 | LD, MIL | | |
| 117:13-117:14 | LD, MIL | | |
| 117:17-118:10 | LD, RV | | |
| 118:11-118:13 | | | |
| 118:14-118:21 | LD, RV | | |
| 118:22-119:4 | LD, RV | | |
| 119:8-119:11 | LD, SP, IH, RV | | |
| 119:13-120:1 | LD, RV, MIL | | |
| 120:3-120:3 | LD, RV, LC, MIL | | |
| 120:5-120:5 | NT, LD, MIL | | |
| 120:7-120:7 | LD, LC, MIL | | |
| 120:9-120:11 | NT, LD | | |
| 120:14-120:15 | LD, LC, MR | | |
| 120:17-120:25 | NT, LD, MIL | | |
| 121:2-121:2 | LD, LC, MIL | | |
| 121:4-121:4 | NT, LD, MIL | | |
| 121:6-121:6 | LD, LC, MIL | | |

**Legend for Pl.'s Objections**

| | | |
|---|---|---|
| AA – Asked and answered | LC – Legal conclusion | NR – Not responsive to question |
| AR – Argumentative | LD – Leading | PV – Privileged |
| AF – Assumes facts not in evidence | MD – Mischaracterizes document | PR – Prejudicial |
| FD – Foundation | MR – Misstates the record | RV – Relevance |
| FM – Form | NA – Not authenticated | SP – Calls for speculation |
| HR - Hearsay | NT – Not Testimony/Attorney Colloquy | MIL – Evidence subject to exclusion from Motion in Limine |
| IH – Incomplete hypothetical | | |

**Legend for Defs.' Counter-Objections**

| | | |
|---|---|---|
| IO - Improper opinion | LC - Calls for legal conclusion | MIL - Subject of granted motion in limine |
| R - Irrelevant | SC - Outside scope of 30(b)(6) topics/deposition | T - Not testimony |
| 403 - FRE 403 | C - Compound | H - Improper/incomplete hypothetical |
| K - Lack of personal knowledge | M - Mischaracterizes testimony | Q - Not a question |
| S - Calls for speculation | F - Lack of foundation | V - Vague |
| A - Assumes facts not in evidence | HR - Hearsay | P - Calls for Privileged Information |

6

| Defs.' Designations | Pl.'s Objections | Pl.'s Counters | Defs.' Counter-Objections |
|---|---|---|---|
| 121:8-121:18 | NT, LD, MIL | | |
| 121:20-121:20 | LD, MR, MIL | | |
| 121:22-121:23 | LD, MR, MIL | | |
| 122:2-122:9 | NT, LD, MIL | | |
| 122:11-122:11 | LD, RV, MIL | | |
| 122:13-122:13 | NT, LD, MIL | | |
| 122:15-122:15 | LD, RV, MIL | | |
| 122:17-122:19 | NT, LD | | |
| 122:22-122:22 | NT, LD | | |
| 122:25-123:6 | LD, RV, LC | | |
| 123:8-123:13 | NT, LD, MIL | | |
| 123:15-123:15 | LD, LC, MIL | | |
| 123:17-123:17 | NT, LD, MIL | | |
| 123:19-123:19 | LD, LC, MIL | | |
| 123:21-123:23 | LD | | |
| 124:15-124:20 | NT, LD, MIL | 124:2-7 | |
| 124:22-124:22 | LD, LC, MIL | | |
| 124:24-124:25 | LD, LC, MIL | | |
| 125:3-125:11 | NT, LD, MIL | | |
| 125:13-125:13 | LD, LC, MIL | | |
| 125:15-125:15 | NT, LD, MIL | | |
| 125:17-125:17 | LD, LC, MIL | | |
| 125:19-125:22 | LD, LC | | |
| 125:23-126:9 | LD, LC, MIL | | |
| 126:12-126:14 | LD, LC, MIL | | |
| 127:4-127:7 | LD, FM, LC | | |
| 127:11-127:13 | LD, FM, LC | | |
| 127:15-127:23 | NT, LD, MIL | | |
| 127:25-127:25 | LD, MIL | | |
| 128:2-128:2 | NT, LD, MIL | | |
| 128:4-128:4 | LD, MIL | | |
| 128:6-128:14 | LD, RV | 129:16-130:9 | 129:16-20 – R, Q, 403<br>129:21-130-3 – R, 403 |

