UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HAYDEN,** | ) | CASE NO. 1:17-CV-2635 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| **2K GAMES, INC., AND** | ) | OPINION AND ORDER |
| **TAKE-TWO INTERACTIVE** | ) | |
| **SOFTWARE, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

The Court has reviewed the proposed deposition testimony to be used at trial, the parties' designations and their objections. As an initial matter, objections not contemporaneously made were considered waived, except those preserved by Fed. R. Civ. P. 32. The Court's rulings are annotated in the enclosed PDFs.

The Court's review was hampered by the parties' choice of method of presentation and the substance of designation and objection. In light of its rulings, the Court encourages the parties to review the remaining testimony for intelligibility, context, cohesiveness and flow for the benefit of the jury.

**IT IS SO ORDERED.**

    /s  Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: April 12, 2024**