**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JAMES HAYDEN,<br><br>   Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. ,<br><br>   Defendants. | CASE NO. 1:17-cv-02635-CAB |

**MOTION FOR *PRO HAC VICE* ADMISSION TO
PRACTICE FOR JULIEN JEAN-GEORGE CROCKETT**

Pursuant to Local Rule 83.5(h), and the attached Declaration, Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") respectfully move for the *pro hac vice* admission of Julien Jean-George Crockett. In support of this motion, the following is submitted:

1. The undersigned, Matthew J. Cavanagh, has entered his appearance as counsel of record for Take-Two.

2. Take-Two has also retained Julien Jean-George Crockett to represent its interest in the above-captioned proceeding. The contact information for Mr. Crockett is as follows:

 Kirkland & Ellis LLP
 555 California Street
 27th Floor
 San Francisco, CA 94104
 Tel: (415) 439-1400
 Fax: (415) 439-1500
 julien.crockett@kirkland.com

33459188.2

3.      As set forth in the Declaration of Mr. Crockett, which is attached as Exhibit A, Mr. Crockett is admitted in, and is in good standing to practice before: the California bar, the bars of the United States District Court for the Northern District of California and Central District of California. Mr. Crockett was admitted to practice in the State of California in 2021.

4.      I provided a copy of the Local Rules of this Court to Mr. Crockett, and he agrees to abide by them and to submit to the jurisdiction of this Court for purposes of any disciplinary action that might arise out of his representation of Take-Two in this case.

WHEREFORE, Take-Two respectfully requests an Order authorizing the *pro hac vice* admission of Mr. Crockett.

Dated: April 14, 2024

*/s/ Matthew J. Cavanagh*

Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Telephone: 216.348.5400
Fax: 216.348.5474
mcavanagh@mcdonaldhopkins.com

*Attorney for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc*.

33459188.2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>        Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. ,<br><br>        Defendants. | CASE NO. 1:17-cv-02635-CAB |

**DECLARATION OF JULIEN JEAN-GEORGE CROCKETT IN SUPPORT OF *PRO HAC VICE* ADMISSION**

I, Julien Jean-George Crockett, being first duly sworn according to law herein, depose and state as follows:

1. I submit this declaration in support of the motion of Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") for my *pro hac vice* admission to appear and participate fully as an attorney of record in all proceedings and other aspects of this action.

2. I was admitted to the bar of the State of California in 2021 and am a member in good standing of such. I am also admitted in, and am in good standing to practice before: the California bar, the bars of the United States District Court for the Northern District of California and Central District of California

33459188.2

3.  Pursuant to Local Rule 83.5(h), my required contact information and bar registration numbers are as follows:

>Julien Jean-George Crockett
>Kirkland & Ellis LLP
>555 California Street
>27th Floor
>San Francisco, CA 94104
>Tel: (415) 439-1400
>Fax: (415) 439-1500
>julien.crockett@kirkland.com
>California Bar Registration No. 335532

4.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States.

5.  I have never received any reprimand from any court, department, bureau or commission of any state or the United States pertaining to conduct or fitness as a member of the bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2024

                                                   Julien Jean-George Crockett

33459188.2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYDEN,<br><br>      Plaintiff,<br><br>v.<br><br>2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. ,<br><br>      Defendants. | CASE NO. 1:17-cv-02635-CAB |

**[PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION TO PRACTICE FOR JULIEN JEAN-GEORGE CROCKETT**

Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") moved the Court for an order permitting Julien Jean-George Crockett to represent and appear for all purposes in this action on behalf of Take-Two. The Court has reviewed the Motion and the Declaration filed pursuant to Local Civil Rule 83.5(h), and Take-Two's Motion is hereby GRANTED and Julien Jean-George Crockett of Kirkland & Ellis LLP shall be permitted to practice before this Court *pro hac vice*.

 

_____
Judge Christopher A. Boyko
UNITED STATES DISTRICT COURT

33459188.2