UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CASE NO. 1:17CV2635 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | SPECIAL INTERROGATORIES |
| | ) | AND VERDICT FORMS |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| Defendants. | ) | |

**YOUR ANSWERS MUST BE UNANIMOUS.**

1. Do you find that Defendants have proved by a preponderance of the evidence their Implied License defense? (Check one).

    Yes __✓__ (for Defendants)

    No _____ (for Plaintiff)

If you answered "Yes" to Question 1, skip the remaining questions and proceed to the Verdict Form for Defendants.

If you answered "No" to Question 1, proceed to Question 2.

2. Do you find that Defendants have proved by a preponderance of the evidence their Waiver defense?

    Yes _____ (for Defendants)

    No _____ (for Plaintiff)

If you answered "Yes" to Question 2, skip the remaining questions and proceed to the Verdict Form for Defendants.

If you answered "No" to Question 2, proceed to Question 3.

3. Do you find that Defendants have proved by a preponderance of the evidence their *De Minimis* Use defense?

      Yes _____ (for Defendants)

      No _____ (for Plaintiff)

If you answered "Yes" to Question 3, skip the remaining questions and proceed to the Verdict Form for Defendants.

If you answered "No" to Question 3, proceed to Question 4.

4. Do you find that Defendants' copying of Plaintiff's Asserted Tattoos was fair use?

      Yes _____ (for Defendants)

      No _____ (for Plaintiff)

If you answered "Yes" to Question 4, skip the remaining questions and proceed to the Verdict Form for Defendants.

If you answered "No" to Question 4, proceed to Question 5.

5. Do you find that Plaintiff proved by a preponderance of the evidence that Defendants infringed Plaintiff's Copyrights?

      Yes _____ (for Plaintiff)

      No _____ (for Defendants)

If you answered "Yes" to Question 5, proceed to the Verdict Form for Plaintiff.

If you answered "No" to Question 5, proceed to the Verdict Form for Defendants.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CASE NO. 1:17CV2635 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | **VERDICT FOR DEFENDANTS** |
| | ) | |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| Defendants. | ) | |

On Plaintiff James Hayden's Claim for Copyright Infringement, we the jury duly empaneled and sworn, unanimously find in favor of Defendants, 2K Games, Inc. and Take-Two Interactive Software, Inc.

DATE: 4/19/2024

1.  
2.  
3.  
4.  
5.  
6.  
7.  
8.  
9.  
10  
11  
12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CASE NO. 1:17CV2635 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | <u>VERDICT FOR PLAINTIFF</u> |
| | ) | |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| Defendants. | ) | |

On Plaintiff James Hayden's Claim for Copyright Infringement, we the jury duly empaneled and sworn, unanimously find in favor of Plaintiff and against Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. in the amount of $ _____.

DATE: _____

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____