**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | Case No. 1:17-cv-02635 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW ON DEFENDANTS' IMPLIED LICENSE DEFENSE UNDER RULE 50(b) AND MOTION FOR A NEW TRIAL UNDER RULE 59**

Pursuant to Federal Rule of Civil Procedure 50(b), Plaintiff James Hayden hereby moves for judgment as a matter of law. As discussed in the accompanying Memorandum in Support, the jury's finding in favor of Defendants lacked sufficient evidentiary basis. Accordingly, Mr. Hayden moves for a new trial under Rule 59. Additionally, Mr. Hayden was deprived at trial from presenting material, relevant evidence demonstrating the lack of an implied license. Excluding this evidence affected Mr. Hayden's substantial right to rebut evidence proffered by Defendants, and thus Mr. Hayden also moves for a new trial under Rule 59 on this separate basis.

Dated: May 17, 2024

Respectfully submitted,
By: */s/ Andrew Alexander*
John S. Cipolla (Ohio Bar No. 0043614)
Daniel J. McMullen (Ohio Bar No. 0034380)
Todd R. Tucker (Ohio Bar No. 0065617)
Andrew W. Alexander (Ohio Bar No. 0091167)
Josh A. Friedman (Ohio Bar No. 0091049)
Dustin D. Likens (Ohio Bar No. 0097891)

CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
jcipolla@calfee.com
dmcmullen@calfee.com
ttucker@calfee.com
aalexander@calfee.com
jfriedman@calfee.com
dlikens@calfee.com


*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
kpinter@calfee.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2024, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew Alexander*
　　　　　　　　　　　　　　　　　　　　　One of the attorneys for Plaintiff