**Legend for Pl.'s Objections**

| | | |
|---|---|---|
| AA – Asked and answered | LC – Legal conclusion | NR – Not responsive to question |
| AR – Argumentative | LD – Leading | PV – Privileged |
| AF – Assumes facts not in evidence | MD – Mischaracterizes document | PR – Prejudicial |
| FD – Foundation | MR – Misstates the record | RV – Relevance |
| FM – Form | NA – Not authenticated | SP – Calls for speculation |
| HR - Hearsay | NT – Not Testimony/Attorney Colloquy | MIL – Evidence subject to exclusion from Motion in Limine |
| IH – Incomplete hypothetical | | |

**Legend for Defs.' Counter-Objections**

| | | |
|---|---|---|
| IO - Improper opinion | LC - Calls for legal conclusion | MIL - Subject of granted motion in limine |
| R - Irrelevant | SC - Outside scope of 30(b)(6) topics/deposition | T - Not testimony |
| 403 - FRE 403 | C - Compound | H - Improper/incomplete hypothetical |
| K - Lack of personal knowledge | M - Mischaracterizes testimony | Q - Not a question |
| S - Calls for speculation | F - Lack of foundation | V - Vague |
| A - Assumes facts not in evidence | HR - Hearsay | P - Calls for Privileged Information |

7

| Defs.' Designations | Pl.'s Objections | Pl.'s Counters | Defs.' Counter-Objections |
|---|---|---|---|
| | | | 130:4-5 – T<br>130:6-9 – R, 403 |

**Legend for Pl.'s Objections**

| | | |
|---|---|---|
| AA – Asked and answered | LC – Legal conclusion | NR – Not responsive to question |
| AR – Argumentative | LD – Leading | PV – Privileged |
| AF – Assumes facts not in evidence | MD – Mischaracterizes document | PR – Prejudicial |
| FD – Foundation | MR – Misstates the record | RV – Relevance |
| FM – Form | NA – Not authenticated | SP – Calls for speculation |
| HR - Hearsay | NT – Not Testimony/Attorney Colloquy | MIL – Evidence subject to exclusion from Motion in Limine |
| IH – Incomplete hypothetical | | |

**Legend for Defs.' Counter-Objections**

| | | |
|---|---|---|
| IO - Improper opinion | LC - Calls for legal conclusion | MIL - Subject of granted motion in limine |
| R - Irrelevant | SC - Outside scope of 30(b)(6) topics/deposition | T - Not testimony |
| 403 - FRE 403 | C - Compound | H - Improper/incomplete hypothetical |
| K - Lack of personal knowledge | M - Mischaracterizes testimony | Q - Not a question |
| S - Calls for speculation | F - Lack of foundation | V - Vague |
| A - Assumes facts not in evidence | HR - Hearsay | P - Calls for Privileged Information |

| | |
|---|---|
| Dated: New York, NY<br>April 8, 2024 | */s/ Dale M. Cendali*<br>Dale M. Cendali (admitted *pro hac vice*)<br>Joshua L. Simmons (admitted *pro hac vice*)<br>Christopher T. Ilardi (admitted *pro hac vice*)<br>Joshua C. Berlowitz (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>dale.cendali@kirkland.com<br>joshua.simmons@kirkland.com<br>chris.ilardi@kirkland.com<br>josh.berlowitz@kirkland.com<br><br>Miranda D. Means (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, Massachusetts 02116<br>Telephone: (617) 385-7500<br>miranda.means@kirkland.com<br><br>Yungmoon Chang (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East<br>Los Angeles, CA 90067<br>Telephone: (310) 552-4359<br>yungmoon.chang@kirkland.com<br><br>Matthew J. Cavanagh (OH 0079522)<br>MCDONALD HOPKINS LLC<br>600 Superior Avenue, East, Ste. 2100<br>Cleveland, Ohio 44114<br>Telephone: 216.348.5400<br>Fax: 216.348.5474<br>mcavanagh@mcdonaldhopkins.com<br><br>*Attorneys for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.* |